EXHIBIT "A"

SPIDER CUES MUSIC STUDIO



## COMPOSER'S AGREEMENT

THIS COMPOSER'S AGREEMENT ("Agreement") is made and entered into as of Feb. 14, 2008 by and between Michael Alan Cohen ("Composer") located at 1537 S. Wooster St. #105 L.A., Ca. 90035 on the one hand, and Labrador Entertainment, Inc./Spider Cues ("Owner") with office at 22400 Sentar Rd. Woodland Hills, CA. 91364, on the other hand, on the following terms and conditions:

### WITNESSETH

Composer is the sole author of musical compositions listed below ("Compositions") written by Michael Alan Cohen (ASCAP). Composer hereby assigns to Owner, exclusive publishing rights world wide of the Compositions for sale and/or exploitation.

### WORKING TITLE   TOTAL RUNNING TIME

| WORKING TITLE | TOTAL RUNNING TIME |
|---|---|
| SQ mc dungeon-lords | :32 |
| SQ mc walk-this-way_soundalike | 1:15 |
| SQ mc boogie baby | :42 |
| SQ mc boogie baby 2 | 1:17 |
| SQ mc funny | :34 |
| SQ mc stupid people | :48 |
| SQ mc eminem esque | 2:22 |
| SQ mc godsandheroes | :39 |
| SQ mc hiphop 7 | 1:42 |
| SQ mc wedding enya | 2:02 |
| SQ mc beyonce esque | 2:36 |
| SQ mc ballers hiphop | :30 |
| SQ mc samba vocal | 1:02 |
| SQ mc theme love | :45 |
| SQ mc sexy theme | :24 |
| SQ mc ok go 1 | 1:14 |
| SQ mc ok go 2 | 1:18 |
| SQ mc jazz angels we have heard on high | 56 |
| SQ mc jazz away in the manger 1 | 54 |
| SQ mc jazz away in the manger 2 | 39 |
| SQ mc jazz deck the halls 1 | 1 18 |
| SQ mc jazz deck the halls 2 | 43 |
| SQ mc jazz hark the herald angels | 1 02 |
| SQ mc jazz it came upon a midnight clear | 1 10 |
| SQ mc jazz jingle bells 1 | 52 |
| SQ mc jazz jingle bells 2 | 1 11 |
| SQ mc jazz joy to the world | 1 03 |
| SQ mc jazz nutcracker chinese dance | 1 14 |
| SQ mc jazz nutcracker march | 49 |
| SQ mc jazz nutcracker trepak | 1 16 |
| SQ mc jazz nutcracker waltz of the flowers part 2 | 1 16 |
| SQ mc jazz nutcracker waltz of the flowers part1 | 1 13 |
| SQ mc jazz o come all ye faithful | 56 |
| SQ mc jazz o little town of bethlehem | 52 |
| SQ mc jazz o tannenbaum 1 | 46 |
| SQ mc jazz o tannenbaum 2 | 56 |

MC

**EXHIBIT A**

| | |
|---|---|
| SQ mc jazz over the river + thru the woods | 1 07 |
| SQ mc jazz silent night | 57 |
| SQ mc jazz sugar plum fairy | 1 18 |
| SQ mc jazz the first noel | 1 11 |
| SQ mc jazz the first noel 2 | 1 21 |
| SQ mc jazz twelve days of xmas | 50 |
| SQ mc jazz we wish you a merry xmas | 1 36 |
| SQ mc mod deck the halls | 38 |
| SQ mc mod got rest ye merry gentlemen | 1 13 |
| SQ mc mod hark the herald | 56 |
| SQ mc mod jingle bells | 1 17 |
| SQ mc mod joy to the world | 1 27 |
| SQ mc mod o tannenbaum | 1 24 |
| SQ mc mod silent night | 1 26 |
| SQ mc mod we wish you a merry xmas | 1 21 |
| SQ mc muzak deck the halls | 1 20 |
| SQ mc muzak hark the herald angels sing | 1 24 |
| SQ mc muzak jingle bells | 56 |
| SQ mc muzak we wish you a merry xmas | 56 |
| SQ mc muzak latin we wish you a merry xmas | 52 |
| SQ mc peaceful first noel | 1 09 |
| SQ mc peaceful god rest ye merry gentlemen | 39 |
| SQ mc peaceful it came upon a midnight clear | 44 |
| SQ mc peaceful joy to the world | 1 03 |
| SQ mc peaceful o come all ye faithful | 1 29 |
| SQ mc peaceful what child is this | 1 29 |
| SQ mc rock twelve days of xmas | 1 07 |
| SQ mc mod auldlangsyne | 47 |
| SQ mc garage modern rock 1 | 1 19 |
| SQ mc garage modern rock 2 | 1 33 |
| SQ mc garage modern rock 3 | 58 |
| SQ mc hard as hell | 58 |
| SQ mc driving hard rock | 1 08 |
| SQ mc driving hard rock 2 | 1 02 |
| SQ mc more driving hard rock 3 | 1 06 |
| SQ mc rage rock | 1 13 |
| SQ mc down and dirty hard rock | 1 38 |
| SQ mc inspirational coldplay-esque | 1 15 |
| SQ mc inspirational coldplay-esque 2 | 1 20 |
| SQ mc chillin light rock bluesy | 1 28 |
| SQ mc prog rock | 1 04 |
| SQ mc mid tempo hard rockin | 1 14 |
| SQ mc deep down dirty rock | 1 15 |
| SQ mc green punk rockin | 1 14 |
| SQ mc up tempo rockin | 1 11 |
| SQ mc down low toms rock | 1 43 |
| SQ mc tommin rock | 1 04 |
| SQ mc drivin' bass + drums | 33 |
| SQ mc reggae rock | 1 15 |
| SQ mc reggae mon rock | 55 |
| SQ mc bruce in the house rock | 1 37 |
| SQ mc heartland rock | 1 54 |
| SQ mc chill heartland rock | 58 |
| SQ mc chill light heartland rock | 55 |
| SQ mc rolling stones-esque | 1 12 |
| SQ mc bluesy rock organ | 1 03 |
| SQ mc bluesy rock piano | 50 |
| SQ mc rocking blues | 48 |
| SQ mc bad ass | 1 34 |



MC ✓
✓

| | |
|---|---|
| SQ mc one bad mofo | 53 |
| SQ mc the man is back | 56 |
| SQ mc sentimental piano & drums | 42 |
| SQ mc sports rock 1 | 1 54 |
| SQ mc sports rock 2 | 55 |
| SQ mc sports rock 3 | 1 11 |
| SQ mc sports rock 4 | 1 15 |
| SQ mc driving rock orch | 59 |
| SQ mc really driving orch | 50 |
| SQ mc really driving orch-no drums | 51 |
| SQ mc really dirving orch-no drums+mel | 50 |
| SQ mc inspirational-uplifting | 1 18 |
| SQ mc inspirational-uplifting 2 | 35 |
| SQ mc orch uplifting | 1 58 |
| SQ mc uplifting top gun-esque | 1 21 |
| SQ mc peaceful guitar & pad | 55 |
| SQ mc soft peaceful piano | 1 28 |
| SQ mc peaceful piano | 34 |
| SQ mc gentle piano | 1 08 |
| SQ mc high soft piano | 44 |
| SQ mc contemporary cool marimba | 1 01 |
| SQ mc contemporary marimba | 57 |
| SQ mc guitary fun | |
| SQ mc pretty chill | |
| SQ mc hard groovin' | |
| SQ mc funky scratchin' | |
| SQ mc come on now | |
| SQ mc look alive | |
| SQ mc really fun funky | |
| SQ mc punk | |
| SQ mc kick action dark | |
| SQ mc intense orchestral | |
| SQ mc driving orchestral | |
| SQ mc mid-tempo orchestral | |
| SQ mc something's on fire | |
| SQ mc more action | |
| SQ mc building heroics | |
| SQ mc steady beat | |
| SQ mc crazy anxious | |
| SQ mc crazy attack | |
| SQ mo dark quirky | |
| SQ mc dark uplifting | |
| SQ mc mid tempo romance | |
| SQ mc dark erotic | |
| SQ mc acoustic blues | |
| SQ mc rock shuffle | |
| SQ mc bluesy shuffle | |
| SQ mc bluesy piano | |
| SQ mc deep thoughtful | |
| SQ mc pop rock | |
| SQ mc 70's funky | |
| SQ mc street beatz | |
| SQ mc street beatz 3 | |
| SQ mc baaaddd asss | |
| SQ mc calypso | |
| SQ mc beyond good and evil | |
| SQ mc quests lords | |
| SQ mc main theme | |
| SQ mc quest action | |

MC
✓

| | |
|---|---|
| SQ mc dark choir | |
| SQ mc gb theme | |
| SQ mc gb free at last | |
| SQ mc sf love theme | |
| SQ mc alex applachian | |
| SQ mc gb sneaky | |
| SQ mc comedy querky | |
| SQ mc fire em up 1 | |
| SQ mc fire em up 2 | |
| SQ mc fire em up 3 | |
| SQ mc gb techno | |
| SQ mc big river orch 1 | |
| SQ mc amaya strings 1 | |
| SQ mc amaya strings 2 | |
| SQ mc jennie's theme | |
| SQ mc underwater | |
| SQ mc cool orchestra | |
| SQ mc liquid orch | |
| SQ mc4 | |
| SQ mc dm ending | |
| SQ mc big river combo | |
| SQ mc uplifting drama | |
| SQ mc building orch beat | |
| SQ mc gl memories 1 | |
| SQ mc gl memories 2 | |
| SQ mc rakeda jazz | |
| SQ mc gi polka 1 | |
| SQ mc gi polka 2 | |
| SQ mc higher latin | |
| SQ mc sj Spanish 1 | |
| SQ mc sj Spanish 2 | |
| SQ mc higher r&b | |
| SQ mc hip hop rockin | |
| SQ mc halfway | |
| SQ mc tm hard rock 1 | |
| SQ mc tm hard rock 2 | |
| SQ mc tm hard rock 3 | |
| SQ mc tm hard rock 4 | |
| SQ mc tm hard rock 5 | |
| SQ mc tm hard rock 6 | |
| SQ mc tm hard rock 7 | |
| SQ mc tm hard rock 8 | |
| SQ mc tm hard rock 9 | |
| SQ mc d ambient drone 1 | |
| SQ mc d ambient drone 2 | |
| SQ mc bd ending | |
| SQ mc Indian uplifting | |
| SQ mc as end strings | |
| SQ mc bc planning | |
| SQ mc mid tempo sexy | |
| SQ mc hard drivin' pop | |
| SQ mc jl blues 1 | |
| SQ mc 80's pop 1 | |
| SQ mc 80's pop 2 | |
| SQ mc 80's pop 3 | |
| SQ mc 80's pop 4 | |
| SQ mc 80's pop 5 | |
| SQ mc 80's pop 6 | |
| SQ mc 80's pop 7 | |

MC
✓

| | |
|---|---|
| SQ mc 80's pop 8 | |
| SQ mc 80's pop 9 | |
| SQ mc kick action | :35 |
| SQ mc spacey funky | 1:18 |
| SQ mc street beatz 2 | :37 |
| SQ mc spy crisis funk | :59 |
| SQ mc spy crisis techno | :42 |
| SQ mc mc3 | 2:05 |
| SQ mc dm before | 1:00 |
| SQ mc pensive 1 | 1:08 |
| SQ mc emotional 1 | :42 |
| SQ mc emotional 2 | :54 |
| SQ mc peaceful erotic | 1:30 |
| SQ mc tender emotional | :50 |
| SQ mc calypso beach | :56 |
| SQ mc jazzy chill 2 | :57 |
| SQ mc jazzy chill 1 | 1:27 |
| SQ mc lewis van | :19 |
| SQ mc jl blues 2 | :18 |
| SQ mc keep up the funk | :55 |
| SQ mc straight rock | :55 |
| SQ mc gr tension | 1:06 |
| SQ mc impending creepy 1 | :47 |
| SQ mc impending creepy 2 | 1:10 |
| SQ mc moody creepy | :42 |
| SQ mc creepy energy | 1:05 |
| SQ mc spooky build | :30 |
| SQ mc tension in the air | :40 |
| SQ mc what's going on | :51 |
| SQ mc gb james brown | 1:02 |
| SQ mc heavy octane | 1:36 |
| SQ mc heavy octane 2 | 1:54 |
| SQ mc sexy jazz | 1:14 |
| SQ mc piano bar | 2:16 |
| SQ mc piano bar intro | 2:16 |
| SQ mc heavy octane | 1:36 |
| SQ mc heavy octane 2 | 1:54 |
| SQ mc piano bar | 2:16 |
| SQ mc piano bar intro | 2:22 |
| SQ mc sexy jazz | 1:15 |
| SQ mc drive action | 0:51 |
| SQ mc horn march | 1:04 |
| SQ mc horn march trap | 1:04 |
| SQ mc proud orch | 1:58 |
| SQ mc proud orch 2 | 1:06 |
| SQ mc rock tense | 0:39 |
| SQ mc scare drum | 0:33 |
| SQ mc go raw with me | 1:04 |
| SQ mc still fallin for you | 0:36 |
| SQ mc growing orch | 1:06 |
| SQ mc irish orch | 0:56 |
| SQ mc waiting orch | 0:50 |
| SQ mc raw drive cellos | 0:25 |
| SQ mc challenge orch | 0:46 |



MC ✓

MC

1. **ASSIGNING**

    1.1 Composer hereby grants to Owner, and its assigns, exclusive worldwide rights, title and interest throughout the world ("Territory") in and to the Composition(s) (except copyright) in perpetuity. Owner's rights will include, but not be limited to:

    (a) The right to use or record new lyrics in connection with the melody of the Composition(s), or a new melody in connection with the lyrics thereof;
    (b) The right to use, publish, advertise, perform, produce, reproduce, disseminate and exploit the Composition(s) by any means now or hereafter known, or not do any of the foregoing;
    (c) Any and all rights to the performance of the composition(s).
    (d) The right to alter or change the title.
    (e) The right to alter, expand, adapt, and translate the Composition(s) in consultation with Composer, and
    (f) The right to license others to do any of the foregoing.

2. **PAYMENTS**

    2.1 Owner shall pay Composer a sum equal to fifty (50%) of any and all net monies received from any mechanical, license, and synchronization income received by Owner, less reasonable monitoring fees, which may be incurred only when individuals or entities have been found to have made unauthorized use of cues of Composition(s). In the event that Owner obtains interest from a third party to license the Composition(s) outside of the film trailer market and Owner issues such license for the Composition(s) to such third party, Owner shall pay Composer a sum equal to fifty percent (50%) of any and all gross monies received from any mechanical, license, and synchronization income received by Owner.

    2.2 Owner shall be entitled to receive a sum equal to fifty (50%) of any performing and broadcast fees, which shall be collected by ASCAP, BMI, or SESAC and their affiliated societies, so long as the performing rights society will pay such sums directly to Owner or it's publisher(s). If not, Composer shall pay such sums to Owner directly.

    2.3 In the event of the exploitation of any sheet music, Owner shall pay the Composer a royalty equal to twelve percent (12%) of the net proceeds of the retail selling price (or wholesale equivalent) on all copies sold of the sheet music embodying the Compositions(s) when the money is received by Owner. Composer shall not be entitled to receive a royalty for any professional and complimentary sheet music copies of the Composition(s).

    2.4 It is understood that should lyrics be added to the Composition(s), then the royalties and fees specified in clauses 2.2, 2.3, and 2.4 shall be divided between Composer and the new lyricist on terms and conditions to be mutually agreed upon between Composer, Owner, and the new lyricist.

    2.5 Prior to the signing of this agreement, all performing and broadcast fees collected by ASCAP and any publishing royalties that will, in the future, be collected by ASCAP for prior licensing of the above listed music by sources other than Spider Cues/Labrador Entertainment, Inc. or it's sub-publishers and producers will be paid 100% to Michael Cohen.

3. **ACCOUNTING**

    3.1 Owner shall pay Composer any monies that may become due and payable to Composer under this Agreement within (30) days of receipt of royalties paid to Owner. Any late payment of such royalties due and owing shall, at Composer's option, be subject to a charge of interest at 10% fixed interest

rate. In the event that Owner is unable by reason of governmental restrictions to make payment to Composer in the U.S. in U.S. Dollars, Owner shall deposit to Composer's credit or account in a foreign depository selected by Composer and in Composer's name all sums payable to Composer hereunder and shall notify Composer of all relevant particulars of such deposit. Owner's deposit of such funds in the foreign depository shall satisfy its obligations to Composer under this Paragraph 3.

3.2 For royalty accounting and all other purposes, any versions of the Composition(s) will be deemed to include each shortage or longer version or edited altered version of the Composition(s).

3.3 In the event that Owner's rights hereunder are sold or assigned to a third person or entity (as opposed to any existing partner of Owner), Composer or a certified public accountant on Composer's behalf shall be entitled to examine Owner's books of account, but only for the sole purpose of verifying the accuracy of any statements rendered and monies due hereunder to Composer upon thirty (30) days written notice, during Owner's normal business hours and in no event more than once annually. In no event shall Composer or a certified public accountant on Composer's behalf be entitled to examine Owner's books of account regarding any sums received by Owner that do not relate to Composition(s) which is the subject matter of this Agreement. Composer shall be deemed to have consented to each royalty statement, and such statement shall become final and binding upon Composer sixty (60) days after the rendition thereof, unless Composer issues specific written objections to Owner within said sixty (60) day period. In the event that objection is received in sixty (60) days, statement will be deemed accurate.

3.4 All payments hereunder shall be subject to any withholding taxes or other deductions, which Owner may be required to make by law or governmental regulation. In the event Owner shall be obligated by the laws of the country in the Territory to deduct and withhold income or other like tax from advances and royalties payable to Composer hereunder, Owner shall use its best efforts to assist Composer in obtaining a foreign tax certificate setting forth the amount of tax which shall have been withheld, and any other necessary information to assist Composer in obtaining income tax credits in the United States or reimbursements from such foreign taxing authority.

3.5 Owner shall not cross-collateralize any unrecouped amounts hereunder against any royalties due to Composer under any other agreement with Owner.

4. COMPOSER'S REPRESENTATIONS AND WARRANTIES

4.1 Composer represents and warrants that the Composition(s) is his sole, exclusive and original work, and is capable of copyright protection by Owner throughout the Territory.

4.2 Composer represents and warrants that no adverse claims exist or will exist with respect to the Composition(s), and the Composition(s) does not infringe upon or violate the copyrights or any other rights whatsoever of any person, firm, or entity.

4.3 Composer represents that the performance of the Composition(s) is owned and/or paid for in full by the Composer and that the Composer holds Owner and it's associates harmless to any claim thereof.

4.4 Composer represents and warrants that Composer has the full and exclusive right and authority to enter into this Agreement and to make the grant of rights contained herein to Owner.

5. OWNER'S REPRESENTATIONS AND WARRANTIES

    5.1    Owner is now, and shall continue to be, engaged in the manufacture, sale, distribution, and exploitation of musical compositions throughout the Territory during the Term.

    5.2    Owner shall use its reasonable efforts to promote the manufacture, sale, distribution and other exploitation of the Composition(s) throughout the Territory during the Term, and

    5.3    Licensee shall be responsible for all marketing costs and expenses, as well as any and all costs in connection with the manufacture, distribution and sale of the Composition(s) hereunder.

## 6. INDEMNIFICATION

    6.1    Composer will indemnify and hold Owner and all entities associated with Owner, free, safe, and harmless from and against any and all losses, damages, actions, causes of action, expenses or liabilities, including, without limitation, reasonable attorney's fees and costs, whether incurred before or after the entry of judgment, resulting from or by reasons of any material breach of any representation or warranty made herein by Composer. Owner will indemnify and hold Composer free, safe and harmless from and against any and all losses, damages, actions, causes of action, expenses or liabilities, including, without limitation, reasonable attorney's fees and costs, whether incurred before or after the entry of judgment, resulting from or by reason of any material breach of any representation or warranty made herein by Owner, or any third party claims resulting from Owner's exercise of it's rights hereunder, including without limitation, the right to alter, change, adapt and translate the Composition(s), pursuant to the terms of this Agreement.

## 7. ASSIGNMENTS

    7.1    Owner and it's associates will have the right to assign this Agreement, in whole or in part, to any third party or to grant any licenses for the Composition(s) hereunder. Composer will have the right to assign this Agreement, in whole or in part, or to assign Composer's right to receive his share of income in connection with the Composition(s). This Agreement will inure to the benefit of, and be binding upon, each party's heirs, subsidiaries, affiliates, corporations, licensees, successors and assigns.

## 8. HEADINGS

    8.1    The headings to the paragraphs of this Agreement have been inserted for convenience of reference only and shall not be deemed a part of or to affect the construction or interpretation of any provision of this Agreement.

## 9. SERVABILITY

    9.1    If any part of this Agreement shall be determined to be void, invalid, or unenforceable by a court of competent jurisdiction or by any other legally constituted body having the jurisdiction to make such determination, it shall not affect the validity of the remaining terms and conditions of this Agreement, provided that the part of the Agreement thus voided, invalidated or declared unenforceable is not essential to the parties intended purpose of this Agreement.

## 10. LEGAL ACTION

    10.1    Any legal action brought, or any enforcement of Owner's rights undertaken by Owner or it's associates against any alleged infringer of the

Composition(s), will be initiated and prosecuted at the Owner's sole expense and discretion, including the right to settle any such action. However, in the event of any recovery or settlement received by Owner or it's associates from such action, Owner shall pay Composer his pro-rata share of the income received, less Owner's reasonable collection fees and costs in connection therewith. If requested by Owner, Composer will cooperate in the prosecution of any such action with Owner or it's associates, and if Composer incurs any reasonable costs or expenses in this regard, Owner shall reimburse Composer for such fees and costs out of any recovery or settlement received by Owner from such action.

10.2 If a claim is presented against Owner or it's associates in which it is asserted that the Composition(s) infringe upon or violate or interfere with the rights of any person, firm, or entity, Owner shall notify Composer of such claim in writing, and Composer may participate in the defense of such claim; however, Owner and it's associates shall have the right to control the defense and to settle or otherwise dispose of such claim or action in any reasonable business manner.

ME

11. REPRESENTATION BY COUNSEL

11.1 The parties hereto acknowledge that they have had the opportunity to be represented by legal counsel of their own choice throughout all negotiations which preceded the execution of this Agreement, and that they have executed this Agreement with the ability to and after consulting with legal counsel of their own choice.

12. FORCE MAJEURE

12.1 Neither Owner and it's associates nor Composer shall be in material breach of this Agreement if the performance of any obligation hereunder is delayed and/or becomes impossible by reason of any act of God, war, earthquake, strike, sickness, accident, civil commotion, epidemic, act of government, and its agencies or officers, or any other cause beyond the reasonable control of the parties hereto. In the event that such force majeure event continues for more than six (6) months, either party may terminate the Term of this Agreement after written notice to the other party hereto.

13. MISCELLANEOUS

13.1 If Owner fails to account for and make payments to Composer hereunder and such failure is not cured within (30) days after written notice thereof to Owner, or if Owner fails to perform any other obligations required of it hereunder and such failure is not cured within thirty (30) days after written notice thereof to Owner, or in the event that Owner shall file for protection under any bankruptcy laws or make an assignment for the benefit of creditors, or any insolvency proceeding shall be commenced against or by Owner, then and in any one or all of such events, this Agreement may, upon Composer's designation in writing, be terminated and Owner shall have no further rights of any kind whatsoever in and to the Composition hereunder. In any such event, Owner shall continue to account to Composer for royalties and/or other sums earned in respect of the Composition(s) prior to the date of such termination.

13.2 If Composer fails to perform any of Composer's obligations hereunder and such failure is not cured within thirty (30) days after written notice thereof to Composer, or in the event that Composer shall file for protection under any bankruptcy laws or make an assignment for the benefit of creditors, or any insolvency proceeding shall be commenced against or by Composer,

then and in any one or all such events, this Agreement may, upon Owner's designation in writing, be terminated.

13.3 All notices hereunder given by the parties hereto shall be in writing and shall be given by telex, facsimile, electronic mail or personal delivery to an officer or executive of the other or by addressing them as indicated below and by at the same time (as confirmation of the aforesaid methods of notice) or alternatively by depositing them, airmail, postage prepaid, registered mail, in the appropriate government mail system, or by delivering them, toll prepaid, to a telegraph or cable company and is so telexed, mailed, telegraphed, or cabled, shall be conclusively deemed to have been given seventy-two (72) hours after the date of mailing or twenty-four (24) hours after the date of telex, facsimile transmission, electronic mail or delivery to the telegraph or cable company.

13.4 This Agreement sets forth the entire understanding between Composer and Owner and cannot be changed, modified or canceled except by an instrument signed by the party sought to be charged. This Agreement shall be governed by and construed under the laws of the State of California, applicable to agreements made and to be wholly performed with the State of California. All actions, proceedings or litigation brought by either party hereto shall be instituted and prosecuted in the County of Los Angeles, State of California. Composer and Owner hereby assent to the jurisdiction of the federal and state courts having jurisdiction in the County of Los Angeles, State of California, with respect to any matter arising out of or related to this Agreement.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the year and day first above written in Los Angeles, California.

By _____
Michael Cohen
("Composer")

Labrador Entertainment, Inc/Spider Cues

By _____
Noel Webb
It's Authorized Agent
("Owner")