Dan Jacobson, State Bar No. 134978
dlj@jacobsonlawyers.com
Ronak Patel, State Bar Number 296296
rp@jacobsonlawyers.com
**JACOBSON & ASSOCIATES**
1352 Irvine Boulevard, Suite 205
Tustin, California 92780
Tel: (714) 505-4872

Attorneys for Defendant and Crossclaimant,
**Michael Cohen**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD.,<br><br>            Plaintiff,<br><br>     vs.<br><br>LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation,<br><br>            Defendants. | Case No. 2:17-cv-6108-MWF (JPRx)<br>*Assigned to the Hon. Michael W. Fitzgerald*<br><br>**JOINT STATUS REPORT**<br><br>Action Filed:         August 17, 2017<br>Cross-Claim Filed:  November 21, 2017<br>Action Stayed:      April 10, 2018 |
| MICHAEL COHEN, an individual,<br><br>            Cross-Complainant,<br><br>     vs.<br><br>LABRADOR ENTERTAINMENT INC., D/B/A SPIDER CUES MUSIC LIBRARY, a California Corporation,<br><br>            Cross-Defendant. | |

Pursuant to the Court's April 10, 2018 Order, the parties to this action, Plaintiff Beatbox Music Pty, Ltd., and Defendants Labrador Entertainment, Inc. d/b/a Spider Cues Music Library, Noel Palmer Webb, and Michael Cohen, hereby submit this Joint Report:

**No Change in Status Has Occurred.**

There are no changes to the status of the case as that status was previously reported in the July 9, 2018 Joint Report, and the July 23, 2018 Supplemental Joint Status Report. The Parties remain awaiting the New Zealand Court of Appeal's decision on the appeal of the underlying New Zealand Litigation.

DATED:  October 8, 2018         JACOBSON & ASSOCIATES
                                Dan Jacobson
                                Ronak Patel

                                By:    */s/ Ronak Patel*
                                       Ronak Patel
                                Attorneys for Defendant and Crossclaimant,
                                Michael Cohen


DATED:  October 8, 2018         BROWNE GEORGE ROSS LLP
                                Guy C. Nicholson
                                Carl Alan Roth


                                By:    */s/ Carl A. Roth*
                                       Carl Alan Roth
                                Attorneys for Defendants
                                Labrador Entertainment, Inc. and
                                Noel Palmer Webb

**[Signatures Continue on Next Page]**

| | | |
|---|---|---|
| 1 | DATED: October 8, 2018 | BLAISE & NITSCHKE, P.C.<br>Heather L. Blaise |
| | | |
| | | By: _/s/ Heather L. Blaise_<br>Heather L. Blaise<br>Attorneys for Plaintiff Beatbox Music, Pty, Ltd. |