1  Dan Jacobson, State Bar No. 134978
   dlj@jacobsonlawyers.com
2  Ronak Patel, State Bar Number 296296
   rp@jacobsonlawyers.com
3  **JACOBSON & ASSOCIATES**
4  1352 Irvine Boulevard, Suite 205
   Tustin, California 92780
5  Tel: (714) 505-4872
6
7  Attorneys for Defendant and Crossclaimant,
   **Michael Cohen**
8
9
10            UNITED STATES DISTRICT COURT
11   CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
12

| | |
|---|---|
| 13  BEATBOX MUSIC, PTY, LTD., | Case No. 2:17-cv-6108-MWF (JPRx) |
| 14          Plaintiff, | *Assigned to the Hon. Michael W. Fitzgerald* |
| 15      vs. | |
| 16  LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC | **JOINT STATUS REPORT (APRIL 8, 2019)** |
| 17  LIBRARY, a California corporation, | |
| 18          Defendants. | Action Filed:      August 17, 2017 |
|  | Cross-Claim Filed: November 21, 2017 |
| 19  MICHAEL COHEN, an individual, | Action Stayed:      April 10, 2018 |
| 20          Cross-Complainant, | |
| 21      vs. | |
| 22  LABRADOR ENTERTAINMENT INC., D/B/A SPIDER CUES MUSIC | |
| 23  LIBRARY, a California Corporation, | |
| 24          Cross-Defendant. | |
| 25 | |

26
27
28

Pursuant to the Court's April 10, 2018 Order and its February 8, 2019 Order, the parties to this action, Plaintiff Beatbox Music Pty, Ltd., Defendant Labrador Entertainment, Inc. d/b/a Spider Cues Music Library and Noel Palmer Webb, and Defendant/Cross-Claimant Michael Cohen (collectively the "Parties"), hereby submit this Joint Report:

**Status Report**

The court recently ordered that the stay would continue on this matter "pending the completion of mediation." (*See* February 8, 2019 Order, Document 69.). Prior to that Order, Labrador represented that parties in New Zealand were discussing whether a mediation would go forward, and that if so, one would take place within three months. (See Labrador Statement, Exhibit A, Document 69.)

Labrador has represented that its counsel in New Zealand has informed Labrador as follows:

> *No agreement to mediate has been entered into. The idea of a mediation has been floated informally between counsel for the defendants and some of the third parties, but at the moment those parties appear to be awaiting the outcome of Eight Mile's application for leave to appeal to the Supreme Court. That application is being heard on the afternoon of 2 May 2019 (NZ time). It may be some weeks after that before a judgment is released.*

Given that the court's previous decision to continue to stay the matter was based on the hopes of a mediation taking place, and given that no such mediation has taken place or even been agreed to, Beatbox and Cohen agree that the stay should be lifted.

Labrador represents that its position remains unchanged. Labrador argues that the action before this court is duplicative of the New Zealand action, and cannot be resolved absent resolution of the New Zealand matter. Labrador has further represented that it "remains hopeful that an informal resolution can be reached in the only forum where all parties are present: New Zealand."

Cohen and Beatbox take exception to Labrador's position inasmuch as not all

parties are in New Zealand, namely, Cohen, who is not participating in the New Zealand case and is not subject to the jurisdiction of the New Zealand court. Accordingly, Cohen and Beatbox argue that the resolution of the New Zealand Action is thus not determinative in the current matter.   Labrador argues that all five upstream entities necessary to establish liability and damages are in the New Zealand action, along with Beatbox and Labrador, requiring resolution of that matter first.

DATED:  April 8, 2019                    JACOBSON & ASSOCIATES
                                                         Dan Jacobson
                                                         Ronak Patel

                                             By:   _____/s/Ronak Patel_____
                                                         Ronak Patel
                                             Attorneys for Defendant and Crossclaimant,
                                             Michael Cohen

DATED:  April 8, 2019                    BROWNE GEORGE ROSS LLP
                                                         Guy C. Nicholson
                                                         Carl Alan Roth

                                             By:   _____/s/Carl Alan Roth_____
                                                         Carl Alan Roth
                                             Attorneys for Defendants
                                             Labrador Entertainment, Inc. and
                                             Noel Palmer Webb

DATED:  April 8, 2019                    BLAISE & NITSCHKE, P.C.
                                                         Heather L. Blaise

                                             By:   _____/s/Heather L. Blaise_____
                                                         Heather L. Blaise
                                             Attorneys for Plaintiff Beatbox Music, Pty, Ltd.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 9th day of April, 2019, I electronically filed the foregoing **JOINT STATUS REPORT (APRIL 8, 2019)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Heather Lea Blaise, Esq.<br>BLAISE AND NITSCHKE PC<br>123 North Wacker Drive, Suite 250<br>Chicago, IL 60606<br>hblaise@blaisenitschkelaw.com<br>Telephone: (312) 448-6602<br>Facsimile:  (312) 803-1940 | Counsel for Plaintiff<br>Beatbox Music Pty, Ltd. |
| Daniel Jacobson, Esq.<br>Ronak Patel, Esq.<br>JACOBSON & ASSOCIATES<br>1352 Irvine Boulevard, Suite 205<br>Tustin, CA 92780<br>dlj@jacobsonlawyers.com<br>rp@jacobsonlawyers.com<br>Telephone: (714) 505-4872<br>Facsimile:  (714) 730-5400 | Counsel for Defendant and Cross-Claimant<br>Michael Cohen |

/s/ Lisa Y. Smith
Lisa Y Smith