Dan Jacobson SBN 134978
JACOBSON & ASSOCIATES
1352 Irvine Blvd., Suite 205
Tustin, CA 92780
(714) 505-4872
dlj@jacobsonlawyers.com

Attorney for Defendant and Crossclaimant,
**Michael Cohen**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>LABRADOR ENTERTAINMENT INC., et al.<br><br>Defendants.<br><br>MICHAEL COHEN, an individual;<br><br>Crossclaimant,<br><br>v.<br><br>LABRADOR ENTERTAINMENT INC., D/B/A/ SPIDER CUES MUSIC LIBRARY, a California Corporation;<br><br>Cross-Defendant. | CASE NO.: 2:17-cv-06108-MWF-JPR<br>*[Assigned to the Honorable Michael W. Fitzgeralsd]*<br><br>Notice of Unavailability of Counsel<br><br>DATE: April 9, 2018<br>TIME: 10:00 A.M.<br>DEPT: 5A<br><br>Complaint Filed: August 17, 2017<br>Cross-Claim Filed: November 21, 2017<br>Trial Date: March 19, 2019 |

PLEASE TAKE NOTICE that Dan Jacobson, whose office is located at the address indicated above, will be unavailable to participate in or respond to any discovery, *ex-parte* applications, motions, or other formal or informal proceedings related to the above-entitled matter, as follows:

///

- 1 -
Notice of Unavailability of Counsel

    A.    Mr. Jacobson is a Member of the California Board of Accountancy, which licenses and polices all of the CPAs and CPA Firms in California. For the period of September 25, 2019 through September 27, 2019, Mr. Jacobson will be preparing for, attending, and traveling to and from the next California Board of Accountancy.

    B.    From November 11, 2019 through November 15, 2019 Mr. Jacobson will be on vacation.

DATE: 09/19/19

JACOBSON & ASSOCIATES

_____
Dan Jacobson, Attorney for
Defendant and Crossclaimant
Michael Cohen

- 2 -
Notice of Unavailability of Counsel