UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-6108-MWF(JPRx)** | | Dated: **January 13, 2020** |
| Title: | Beatbox Music Pty, Ltd. -v- Labrador Entertainment, Inc., etc., et al. | | |

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Heather L. Blaise | Carl A. Roth |
| | Daniel L. Jacobson |
| | Raena Ohiri |

**PROCEEDINGS:**   **MOTION TO AMEND PLEADINGS [88]; MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD FOR LABRADOR ENTERTAINMENT, INC. dba SPIDER CUES MUSIC LIBRARY [92]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   Rs

-1-                    : 10  min