Daniel Lee Jacobson SBN 134978
JACOBSON & ASSOCIATES
315 Centennial Way
Tustin, CA  92780
(714) 505-4872
dlj@jacobsonlawyers.com

Attorneys for Defendant/Crossclaimant Michael Cohen

U.S. District Court for the

Central District of California

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD., | Case #: 2:17-cv-06108-MWF-JPR |
| Plaintiff | Notice of Inadvertence |
| v. | Date: 03/16/20<br>Time: 10:00 |
| LABRADOR ENTERTAINMENT, INC., et al. | Courtroom: 3A<br>Trial date: 06/23/20 |
| Defendant | Complaint filed: 08/22/17 |
| AND ALL RELATED CROSSCLAIMS | |

Please take Note that the proof of service ("POS") that accompanied Defendant/Cross-Defendant Michael Cohen's Answer to the First Amended Complaint ("FAC") was filed inadvertently. That POS stated that Mr. Cohen's Answer to the FAC was served on Beatbox on 02/17/20 via mail.  That's not true. *The Answer was served on Beatbox via the CM/ECF Federal filing system a moment after it was filed with that system, on 02/17/20.*

The POS is not material, as the CM/ECF system served the Answer on Beatbox a moment after it was file. *See* 18 USC § 1623(a) and *U.S. v. Gaudin*, 515. U.S. 506, 509 (9th Cir. 1995.) Also, Ariana Arestegui (the declarant on the POS) admits below

that such POS was inadvertently false, "the declaration has not substantially affected the proceeding, [and] it has not become manifest that such [inadvertent] falsity has been or will be exposed." 18 USC § 1623(d).

Dated: 02/18/20                                JACOBSON & ASSOCIATES


                                       /s/ Dan Jacobson
                                 Dan Jacobson, Attorneys for
                                 Defendant Michael Cohen

### Declaration

1. I have personal knowledge of that stated herein and if called to testify could do so competently.

2. Yesterday (02/17/20) I inadvertently attached a proof of service ("POS") that stated that Michael Cohen's Answer to the FAC was mailed to Plaintiff Beatbox Music PTY, LTD. That's not true.

3. In reliance on the court's electronic filing system and the explanation thereof, I state the Answer was served on Beatbox via the CM/ECF Federal filing system, a moment after that Answer was filed, on 02/17/20.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed at Tustin, CA   on 02/18/20

Ariana Arestegui