Daniel Lee Jacobson SBN 134978
JACOBSON & ASSOCIATES
1352 Irvine Blvd., Suite 205
Tustin, CA 92780
(714) 505-4872
dlj@jacobsonlawyers.com

Attorneys for Defendant/Crossclaimant Michael Cohen
and MCPC Holdings, LLC

U.S. District Court for the

Central District of California

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD.,<br><br>    Plaintiff<br><br>v.<br><br>LABRADOR ENTERTAINMENT, INC., et al.<br><br>    Defendant<br>_____<br>AND ALL RELATED CROSSCLAIMS | Case #: 2:17-cv-06108-MWF-JPR<br><br>Declaration of Dan Jacobson, supporting Defendant/Crossclaimant Michael Cohen's Opposition to Beatbox's Motion to Strike<br><br>Date: 03/16/20<br>Time: 10:00<br>Courtroom: 3A<br>Trial date: 06/23/20<br><br>Complaint filed: 08/22/17 |

///
///
///
///

- 1 -
Declaration of Dan Jacobson Supporting Defendant/Crossclaimant
Michael Cohen's Opposition Beatbox's Motion to Strike

1. I have personal knowledge of the matters stated herein, and if called to testify to such could do so competently.
2. I am an attorney licensed to practice law in the U.S. District Court for the Central District of California.
3. Beatbox's attorney never contacted me to ask for a stipulation or to try to resolve in any way the issue of when its instant motion would be filed.

Executed on 02/24/20 at Tustin, CA.

_____
Dan Jacobson

---

- 2 -
Declaration of Dan Jacobson Supporting Defendant/Crossclaimant
Michael Cohen's Opposition Beatbox's Motion to Strike