Daniel Lee Jacobson SBN 134978
JACOBSON & ASSOCIATES
1352 Irvine Blvd. Suite 205
Tustin, CA  92780
(714) 505-4872
dlj@jacobsonlawyers.com

Attorneys for Defendant/Crossclaimant Michael Cohen and Defendant MCPC
Holdings LLC

U.S. District Court for the

Central District of California

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD.,<br><br>        Plaintiff<br><br>v.<br><br>LABRADOR ENTERTAINMENT, INC., et al.<br><br>        Defendant<br><br>———————————————<br>AND ALL RELATED CROSSCLAIMS | Case #: 2:17-cv-06108-MWF-JPR<br><br>Defendant/Crossclaimant Michael Cohen's Requests for Judicial Notice<br><br>Date:          03/16/20<br>Time:          10:00<br>Courtroom:  3A<br>Trial date:   06/23/20<br><br>Complaint filed: 08/22/17 |

Defendant/Crossclaimant Michael Cohen ("Mr. Cohen) hereby Requests that

the Court take Judicial Notice pursuant to Federal Rule of Evidence 201 of the

following:

1. On 01/17/20 the Court ordered this case Stayed until 02/17/20 or until a

lawyer files an appearance on behalf of Labrador Entertainment, whichever comes

first. Such a filing took place on 02/18/20. The Court's 01/17/20. Docket #102; and

Docket # 119, respectively

2. The last day to hear motions in the instant case is March 16, 2020 per the Court's July 24, 2019 Rule 16 Scheduling Order. Docket # 78.

3. The Court anticipates that the pretrial and trial dates will have to be continued and will request a proposal from the parties, a lawyer appears on behalf of Labrador Entertainment. The Court's SCHEDULING NOTICE Order. Docket # 103,

4. On February 17, 2020 Defendant Michael Cohen electronically served and filed a Motion for Partial Summary Judgment.

DATED: 02/24/2020                          _____/s/ Dan Jacobson_____
                                           Dan Jacobson, Jacobson & Associates,
                                           Attorney for Defendant/Crossclaimant
                                           Michael Cohen

**FOR GOOD CAUSE SHOWING, IT IS SO ORDERED.**

Dated: _____                          _____
                                           The Honorable Michael W. Fitzgerald,
                                           Judge of the District Court