JUDGE MICHAEL W. FITZGERALD
SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 2:17-cv-06108-MWF-JPR - **NOTE to Judge Michael W. Fitzgerald: Apologies to the Court for the delay in filing this document. The delay was caused by the need to further amend this document after meet and confer.** | | | |
|---|---|---|---|---|
| Case Name | Beatbox Music Pty, Ltd., vs. Labrador Entertainment, Inc., etc., et al., | | | |
| Matter | | Plaintiff(s)' Date mo/day/year | Defendant(s)' Date mo/day/year | Court Order |
| Jury Trial (Tuesday 8:30 a.m.)    Duration Estimate | | 11/16/2021<br><br>7-10 days | 11/16/2021<br><br>7-10 days **(Labrador, et al.)**<br><br>March 30, 2021 **(Cohen, et al.)** | |
| Final Pretrial Conference [LR 16] and Hearing on Motions In Limine (Monday at 11:00 a.m. -- three (3) weeks before trial date)<br><br>Motions In Limine must be filed three (3) weeks before this date;<br><br>oppositions are due two (2) weeks before this date; no reply briefs. | | 10/25/2021<br><br><br><br><br>10/4/2021 | 10/25/2021 **(Labrador, et al.)** March 8, 2021 **(Cohen, et al.)**<br><br>10/4/2021 (Labrador, et al.) March 8, 2021 **(Cohen, et al.)**<br><br>9/20/2021 **(Labrador, et al.)** | |
| Event | Weeks Before Trial | Plaintiff(s)' Date mo/day/year | Defendant(s)' Date mo/day/year | Court Order |
| Last Date to Hear Motion to Amend Pleadings/ Add Parties | 0 | 11/16/2021 Plaintiff objects to any additional discovery beyond claims filed on or after January 24, 2020. | 11/16/2021 Labrador does not waive the right to move on this issue, if required. **(Labrador, et al.)**<br><br>N/A **(Cohen, et al.)** | |

| | | | | |
|---|---|---|---|---|
| Non-Expert Discovery Cut-Off (at least 4 weeks before last date to hear motions) | 18 | 7/13/2021 Plaintiff objects to any additional discovery beyond claims filed on or after January 24, 2020. | 7/13/2021 Labrador does not waive the right to move on this issue, if required. **(Labrador, et al.)** September 08, 2020*1 See Exhibit A" **(Cohen, et al.)** | |
| Expert Disclosure (Initial) | | Plaintiff objects to any other Expert Discovery beyond Expert Rebuttal Disclosure. | April 24, 2021 Labrador does not waive the right to move on this issue, if required. **(Labrador, et al.)** N/A **(Cohen, et al.)** | |
| Expert Disclosure (Rebuttal) | | 11/24/2020 | June 5, 2021 **(Labrador, et al.)** October 20, 2020 **(Cohen, et al.)** | |
| Expert Discovery Cut-Off | 14 | 8/10/2021 | 8/10/2021 **(Labrador, et al.)** November 24, 2020 **(Cohen, et al.)** | |
| Last Date to Hear Motions (Monday at 10:00 a.m.) | 14 | 8/9/2021 | 8/9/2021 **(Labrador, et al.)** December 21, 2020 **(Cohen, et al.)** | |
| Last Date to Conduct Settlement Conference | 12 | 8/24/2021 | 8/24/2021 **(Labrador, et al.)** | |

| | | | | |
|---|---|---|---|---|
| <u>For Jury Trial</u><br>◆ File Memorandum of Contentions of Fact and Law, LR 16-4<br>◆ File Exhibit and Witness Lists, LR 16-5.6<br>◆ File Status Report Regarding Settlement<br>◆ File Motions In Limine | 6 | 10/5/2021 | 10/5/2021<br>**(Labrador, et al.**)<br><br>February 15, 2021<br>**(Cohen)** | |
| <u>For Jury Trial</u><br>◆ Lodge Pretrial Conference Order, LR 16-7<br>◆File Agreed Set of Jury Instructions and Verdict Forms<br>◆ File Statement Regarding Disputed Instructions, Verdicts, etc.<br>◆ File Oppositions to Motions In Limine | 5 | 10/12/2021 | 10/12/2021<br>**(Labrador, et al.**)<br><br>February 22, 2021<br>**(Cohen)** | |
| | | | | |

EXHIBIT A

Endnote:
* 1. Such non-expert discovery allowed only as to new parties.

Defendants Michael Cohen's & MCPC Holdings, LLC's proposed dates are calculated pursuant to the following formula:"

Under the attached worksheet, the relevant dates are extended, with 06/01/20 being the "base date". The first date on the worksheet is one-hundred days from that base date. The subsequent dates are spaced apart the same number of days as are the dates listed on Judge Fitzgerald's original Scheduling Order.(+ a day or two for holidays and weekends, and a few days to have the last day to hear motions fall on a Monday). Here's why.

On 01/17/20 Beat box was Stayed until 02/17/20 or when a new attorney appeared for Labrador Entertainment, Inc. Dkt. 102. Mr. Rosner appeared for Labrador on 02/18/20. Thus, the Stay was operative up and until 02/17/20; 30 days.

Order of the Chief Judge 20-042 ordered the "Continuity of Operations ('COOP') Plan" effectuated on 03/23/20. That COOP activation Order said, "In civil cases, no hearings will go forward except for emergency time sensitive matters, such as requests for temporary restraining orders and preliminary injunctions, as ordered by the assigned judicial officer."

Amended General Order 20-08, ordered that certain court staff were to return to the courthouses no earlier than 06/01120. Seventy days passed from the activation of COOP, and the potential beginning of some court operations.

The 30 day Stay, the seventy-day effective closure of the Court for purposes of the Beatbox case, and the order stating that some more limited court operations might start on 06/01/20 are all substantive occurrences regarding the delay in proceeding with Beatbox. Thus, the base date is 100 (30 + 70) days from 06/01/20, and the subsequent dates are spaced as Judge Fitzgerald originally ordered. (save for the aforementioned occasional weekend/holiday, motion cutoff date extension).