Douglas J. Rosner, ESQ., SBN 094466
rosnerlaw@earthlink.net
LAW OFFICES OF DOUGLAS JOSEPH ROSNER
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Telephone No. (818) 501-8400
Facsimile No.: (818) 880-4485

Attorney for Defendant/Cross-Defendants,
Labrador Entertainment, Inc. dba Spider Cues Music Library,
Labrador Entertainment, LLC, Noel Palmer Webb,
an individual and Webb Family Trusts

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD.,<br><br>Plaintiff,<br>vs.<br><br>LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation, ET AL.,<br><br>Defendants.<br><br>---<br><br>MICHAEL COHEN, an individual,<br><br>Cross-Complainant,<br>vs.<br><br>LABRADOR ENTERTAINMENT INC., D/B/A SPIDER CUES MUSIC LIBRARY, a California Corporation, ET AL.<br><br>Cross-Defendant. | Case No. 2:17-cv-6108-MWF (JPRx)<br>*Assigned to the Hon. Michael W. Fitzgerald*<br><br>ANSWER TO FIRST AMENDED COMPLAINT OF Defendants Labrador Entertainment, LLC, Labrador Entertainment, Inc., The Webb Family Trust, Noel Webb, Defendant Cohen and MCPC Holdings, LLC) FOR:<br><br>1. Fraudulent Conveyance At Common Law;<br>2. Fraudulent Conveyance Under California's Uniform Fraudulent Transfer Act.<br><br>**DEMAND FOR JURY TRIAL**<br><br>Action Filed: August 17, 2017 |

LABRADOR ENTERTAINMENT INC., D/B/A SPIDER CUES MUSIC LIBRARY, a California Corporation, ET AL.

    Counterclaimant,

**vs**.

BEATBOX MUSIC, PTY, LTD. AND MICHAEL COHEN, an individual,

    Counterdefendants.

_____

## ANSWER

Defendants, Labrador Entertainment, LLC ("Labrador LLC"), Labrador Entertainment, Inc. dba Spider Music Cues ("Labrador"), The Webb Family Trust "(Webb Trust"), Noel Webb ("Webb") (collectively "Defendants") answers Beatbox Music PTY, LTD's ("Beatbox"") First Amended Complaint "FAC" and as follows:

1. Answering paragraph 81 of the FAC, Defendants hereby incorporate by this reference Defendants' responses to paragraphs 1 through 80 of their First Amended Answer to First Amended Complaint of Defendants Labrador, Labrador LLC, Webb Trust and Noel Webb. (Doc. 139 Filed 03/07/20.)

2. Answering paragraph 82 of the FAC, Defendants admit transferring for good consideration the assets of Labrador to Labrador LLC, but otherwise deny each and every allegation contained in paragraph 82 of the FAC.

3. Answering paragraph 84 of the FAC, Defendants deny each and every allegation contained in paragraph 84 of the FAC.

4.  Answering paragraph 85 of the FAC, Defendants admit the allegations contained in paragraph 85 of the FAC.

5. Answering paragraph 86 of the FAC, Defendants hereby incorporate by this reference Defendants' responses to paragraphs 1 through 85 of their First Amended Answer to First Amended Complaint of Defendants Labrador, Labrador LLC, Webb Trust and Noel Webb.  (Doc. 139 Filed 03/07/20.)

6.  Answering paragraph 87 of the FAC, Defendants admit transferring for consideration the assets of Labrador to Labrador LLC, but otherwise deny each and every allegation contained in paragraph 87 of the FAC.

7.  Answering paragraph 89 of the FAC, Defendants deny each and every allegation contained in paragraph 89 of the FAC.

8.  Answering paragraph 90 of the FAC, Defendants deny each and every allegation contained in paragraph 90 of the FAC.

9.  Answering paragraph 91 of the FAC, Defendants deny each and every allegation contained in paragraph 91 of the FAC.

10.  Answering paragraph 92 of the FAC, Defendants deny each and every allegation contained in paragraph 92 of the FAC.

11.  Answering paragraph 93 of the FAC, Defendants deny each and every allegation contained in paragraph 93 of the FAC.

///
///
///
///
///
///
///
///

## AFFIRMATIVE DEFENSES

As separate, independent, and affirmative defenses to the FAC, Defendants allege that:

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

12. As a First and Separate Affirmative Defense, Defendants assert that the FAC and each purported claim alleged therein fail to state facts sufficient to constitute a claim against Defendants.

### SECOND AFFIRMATIVE DEFENSE
### (Ripeness)

13. As a Second and Separate Affirmative Defense, Defendants assert that the allegations contained in the FAC are not ripe and thus are not capable of being adjudicated.

### THIRD AFFIRMATIVE DEFENSE
### (Standing)

14. As a Third and Separate Affirmative Defense, Defendants assert that Beatbox lacks standing that would impose any legal or equitable duties on Defendants.

### FOURTH AFFIRMATIVE DEFENSE
### (Bonafide Sale)

15. As a Fourth and Separate Affirmative Defense, Defendants assert that the sale of assets from Labrador to Labrador LLC was for good consideration and a bonafide sale.

WHEREFORE, Defendants pray for judgment as follows:

1. That Beatbox take nothing;
2. For costs of suit incurred herein;

3. If appropriate, for attorney's fees incurred herein pursuant to California Civil Code § 1717; and

4. For such other, further or different relief as the Court may deem just and proper in the premises.

Dated: August 31, 2020

        LAW OFFICES OF DOUGLAS JOSEPH ROSNER

        /s/ Douglas J. Rosner

By:  DOUGLAS J. ROSNER
SBN 094466
2625 Townsgate Road, Suite 330
Westlake Village, California 91302
Telephone No. (818) 501-8400
email: rosnerlaw@earthlink.net
Attorney for Defendant/Cross-Defendants, Labrador Entertainment, Inc. dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an individual and Webb Family Trusts