Douglas J. Rosner, ESQ., SBN 094466
rosnerlaw@earthlink.net
LAW OFFICES OF DOUGLAS JOSEPH ROSNER
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Telephone No. (818) 501-8400
Facsimile No.: (818) 880-4485

Attorney for Defendant/Cross-Defendants,
Labrador Entertainment, Inc. dba Spider Cues Music Library,
Labrador Entertainment, LLC, Noel Palmer Webb,
an individual and Webb Family Trusts

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD., | Case No. 2:17-cv-6108-MWF (JPRx) |
| Plaintiff, | *Assigned to the Hon. Michael W. Fitzgerald* |
| vs. | |
| LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation, | Notice of Motion for Judgment on the Pleadings by Labrador Entertainment Defendants, Noel Palmer Webb, and Webb Family Trust |
| Defendants. | Hearing Date: January 11, 2021 |
| | Time: 10:00 a.m. |
| AND RELATED COUNTERCLAIMS | Place: Courtroom 5A - Los Angeles |
| | Judge: Hon. Michael W. Fitzgerald |
| | [Proposed Order Filed Concurrently Herewith] |

NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS

Case No. 2:17-cv-6108-MWF                                          Page 1 of 3

# NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 11, 2021 at 10:00 a.m. Pacific Time before the Honorable Michael W. Fitzgerald at the United States District Court for the Central District of California, First Street Courthouse, 350 West First Street, Courtroom 5A, Los Angeles, CA 90012, Defendants Labrador Entertainment, LLC, Labrador Entertainment, Inc., Noel Webb, and the Webb Family Trust (collectively "Defendants"), through their counsel of record, will move the Court for judgment on the pleadings in their favor under Federal Rule 12(c) on Plaintiff Beatbox Music's alter ego and fraudulent conveyance claims against them—the fifth, seventh, and eighth causes of action in Beatbox's operative complaint, FAC, ECF No. 105. Additionally, Defendants request that the Court join Labrador Entertainment, LLC as an additional defendant to Beatbox's contractual claims under Federal Rule 25(c), given the transfer of the interest in the contract at issue to that entity.

Defendants make this motion following a conference of counsel pursuant to Local Rule 7-3 which took place on November 23, 2020.

# CONCISE STATEMENT OF THE RELIEF SOUGHT

Defendants seek an order entering judgment on the pleadings in their favor under Federal Rule 12(c) and dismissing with prejudice the fifth, seventh, and eight causes of action in Beatbox's operative complaint, FAC, ECF No. 105. Beatbox's "Alter Ego Theory" claim is not cognizable as a standalone cause of action. Its "Fraudulent Conveyance" claims fail because Beatbox cannot show it has suffered any prejudice as a result of the transfer at issue. Both entities involved in that transfer—Labrador Entertainment, Inc. and Labrador Entertainment, LLC—are parties to this lawsuit and face liability should Plaintiff ultimately prevail on its contract claims.

1   Labrador Entertainment, LLC separately requests an order under Federal Rule
2   25(c) joining it as an additional defendant to Beatbox's first cause of action (breach
3   of contract) and third cause of action (express indemnity). This joinder is appropriate
4   and serves all parties, given their agreement that the contract at issue in this lawsuit
5   has been transferred to that LLC.

6   This motion is based on this notice, the accompanying memorandum of points
7   and authorities, the pleadings and papers on file in this action, and such other oral
8   argument and evidence as may be presented at the hearing of this Motion.

10   Dated: December 11, 2020

12   LAW OFFICES OF DOUGLAS JOSEPH ROSNER

13   /s/ Douglas J. Rosner

14   By:   DOUGLAS J. ROSNER
          SBN 094466
15        Attorney for Defendant
          Attorney for Defendant/Cross-Defendants,
16        Labrador Entertainment, Inc. dba
          Spider Cues Music Library,
17        Labrador Entertainment, LLC, Noel Palmer Webb,
          an individual and Webb Family Trusts
18        2625 Townsgate Road, Suite 330
          Westlake Village, California 91302
19        Telephone No. (818) 501-8400
          email: rosnerlaw@earthlink.net

27   NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS

28   Case No. 2:17-cv-6108-MWF                                    Page 3 of 3