UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation, <br><br> Defendants. <br><br> AND ALL RELATED ACTIONS | Case No. 2:17-cv-6108-MWF (JPRx) <br> *Assigned to the Hon. Michael W. Fitzgerald* <br><br> DECLARATION OF DOUGLAS J. ROSNER <br><br> Discovery Cut-Off: 7/23/2021 <br> Pretrial Conference: 11/8/2021 <br> Trial Date: 11/30/2021 |

I, Douglas J. Rosner declare as follows:

1. I am the attorney for Labrador Entertainment, Inc. ("Labrador") make this declaration in support of the Joint Stipulation regarding requests to produce documents. If called upon to testify and could and would competently testify to the facts herein.

---

PARTIES' JOINT STIPULATION PURSUANT TO L.R. 37            Page 1 of 3

2. There were numerous attempts to meet and confer. The parties only discussed the outstanding discovery related to Labrador Entertainment, Inc. and Labrador Entertainment, LLC. There was not meaningful discussions regarding outstanding discovery for Noel Webb or Webb Family Trust.

3. The following documents were served upon Plaintiff:

　　a. May 21, 2021 - Third Amended Labrador Entertainment, Inc. d/b/a Spider Cues Music Library's Responses to Plaintiff's Second Set of Interrogatories

　　b. May 21, 2021 - Labrador Entertainment Inc., d/b/a Spider Cues Music Library's Second Amended Response to Plaintiffs Supplemental Requests for the Production of Documents to Defendant Labrador Entertainment, Inc.;

　　c. May 21, 2021 - Labrador Entertainment LLC's Second Amended Response to Plaintiff's First Set of Requests for the Production of Documents to Defendant Labrador;

　　d. May 21, 2021 - Second Amended Labrador Entertainment, LLC Responses to Plaintiff's First Set of Interrogatories;

　　f. May 24, 2021 - Webb Family Trust's Second Amended Responses to Plaintiffs First Set of Interrogatories;

　　g. May 24, 2021 - Webb Family Trust's Second Amended Response to Plaintiffs First Set of Requests for the Production of Documents;

　　h. At or about April 21, 2021 Documents Bate stamped 1-1566;

　　i. At or about May 21, 2021 Documents Bate stamped 2000-3831;

　　j. At or about May 24, 2021 Documents Bate stamped 3701-4972;

　　k. At or about May 31, 2021 Documents Bate stamped 4200 to 4401.

4. Labrador has produced almost 5000 documents.

5. There are two types of priority mail, "Priority Mail" and Priority Mail Express."

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on June 15, 2021.

_____
Douglas J. Rosner