Daniel Jacobson, State Bar No. 134978
Ronak Patel, Esq., State Bar No. 296296
JACOBSON & ASSOCIATES
1352 Irvine Boulevard, Suite 205
Tustin, California 92780
(714) 505-4872
dlj@jacobsonlawyers.com
rp@jacobsonlawyers.com

Attorneys for Defendant and
Cross-Claimant **Michael Cohen**,
and Defendant **MCPC Holdings**, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, et al <br><br> Defendants. | Case No: 2:17-cv-6108 MWF (JPRx) <br><br> Assigned to the Hon. Michael W. Fitzgerald <br><br> **DECLARATION OF RONAK PATEL** <br><br> Action Filed: August 17, 2017 <br> Cross-Claim Filed: November 21, 2017 <br> FAC Filed: January 24, 2020 <br> Trial Date: November 30, 2021 |
| MICHAEL COHEN, <br><br> Cross-Claimant, <br><br> vs. <br><br> LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, et al <br><br> Cross-Defendant. | |

# DECLARATION OF RONAK PATEL

I, Ronak Patel, declare as follows:

1. I am not a party to this action. I am a California-licensed attorney who represent Defendants Michael Cohen and MCPC Holdings, LLC in the above action.

2. On April 2, 2021, I erroneously sent a document to Plaintiff that was the result of an improper merger of a verification page and a document. As soon as I learned of the error on April 22, 2021, when Beatbox's counsel first informed me that it had not received the correct documents, and took steps to immediately correct it.

3. Despite sending the file multiple times, Beatbox complained that it had not received it. Eventually, Beatbox complained that it was not sent as a single PDF.

4. I requested that Beatbox clarify the issues that remained in dispute on May 24, 2021, noting the sticking points that appeared to remain. Beatbox's counsel never confirmed their position on what issues they intended to challenge at a potential motion to compel hearing.

///

I declare under the penalty of perjury of the laws of the Untied States that the foregoing is true and correct.

Executed on this 15th day of June, 2021 at Diamond Bar, Cailfornia.

/s/Ronak Patel