UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD.,<br><br>    Plaintiff,<br>vs.<br>LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation,<br><br>    Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. 2:17-cv-6108-MWF (JPRx)<br>*Assigned to the Hon. Michael W. Fitzgerald*<br><br>DECLARATION OF J. CURTIS EDMONDSON<br><br>Discovery Cut-Off: 7/23/2021<br>Pretrial Conference: 11/8/2021<br>Trial Date: 11/30/2021 |

I, J. Curtis Edmonson declare as follows:

1. I am the attorney for Labrador Entertainment, Inc. ("Labrador") make this declaration in support of the Joint Stipulation regarding requests to produce documents. If called upon to testify and could and would competently testify to the facts herein.

///

---

DECLARATION OF J. CURTIS EDMONDSON            Page 1 of 2

2. On June 11, 2021, I responded to Plaintiff's counsel sent to Plaintiff's counsel an email and letter Attached hereto as Exhibits G and H is a true and correct copy of this

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on June 23, 2021.

*/s/ J. Curtis Edmondson*

---

DECLARATION OF J. CURTIS EDMONDSON                Page 2 of 2