UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation,<br><br>　　　　Defendants.<br>_____<br><br>AND ALL RELATED ACTIONS | Case No. 2:17-cv-6108-MWF (JPRx)<br>*Assigned to the Hon. Michael W. Fitzgerald*<br><br>[Proposed Order]<br>PARTIES' JOINT STIPULATION PURSUANT TO L.R. 37 REGARDING MOTION TO COMPEL<br><br>Discovery Cut-Off: 7/23/2021<br>Pretrial Conference: 11/8/2021<br>Trial Date: 11/30/2021 |

ORDER

　　Defendant's Motion to Compel Plaintiff's Further Production of Responsive Documents came on regularly for hearing before this Court on July 15, at 10:00 a.m.

　　Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that Plaintiff has failed toPlaintiff has

refused to produce, or to verify that it has produced all relevant and responsive documents in its possession, custody, or control as required under the Federal Rules of Civil Procedure, specifically a second set of document requests propounded by Labrador Entertainment, Inc. to Plaintiff on or about April 23, 2021.

IT IS HEREBY ORDERED that Defendant Labrador Entertainment, Inc.'s Motion to Compel Plaintiff's Further Production of Responsive Documents served on or about April 23, 2021 is GRANTED.

Dated:

> Hon. Jean P. Rosenbluth
> Magistrate Judge United States District Court