UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV17-6108-MWF (JPRx) | Date | July 15, 2021 |
|---|---|---|---|
| Title | Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc. et al. | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|

| Bea Martinez | CS 7/15/2021 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Heather L. Blaise (Via Zoom) | J. Curtis Edmondson (Via Zoom) <br> Ronak Patel (Via Zoom) |

**Proceedings:** (IN COURT): Defendants' Motion for Protective Order for Discovery and Defendants' Motion to Compel Further Production of Responsive Documents

Case is called. Counsel make their appearances. Court addresses parties. Argument heard.

For the reasons stated on the record at the hearing, the Court rules as follows:

1) Defendant Labrador's motion for a protective order is GRANTED in part. The Court ORDERS the parties to further meet and confer concerning a protective order, using the Court's guidance provided during the hearing as well as the Court's sample protective order. No later than July 22, 2021, the parties must lodge a stipulated proposed protective order or the Court will enter one itself.

2) Defendant Labrador's motion to compel further responses to requests for production is GRANTED as to RFPs 14, 15, 16 and 17 and DENIED as to RFPs 11, 12, and 13. Plaintiff must do the following by no later than July 29, 2021: produce any remaining responsive documents within its possession, custody, or control as to each of RFPs 14 through 17 or provide a verified response stating that after a diligent search and reasonable inquiry it has no further responsive documents to produce; and provide a privilege log for any withheld responsive documents to up until the date the lawsuit was filed.

cc: Judge Fitzgerald

| | : | 44 |
|---|---|---|
| | Initials of Preparer | bm |