```
1   Douglas J. Rosner, ESQ., SBN 094466
    rosnerlaw@earthlink.net
2   LAW OFFICES OF DOUGLAS JOSEPH ROSNER
    2625 Townsgate Road, Suite 330
3   Westlake Village, California 91361
    Telephone No. (818) 501-8400
4   Facsimile No.: (818) 880-4485

5   J. Curtis Edmondson, SBN 236105
    jcedmondson@edmolaw.com
6   LAW OFFICES OF J. CURTIS EDMONDSON PLLC
    15490 NW Oak Hills Dr.
7   Beaverton, OR 97006
    Telephone: (503) 336-3749
8   Facsimile: (503) 482-7418

9
    Attorney for Defendant, Labrador Entertainment, Inc.
10  dba Spider Cues Music Library, Labrador Entertainment,
    LLC, Noel Palmer Webb, and Web Family Trusts
11
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation, et. al., <br><br> Defendants. <br><br> MICHAEL COHEN, an individual, <br><br> Cross-Complainant, <br><br> vs. <br><br> LABRADOR ENTERTAINMENT INC. DBA SPIDER CUES MUSIC LIBRARY, a | Case No. 2:17-cv-06108-MWF (JPRx) <br> Assigned to the Hon. Michael W. Fitzgerald <br><br><br> **DEFENDANTS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date:  August 23, 2021 <br> Time:  10am <br> Dept.:  5a <br> Judge:  Michael W. Fitzgerald |

**Defendants' Notice of Motion and Motion for Summary Judgment**           **Page 1 of 3**

|   |   |
|---|---|
| California corporation, et al.,            ) | |
|                                             ) | |
|              Cross-Defendants.              ) | |
|                                             ) | |
| LABRADOR ENTERTAINMENT INC.                 ) | |
| DBA SPIDER CUES MUSIC LIBRARY, a            ) | |
| California corporation, et al.,             ) | |
|                                             ) | |
|              Counter-Claimant,              ) | |
| vs.                                         ) | |
|                                             ) | |
| BEATBOX MUSIC, PTY, LTD. and                ) | |
| MICHAEL COHEN, an individual and ROES ) | |
| 1-20, inclusive,                            ) | |
|                                             ) | |
|              Counter-Defendants.            ) | |
|                                             ) | |

## NOTICE OF MOTION

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on August 23, 2021, at 10 a.m. or as soon thereafter as the matter may be heard in Courtroom 5A at the United States Courthouse, 350 West First Street, Street, Los Angeles, California 90012, before the Honorable Michael W. Fitzgerald, Defendants LABRADOR ENTERTAINMENT INC. DBA SPIDER CUES MUSIC LIBRARY, LABRADOR ENTERTAINMENT LLC (collectively, "Labrador"); NOEL PALMER WEBB and WEBB FAMILY TRUSTS (collectively, "Webb")(together "Defendants") will and hereby do move the Court for an Order entered pursuant to FRCP 54(b) to direct partial summary judgment as to all claims asserted by Plaintiff Beatbox Music Pty Ltd. ("Beatbox") in its First Amended Complaint filed on January 24, 2020 (ECF 105) as against the moving Defendants and FRCP 56.

Specifically, Defendants request a partial summary judgment finding that:

- Plaintiff did not have a license to authorize the use of the "*Eminem-Esque*" cue ("Cue") in 2014 by the New Zealand National Party in 2014 since the Cue was not included in

the 2012 or 2014 Music catalog distributed to Plaintiff under the parties AGREEMENT;

- Defendants were not in material breach of the AGREEMENT and are not obligated to indemnify Plaintiffs  is present in this case, and Defendants are entitled to Judgment as a matter of law;
- Defendants did not fraudulently convey assets to the derogation of Beatbox; and
- Webb is not the alter-ego of Labrador.

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Statement of Uncontroverted Facts and Conclusions of Law, the Declaration of Noel Webb, and all exhibits thereto, all other pleadings, papers and evidence on file in this matter, and any such matters as the Court may consider at the time of the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 8, 2021.

Dated:   July 26, 2021                              Respectfully submitted,

/s/ J. Curtis Edmondson
_____
J. Curtis Edmondson
Attorney for Defendant