# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beatbox Music Pty, Ltd., <br> Plaintiff(s) <br> v. <br> Labrador Entertainment, Inc. et al., <br> Defendant(s) | CASE NUMBER: <br> CV17-6108-MWF (JPRx) <br><br> MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Jean P. Rosenbluth

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

Dated: 8/5/2021                                           By: Bea Martinez
                                                                              Deputy Clerk