UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV17-6108-MWF(JPRx) | Date | August 5, 2021 |
|---|---|---|---|
| Title | Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc. et al. | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|

| Bea Martinez | AT&T |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Heather L. Blaise | J. Curtis Edmondson<br>Ronak Patel |

**Proceedings:** (In Court): Telephonic Conference re Informal Discovery Conference

Case is called. Counsel make their appearances. Court addresses parties. Argument heard.

For the reasons stated on the record at the hearing, Defendant Labrador Entertainment's motion to quash Plaintiff's subpoenas is GRANTED because the timing of the subpoenas is inconsistent with the District Judge's scheduling order. Should the District Judge grant Plaintiff's pending ex parte application to extend the discovery cutoff date, counsel must within three business days of that order meet and confer concerning the subpoenas and how they might be served and any motions to quash them be heard within the extended discovery period. The quashed subpoenas are those served on Chase Bank, Wells Fargo (two subpoenas), Bank of America, and Merrill Lynch on July 13, 2021.

cc: Judge Fitzgerald

| | : | 23 |
|---|---|---|
| | Initials of Preparer | bm |