Daniel Lee Jacobson SBN 134978
dlj@jacobsonlawyers.com
Ronak Patel SBN 296296
rp@jacobsonlawyers.com
JACOBSON & ASSOCIATES
315 Centennial Way
Tustin, CA  92780
(714) 505-4872

Attorneys for Defendants Michael Cohen and MCPC Holdings, LLC

U.S. District Court for the

Central District of California

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD., | Case #: 2:17-cv-06108-MWF-JPR |
| Plaintiff | |
| v. | Declaration of Steve Burks Supporting Defendants Michael Cohen's & MCPC Holdings's Unopposed Ex Parte Application |
| LABRADOR ENTERTAINMENT, INC., et al. | |
| Defendant | Trial date:   11/30/21 |
| | Complaint filed: 08/22/17 |
| AND ALL RELATED CROSSCLAIMS | |

1. I have personal knowledge of the matters stated below, and if called to testify could do so competently.

2. I am a computer expert/consultant, and have been such for approximately 40 years.

3. For much of the above-mentioned 40 years I owned computer stores in San Diego.

4. I have uploaded thousands of documents on various websites.

5. I own and operate a company that hosts numerous websites.

6. I have been Jacobson & Associates' computer expert/consultant since the firm's inception in approximately 2005.

7. I estimated that it would take approximately 10 minutes to upload the subject Opposition papers to Pacer.

8. On August 2, 2021 Dan Jacobson had finished the subject Opposition papers long before the filing deadline; and, he and I were poised at our respective computers, to upload those papers long before the filing deadline.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on August 6, 2021 at Vista, CA

Steve Burks