UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 17-6108-MWF (JPRx)**                                     Date: **September 10, 2021**
Title:  **Beatbox Music Pty., Ltd. v. Labrador Entertainment, Inc. et al.**
================================================================

**DOCKET ENTRY: Order Denying Defendant Labrador Entertainment's Motion to Compel (docket number 234) and Taking Hearing Off Calendar**
================================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANTS:
    None present                                                                    None present

**PROCEEDINGS: (IN CHAMBERS)**

    On September 8, 2021, Defendant Labrador moved to compel Plaintiff to produce certain documents, setting the motion for hearing on September 30.  But the discovery cutoff in this case expired on July 23, 2021.  Yes, there remains pending Plaintiff's July 20 ex parte application to extend that date to September 21.  But even were that application granted, the motion to compel would still be untimely because the District Judge's Order re Jury Trial, at page 3, makes clear that all hearings on any discovery motions must occur before the cutoff date.  September 30 is after September 21.  Any way you slice it the motion is untimely and is DENIED on that basis.  The hearing set for September 30 is ORDERED OFF CALENDAR.

    The Court notes that this is not the first time it has informed the parties of this provision in the District Judge's scheduling order and reminded them that they must comply with it.  Defendant nonetheless nowhere acknowledges in its motion that it is late.  To the extent it believes Plaintiff caused the untimely filing (see generally Rosner Decl.), it should have filed an ex parte application for relief.

    cc: Judge Fitzgerald

MINUTES FORM 11                                                                                Initials of Deputy Clerk: bm
CIVIL-GEN