UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 17-6108-MWF(JPRx)**                                   Dated: **October 1, 2021**

Title:       Beatbox Music Pty, Ltd. -v- Labrador Entertainment, Inc., etc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

Heather L. Blaise                                                  Douglas J. Rosner
Thomas S. Key                                                     Ronak Patel
                                                                              Daniel L. Jacobson
Counsel forNon-Party Defendant                          J. Curtis Edmonson
Joceline Herman

PROCEEDINGS:   TELEPHONIC BEATBOX MUSIC'S MOTION TO AMEND PLEADINGS TO ADD PARTIES [204]; DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT [207]; PLAINTIFF'S DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT [208]

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

IT IS SO ORDERED.

Initials of Deputy Clerk   Rs
1:07 min