Douglas J. Rosner, ESQ., SBN 094466
Doug@drosnerlaw.com
LAW OFFICES OF DOUGLAS JOSEPH ROSNER
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Telephone No. (818) 501-8400
Facsimile No.: (818) 880-4485

Attorney for Defendants Labrador Entertainment, Inc., DBA Spider Cues Music, Noel Palmer Webb, Labrador Entertainment, LLC, Webb Family Trust

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD.,<br><br>    Plaintiff,<br> vs.<br><br>LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation,<br><br>    Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. 2:17-cv-6108-MWF (JPRx)<br>*Assigned to the Hon. Michael W. Fitzgerald*<br><br>APPLICATION FOR ISSUANCE OF LETTERS ROGATORY FOR FOREIGN SUBPOENA FOR ATTENDANCE OF WITNESS AT TRIAL<br><br>Date: August 29, 2022<br>Time: 10:00 a.m.<br>Location: Courtroom 5A |

  PLEASE TAKE NOTICE that on August 29, 2022 at 10:30 a.m., or on such other date and time convenient to (and ordered by) the Court, in Courtroom 5A of the U.S. Courthouse located at, 350 West First Street, Los Angeles, California 90012, Defendant/Cross-Defendants, Labrador Entertainment, Inc. dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an individual and Webb Family Trusts  Defendants) (together "Labrador" or "Defendants") will, and hereby do, respectfully request pursuant to 28 U.S.C. § 1781(b)(2) that the Court enter an order granting this Application for Issuance of Letters Rogatory for the issuance of a

Foreign Subpoena to attend trial and that it execute the attached Letters Rogatory and affix the seal of the Court to them for transmittal by Labrador to the appropriate authorities in New Zealand.

This motion is made following the conference of counsel which took place on August 5, 2022.[1] The parties met and conferred but were unable to reach agreement. Plaintiff Beatbox Music PTY, LTD ("Beatbox") opposes Labrador's applications for judicial assistance.

This motion is based on this Notice, the attached Memorandum of Points and Authorities, the Declaration of Douglas J. Rosner and such other evidence, argument, or matters this Court considers in connection with this motion.

Dated: August 5, 2022

LAW OFFICES OF DOUGLAS JOSEPH ROSNER

/s/ Douglas J. Rosner

By: DOUGLAS J. ROSNER
SBN 094466
2625 Townsgate Road, Suite 330
Westlake Village, California 91302
Telephone No. (818) 501-8400
email: rosnerlaw@earthlink.net
Attorney for Defendant/Cross-Defendants,
Labrador Entertainment, Inc. dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an individual and Webb Family Trusts

---

[1] This is not a discovery motion. We are requesting that the New Zealand Court issue a subpoena to command attendance of witness at trial.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Labrador submits this Memorandum of Points and Authorities in support of its Application for Issuance of Letter Rogatory ("Application") pursuant to the Federal Rules of Civil Procedure and 28 U.S.C. § 1781(b)(2).

The gravamen of this matter is the issuance of a license by Beatbox of the sound track "Eminem esque" for use in a political commercial produced for the New Zealand National Party ("the License"). Labrador claims Beatbox knew, prior to issuing the License, about serious issues related to the "Eminem esque". Responding to those issues, Beatbox and others claimed that if the legality of the sound track was ever questioned then liability would fall on the composer/publisher - Labrador and Cohen - and not persons who had purchased the License to use the music from an entity such as APRA AMCOS[2].

Labrador seeks to obtain the live testimony of Peter Moore and Bali Virk to conduct cross examination and support its defense and in this matter. Both Peter Moore and Bali Virk have direct knowledge evidenced by emails and additionally Peter Moore's testimony at the New Zealand Trial. (See Letters Rogatory) concerning the communications with Beatbox prior to the issuance of the License about the issues related to "Eminem esque". Both communicated with Beatbox via Lewis Mackenzie.

Trial is set to start December 6, 2022. Labrador seeks to obtain remote testimony from two witnesses Peter Moore and Bali Virk, residents of New Zealand.

///

---

[2] Under the agreement with Labrador, Beatbox was responsible for issuing non-exclusive licenses in their territory. AMCOS was an agent of Beatbox to only issue licenses and collect royalties.

Pursuant to 28 U.S.C. § 1781(b)(2), the Court should grant Labrador's application for issuance of Letter Rogatory.

## II. ARGUMENT

Peter Moore, was one of three members and a sole director of Stan 3 Ltd., a company formed to provide advertising and creative services to the New Zealand National Party for their 2014 general election campaign ("Producers"). Stan 3 Ltd. hired and managed others that assisted in the production of the New Zealand National Party commercial. To assist, Stan 3 hired Graffiti Media who employed Bali Virk. Bali Virk was responsible for investigating and obtaining the license to "Eminem esque". Both Peter Moore and Bali Virk were in direct contact with Beatbox prior to the issuance of the License.

Central to Labrador' cross examination of Plaintiff and its witnesses are Labrador's claim that Beatbox, prior to issuing the License, had actual knowledge of the concerns raised by the New Zealand National Party regarding its own potential risk of copyright violations in using the "Eminem esque" in its commercial. Immediately upon learning of these concerns, Beatbox, the sub publisher was required, at a minimum to contact and inform Labrador, the publisher of this issue. Rather, Beatbox gave the Producers and others assurances that the New Zealand National Party had nothing to worry about as long as it purchased an appropriate license to use the "Eminem esque". Further, that if the legality of the music was ever questioned then liability would fall on the composer/publisher and not persons who had purchased a license to use the music from an entity such as APRA AMCOS. Peter Moore and Bali Virk can testify about these communications and authenticate the documents that show these discussions.

///

///

Peter Moore and Bali Virk are not located in the State of California or the United States, and thus cannot directly be compelled by the United States District Court for the Central District of California to provide the requested trial testimony. The trial testimony requested to be provided pursuant to this Letter Rogatory is reasonably calculated to lead to the discovery of admissible evidence and will be offered at trial. This evidence is sought to conduct cross examination of Plaintiff and its witnesses and to provide a defense at trial.

All courts of the United States, have inherent power to issue Letters Rogatory 28 U.S.C.A. § 1781. See *In re Pacific Railway Commission*, C.C.N.D. Cal., 32 F. 241, 256.

Dated: August 5, 2022

LAW OFFICES OF DOUGLAS JOSEPH ROSNER

/s/ Douglas J. Rosner

By: DOUGLAS J. ROSNER
SBN 094466
2625 Townsgate Road, Suite 330
Westlake Village, California 91302
Telephone No. (818) 501-8400
email: rosnerlaw@earthlink.net
Attorney for Defendant/Cross-Defendants, Labrador Entertainment, Inc. dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an individual and Webb Family Trusts