UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | | |
|---|---|---|
| BEATBOX MUSIC, PTY, LTD., | ) | Case No. 2:17-cv-6108-MWF (JPRx) |
| Plaintiff, | ) ) | ORDER GRANTING |
| vs. | ) ) | DEFENDANTS' APPLICATION FOR ISSUANCE OF LETTERS |
| LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation, | ) ) ) ) | ROGATORY FOR FOREIGN SUBPOENA FOR ATTENDANCE OF WITNESS AT TRIAL |
| Defendants. | ) ) ) | Date: 8/29/2022 Time: 9:30 a.m. Location: Courtroom 5A |
| AND ALL RELATED ACTIONS. | ) ) | |

Before the Court is the Application for Issuance of Letters Rogatory (Docket No. 275) for the issuance of a Foreign Subpoena at trial, filed by Defendants, Counter-

1

Claimants and Cross-Defendants, Labrador Entertainment, Inc. d/b/a Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, and Webb Family Trust's (collectively, the "Labrador Defendants"). The Application seeks a Letter Rogatory with an affixed seal of the Court for transmittal by the Labrador Defendants to the appropriate authorities in New Zealand. Upon consideration, and it appearing to the Court that such Letter Rogatory is appropriate, the Court GRANTS the Application.

It is ORDERED that the Letter Rogatory shall issue out of this Court addressed in the form attached.

It is FURTHER ORDERED that a pretrial deposition is allowed pursuant to the Letter Rogatory and/or by arrangement of the parties and/or the witnesses.

It is FURTHER ORDERED that the Clerk of the Court is authorized and directed to affix the seal of the Court to the Letter Rogatory.

It is FURTHER ORDERED that the Labrador Defendants' counsel deliver the Letter Rogatory bearing the Court's seal to the High Court of New Zealand.

DATED: September 19, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge