Douglas J. Rosner, ESQ., SBN 094466
rosnerlaw@earthlink.net
LAW OFFICES OF DOUGLAS JOSEPH ROSNER
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Telephone No. (818) 501-8400
Facsimile No.: (818) 880-4485

Attorney for Defendant/Cross-Complainant,
Labrador Entertainment, Inc. dba Spider Cues Music Library,
Labrador Entertainment, LLC, Noel Palmer Webb,
an individual and Webb Family Trusts

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. 2:17-cv-6108-MWF (JPRx)<br>*Assigned to the Hon. Michael W. Fitzgerald*<br><br>LABRADOR ENTERTAINMENT, INC. DBA SPIDER CUES MUSIC LIBRARY, LABRADOR ENTERTAINMENT, LLC, NOEL PALMER WEBB, AN INDIVIDUAL AND WEBB FAMILY TRUSTS OBJECTIONS TO DEFENDANTS' PRETRIAL DISCLOSURES FRCP 26(A)(3)<br><br>Judge: Hon. Michael W. Fitzgerald |

LABRADOR ENTERTAINMENT, INC. DBA SPIDER CUES MUSIC LIBRARY, LABRADOR ENTERTAINMENT, LLC, NOEL PALMER WEBB, AN INDIVIDUAL AND WEBB FAMILY TRUSTS OBJECTIONS TO DEFENDANTS' PRETRIAL DISCLOSURES FRCP 26(A)(3)

Defendant/Cross-Complainant, Labrador Entertainment, Inc. dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an individual and Webb Family Trusts submit their objections to Defendants Rule 26 Disclosure submitted on October 12, 2022. Defendant/Cross-Complainant object to Defendants' Fed. R. Civ. P. 26(a)(3) disclosure as follows:

See EXHIBIT A

DATED: October 24, 2022

    Law Offices of Douglas Joseph Rosner

    /s/ Douglas J. Rosner
    _____
    By: Douglas J. Rosner
    Attorney for Defendant/Cross-Complainant,
    Labrador Entertainment, Inc. dba Spider Cues
    Music Library, Labrador Entertainment, LLC,
    Noel Palmer Webb, an individual and
    Webb Family Trusts

LABRADOR ENTERTAINMENT, INC. DBA SPIDER CUES MUSIC LIBRARY, LABRADOR ENTERTAINMENT, LLC, NOEL PALMER WEBB, AN INDIVIDUAL AND WEBB FAMILY TRUSTS OBJECTIONS TO DEFENDANTS' PRETRIAL DISCLOSURES FRCP 26(A)(3)

Page 2 of 4

# PROOF OF SERVICE

## USDC, CENTRAL DISTRICT, WESTERN DIVISION

## Case No. 2:17-cv-6108-MWF (JPRx)

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2625 Townsgate Road, Suite 330, Westlake Village, CA, 91361.

On October 24, 2022, I served true copies of the following document(s) described as Labrador Entertainment, Inc. Dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an Individual and Webb Family Trusts Objections to Defendants' Pretrial Disclosures FRCP 26(A)(3) on the interested parties in this action as follows:

See Service List

BY EMAIL OR ELECTRONIC TRANSMISSION: By transmitting a true copy of the foregoing document(s) to the email addresses set forth on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of October, 2022 in Los Angeles, California.

/s/ Douglas J. Rosner

Douglas J. Rosner

LABRADOR ENTERTAINMENT, INC. DBA SPIDER CUES MUSIC LIBRARY, LABRADOR ENTERTAINMENT, LLC, NOEL PALMER WEBB, AN INDIVIDUAL AND WEBB FAMILY TRUSTS OBJECTIONS TO DEFENDANTS' PRETRIAL DISCLOSURES FRCP 26(A)(3)

Page 3 of 4

## SERVICE LIST

### USDC, CENTRAL DISTRICT, WESTERN DIVISION

### Case No. 2:17-cv-6108-MWF (JPRx)

| | |
|---|---|
| Heather Lea Blaise, Esq.<br>Blaise and Nitschke PC<br>123 North Wacker Drive, Suite 250<br>Chicago, IL 60606<br>hblaise@blaisenitschkelaw.com | Counsel for Plaintiff<br>Beatbox Music Pty, Ltd. |
| Daniel Jacobson, Esq.<br>Jacobson & Associates<br>1352 Irvine Boulevard, Suite 205<br>Tustin, CA 92780<br>rp@jacobsonlawyers.com<br>dlj@jacobsonlawyers.com | Counsel for Defendant and Cross-Claimant<br>Michael Cohen |

LABRADOR ENTERTAINMENT, INC. DBA SPIDER CUES MUSIC LIBRARY, LABRADOR ENTERTAINMENT, LLC, NOEL PALMER WEBB, AN INDIVIDUAL AND WEBB FAMILY TRUSTS OBJECTIONS TO DEFENDANTS' PRETRIAL DISCLOSURES FRCP 26(A)(3)

Page 4 of 4

# EXHIBIT A

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Description | Objection |
|---|---|---|---|---|
| | BeatBox000001 | BeatBox000138 | Court Documents from New Zealand | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox000157 | BeatBox000163 | Court Documents from New Zealand (statement of defense by fourth party) | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox00164 | BeatBox000166 | Court Documents from New Zealand (Defendants Reply to Court Documents from New Zealand (Defendants Reply to fifth third party statement) | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox000167 | BeatBox000184 | Court Documents from New Zealand (Interlocutory Application) | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |

| | | | | |
|---|---|---|---|---|
| | BeatBox000185 | BeatBox000188 | Court Documents from New Zealand (Notice of Opposition to Application set aside) | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox000189 | BeatBox000195 | Court Documents from New Zealand | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox000196 | BeatBox000331 | Court Documents from New Zealand (Minute of cull ) confidential evidence in judgment | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox000332 | BeatBox000345 | Redacted Bank records showing payment of settlement & Legal fees | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |

| | | | | |
|---|---|---|---|---|
| | BeatBox000346 | BeatBox000351 | Letters Between Attorney/Counsel for AMCOS & Beatbox regarding fees | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox000359 | BeatBox000360 | Email from Grovers Music Library | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox000365 | BeatBox000366 | Royalty Statements AMCOS to Beatbox | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox000373 | BeatBox000373 | ACE Repertory | Defendants object to this exhibit on the grounds that it is inadmissible hearsay (Fed. R. Evid. 801 & 802), it is irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox000374 | BeatBox000379 | Letter about Legal fees by Amcos Withholding distribution of fees | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
|  | BeatBox000384 | BeatBox000385 | Only portion of Exhibit: Email from Miki Itoh. | Defendants object to this portion of the exhibit on the grounds that it is inadmissible hearsay (Fed. R. Evid. 801 & 802), it is irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
|  | BeatBox000396 | BeatBox000400 | BeatBox expenses out of pocket | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901), improper summary, improper opinions and conclusions, improper compilation, prepared for the purpose of litigation. |
|  | BeatBox000401 | BeatBox000406 | Royalty Distribution | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |

| | | | | |
|---|---|---|---|---|
| | BeatBox000407 | BeatBox000420 | AMCOS EFT Remittance Advice | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox000373 | BeatBox000373 | ACE Repertory | Defendants object to this exhibit on the grounds that it is inadmissible hearsay (Fed. R. Evid. 801 & 802), it is irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox000422 | BeatBox000422 | Only portion of email from Jules Munro to Peter Baker | Defendants object to this portion of the exhibit on the grounds that it is inadmissible hearsay (Fed. R. Evid. 801 & 802), it is irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox000440 | BeatBox000441 | Email from Miki Itoh | Defendants object to this exhibit on the grounds that it is inadmissible hearsay (Fed. R. Evid. 801 & 802), it is irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |

| | BeatBox000453 | BeatBox000455 | Documents in Support of Annexure of Affidavit | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
|---|---|---|---|---|
| | BeatBox000469 | BeatBox000469 | Initial Disclosure filed in NZ including contract agreement in 2009 & 2014 | Defendants object to this exhibit on the grounds that it is inadmissible hearsay (Fed. R. Evid. 801 & 802), it is irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox000477 | BeatBox000495 | Reserved Judgment Interlocutory Application to set aside fourth party appearance in NZ | Defendants object to this exhibit on the grounds that it is inadmissible hearsay (Fed. R. Evid. 801 & 802), it is irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox000496 | BeatBox000508 | Initial Disclosure by 4th party in NZ (includes composers agreement) | Defendants object to this exhibit on the grounds that it is inadmissible hearsay (Fed. R. Evid. 801 & 802), it is irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |

| | | | | |
|---|---|---|---|---|
| | BeatBox000582 | BeatBox000583 | Emails from Miki Itoh | Defendants object to this exhibit on the grounds that it is inadmissible hearsay (Fed. R. Evid. 801 & 802), it is irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox000593 | BeatBox000596 | Ledger of BeatBox out of pocket expenses | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901), improper summary, improper opinions and conclusions, improper compilation, prepared for the purpose of litigation. |
| | BeatBox000690 | BeatBox001257 | History of Cues paid | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901), improper summary, improper opinions and conclusions, improper compilation, prepared for the purpose of litigation. |

| | | | | |
|---|---|---|---|---|
| | BeatBox001253 | BeatBox001257 | Tax invoice copy for Amcos | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox001258 | BeatBox001291 | APRA royalty statement | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox001292 | BeatBox001292 | Email Between Peter and Noel (listing APRA reports as PDF attachments) | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox001293 | BeatBox001335 | APRA Royalty statements | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |

| | | | | |
|---|---|---|---|---|
| | BeatBox001349 | BeatBox001352 | Amcos Tax invoice | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox001362 | BeatBox001366 | Simpson Solicitors Letter regarding Eminem ques copyright infringement | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901). |
| | BeatBox001766 | BeatBox001766 | Email with PDF list of Cues | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901) and Best Evidence Rule. |
| | BeatBox002113 | BeatBox002113 | Simpson copyright of infringement letter | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge |

| | | | | |
|---|---|---|---|---|
| | | | | (Fed. R. Evid. 901) and Best Evidence Rule. |
| | BeatBox002114 | BeatBox002119 | Email from Jules Monroe w/attachment | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901) and Best Evidence Rule. |
| | BeatBox002123 | BeatBox002128 | Simpson copyright infringement letter | Defendants object to these exhibit on the grounds that they are inadmissible hearsay (Fed. R. Evid. 801 & 802), they are irrelevant and prejudicial (Fed. R. Evid. 401, 402 & 403), lack foundation, authentication and personal knowledge (Fed. R. Evid. 901) and Best Evidence Rule. |