Douglas J. Rosner, ESQ., SBN 094466
rosnerlaw@earthlink.net
LAW OFFICES OF DOUGLAS JOSEPH ROSNER
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Telephone No. (818) 501-8400
Facsimile No.: (818) 880-4485

Attorney for Defendant/Cross-Complainant,
Labrador Entertainment, Inc. dba Spider Cues Music Library,
Labrador Entertainment, LLC, Noel Palmer Webb,
an individual and Webb Family Trusts

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation, <br><br> Defendants. <br> ———————————————— <br> AND ALL RELATED ACTIONS | Case No. 2:17-cv-6108-MWF (JPRx) <br> *Assigned to the Hon. Michael W. Fitzgerald* <br><br> WITNESS LIST OF LABRADOR DBA SPIDER CUES MUSIC LIBRARY, LABRADOR ENTERTAINMENT, LLC, NOEL PALMER WEBB, AN INDIVIDUAL AND WEBB FAMILY TRUSTS <br><br> Judge: Hon. Michael W. Fitzgerald <br><br> Hearing Date: November 21, 2022 <br> Time: 11:00 a.m. <br> Location: Courtroom 5A - Los Angeles |

Defendant/Cross-Complainant, Labrador Entertainment, Inc. dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an individual and Webb Family Trusts "Labrador" "Defendants" submit the following list of witnesses for trial in the above-captioned matter.

WITNESS LIST OF LABRADOR                                          Page 1 of 7

Labrador reserves the right to supplement and amend the proposed witness list and to submit additional proposed witnesses based on Defendants' proposed witnesses, any stipulations, Court's rulings before or at trial, or otherwise, as appropriate.

1. **Noel Webb** individually and as principal of Defendants Labrador Entertainment, Inc., Labrador Entertainment, LLC, and Webb Family Trust (collectively, "Labrador Defendants") is believed to have knowledge regarding  his communications with Plaintiff, third parties, his understanding of such communications, and his claimed damages.

Witness is believed to have knowledge regarding his and Plaintiff's customs and practices, along with his and Plaintiff activities in connection with the Beatbox/Labrador Agreement; the facts alleged in Defendant's Complaint, Defendants' internal communications relating to Plaintiff and/or the allegations contained in the Complaint; Defendants' Answer; Affirmative Defenses and responses to discovery, his and/or co-defendants' communications with Plaintiff and third parties regarding Plaintiff and/or the allegations contained in the Complaint and Cross Complaint. The witness is also expected to have information relating to his relationship with Plaintiff and Plaintiff's activities in relation to Defendants. Witness is believed to have in its possession financial documents and contracts relating to Defendants and the allegations in Defendants's Cross-Complaint. Estimated Time for Direct and Cross Examination: 5 hours.

2. **Peter Baker** individually and as principal of Beatbox Music Pty. Ltd. Mr. Baker is expected to testify as to interactions with Noel Webb between 2009 and 2014, including but not limited to correspondence and discussions regarding replacing and reformatting the Spider Cues Library, as well as the relationship and exchanges between Beatbox and AMCOS New Zealand Limited, and the New Zealand litigation.

Witness is believed to have knowledge regarding his and Defendant' customs and practices, along with his  activities in connection with Defendants; the facts alleged in Defendant's Cross Complaint, Plaintiff's internal communications relating to Defendants and/or the allegations contained in the Cross Complaint; Plaintiff's Answer; Affirmative Defenses and responses to discovery, his communications with Defendant and third parties regarding Defendant and/or the allegations contained in the Cross Complaint. The witness is also expected to have information relating to his relationship with third parties.  Witness is believed to have in its possession financial documents and contracts relating to Defendant and the allegations in Defendant's Cross Complaint.

Estimated Time for Direct and Cross Examination: 3 hours.

3.  **Trevor Bietz** witnessed a meeting April 2014 between Noel Webb, Peter and Barbara Baker. Mr. Bietz is a former intern at Labrador Entertainment who attended a March 28, 2014 meeting with Peter Baker and Barbara Barker of Beatbox, at which meeting they represented Beatbox would replace the entire original Spider Cues Library with the new Library, and register the new Library with their Performance Rights Organization.

Estimated Time for Direct and Cross Examination: 1/2 hour.

4. **Barbara Baker**, an individual, principal of and marketing director at Beatbox Music Pty. Ltd.  Ms. Baker is expected to testify as to interactions with Noel Webb and with Beatbox employees and internal communications at Beatbox.

Estimated Time for Direct and Cross Examination: 1.0 hour.

5. **Michael Cohen**. Mr. Cohen is expected to testify as to the originality of the track Eminem-Esque and his representations (and the contract between the parties) that it did not violate any copyright and allegations in his Cross Complaint. Estimated Time for Direct and Cross Examination: .5 hours.

6. **Eric Fruits Ph.D.** Dr. Fruits is expected to provide his expert opinion as to damages in this matter. Dr. Fruits will also serve as a rebuttal expert. Estimated Time for Direct and Cross Examination: 2.5 hours.

7. **Mr. Lau.** Mr. Lau. is an expert witness who has written an expert report and will testify about the topics and contents of this expert report. Mr. Lau will also serve as a rebuttal expert.

8. **Robert Fink, PhD**. Dr. Fink is a rebuttal expert for Labrador and has expert knowledge on the analysis of music as it relates to a factual basis for the claim of infringements. He will testify on topics as will be presented in his expert report and at trial. Estimated Time for Direct and Cross Examination: 3.5 hours.

9. **John Carter**. Mr. Carter is counsel for AMCOS and has knowledge of the internal operations of AMCOS in New Zealand. Estimated Time for Direct and Cross Examination: .5 hours.

10. **Peter Moore.** Mr. Moore will testify on the topics described in the motion for Letters Rogatory, file and granted by this Court. Estimated Time for Direct and Cross Examination: 1.5 hours.

11. **Bali Virk.** Mr. Virk will testify on the topics described in the motion for Letters Rogatory, file and granted by this Court. Estimated Time for Direct and Cross Examination: 1.5 hours.

12. **Stewart Wallach**. Mr. Wallach will testify as Labrador's general business attorney who will testify that the change was made on his advice and counsel, and will explain the entirely non-fraudulent purpose of the creation of the LLC entity.

1  Estimated Time for Direct and Cross Examination: 1.5 hours

2        13. **Gibson Pagter, Jr.**   Gibson Pagter, Jr. will testify that the change was

3  made on his advice and counsel, and will explain the entirely non-fraudulent purpose

4  of the creation of the LLC entity.

5  Estimated Time for Direct and Cross Examination: 1.5 hours

6

7  DATED: October 31, 2022

8

9                     Law Offices of  Douglas Joseph Rosner

10                    /s/ Douglas J. Rosner

11                    By: Douglas J. Rosner
Attorney for Defendant/Cross-Complainant,

12                    Labrador Entertainment, Inc. dba Spider Cues
Music Library, Labrador Entertainment, LLC,

13                    Noel Palmer Webb, an individual and
Webb Family Trusts

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 WITNESS LIST OF LABRADOR                             Page 5 of 7

**PROOF OF SERVICE**

**USDC, CENTRAL DISTRICT, WESTERN DIVISION**

**Case No. 2:17-cv-6108-MWF (JPRx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2625 Townsgate Road, Suite 330, Westlake Village, CA, 91361.

On October 31, 2022, I served true copies of the following document(s) described as Labrador Entertainment, Inc. Dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an Individual and Webb Family Trusts Objections to Defendants' Pretrial Disclosures FRCP 26(A)(3) on the interested parties in this action as follows:

See Service List

BY EMAIL OR ELECTRONIC TRANSMISSION: By transmitting a true copy of the foregoing document(s) to the email addresses set forth on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 31st day of October, 2022 in Los Angeles, California.

/s/ Douglas J. Rosner

Douglas J. Rosner

WITNESS LIST OF LABRADOR

1

## <u>SERVICE LIST</u>

2

3

## USDC, CENTRAL DISTRICT, WESTERN DIVISION

## Case No. 2:17-cv-6108-MWF (JPRx)

4

5

6  Heather Lea Blaise, Esq.                    Counsel for Plaintiff
   Blaise and Nitschke PC                      Beatbox Music Pty, Ltd.
   123 North Wacker Drive, Suite 250
7  Chicago, IL 60606
   hblaise@blaisenitschkelaw.com

8

9

10  Daniel Jacobson, Esq.                       Counsel for Defendant and   Cross-
    Jacobson & Associates                       Claimant
11  1352 Irvine Boulevard, Suite 205            Michael Cohen
    Tustin, CA 92780
12  rp@jacobsonlawyers.com
    dlj@jacobsonlawyers.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  WITNESS LIST OF LABRADOR                                            Page 7 of 7