1  Douglas J. Rosner, ESQ., SBN 094466
   rosnerlaw@earthlink.net
2  LAW OFFICES OF DOUGLAS JOSEPH ROSNER
   2625 Townsgate Road, Suite 330
3  Westlake Village, California 91361
   Telephone No. (818) 501-8400
4  Facsimile No.: (818) 880-4485

5  Attorney for Defendant/Cross-Complainant,
   Labrador Entertainment, Inc. dba Spider Cues Music Library,
6  Labrador Entertainment, LLC, Noel Palmer Webb,
   an individual and Webb Family Trusts

7

8

9              UNITED STATES DISTRICT COURT

10     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12  BEATBOX MUSIC, PTY, LTD.,              ) Case No. 2:17-cv-6108-MWF (JPRx)
                                           ) *Assigned to the Hon. Michael W.*
13                 Plaintiff,              ) *Fitzgerald*
                                           )
            vs.                            )
14                                         )
    LABRADOR ENTERTAINMENT,                ) EXHIBIT LIST OF LABRADOR
15  INC., DBA SPIDER CUES MUSIC            ) ENTERTAINMENT, INC. DBA
    LIBRARY, a California corporation,     ) SPIDER CUES MUSIC LIBRARY,
16                                         ) LABRADOR ENTERTAINMENT,
                   Defendants.             ) LLC, NOEL PALMER WEBB, AN
17  _____       ) INDIVIDUAL AND WEBB
                                           ) FAMILY TRUSTS
18  AND ALL RELATED ACTIONS                )
                                           ) Judge: Hon. Michael W. Fitzgerald
19                                         
                                           Hearing Date: November 21, 2022
20                                         Time: 11:00 a.m.
                                           Location: Courtroom 5A - Los
21                                         Angeles

22

23

24

25  _____

26  EXHIBIT LIST OF LABRADOR ENTERTAINMENT, INC. DBA SPIDER CUES

27  MUSIC LIBRARY, LABRADOR ENTERTAINMENT, LLC, NOEL PALMER

28  WEBB, AN INDIVIDUAL AND WEBB FAMILY TRUSTS          Page 1 of 4

1   DATED: October 31, 2022

2                                       Law Offices of  Douglas Joseph Rosner

3                                       /s/ Douglas J. Rosner

4                                       _____
                                        By: Douglas J. Rosner
5                                       Attorney for Defendant/Cross-Complainant,
                                        Labrador Entertainment, Inc. dba Spider Cues
6                                       Music Library, Labrador Entertainment, LLC,
                                        Noel Palmer Webb, an individual and
7                                       Webb Family Trusts

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   EXHIBIT LIST OF LABRADOR ENTERTAINMENT, INC. DBA SPIDER CUES

27   MUSIC LIBRARY, LABRADOR ENTERTAINMENT, LLC, NOEL PALMER

28   WEBB, AN INDIVIDUAL AND WEBB FAMILY TRUSTS          Page 2 of 4

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 1. LABDOC5 | 2009 3 20 | Peter Baker | Noel Webb | Spider Cues: Library | | |
| 2. LABDOC6 | 2009 3 22 | Peter Baker | Noel Webb | Spider Cues | | |
| 3. LABDOC7 LABDOC9 | 2009 3 21 | Noel Webb | Peter Baker | Spider Cues | | |
| 4. LABDOC8 | 2009 3 25 | Peter Baker | Noel Webb | Spider Cues | | |
| 4. LABDOC 8 | 2009 3 25 | Noel Webb | Peter Baker | Spider Cues | | |
| 5. LABDOC 11 | 2009 3 25 | Noel Webb | Peter Baker | Spider Cues | | |
| 6. LABDOC 15 | 2009 3 26 | Peter Baker | Noel Webb | Spider Cues | | |
| 6. LABDOC 15 | 2009 3 30 | Noel Webb | Peter Baker | Spider Cues | | |
| 7. LABDOC 17 | 2009 3 31 | Noel Webb | Peter Baker | Contract response | | |
| 7. LABDOC 17 | 2009 4 5 | Noel Webb | Peter Baker | Contract response | | |
| 8. LABDOC 19 | 2009 4 2 | Peter Baker | Noel Webb | Contract response | | |
| 9. LABDOC 21 | 2009 4 7 | Noel Webb | Peter Baker | Contract response | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 10. LABDOC 22 | 2009 4 8 | Peter Baker | Noel Webb | Contract response | | |
| 11. LABDOC 24 | 2009 4 8 | Noel Webb | Peter Baker | Contract response | | |
| 12. LABDOC 25 | 2009 4 8 | Peter Baker | Noel Webb | Contract response | | |
| 13. LABDOC 27 | 2009 4 20 | Noel Webb | Peter Baker | Spider Cues | | |
| 14. LABDOC 28 | 2009 4 20 | Peter Baker | Noel Webb | Spider Cues | | |
| 15. LABDOC 29 | 2009 5 2 | Noel Webb | Peter Baker | Spider Cues Noel Webb | | |
| 15. LABDOC 29 | 2009 5 1 | Peter Baker | Noel Webb | Spider Cues Noel Webb | | |
| 16. LABDOC 32 | 2009 5 2 | Noel Webb | Peter Baker | Spider Cues | | |
| 17. LABDOC 33 | 2009 5 6 | Peter Baker | Noel Webb | Spider Cues | | |
| 17. LABDOC 33 | 2009 5 7 | Noel Webb | Peter Baker | Spider Cues | | |
| 18. LABDOC 35 | 2009 5 6 | Noel Webb | Peter Baker | Spider Cues | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 19. LABDOC 38 | 2009 5 11 | Peter Baker | Noel Webb | Spider Cues Dwnloaded | | |
| 19. LABDOC 38 | 2009 5 11 | Noel Webb | Peter Baker | Spider Cues | | |
| 20. LABDOC 40 | 2009 5 11 | Noel Webb | Peter Baker | Spider Cues | | |
| 21. LABDOC 41 | 2009 5 11 | Noel Webb | Peter Baker | Spider Cues | | |
| 21. LABDOC 41 | 2009 5 12 | Peter Baker | Noel Webb | Spider Cues | | |
| 22. LABDOC 42 | 2009 5 13 | Noel Webb | Peter Baker | Spider Cues | | |
| 22. LABDOC 42 | 2009 5 12 | Peter Baker | Noel Webb | Spider Cues | | |
| 23. LABDOC 43 | 2009 5 13 | Michelle Watts | Barbara Baker cc: Peter Baker | Spider Cues | | |
| 23. LABDOC 43 | 2009 5 13 | Barbara Baker | Michelle Watts cc: Peter Baker | Spider Cues | | |
| 24. LABDOC 47 | 2009 5 13 | Peter Baker | Barbara Baker cc: Michelle Watts | Spider Cues | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 25. LABDOC 48 | 2009 5 14 | Noel Webb | Peter Baker | Spider Cues | | |
| 26. LABDOC 49 | 2009 5 27 | Peter Baker | Noel Webb | Spider Cues | | |
| 27. LABDOC 50 | 2009 6 2 | Noel Webb | Peter Baker | Spider Cues | | |
| 28. LABDOC 53 | 2009 6 3 | Peter Baker | Noel Webb | Spider Cues | | |
| 28. LABDOC 53 | 2009 6 4 | Noel Webb | Peter Baker | Spider Cues | | |
| 29. LABDOC 53 | 2009 6 3 | Noel Webb | Peter Baker | Spider Cues | | |
| 30. LABDOC 56 | 2009 6 3 | Noel Webb | Peter Baker | Spider Cues | | |
| 31. LABDOC 58 | 2009 6 3 | Peter Baker | Noel Webb | Spider Cues | | |
| 32. LABDOC 68 | 2009 7 26 | Noel Webb | Peter Baker | Spider Cues | | |
| 33. LABDOC 69 | 2009 7 27 | Noel Webb | Peter Baker | Spider Cues | | |
| 33. LABDOC 69 | 2009 7 27 | Peter Baker | Noel Webb | Spider Cues | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 34. LAB DOC 71 | 2009 7 29 | Noel Webb | Peter Baker | Spider Cues | | |
| 35. LABDOC 72 | 2009 7 30 | Peter Baker | Noel Webb | Spider Cues new batch 7-22-09 | | |
| 36. LABDOC 73 | 2009 7 30 | Peter Baker | Noel Webb | Spider Cues new batch 7-22-09 | | |
| 36. LABDOC 73 | 2009 7 30 | Noel Webb | Peter Baker | Spider Cues new batch 7-22-09 | | |
| 37. LABDOC 81 | 2009 10 1 | Peter Baker | Noel Webb | Website | | |
| 38. LABDOC 82 | 2009 11 16 | Peter Baker | Noel Webb | Spider Cues - Composer Matt King Ragan | | |
| 39. LABDOC 83 | 2009 11 16 | Noel Webb | Peter Baker | Spider Cues - Composer Matt King Ragan | | |
| 40. LABDOC 84 | 2009 11 16 | Peter Baker | Noel Webb | Spider Cues - Composer Matt King Ragan | | |
| 41. LABDOC 86 | 2009 11 16 | Noel Webb | Peter Baker | Spider Cues - Composer Matt King Ragan | | |
| 42. LABDOC 87 | 2009 12 3 | Peter Baker | Noel Webb | Spider Cues - Composer Matt King Ragan | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 43. LABDOC 88 | 2009 12 4 | Noel Webb | Peter Baker | Spider Cues - Composer Matt King Ragan | | |
| 44. LABDOC 89 | 2009 12 7 | Peter Baker | Noel Webb | Spider Cues - Composer Matt King Ragan | | |
| 45. LABDOC 91 | 2009 12 7 | Noel Webb | Peter Baker | lunch 13th | | |
| 45. LABDOC 91 | 2009 12 7 | Peter Baker | Noel Webb | lunch 13th | | |
| 46. LABDOC 92 | 2009 12 9 | Noel Webb | Peter Baker | lunch 20th | | |
| 46. LABDOC 92 | 2009 12 8 | Peter Baker | Noel Webb | lunch 20th | | |
| 46. LABDOC 92 | 2009 12 8 | Peter Baker | Noel Webb | lunch 20th | | |
| 46. LABDOC 92 | 2009 12 8 | Noel Webb | Peter Baker | lunch 20th | | |
| 46. LABDOC 92 | 2009 12 8 | Noel Webb | Peter Baker | lunch 20th | | |
| 47. LABDOC 93 | 2009 12 8 | Peter Baker | Noel Webb | lunch 20th | | |
| 48. LABDOC 95 | 2009 12 16 | Noel Webb | Peter Baker | lunch 20th | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 49. LABDOC 96 | 2009 12 16 | Peter Baker | Noel Webb | lunch 20th | | |
| 50. LABDOC 98 | 2010 1 17 | Peter Baker | Noel Webb | Hi | | |
| 51. LABDOC 97 | 2010 1 14 | Noel Webb | David Bramfitt | spider cues CD covers | | |
| 51. LABDOC 97 | 2010 1 14 | David Bramfitt | Noel Webb | spider cues CD covers | | |
| 52. LABDOC 99 | 2010 1 18 | David Bramfitt | Noel Webb | CD database | | |
| 52. LABDOC 99 | 2010 1 18 | David Bramfitt | Noel Webb | CD database | | |
| 52. LABDOC 99 | 2010 1 19 | David Bramfitt | Noel Webb | CD database | | |
| 52. LABDOC 99 | 2010 1 17 | David Bramfitt | Noel Webb | CD database | | |
| 52. LABDOC 99 | 2010 1 17 | David Bramfitt | Noel Webb | CD database | | |
| 53. LABDOC 99-100 | 2010 1 18 | Noel Webb | David Bramfitt | CD database | | |
| 54. LABDOC 112 | 2010 4 14 | Noel Webb | Peter Baker | Spider Cues | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 54. LABDOC 112 | 2010 4 14 | Peter Baker | Noel Webb | Spider Cues | | |
| 54. LABDOC 112 | 2010 4 14 | Noel Webb | Peter Baker | Spider Cues | | |
| 55. LAB DOC 116 | 2010 5 25 | Noel Webb | Peter Baker | Spider Cues new cues | | |
| 56. LABDOC 122-123 | 2010 6 17 | Noel Webb | Peter Baker | Spider Cues SQ0610 | | |
| 56. LABDOC 122-123 | 2010 6 17 | Noel Webb | Peter Baker | Spider Cues SQ0610 | | |
| 57. LABDOC 125 | 2010 7 2 | Noel Webb | Peter Baker | Spider Cues | | |
| 58. LABDOC 126 | 2010 7 4 | Peter Baker | Noel Webb | Spider Cues | | |
| 59. LABDOC 127 | 2010 8 19 | Noel Webb | Peter Baker | Spider Cues half year | | |
| 60. LABDOC 129 | 2010 10 9 | Noel Webb | Peter Baker | Spider Cues | | |
| 60. LABDOC 129 | 2010 10 10 | Peter Baker | Noel Webb | Spider Cues | | |
| 61. LABDOC 131 | 2010 10 11 | Noel Webb | Peter Baker | Spider Cues | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 62. LAB DOC 132 | 2010 10 13 | Peter Baker | Niki Roberts | Spider Cues | | |
| 62. LABDOC 132 | 2010 10 12 | Niki Roberts | Noel Webb | Spider Cues | | |
| 62. LABDOC 132 | 2010 10 12 | Noel Webb | Peter Baker | Spider Cues | | |
| 63. LABDOC 136 | 2010 10 27 | Niki Roberts | Noel Webb | Spider Cues | | |
| 64. LABDOC 140 | 2010 11 9 | Noel Webb | Niki Roberts | Royalty Statements for Spider Cues | | |
| 65. LABDOC 141 | 2010 11 14 | Niki Roberts | Noel Webb | Royalty Statements for Spider Cues | | |
| 66. LABDOC 142-143 | 2011 1 13 | Noel Webb | Peter Baker | Spider Cues new batch of cues | | |
| 67. LABDOC 144 | 2011 1 30 | Peter Baker | Noel Webb | Spider Cues new batch of cues | | |
| 68. LABDOC 149-150 | 2011 3 6 | Niki Roberts | Noel Webb | Beatbox Royalty statements for Spider Cues - 2nd half 2010 | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 69. LABDOC 152 | 2011 3 12 | Noel Webb | Niki Roberts | Beatbox Royalty statements for Spider Cues - 2nd half 2010 | | |
| 69. LABDOC 152 | 2011 3 13 | Niki Roberts | Noel Webb | Beatbox Royalty statements for Spider Cues - 2nd half 2010 | | |
| 70. LABDOC 155-156 | 2011 9 13 | Noel Webb | Peter Baker | Spider Cues | | |
| 71. LABDOC 160 | 2011 11 29 | Niki Roberts | Noel Webb | Royalty statements for 1st Half 2011 from Beatbox Music | | |
| 72. LABDOC 161 | 2011 11 29 | Noel Webb | Niki Roberts | Spider Cues composer affiliation list required | | |
| 73. LABDOC 162 | 2012 2 3 | Noel Webb | Peter Baker | Spider Cues | | |
| 74. LABDOC 163 | 2012 2 6 | Peter Baker | Noel Webb | Spider Cues | | |
| 75. LABDOC 164 | 2012 2 7 | Noel Webb | Peter Baker | Spider Cues | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 76. LABDOC 167-168 | 2012 3 8 | Noel Webb | Peter Baker | Spider Cues | | |
| LABDOC 170 | 3/29/2012<br><br>3/30/2012 | Webb Noel<br><br>Galis | Galis<br><br>Webb Noel | Updated Spider Cues | | |
| LAB DOC171- LAB DOC172 | 4/2/2012 | Red Lab | Galis | Updated Spider Cues | | |
| LAB DOC173- LAB DOC175 | 4/2/2012 | Webb Noel | Oded | Updated Spider Cues | | |
| LAB DOC176- LAB DOC177 | 4/3/2012 | Webb Noel | CDM | Updated Spider Cues | | |
| LAB DOC178- LAB DOC179 | 4/3/2012 | Webb Noel | Apollo | Updated Spider Cues | | |
| 77. LABDOC 180-181 | 2012 4 2 | Peter Baker | Noel Webb | Spider Cues | | |
| 78. LABDOC 181 | 2012 4 2 | Peter Baker | Noel Webb | Spider Cues | | |
| LAB DOC182 | 4/3/2012 | Webb Noel | Modoocom | Updated Spider Cues | | |
| 79. LAB DOC 183 | 2012 4 3 | Peter Baker | Noel Webb | Spider Cues | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 80. LABDOC 184 | 2012 4 3 | Noel Webb | Peter Baker | Spider Cues | | |
| LAB DOC185-LAB DOC186 | 4/4/2012 | Apollo | Webb Noel | Updated Spider Cues | | |
| 81. LABDOC 191 | 2012 4 3 | Noel Webb | Peter Baker | Noel meeting | | |
| 82. LAB DOC 195 | 2012 4 8 | Peter Baker | Noel Webb | Noel meeting | | |
| 82. LABDOC 195 | 2012 4 7 | Noel Webb | Peter Baker | Noel meeting | | |
| 83. LABDOC 197 | 2012 6 25 | Peter Baker | Noel Webb | Spider Cues NEW ALBUMS for your approval | | |
| 84. LABDOC 197-198 | 2012 6 25 | Peter Baker | Noel Webb | Spider Cues NEW ALBUMS for your approval | | |
| 85. LABDOC 213-214 | 2012 9 5 | Niki Roberts | Noel Webb | Royalty Statements for 1st Half 2012 from Beatbox Music | | |
| 86. LABDOC 220 | 2012 10 2 | Peter Baker | Noel Webb | Noel Webb Spider Cues | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 86. LABDOC 220 | 2012 10 3 | Noel Webb | Peter Baker | Noel Webb Spider Cues | | |
| 87. LABDOC 226 | 2012 10 27 | Noel Webb | Peter Baker | Spider Cues new batch SQ0812 | | |
| 89. LABDOC 229 | 2013 3 26 | Peter Baker | Noel Webb | NAB Noel Webb | | |
| 89. LABDOC 229 | 2013 3 26 | Noel Webb | Peter Baker | NAB Noel Webb | | |
| 90. LABDOC 231 | 2013 3 26 | Peter Baker | Noel Webb | NAB Noel Webb | | |
| 90. LABDOC 231 | 2013 3 27 | Noel Webb | Peter Baker | NAB Noel Webb | | |
| 91. LABDOC 234 | 2013 3 30 | Peter Baker | Noel Webb | NAB Noel Webb | | |
| 91. LABDOC 234 | 2013 3 29 | Noel Webb | Peter Baker | NAB Noel Webb | | |
| 92. LABDOC 236 | 2013 4 6 | Peter Baker | Noel Webb | NAB Noel Webb | | |
| 92. LABDOC 236 | 2013 4 7 | Noel Webb | Peter Baker | NAB Noel Webb | | |
| 92. LABDOC 236 | 2013 4 8 | Peter Baker | Noel Webb | NAB Noel Webb | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 93. LABDOC 241 | 2013 5 6 | Noel Webb | Peter Baker | Composer change Spider Cues | | |
| 94. LABDOC 242 | 2013 5 6 | Peter Baker | Noel Webb | Composer change Spider Cues | | |
| 95. LABDOC 253-254 | 2013 8 14 | Nikki Roberts | Noel Webb | Royalty Statements for 1H 2013 | | |
| 96. LABDOC 260 | 2013 11 26 | Noel Webb | Peter Baker | Spider Cues album covers | | |
| 97. LABDOC 266 | 2013 11 27 | Peter Baker | Noel Webb | Spider Cues album covers | | |
| 98. LABDOC 269 | 2013 11 27 | Peter Baker | Noel Webb | Spider Cues album covers | | |
| 99. LABDOC 294-295 | 2014 1 4 | Noel Webb | Peter Baker | Spider Cues album covers | | |
| 100. LABDOC 296-297 | 2014 1 7 | Noel Webb | Peter Baker | Spider Cues album covers | | |
| 101. LABDOC 299 | 2014 1 14 | Peter Baker | Noel Webb | New music from Spider Cues SQ1013 | | |
| 102. LABDOC 301 | 2014 1 14 | Noel Webb | Peter Baker | Spider Cues Beat Box titles | | |
| 102. LABDOC 301 | 2014 1 29 | Peter Baker | Noel Webb | Spider Cues Beat Box titles | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 102. LABDOC 301 | 2014 1 30 | Noel Webb | Peter Baker | Spider Cues Beat Box titles | | |
| LAB DOC306-LAB DOC307 | 2/3/2014 | Webb Noel<br><br>Julie Carpenter | Julie Carpenter<br><br>Webb Noel | Updated Spider Cues | | |
| 103. LABDOC 309-310 | 2014 2 16 | Nikki Roberts | Noel Webb | Spider Cues Beat Box titles | | |
| 104. LABDOC 311-312 | 2014 2 22 | Noel Webb | Peter Baker | PRO collection for us | | |
| 105. LABDOC 314 | 2014 2 23 | Peter Baker | Noel Webb | PRO collection for us | | |
| LAB DOC316-LAB DOC317 | 3/6/2014 | Webb Noel<br><br>Rigaud | Rigaud<br><br>Webb Noel | Updated Spider Cues | | |
| LAB DOC318-LAB DOC319 | 3/7/2014 | Webb Noel | Yang Kylie | Updated Spider Cues | | |
| LAB DOC320 | 3/6/2014 | Webb Noel | Riguad | Updated Spider Cues | | |
| 106. LABDOC 321-322 | 2014 3 6 | Noel Webb | Peter Baker | Spider Cues new work | | |
| LAB DOC323-LAB DOC324 | 3/6/2014 | Webb Noel | Oled | Updated Spider Cues | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| LAB DOC328-LAB DOC329 | 3/6/2014  2/23/14 | Webb Noel  Yang Jun | Yang Jun  Webb Noel | Updated Spider Cues | | |
| 107. LABDOC 330 | 2014 3 6 | Noel Webb | Peter Baker | Spider Cues new work | | |
| LAB DOC331-LAB DOC332 | 3/7/2014 | Webb Noel | Yang Kylie | Updated Spider Cues | | |
| LAB DOC335 | 3/7/2014 | Jun | Noel Webb | Updated Spider Cues | | |
| 108. LABDOC 344 | 2014 3 6 | Noel Webb | Peter Baker | Spider Cues new work | | |
| 108. LABDOC 344 | 2014 3 8 | Peter Baker | Noel Webb | Spider Cues new work | | |
| 108. LABDOC 344 | 2014 3 8 | Noel Webb | Peter Baker | Spider Cues new work | | |
| 108. LABDOC 344 | 2014 3 8 | Peter Baker | Noel Webb | Spider Cues new work | | |
| 109. LABDOC 342 | 2014 3 8 | Noel Webb | Peter Baker | Spider Cues new work | | |
| 110. LABDOC 349 | 2014 4 2 | Noel Webb | Barbara Baker | album covers | | |
| 110. LABDOC 349 | 2014 4 1 | Barbara Baker | Noel Webb | album covers | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 111. LABDOC 350 | 2014 4 17 | Noel Webb | Peter Baker | Noel Webb collecting as sub publisher | | |
| 112. LABDOC 351 | 2014 4 22 | Noel Webb | Peter Baker | Noel Webb collecting as sub publisher | | |
| 113. LABDOC 352 | 2014 4 22 | Noel Webb | Peter Baker | New Re-orgnized Spider Cues | | |
| 114. LABDOC 353 | 2014 5 3 | Noel Webb | Peter Baker | Spider Cues new work | | |
| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
| 115. LABDOC 354 | 2014 5 3 | Peter Baker | Noel Webb | Spider Cues new work | | |
| 116. LABDOC 355 | 2014 5 15 | Noel Webb | Peter Baker | Spider Cues new work | | |
| 117. LABDOC 356 | 2014 5 15 | Susie Rayward | Noel Webb | Spider Cues new work | | |
| 118. LABDOC 357-358 | 2014 5 19 | Noel Webb | Susie Rayward | New Re-organized Spider Cues | | |
| 119. LABDOC 359 | 2014 5 20 | Noel Webb | Susie Rayward | New Re-organized Spider Cues | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 120. LABDOC 363 | 2014 5 20 | Susie Rayward | Noel Webb, cc Peter Baker | New Re-orgnized Spider Cues | | |
| 121. LABDOC 364 | 2014 5 20 | Noel Webb | Susie Rayward | New Re-orgnized Spider Cues | | |
| 122. LABDOC 366 | 2014 5 20 | Susie Rayward | Noel Webb | New Re-orgnized Spider Cues | | |
| 123. LABDOC 367-369 | 2014 5 20 | Susie Rayward | Noel Webb | New Re-orgnized Spider Cues | | |
| 124. LABDOC 377 | 2014 5 20 | Susie Rayward | Noel Webb | New Re-orgnized Spider Cues | | |
| 125. LABDOC 380 | 2014 5 21 | Noel Webb | Susie Rayward | New Re-organized Spider Cues | | |
| 125. LABDOC 380 | 2014 5 20 | Susie Rayward | Noel Webb | New Re-orgnized Spider Cues | | |
| 126. LABDOC 380 | 2014 5 21 | Peter Baker | Noel Webb | Spider Cues metadata | | |
| 127. LABDOC 382 | 2014 5 21 | Noel Webb | Peter Baker | Spider Cues metadata | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 128. LABDOC 383 | 2014 5 21 | Noel Webb | Peter Baker | Spider Cues metadata | | |
| 129. LABDOC 385 | 2014 5 23 | Noel Webb | Peter Baker | sample for your metadata needs Shock Files album | | |
| 129. LABDOC 385 | 2014 5 22 | Peter Baker | Noel Webb | sample for your metadata needs Shock Files album | | |
| 130. LABDOC 388 | 2014 5 22 | Peter Baker | Noel Webb | Spider Cues metadata | | |
| 130. LABDOC 388 | 2014 5 22 | Noel Webb | Peter Baker | Spider Cues metadata | | |
| 131. LABDOC 389 | 2014 5 22 | Noel Webb | Peter Baker | Spider Cues metadata | | |
| 132. LABDOC 390 | 2014 5 22 | Noel Webb | Peter Baker | Spider Cues metadata | | |
| 133. LABDOC 391 | 2014 5 22 | Peter Baker | Noel Webb | Sample for your metadata needs Shock Files album | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 133. LABDOC 391 | 2014 5 23 | Noel Webb | Peter Baker | Sample for your metadata needs Shock Files album | | |
| 134. LABDOC 393 | 2014 5 26 | Peter Baker | Noel Webb | Spider Cues metadata | | |
| 135. LABDOC 395 | 2014 5 27 | Sales Street | Sue Worthington | Name of eminem music and track if possible | | |
| 135. LABDOC 395 | 2014 5 27 | Sue Worthington | Jo Deloux | Music Clearance | | |
| 135. LABDOC 395 | 2014 5 27 | Jo Deloux | Sue Worthington, cc Glen, Peter Moore | Music Clearance | | |
| 136. LABDOC 396 | 2014 5 27 | Sue Worthington | Nigel at Sales Street | Music Clearance | | |
| 137. LABDOC 397 | 2014 6 16 | Sue Worthington | Nigel at Sales Street, cc Peter Moore, Glen Jameson | URGENT Absolutely all the details on this music | | |
| 138. LABDOC 398 | 2014 5 27 | Jo Dejoux | Sue Worthington, cc Peter Moore, Glen Jameson | Music Clearance | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 138. LABDOC 400 | 2014 5 27 | Sue Worthington | Nigel | Music Search | | |
| 138. LABDOC 400 | 2014 5 27 | Nigel | Sue Worthington, cc Glen | Music Search | | |
| 139. LABDOC 401 | 2014 5 27 | Nigel | Sue Worthington, cc Glen | Music Search | | |
| 140. LABDOC 402 | 2014 5 30 | Glenn Jameson | Nigel cc Bali Virk | STAN3 - FRAMING 30 | | |
| 140. LABDOC 402 | 2014 5 30 | Nigel | | Music Search | | |
| 141. LABDOC 403 | 2014 5 30 | Glenn Jameson | Nigel | Music Search | | |
| 142. LABDOC 404 | 2014 5 30 | Nigel | Casey Quantick | Music Search Please | | |
| 142. LABDOC 404 | 2014 5 30 | Casey Quantick | Nigel | Music Search | | |
| 142. LABDOC 404 | 2014 6 3 | Nigel | Casey Quantick | Music Search Please | | |

| Exh./Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 142. LABDOC 404 | 2014 6 3 | Casey Quantick | Nigel | Music Search Please | | |
| 142. LABDOC 404 | 2014 6 3 | Nigel | Casey Quantick | Music Search Please | | |
| 143. LABDOC 405 | 2014 5 30 | Nigel | Glenn Jameson | Music Search | | |
| 143. LABDOC 405 | 2014 5 30 | Glenn Jameson | Nigel cc Bali Virk | Music Search | | |
| 144. LABDOC 408 | 2014 6 3 | Glenn Jameson | Nigel cc Bali Virk | nigel@salestreetstudios.co.nz has sent you a file via We Transfer | | |
| 145. LABDOC 409 | 2014 6 2 | Noel Webb | Peter Baker | Shock Files first | | |
| 146. LABDOC 410 | 2014 6 2 | Peter Baker | Noel Webb | Shock Files first | | |
| 147. LABDOC 411 | 2014 6 2 | Noel Webb | Peter Baker | Shock Files first | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 148. LABDOC 412 | 2014 6 2 | Nigel | Glenn Jameson | STAN music search | | |
| 148. LABDOC 412 | 2014 6 2 | Glenn Jameson | Nigel | STAN music search | | |
| 149. LABDOC 418 | 2014 6 4 | Sue Worthington | Nigel, Peter Moore | Brief for Recording today 2-3pm | | |
| 150. LABDOC 419-420 | 2014 6 4 | Webb Noel | Peter Baker | new Spider Cues groups | | |
| 151. LABDOC 421 | 2014 6 16 | Sue Worthington | Nigel, cc Peter Moore, Glenn Jameson | URGENT -Absolutely all the details on this music | | |
| 152. LABDOC 422 | 2014 6 16 | Bali Virk | Lewis Mackenzie | Eminem Track | | |
| 153. LABDOC 423 | 2014 6 16 | Bali Virk | Amy Bodsworth | Eminem - esque Track | | |
| 154. LABDOC 424 | 2014 6 16 | Sue Worthington | Nigel | F.Y .I - the email trail | | |
| 154. LABDOC 424 | 2014 6 16 | Peter Moore | Marty Collins cc Sue Worthington | Eminem - esque Track | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 154. LABDOC 424-425 | 2014 6 16 | Amy Bodsworth | Bali Virk | Eminem - esque Track | | |
| 155. LABDOC 426 | 2014 6 16 | Bali Virk | Glenn Jameson, Sue Worthington, Peter Moore | Eminem - esque Track | | |
| 155. LABDOC 426 | 2014 6 16 | Peter Moore | Marty Collins, cc Sue Worthington | Eminem - esque Track | | |
| 155. LABDOC 426 | 2014 6 16 | Sue Worthington | Nigel | F.Y .I - the email trail | | |
| 156. LABDOC 429 | 2014 6 16 | Lewis Mackenzie | Bali Virk | Eminem Track | | |
| 156. LABDOC 429 | 2014 6 16 | Bali Virk | Sue Worthington | Eminem Track | | |
| 156. LABDOC 429 | 2014 6 16 | Sue Worthington | Bali Virk | Eminem Track | | |
| 157. LABDOC 430 | 2014 6 16 | Bali Virk | Lewis Mackenzie | Eminem Track | | |
| 158. LABDOC 431 | 2014 6 16 | Bali Virk | Nigel | Eminem Esque | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 159. LABDOC 432 | 2014 6 16 | Bali Virk | Lewis Mackenzie | Eminem Track | | |
| 159. LABDOC 432 | 2014 6 16 | Lewis Mackenzie | Bali Virk | Eminem Track | | |
| 160. LABDOC 434 | 2014 6 16 | Bali Virk | Lewis Mackenzie | Eminem Track | | |
| 161. LABDOC 435 | 2014 6 16 | Lewis Mackenzie | Bali Virk | Eminem Track | | |
| 162. LABDOC 436 | 2014 6 16 | Bali Virk | Lewis Mackenzie | Eminem Track | | |
| 163. LABDOC 437 | 2014 6 16 | Lewis Mackenzie | Bali Virk | | | |
| 164. LABDOC 438 | 2014 6 16 | Peter Moore | Marty Collins | Eminem Esque Track | | |
| 164. LABDOC 438 | 2014 6 16 | Marty Collins | Peter Moore | Eminem Esque Track | | |
| 165. LABDOC 439 | 2014 6 16 | Bali Virk | Lewis Mackenzie | Eminem Track | | |
| 166. LABDOC 440 | 2014 6 16 | Lewis Mackenzie | Bali Virk | Eminem Track | | |
| 167. LABDOC 441 | 2014 6 18 | Peter Moore | Lewis Mackenzie | Eminem license | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 168. LABDOC 442 | 2014 6 18 | Lewis Mackenzie | Peter Moore | Eminem license | | |
| 168. LABDOC 442 | 2014 6 18 | Peter Moore | Jo Dejoux Sue Worthington | Eminem license | | |
| 169. LABDOC 443 | 2014 6 18 | Lewis Mackenzie | Peter Moore | Eminem license | | |
| 170. LABDOC 445 | 2014 6 23 | Sue Worthington | Nigel Foster cc  Peter Moore | Purchase eminem esq music for Conference | | |
| 171. LABDOC 446 | 2014 6 23 | Sue Worthington | Nigel Foster cc  Peter Moore | Purchase eminem esq music for Conference | | |
| 172. LABDOC 447 | 2014 6 23 | Nigel Foster | Amy Bodsworth | Music cost please | | |
| 173. LABDOC 448 | 2014 6 23 | Nigel Foster | Sue Worthington cc Peter Moore | Purchase eminemesq music for Conference | | |
| 173. LABDOC 448 | 2014 6 23 | Nigel Foster | Sue Worthington cc Peter Moore | Purchase eminemesq music for Conference | | |
| 174. LABDOC 450 | 2014 6 23 | Nigel Foster | Sue Worthington cc Peter Moore | Purchase eminemesq music for Conference | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 175. LABDOC 452 | 2014 6 23 | Sue Worthington | Nigel Foster cc Peter Moore | Purchase eminemesq music for Conference | | |
| 176. LABDOC 453 | 2014 6 23 | Nigel Foster | Sue Worthington cc Peter Moore | Purchase eminemesq music for Conference | | |
| 176. LABDOC 453 | 2014 6 23 | Sue Worthington | Nigel Foster cc Peter Moore | Purchase eminemesq music for Conference | | |
| 177. LABDOC 454 | 2014 6 24 | Sue Worthington | Nigel Foster cc Peter Moore | Purchase eminemesq music for Conference | | |
| 178. LABDOC 459 | 2014 6 25 | Sue Worthington | Nigel Foster | Music | | |
| 178. LABDOC 459 | 2014 6 26 | Nigel Foster | Sue Worthington | Music | | |
| 178. LABDOC 459 | 2014 6 26 | Peter Moore | Nigel Foster cc Sue Worthington | Music | | |
| 179. LABDOC 460 | 2014 6 25 | Glen Jameson | Nigel Foster cc Shiv Sales St | Conference View Through | | |
| 180. LABDOC 462 | 2014 6 26 | Sue Worthington | Nigel Foster | Music | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 181. LABDOC 464 | 2014 6 26 | Apra | Nigel Foster | APRA Licence Application Number 00069678 | | |
| 182. LABDOC 465 | 2014 6 26 | Nigel | Sue Worthington | APRA Licence Application Number 00069678 | | |
| 183. LABDOC 467 | 2014 6 27 | Peter Moore | Jo de Joux cc Sue Worthington | Music | | |
| 184. LABDOC 467 | 2014 6 27 | Peter Moore | Jo de Joux cc Sue Worthington | Music | | |
| 185. LABDOC 470 | 2014 7 2 | Jo de Joux | Sue Worthington cc Peter Moore | Conference Video | | |
| 185. LABDOC 470 | 2014 7 2 | Sue Worthington | Nigel | Conference Video | | |
| 186. LABDOC 472 | 2014 7 3 | Nigel | Sue Worthington | Conference Video | | |
| 186. LABDOC 472 | 2014 7 3 | Sue Worthington | Nigel | Conference Video | | |
| 187. LABDOC 474 | 2014 7 2 | Sue Worthington | Nigel | Conference Video | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 188. LABDOC 475 | 2014 7 3 | Nigel | Sue Worthington | Bulk purchase of music - getting a quote | | |
| 188. LABDOC 475 | 2014 7 2 | Sue Worthington | Nigel cc Peter Moore | Bulk purchase of music - getting a quote | | |
| 189. LABDOC 477 | 2014 7 10 | Peter Baker | Webb Noel cc Susie Rayward | Spider Cues | | |
| 190. LABDOC 478 | 2014 7 10 | Nigel | Sue Worthington | Bulk buy discount for production music | | |
| 191. LABDOC 479 | 2014 7 10 | Webb Noel | Peter Baker | Spider Cues | | |
| 192. LABDOC 480 | 2014 7 15 | Peter Baker | Webb Noel | Spider Cues | | |
| 192. LABDOC 480 | 2014 7 16 | Webb Noel | Peter Baker | Spider Cues | | |
| 193. LABDOC 481 | 2014 7 15 | Webb Noel | Peter Baker | Spider Cues | | |
| 194. LABDOC 483 | 2014 7 25 | Webb Noel | Peter Baker | US shows syndicated in your territory | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 194. LABDOC 483 | 2014 7 24 | Peter Baker | Webb Noel | US shows syndicated in your territory | | |
| 195. LABDOC 487 | 2014 8 4 | Sue Worthington | Nigel | Music - we are ready to buy | | |
| 195. LABDOC 487 | 2014 8 5 | Nigel | Sue Worthington cc: Peter Moore | Music - we are ready to buy | | |
| 196. LABDOC 488-490 | 2014 8 5 | Nigel | Sue Worthington cc: Peter Moore | Music - we are ready to buy | | |
| 196. LABDOC 488-490 | 2014 8 5 | Sue Worthington | Nigel | | | |
| 196. LABDOC 488-490 | 2014 8 6 | Amy Bodsworth | Nigel | | | |
| 197. LABDOC 491 | 2014 8 7 | Amy Bodsworth | Nigel | | | |
| 197. LABDOC 491 | 2014 8 6 | Nigel | Amy Bodsworth | Quote for the Nats Party campaign | | |
| 198. LABDOC 492 | 2014 8 6 | Webb Noel | Peter Baker | alternate titles for future | | |
| 199. LABDOC 494 | 2014 8 7 | Nigel | Sue Worthington cc: Peter Moore | Music we are ready to buy | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 200. LABDOC 495 | 2014 8 6 | Nigel | Sue Worthington | Quote for the Nats Party campaign | | |
| 200. LABDOC 495 | 2014 8 7 | Amy Bodsworth | Nigel | Quote for the Nats Party campaign | | |
| 200. LABDOC 495 | 2014 8 7 | Nigel | Amy Bodsworth | Quote for the Nats Party campaign | | |
| 201. LABDOC 496-497 | 2014 8 7 | Rose Benoit | Nigel | Quote for the Nats Party campaign | | |
| 201. LABDOC 496-497 | 2014 8 7 | Nigel | Rose Benoit | Quote for the Nats Party campaign | | |
| 202. LABDOC 515 | 2014 8 7 | Nigel | Sue Worthington | Quote for the Nats Party campaign | | |
| 202. LABDOC 515 | 2014 8 7 | Sue Worthington | Nigel, cc Peter Moore | Quote for the Nats Party campaign | | |
| 203. LABDOC 516 | 2014 8 20 | Sia Aston | Jo DeJoux | Rutherford Beehivelive Has National been inspired by Eminem? | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 203. LABDOC 516 | 2014 8 20 | Jo DeJoux | Sue Worthington, Peter Moore, Glenn Jameson | Rutherford Beehivelive Has National been inspired by Eminem? | | |
| 204. LABDOC 518 | 2014 8 22 | Nigel | Rose Benoit | National Party music returns | | |
| 205. LABDOC 522 | 2014 8 20 | Sue Worthington | Nigel | URGENT - can you supply same thing for Framing ad? | | |
| 206. LABDOC 523 | 2014 8 20 | Nigel | Sue Worthington | URGENT - can you supply same thing for Framing ad? | | |
| 207. LABDOC 527 | 2014 8 20 | Sue Worthington | Jo DeJoux | Eminem license - relevant emails | | |
| 207. LABDOC 527 | 2014 8 20 | Jo DeJoux | Sue Worthington, Peter Moore | Eminem license - relevant emails | | |
| 208. LABDOC 528 | 2014 8 20 | Jo DeJoux | Jasmine Kirkwood | Lose Yourself Eminem National Party N Z | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 209. LABDOC 529 | 2014 8 20 | Peter Moore | Lewis Mackenzie | The letter | | |
| 210. LABDOC 530 | 2014 8 20 | Sue Worthington | Jo DeJoux | Eminem license - relevant emails | | |
| 210. LABDOC 530 | 2014 8 20 | Jo DeJoux | Sue Worthington, Peter Moore | Eminem license - relevant emails | | |
| 211. LABDOC 531 | 2014 8 20 | Lewis Mackenzie | Peter Baker, cc Ashley Sewell, Joel Weathered, Barbara Baker | The letter | | |
| 212. LABDOC 535 | 2014 8 20 | Ashley Sewell | Joel Weathered, cc, Lewis Mackenzie, Peter Baker, Barbara Baker | The letter | | |
| 213. LABDOC 536 | 2014 8 20 | Barbara Baker | Ashley Sewell | The letter | | |
| 214. LABDOC 539 | 2014 8 22 | Lewis Mackenzie | Joel Weathered | NZ Ad | | |
| 215. LABDOC 540 | 2014 8 22 | Lewis Mackenzie | Joel Weathered | NZ Ad | | |
| 216. LABDOC 541 | 2014 8 22 | Joel Weathered | Lewis Mackenzie | NZ Ad | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 217. LABDOC 559 | 2014 8 27 | Peter Baker | Gina Spooner, cc Nikki Roberts | CD CODES SPID039/ TRACK 25/ M COHEN- NOTICE OF UNAUTHO RISED USE AND INFRINGE MENT | | |
| 218. LABDOC 560 | 2014 8 27 | Apra Amcos Music | P T Kiely | NOTICE OF ALLEGED UNAUTHO RISED USE AND INFRINGE MENT OF LOSE YOURSEL F | | |
| 219. LABDOC 572 | 2014 9 2 | Peter Moore | Jo De Joux, cc: Sue Worthington | Eminem esque Track | | |
| 220. LABDOC 582 | 2014 9 17 | Peter Moore | Jo De Joux, cc: Sue Worthington | Album Removal Notice - National Party | | |
| 221. LABDOC 600 | 2014 9 18 | Stephen Gorry (BB Atty) | Jules Munro | Beatbox | | |
| 222. LABDOC 603 | 2014 9 18 | Trevor Bietz | Noel Webb | Beatbox meeting 3/28/2014 | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 223. LABDOC 607 | 2014 9 29 | Noel Webb | Peter Baker | Spider Cues | | |
| 224. LABDOC 608 | 2014 10 24 | Peter Baker | Noel Webb | Spider Cues | | |
| 225. LABDOC 715-720 | 2004 11 04 | Peter Baker | | AMCOS Agreement | | |
| 226. LABDOC 724-733 | 2014 2 14 | Michael Alan Cohen | | Composer Agreement | | |
| 227. LABDOC 749-751 | 2008 7 05 | AMCOS and AMCOS NZ | | License Agreement | | |
| 228. LABDOC 753-791 | 2007 4 30 | AMCOS and AMCOS NZ | | Manage Agreement | | |
| 229. LABDOC 792-806 | 2007 4 30 | AMCOS and AMCOS NZ | | Mgmt Agreement | | |
| 230. LABDOC 807-811 | 2009 4 15 | Noel Webb Peter Baker | | LAB/BB Agreement | | |
| 231. LABDOC 812-813 | 2014 2 14 | Noel Webb Peter Baker | | LAB/BB Agreement | | |
| 232. LABDOC 816 | 2014 2 14 | AMCOS | | Terms of Use | | |
| 233. LABDOC 817 | 2014 3 28 2012 4 5 2009 12 09 | Barbara Baker | | Notes | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 233. LABDOC 828-839 | 2017 5 4 | Peter Moore | | Brief of Evidence of Peter Robert Moore | | |
| 234. LABDOC 840 | 2017 10 16 | Trevor Bietz | | Declaration of Trevor Bietz | | |
| 236. LABDOC 850-855 | 2015 11 30 | Labrador | | Statement of Claim by Labrador against BB | | |
| 237. LABDOC 856-862 | 2016 1 21 | Labrador | | Statement of Defence by Lab | | |
| 239. LABDOC 866-871 | 2017 5 1 | Jonathan Northleigh Carter | | Witness Statement of Jonathan Northleigh Carter | | |
| 240. LABDOC 872-883 | 2017 5 1 | Jonathan Northleigh Carter | | Court Testimony of Jonathan Northleigh Carter | | |
| 241. LABDOC 884-894 | 2017 5 1 | Gregory James Hamilton | | Court Testimony of Gregory James Hamilton | | |
| 242. LABDOC 895-902 | 2017 5 1 | Gregory James Hamilton | | Witness Statement of Gregory James Hamilton | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 243. LABDOC 903-908 | 2017 5 5 | Gregory James Hamilton | | Brief of Evidence of Glenn Jameson | | |
| 244. LABDOC 909-925 | 2017 5 5 | Glenn Jameson | | of Glenn Jameson | | |
| 245. LABDOC 926-948 | 2017 5 1 | Jo De Joux | | Court Testimony of Jo De Joux | | |
| 246. LABDOC 949-973 | 2017 5 3 | Jo De Joux | | Brief of Evidence of Jo De Joux | | |
| 247. LABDOC 974-981 | 2017 5 4 | Susan Worthington | | Brief of Evidence of Susan Worthington | | |
| 248. LABDOC 982-999 | 2017 5 4 | Susan Worthington | | Court Testimony of Susan Worthington | | |
| 249. LABDOC 1000-1011 | 2017 5 4 | Peter Moore | | Brief of Evidence of Peter Moore | | |
| 250. LABDOC 1012-1034 | 2017 5 1 | Peter Moore | | Court Testimony of Peter Moore | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 251. LABDOC 1049-1124 | 2015 7 9 | Peter Baker | | Affidavit of 0Peter Baker | | |
| 252. LABDOC 1125-1141 | 2015 8 21 | Peter Baker | | Affidavit of Peter Baker in Reply | | |
| 253. LABDOC 1274 | 2014 4 21 | Peter Baker | | Notes for Subpub | | |
| 254. LABDOC 1275 | 2014 6 26 | AMCOS | Nigel Foster | Tax Invoice | | |
| 255. LABDOC 1276-1278 | 2014 8 12 | AMCOS | Nigel Foster | Tax Invoice | | |
| 256. LABDOC 1279 | 2011 12 31 | BB | Labrador | Royalty Statement | | |
| 257. LABDOC 1280 | 2011 6 30 | BB | Labrador | Royalty Statement | | |
| 258. LABDOC 1282 | 2011 12 31 | BB | Labrador | Royalty Distribution for BB | | |
| 259. LABDOC 1283 | 2013 6 30 | BB | Labrador | Royalty Statement | | |
| 260. LABDOC 1284 | 2013 12 31 | BB | Labrador | Royalty Statement | | |
| 261. LABDOC 1285-1290 | 2014 6 3 | BB | Labrador | Royalty Statement | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 262. LABDOC 1291 | 2014 6 30 | BB | Labrador | Royalty Statement | | |
| 263. LABDOC 1292 | 2014 6 30 | BB | Labrador | Royalty Statement | | |
| 264. LABDOC 1293 | 2014 12 31 | BB | Labrador | Royalty Statement | | |
| 265. LABDOC 1294 | 2015 06 30 | BB | Labrador | Royalty Statement | | |
| 266. LABDOC 1295 | 2015 12 31 | BB | Labrador | Royalty Statement | | |
| 267. LABDOC 1296-1309 | 2015 6 30 | BB | Labrador | Client Royalty Summary | | |
| 268. LABDOC 1310-1316 | 2015 9 30 | BB | Labrador | Client Royalty Summary | | |
| 269. LABDOC 1317-1322 | 2015 12 31 | BB | Labrador | Client Royalty Summary | | |
| 270. LABDOC 1323 | 2018 6 30 | BB | Labrador | Royalty Statement | | |
| 271. LABDOC 1324-1327 | 2016 3 31 | BB | Labrador | Royalty Statement | | |
| 272. LABDOC 1328-1339 | 2016 6 30 | BB | Labrador | Royalty Statement | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 273. LABDOC 1340-1364 | 2016 9 30 | BB | Labrador | Client Royalty Summary | | |
| 274. LABDOC 1365-1381 | 2016 12 31 | BB | Labrador | Client Royalty Summary | | |
| 275. LABDOC 1382 | 2016 12 31 | BB | Labrador | Royalty Statement | | |
| 276. LABDOC 1383-1384 | 2017 3 31 | BB | Labrador | Royalty Statement | | |
| 277. LABDOC 1385 | 2017 6 30 | BB | Labrador | Royalty Statement | | |
| 278. LABDOC 1386-1387 | 2017 12 31 | BB | Labrador | Royalty Statement | | |
| 279. LABDOC 1388-1392 | 2017 12 31 | BB | Labrador | Royalty Statement | | |
| 280. LABDOC 1393 | 2017 12 31 | BB | Labrador | Royalty Statement | | |
| 281. LABDOC 1394-1401 | 2017 3 31 | BB | Labrador | Client Royalty Summary | | |
| 282. LABDOC 1402-1409 | 2017 6 30 | BB | Labrador | Client Royalty Summary | | |
| 283. LABDOC 1410-1418 | 2017 9 30 | BB | Labrador | Client Royalty Summary | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 284. LABDOC 1419-1423 | 2017 12 31 | BB | Labrador | Client Royalty Summary | | |
| 285. LABDOC 1424-1427 | 2018 3 31 | BB | Labrador | Client Royalty Summary | | |
| 286. LABDOC 1428-1429 | 2017 3 31 | BB | Labrador | Client Royalty Summary | | |
| 287. LABDOC 1430 | 2018 6 30 | BB | Labrador | Client Royalty Summary | | |
| 288. LABDOC 1431-1440 | 2018 6 30 | BB | Labrador | Client Royalty Summary | | |
| 289. LABDOC 1441 | 2018 3 31 | BB | Labrador | Royalty Statement | | |
| 290. LABDOC 1442-1445 | 2018 3 31 | BB | Labrador | Client Royalty Summary | | |
| 291. LABDOC 1446-1455 | 2018 6 30 | BB | Labrador | Client Royalty Summary | | |
| 292. LABDOC 1456-1464 | 2013 12 31 | BB | Labrador | Royalty Statement | | |
| 293. LABDOC 1465-1471 | 2013 9 30 | BB | Labrador | Royalty Statement | | |
| 294. LABDOC 1472-1480 | 2013 12 31 | BB | Labrador | Royalty Statement | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 295. LABDOC 1481-1488 | 2014 3 31 | BB | Labrador | Royalty Statement | | |
| 296. LABDOC 1489-1498 | 2014 6 30 | BB | Labrador | Royalty Statement | | |
| 297. LABDOC 1499-1507 | 2014 9 30 | BB | Labrador | Royalty Statement | | |
| 298. LABDOC 1508-1509 | 2015 6 30 | BB | Labrador | Client Royalty Summary | | |
| 299. LABDOC 1510-1511 | 2015 9 30 | BB | Labrador | Client Royalty Summary | | |
| 300. LABDOC 1512-1513 | 2015 12 31 | BB | Labrador | Client Royalty Summary | | |
| 301. LABDOC 1514-1515 | 2016 3 31 | BB | Labrador | Client Royalty Summary | | |
| 302. LABDOC 1516-1517 | 2016 6 30 | BB | Labrador | Client Royalty Summary | | |
| 303. LABDOC 1518-1519 | 2016 6 30 | BB | Labrador | Client Royalty Summary | | |
| 304. LABDOC 1520-1521 | 2016 9 30 | BB | Labrador | Client Royalty Summary | | |
| 305. LABDOC 1522-1523 | 2017 3 31 | BB | Labrador | Client Royalty Summary | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 306. LABDOC 1524-1525 | 2017 6 30 | BB | Labrador | Client Royalty Summary | | |
| 307. LABDOC 1526-1527 | 2017 9 30 | BB | Labrador | Client Royalty Summary | | |
| 308. LABDOC 1528-1532 | 2017 12 31 | BB | Labrador | Client Royalty Summary | | |
| 309. LABDOC 1567 | 2018 3 19 | Gareth Owen | Labrador | Spider Cues in UK through UK | | |
| 310. LABDOC 148 | 2011 1 14 | Noel Webb | Peter Baker | Spider Cues new batch of cues | | |
| LABDOC 2001 - 2014 | | | | ASSIGN OF K | | |
| LABDOC 2040 | 2/10/20 | Daryl Consulo | Webb Noel | E & O Insurance | | |
| LABDOC 2042-2044 | 1/10/17 | Debra Jackson | Webb Noel | E & O Insurance | | |
| LABDOC 2045 | 2/9/16 | Webb Noel | Debra Krizman | E & O Insurance | | |
| LABDOC 2046 | 2/9/16 | Webb Noel | Debra at PMA Music | E & O Insurance | | |
| LABDOC 2048 | 2/9/16 | Webb Noel | Hunter Williams | E & O Insurance | | |

| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| LABDOC 2050-2052 | 12/28/16 | Webb Noel | Renee McGovern | E & O Insurance | | |
| LABDOC 2053 | 2/9/16 | Webb Noel | Debra Krizman | E & O Insurance | | |
| LABDOC 2054 | 2/9/16 | Webb Noel | Hunter Williams | E & O Insurance | | |
| LABDOC 2056-2057 | 2/9/16 | Webb Noel | Debra Krizman | E & O Insurance | | |
| LABDOC 2058 | 10/31/16 | Webb Noel | Debra Krizman | E & O Insurance | | |
| LABDOC 2059-2060 | 11/29/16 | Webb Noel | Debra Jackson | E & O Insurance | | |
| LABDOC 2061-2062 | 11/30/16 | Debra Jackson | Webb Noel | E & O Insurance | | |
| LABDOC 2065-2066 | 12/28/16 | Debra Jackson | Webb Noel | E & O Insurance | | |
| LABDOC 2065-2066 | 12/28/16 | Debra Jackson | Webb Noel | E & O Insurance | | |
| LABDOC 2067 | 12/27/16 | Debra Jackson | Webb Noel | E & O Insurance | | |
| LABDOC 2072-2073 | 1/11/17 | Webb Noel | Stuart Wallach ATTY EYES ONLY | E & O Insurance | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| LABDOC 2075 | 1/11/17 | Andrew Knox | Webb Noel | E & O Insurance | | |
| LABDOC 2078 | 1/3/17 | Webb Noel | Renee McGovern | E & O Insurance | | |
| LABDOC 2079 | 1/3/17 | Webb Noel | Daryl Consulo | E & O Insurance | | |
| LABDOC 2080 | 2/6/15 | Webb Noel | Hunter | E & O Insurance | | |
| LABDOC 2081 | 3/6/17 | Andrew Knox | Webb Noel | E & O Insurance | | |
| LABDOC 2082-2084 | 3/6/17 | Andrew Knox | Webb Noel | E & O Insurance | | |
| LABDOC 2090-2092 | 3/6/17 | Andrew Knox | Webb Noel | E & O Insurance | | |
| LABDOC 2109 | 9/5/14 | Gigi Duncombe | Debra Jackson, cc: Noel Webb | E & O Insurance | | |
| LABDOC 2110 | 9/5/14 | Noel Webb | Debra Jackson | E & O Insurance | | |
| LABDOC 3108 - 3115 | | | | Owner of Rights Agreement and Insurance Required | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| LABDOC 3116 | 5/27/16 | Andrew Knox | Webb Noel | Kontent Core E&O Insurance Contact Info | | |
| LABDOC 3117 | 5/27/16 | Andrew Knox | Webb Noel | Kontent Core E&O Insurance Contact Info | | |
| LABDOC 4600-4609 | 2017 1 1 | ATTY EYES ONLY | | Asset Purchase Agreement | | |
| LABDOC 4200-4401 | | ATTY EYES ONLY | | Assets owned by Labrador Ent. LLC as of 1/1/2017 | | |
| LABDOC 4521 | 1/1/17 | ATTY EYES ONLY | | Corp. Resol. LAB, Inc. | | |
| LABDOC 4522 | 1/1/17 | ATTY EYES ONLY | | Corp. Resol. LAB, Inc. | | |
| LABDOC 4523 | 1/1/17 | ATTY EYES ONLY | | Corp. Resol. LAB, Inc. | | |
| LABDOC 4528 | 12/13/17 | ATTY EYES ONLY | | Corp. Resol. LAB, Inc. | | |
| LABDOC 4529 | 1/1/17 | ATTY EYES ONLY | | Corp. Resol. LAB, Inc. | | |
| LABDOC 4530 | 1/1/17 | ATTY EYES ONLY | | Corp. Resol. LAB, Inc. | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| LABDOC 4531 | 1/1/17 | ATTY EYES ONLY | | Corp. Resol. LAB, Inc. | | |
| LABDOC 4532 | 1/1/17 | ATTY EYES ONLY | | Corp. Resol. LAB, Inc. | | |
| LABDOC 4537 | 12/13/17 | ATTY EYES ONLY | | Corp. Resol. LAB, Inc. | | |
| LABDOC 5033 | | Labrador | Beatbox | Spider Cues Library | | |
| LABDOC 5057 | October 1, 2014 | Beatbox | Labrador | Beatbox registered Cues as of October 2014 | | |
| 500 LABDOC 5087 | May 25, 2010 | Labrador | Beatbox | Excel 0310 | | |
| 502 LABDOC 5089 | January 13, 2011 | Labrador | Beatbox | Excel SQ0111 | | |
| 503 LABDOC 5090 | June 17, 2010 | Labrador | Beatbox | Excel SQ610 | | |
| 504 LABDOC 5091 | October 27, 2012 | Labrador | Beatbox | Excel SQ0812 | | |
| 505 LABDOC 5092 | October 27, 2012 | Labrador | Beatbox | Excel SQ0812 | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 506 LABDOC 5093 | | Sonoton | Labrador | Sonoton Sends Design to Labrador | | |
| 507 LABDOC 5094 | June 3, 2009 | Beatbox | Labrador | Spider Cues was defined by Beatbox | | |
| 508 LABDOC 5095 | May 13, 2015 | Sonoton | Labrador | Sonoton wants Excel Changes | | |
| 509 LABDOC 5096 | July 16, 2015 | Labrador | Sonoton | Labrador sends changes Excel Files to Sonoton | | |
| 510 LABDOC 5097 | May 21, 2015 | Labrador | Sonoton | Labrador sends changes Excel Files to Sonoton | | |
| 511 LABDOC 5098 | January 1, 2016 | Sonoton | Labrador | Labrador sends changes Excel Files to Sonoton | | |
| 512 LABDOC 5099 | July, 24, 2012 | Labrador | France | Updated Spider Cues | | |
| 513 LABDOC 5100 | May 13, 2009 | Labrador | Beatbox | Spider Cues List of Composers | | |
| 514 LABDOC 5101 | May 25, 2020 | Labrador | Beatbox | Excel Batch 0310 | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 515 LABDOC 5102 | July 29, 2009 | Labrador | Beatbox | Excel SQ0509 | | |
| 516 LABDOC 5103 | | Labrador | Beatbox | Excel SQ0109 | | |
| 517 LABDOC 5104 | 4/21/2014 4/22/2014 5/19/2014 6/7/2014 | Labrador | Beatbox | Excel SQ0001 to 129 reworked | | |
| 518 LABDOC 5105 | 12/23/15 1/27/2016 | Labrador | Beatbox | Excel SQ1509 | | |
| 521 LABDOC 5108 | April 3, 4, 2012 | Labrador | Beatbox | First Restruct. of Spider Cues | | |
| 522 LABDOC 5109 | 4/4/2012 | Labrador | Beatbox | Spider Cues 1st restructured SQ509 | | |
| 523 LABDOC 5110 | May 22, 2014 | Labrador | Beatbox | SKF1404 SKF010 sample for Peter-2.xls | | |
| 524 LABDOC 5111 | May 22, 2014 | Labrador | Beatbox | SKF1404 SKF010 sample for Peter.xls | | |
| 525 LABDOC 5112 | January 13, 2011 | Labrador | Beatbox | Excel SQ0111 | | |
| 526 LABDOC 5113 | May 25, 2010 | Labrador | Beatbox | Excel SQ0310 | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 527 LABDOC 5114 | January 4, 2014 | Labrador | Beatbox | Excel Spider Cues list of composers | | |
| 528 LABDOC 5115 | January 7, 2014 | Labrador | Beatbox | Excel SQ1013 | | |
| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
| 529 LABDOC 5116 | January 14, 2014 | Labrador | Beatbox | Excel SQ1013 | | |
| 530 LABDOC 5117 | 5/26/14 | Labrador | Beatbox | Excel Spider Cues US title ref. | | |
| 531 LABDOC 5118 | | Labrador | Beatbox | Excel SQ001-080 | | |
| 532 LABDOC 5119 | 6/6/2014 | Labrador | Beatbox | Excel SQ001-129 reworked | | |
| 533 LABDOC 5120 | October 27, 2012 | Labrador | Beatbox | Excel SQ0812 | | |
| 534 LABDOC 5121 | January 4, 2014 | Labrador | Beatbox | Excel SQ1013 | | |
| 535 LABDOC 5122 | | Labrador | Beatbox | Excel SQ1114 | | |
| 536 LABDOC 5123 | | Labrador | Beatbox | Excel SQ1509 | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| 537 LABDOC 5124 | | Labrador | Beatbox | Excel 165a | | |
| 538 LABDOC 5125 | | Labrador | Beatbox | Excel 165a Ck comp or remove | | |
| 540 LABDOC 5127 | | Labrador | Beatbox | Excel SQ812 | | |
| 541 LABDOC 5128 | | Labrador | Beatbox | Excel 0383 SQ1014 | | |
| 542 LABDOC 5129 | | Labrador | Beatbox | Excel 0384 SQ1014 | | |
| 543 LABDOC 5130 | | Labrador | Beatbox | Excel SQ173-186 | | |
| 544 LABDOC 5131 | | Labrador | Beatbox | Excel SQ151-159 | | |
| 545 LABDOC 5132 and 5132-A | | Excel File listing attorneys fees and costs | | | | |
| 546 LABDOC 5133 | April 23, 2021 | Labrador | Beatbox | Labrador Request for Documents To Plaintiff Beatbox | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| LABDOC 5134 | July 29, 2021 | Beatbox | Labrador | Beatbox Supp. Response to Labrador's Request for Production of Documents | | |
| LABDOC 5135 | June 2, 2021 | Beatbox | Labrador | Labrador's Request for Admissions Genuine of Documents | | |
| LABDOC 5136 | June 2, 2021 | Beatbox | Labrador | Beatbox Response to Labrador's Request for Admissions Genuine of Documents | | |
| LABDOC 5137 | April 23, 2021 | Labrador | Beatbox | Labrador's Request for Admissions of Facts | | |
| LABDOC 5138 | June 2, 2021 | Beatbox | Labrador | Beatbox Response to Labrador's Request for Admissions of Facts | | |
| | 12/4/2019 | | | Barbara Baker Deposition | | |
| Exhibit A | 12/4/2019 | | | Exhibit A to Barbara Baker Deposition | | |

| Exh./ Doc. # | Date | From | To | Subject | Marked | Admitted |
|---|---|---|---|---|---|---|
| Exhibit B | 12/4/2019 | | | Exhibit B to Barbara Baker Deposition | | |
| Exhibit C | 12/4/2019 | | | Exhibit C to Barbara Baker Deposition | | |
| Exhibit D | 12/4/2019 | | | Exhibit D to Barbara Baker Deposition | | |
| Exhibit A-2 | 12/4/2019 | | | Exhibit A-2 to Barbara Baker Deposition | | |
| Exhibit BB | 12/4/2019 | | | Exhibit BB to Barbara Baker Deposition | | |
| Exh./Doc.# | Date | From | To | Subject | Marked | Admitted |
| Exhibit D | 12/4/2019 | | | Exhibit D to Barbara Baker Deposition | | |

**PROOF OF SERVICE**

**USDC, CENTRAL DISTRICT, WESTERN DIVISION**

**Case No. 2:17-cv-6108-MWF (JPRx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2625 Townsgate Road, Suite 330, Westlake Village, CA, 91361.

On October 31, 2022, I served true copies of the following document(s) described as Labrador Entertainment, Inc. Dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an Individual and Webb Family Trusts Exhibit List of Labrador Entertainment, Inc. DBA Spider Cues Music Library, Labrador Entertainment, Llc, Noel Palmer Webb, an Individual and Webb Family Trusts on the interested parties in this action as follows:

See Service List

BY EMAIL OR ELECTRONIC TRANSMISSION: By transmitting a true copy of the foregoing document(s) to the email addresses set forth on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 31st day of October, 2022 in Los Angeles, California.

/s/ Douglas J. Rosner

Douglas J. Rosner

EXHIBIT LIST OF LABRADOR ENTERTAINMENT, INC. DBA SPIDER CUES MUSIC LIBRARY, LABRADOR ENTERTAINMENT, LLC, NOEL PALMER WEBB, AN INDIVIDUAL AND WEBB FAMILY TRUSTS                    Page 3 of 4

1

2

## **SERVICE LIST**

3

### **USDC, CENTRAL DISTRICT, WESTERN DIVISION**

4

### **Case No. 2:17-cv-6108-MWF (JPRx)**

5

6

Heather Lea Blaise, Esq.                              Counsel for Plaintiff
7  Blaise and Nitschke PC                              Beatbox Music Pty, Ltd.
123 North Wacker Drive, Suite 250
8  Chicago, IL 60606
hblaise@blaisenitschkelaw.com
9

10

11  Daniel Jacobson, Esq.                              Counsel for Defendant and   Cross-
Jacobson & Associates                              Claimant
12  1352 Irvine Boulevard, Suite 205                   Michael Cohen
Tustin, CA 92780
13  rp@jacobsonlawyers.com
dlj@jacobsonlawyers.com
14

15

16

17

18

19

20

21

22

23

24

25

26  EXHIBIT LIST OF LABRADOR ENTERTAINMENT, INC. DBA SPIDER CUES

27  MUSIC LIBRARY, LABRADOR ENTERTAINMENT, LLC, NOEL PALMER

28  WEBB, AN INDIVIDUAL AND WEBB FAMILY TRUSTS                    Page 4 of 4