BLAISE & NITSCHKE, P.C.
HEATHER L. BLAISE, ESQ. (SBN 261619)
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Telephone: 312-448-6602
Email: hblaise@blaisenitschkelaw.com

Attorneys for Plaintiff,
BEATBOX MUSIC PTY, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>LABRADOR ENTERTAINMENT, INC. D/B/A SPIDER CUES MUSIC LIBRARY, a California corporation; NOEL PALMER WEBB, an individual; MICHAEL COHEN, an individual; LABRADOR ENTERTAINMENT, LLC; MCPC HOLDINGS, LLC; WEBB FAMILY TRUST and DOES 1-20, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | CASE NO: 2:17-cv-6108 MWF (JPRx)<br>*Assigned to the Hon. Michael W. Fitzgerald*<br><br>**PLAINTIFF BEATBOX MUSIC PTY, LTD'S STATUS REPORT REGARDING SETTLEMENT**<br><br><br>Trial Date:         December 6, 2022<br>FAC:                 January 24, 2020<br>Cross-Claim Filed: November 21, 2017<br>Action Filed:     August 17, 2017 |

1. Plaintiff, Beatbox Music Pty, Ltd. ("Beatbox"), by and through its attorneys, Blaise & Nitschke, P.C., and for its Status Report regarding Settlement, states as follows:

   1. Plaintiff Beatbox and Defendants Labrador Entertainment, Inc., Labrador Entertainment, LLC, Webb Family Trust, and Noel Palmer Webb (hereinafter "Labrador Defendants"), and Defendants Michael Cohen and MCPC Holdings, LLC (hereinafter "Cohen Defendants") have exhausted all settlement negotiations.

DATED: October 31, 2022

Respectfully submitted,
**BEATBOX MUSIC PTY, LTD.**
 /s/ *Heather L. Blaise*
HEATHER L. BLAISE, ESQ. (SBN 261619)
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Telephone: 312-448-6602
Email: hblaise@blaisenitschkelaw.com
*Attorney for Plaintiff*