Daniel Lee Jacobson SBN 134978
JACOBSON & ASSOCIATES
1352 Irvine Blvd., Suite 205
Tustin, CA  92780
(714) 505-4872
dlj@jacobsonlawyers.com

Attorneys for Defendant/Crossclaimant Michael Cohen, and Defendant MCPC Holdings, LLC

U.S. District Court for the

Central District of California

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD.,<br><br>    Plaintiff<br><br>v.<br><br>LABRADOR ENTERTAINMENT, INC., et al.<br><br>    Defendant<br><br>AND ALL RELATED CROSSCLAIMS | Case #: 2:17-cv-06108-MWF-JPR<br><br>*Assigned for All Purposes to The Honorable Michael W. Fitzgerald, Judge of the District Court*<br><br>Defendants/Crossclaimants Michael Cohen's and MCPC Holdings, LLC's Trial Witness List<br><br>Original Complaint filed: 08/22/17<br><br>Trial Date: 12/06/22 |

Michael Cohen's and MCPC Holdings, LLC's Trial Witness List

1.   Michael Cohen.

*Anticipated testimony*:

Mr. Cohen is anticipate to testify as to the following:

a.   The circumstances of the creation of the February 8, 2014 "Composer Agreement" between him and Labrador Entertainment, Inc.

b.   The circumstance of the composing of eminem esque.

c.   That (pre-litigation) he never had any contact with Beatbox.

    d.    That no one ever consulted with him regarding adapting or altering.

    e.    That neither he nor Labrador Entertainment, Inc. did not think that the "Composer Agreement" would enable a third party to sue on that contract.

*Anticipated time that direct examination will take*:

Three hours. We suggest that Direct and Cross be combined.

2. Peter Baker.

Mr. Baker is anticipated to testify as to the following:

    a.    That he is not a contracting party with Mr. Cohen.

    b.    That he started Beatbox in 1987, and is its Managing Director.

    c.    That he knew nothing about the warranties that Mr. Cohen had issued to Labrador Entertainment, Inc. until the litigation began.

    d.    That he had never seen or otherwise perceived the warranties that Mr. Cohen had issued to Labrador Entertainment, Inc. until approximately 2017 or 2018.

*Anticipated time that direct examination will take*:

Three hours. We suggest that Direct and Cross be combined.

3. Peter Moore

*Anticipated testimony*:

Unknown because Mr. Moore's deposition has not yet been taken.

*Anticipated time that direct examination will take*:

Unknown because Mr. Moore's deposition has not yet been taken. Having said,

at this time no more than 30 minutes is anticipated.

4. Bali Virk

*Anticipated testimony*:

Unknown because Bali Virk's deposition has not yet been taken.

*Anticipated time that direct examination will take*:

Unknown because Bali Virk's deposition has not yet been taken. Having said, at this time no more than 30 minutes is anticipated.

DATED: October 31, 2022

Dan Jacobson, Jacobson & Associates
Attorneys for Michael Cohen &
MCPC Holdings, LLC