Daniel Lee Jacobson SBN 134978
JACOBSON & ASSOCIATES
1352 Irvine Blvd., Suite 205
Tustin, CA   92780
(714) 505-4872
dlj@jacobsonlawyers.com

Attorneys for Defendant/Crossclaimant Michael Cohen, and Defendant MCPC
Holdings, LLC

U.S. District Court for the

Central District of California

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD., | Case #: 2:17-cv-06108-MWF-JPR |
| Plaintiff | *Assigned for All Purposes to The Honorable Michael W. Fitzgerald,  Judge of the District Court* |
| v. | |
| LABRADOR ENTERTAINMENT, INC., et al. | Defendants/Crossclaimants Michael Cohen's and MCPC Holdings, LLC's Exhibit List |
| Defendant | Original Complaint filed: 08/22/17 |
| AND ALL RELATED CROSSCLAIMS | Trial Date: 12/06/22 |

*///*

<u>Michael Cohen's and MCPC Holdings, LLC's Exhibit List</u>

  1. The February 14, 2008 "Composer Agreement" contract, between Michael Cohen and Labrador Entertainment, Inc.

  2. The recording, eminem esque.

  3. The New Zealand National Party's commercial, including both its visual and audio elements. (The audio element being what Mr. Cohen & MCPC contend is an altered/adapted version of eminem esque.)

DATED: October 31, 2022      _____

           Dan Jacobson, Jacobson & Associates
           Attorneys for Michael Cohen &
           MCPC Holdings, LLC