Daniel Lee Jacobson SBN 134978
JACOBSON & ASSOCIATES
1352 Irvine Blvd., Suite 205
Tustin, CA  92780
(714) 505-4872
dlj@jacobsonlawyers.com

Attorneys for Defendant/Crossclaimant Michael Cohen, and Defendant MCPC Holdings, LLC

## U.S. District Court for the
## Central District of California

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD., | Case #: 2:17-cv-06108-MWF-JPR |
| Plaintiff | *Assigned for All Purposes to The Honorable Michael W. Fitzgerald, Judge of the District Court* |
| v. | Defendants/Crossclaimants Michael Cohen's and MCPC Holdings, LLC's Status Report Regarding Settlement |
| LABRADOR ENTERTAINMENT, INC., et al. | |
| Defendant | Original Complaint filed: 08/22/17 |
| AND ALL RELATED CROSSCLAIMS | Trial Date: 12/06/22 |

This report is prepared in conformity with 28 USC § 652, and *L.R.* 16-15, et seq.

Near the beginning of this case the parties mediated with Court-appointed Mediator Marc Alexander. Despite Mr. Alexander giving it his all, the case did not settle. Since then, and against Mr. Cohen's and MCPC Holdings' wants, the parties have not been back to see Mr. Alexander. The parties have not participated in any other type of mediation. Although there have been some negotiations, no one has settled.

Although the prepositional phrase in the following sentence may seem obligatory, please understand that it is not. Even though Mr. Cohen and MCPC Holdings think that they have no liability and that such will be found at a jury trial, Mr. Cohen and MCPC Holdings would be happy if, Judge Fitzgerald were to "participate in facilitating settlement." *L.R. 16-15*.

Mr. Cohen and MCPC Holdings have engaged in negotiations, but to no end.

DATED: October 26, 2022

Dan Jacobson, Jacobson & Associates
Attorneys for Michael Cohen &
MCPC Holdings, LLC