1  Douglas J. Rosner, ESQ., SBN 094466
   rosnerlaw@earthlink.net
2  LAW OFFICES OF DOUGLAS JOSEPH ROSNER
   2625 Townsgate Road, Suite 330
3  Westlake Village, California 91361
   Telephone No. (818) 501-8400
4  Facsimile No.: (818) 880-4485

5  Attorney for Defendant/Cross-Complainant,
   Labrador Entertainment, Inc. dba Spider Cues Music Library,
6  Labrador Entertainment, LLC, Noel Palmer Webb,
   an individual and Webb Family Trusts

7

8

9                  UNITED STATES DISTRICT COURT

10       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12  BEATBOX MUSIC, PTY, LTD.,              )  Case No. 2:17-cv-6108-MWF (JPRx)
                                           )  *Assigned to the Hon. Michael W.*
13                      Plaintiff,         )  *Fitzgerald*
                                           )
          vs.                              )
14                                         )  LABRADOR'S MOTIONS TO
    LABRADOR ENTERTAINMENT,                )  STRIKE PLAINTIFF'S MOTION IN
15  INC., DBA SPIDER CUES MUSIC            )  LIMINE, OR IN THE
    LIBRARY, a California corporation,     )  ALTERNATIVE EXTEND TIME
16                                         )  TO RESPOND TO BEATBOX'S
                        Defendants.        )  MOTIONS IN LIMINE THAT
17  _____   )  EXCEED 5.
                                           )  Hearing Date: November 21, 2022
18  AND ALL RELATED ACTIONS               )  Time: 11:00 a.m.
                                           )  Location: Courtroom 5A - Los
19                                            Angeles

20                                            Complaint filed: 8/17/2017
                                              Pre-Trial Conf.: 11/21/2022
21                                            Trial Date: 12/06/2022

22

23

24

25  _____

26  LABRADOR'S MOTION TO STRIKE PLAINTIFF'S MOTIONS IN LIMINE, OR

27  IN THE ALTERNATIVE EXTEND TIME TO RESPOND TO BEATBOX'S

28  MOTIONS IN LIMINE THAT EXCEED 5                        Page 1 of 6

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant/Cross-Complainant, Labrador Entertainment, Inc. dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an individual and Webb Family Trusts' ("Labrador") Memorandum in Support of its Motion to Strike Plaintiff's Motions in Limine that exceed the limit of 5, or in the alternative Extend Labrador's Response Deadline and Response to Plaintiff's Motions in Limine.

Plaintiff, Beatbox Music PTY, LTD ("Beatbox"), has filed at least 10 motions in limine it tried to combine into 5. *See* Dkt. 294.    Beatbox's motions and supporting memorandum should be stricken as an improper effort to file more than 5 motions in excess of the allowable motions in limine limit set by Judge Fitzgerald  Order Re Jury Trial II. B.

In the alternative, the Court should extend Labrador's response deadline until November 14, 2022.

### I. The Court Should Strike Beatbox's Motions in Limine
### That Exceed the Limit of 5.

Plaintiff has attempted to combine at least 10 motion's in limine into 5:

As to Motion in Limine No. 1, Plaintiff has combined into one motion, two separate motions, Motion in Limine 1, "Incomplete and Undisclosed Evidence" Dkt. 294. 5:20-1; Undisclosed Witnesses  Dkt. 294. 7:25;

As to Motion in Limine No. 2, Plaintiff has combined into one motion, four separate motions, Motion in Limine 2 "Irrelevant Bank Documents" 294. 12:15; "Irrelevant Testimony and Emails of Peter Moore and Bali Virk" Dkt. 294. 12:28; Irrelevant and Factually and Legally Unsupported Argument: No Parol Evidence or Argument Contradictory to the Express Language of the Contracts at Issue Dkt. 294.

14:5-7; and No Legal Requirement for Reliance Dkt. 294. 16:15;

As to Motion in Limine No. 4, Plaintiff has combined into one motion, two separate motions, Motion in Limine 4 "Gerald Eskelin is Unqualified to Opine as to the Meaning of Contract Terms" 294. 19:1; and The Testimony and Expert Report of Dr. Eric Fruits" Dkt. 294. 20:10;

As to Motion in Limine No. 5, Plaintiff has combined into one motion, two separate motions, Motion in Limine "The Eminem Esque Cue is an Infringement of the Song, Lose Yourself" 294. 22:22; Defendants' Duty to Indemnify was Triggered upon the Notice of the Infringement Claim in New Zealand" Dkt. 294. 24:16.

Judge Fitzgerald, Order Re Jury Trial states in pertinent part:

B. MOTIONS IN LIMINE
Each party is limited to five (5) motions in limine, unless the Court grants leave to file additional motions ... oppositions must be filed at least two weeks before the final pretrial conference;

The motions in limine were filed on October 31, 2022 and the opposition due on November 7, 2022. If the court extends the time for Labrador to file it's opposition, Labrador seeks to file its opposition no later than November 14, 2022.

On November 1, 2022 at 1:09 p.m. PST, Douglas J. Rosner sent an email to Beatbox citing Judge Fitzgerald's Order Re Jury Trial, stating that Plaintiff has combined at least 10 motions in limine into 5 and seeking to: 1. Extend one additional time one week from November 7 to respond to your motions in limine; or 2. Withdraw the Motions in Limine that exceed 5.

///

///

///

LABRADOR'S MOTION TO STRIKE PLAINTIFF'S MOTIONS IN LIMINE, OR IN THE ALTERNATIVE EXTEND TIME TO RESPOND TO BEATBOX'S MOTIONS IN LIMINE THAT EXCEED 5                    Page 3 of 6

1    At 2:35 p.m. PST, Mr. Thomas J. Nitschke responded:

2         Doug:
          First, we have filed five Motions in accordance with the Order.
3         We will not be withdrawing any and we eliminated one since
          there was no agreement on the barring of witnesses.  Second,
4         we do not have the power to grant you an extension. Please
          take whatever action you feel necessary.
5

6                           **II.  Conclusion.**

7         Labrador seeks 7 extra days, until November 14, 2022, to prepare oppositions to

8    these 10 motion in limine.

9         DATED: November 1, 2022

10
                              Law Offices of  Douglas Joseph Rosner
11
                              /s/ Douglas J. Rosner
12                            _____
                              By: Douglas J. Rosner
13                            Attorney for Defendant/Cross-Complainant,
                              Labrador Entertainment, Inc. dba Spider Cues
14                            Music Library, Labrador Entertainment, LLC,
                              Noel Palmer Webb, an individual and
15                            Webb Family Trusts

16

17

18

19

20

21

22

23

24

25   _____

26   LABRADOR'S MOTION TO STRIKE PLAINTIFF'S MOTIONS IN LIMINE, OR

27   IN THE ALTERNATIVE EXTEND TIME TO RESPOND TO BEATBOX'S

28   MOTIONS IN LIMINE THAT EXCEED 5                              Page 4 of 6

**PROOF OF SERVICE**

**USDC, CENTRAL DISTRICT, WESTERN DIVISION**

**Case No. 2:17-cv-6108-MWF (JPRx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2625 Townsgate Road, Suite 330, Westlake Village, CA, 91361.

On November 1$^s$, 2022, I served true copies of the following document(s) described as Labrador's Motion to Strike Plaintiff's Motion in Limine, or in the Alternative Extend Time to Respond to Beatbox's Motions in Limine That Exceed 5 and Declaration of Douglas J. Rosner in Support of Labradors Motions in Limine, or in the Alternative Extend Time to Respond to Beatbox's Motions in Limine That Exceed 5 on the interested parties in this action as follows:

See Service List

BY EMAIL OR ELECTRONIC TRANSMISSION: By transmitting a true copy of the foregoing document(s) to the email addresses set forth on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of November, 2022 in Los Angeles, California.

/s/ Douglas J. Rosner

Douglas J. Rosner

LABRADOR'S MOTION TO STRIKE PLAINTIFF'S MOTIONS IN LIMINE, OR IN THE ALTERNATIVE EXTEND TIME TO RESPOND TO BEATBOX'S MOTIONS IN LIMINE THAT EXCEED 5                                      Page 5 of 6

1

## SERVICE LIST

2

### USDC, CENTRAL DISTRICT, WESTERN DIVISION

3

### Case No. 2:17-cv-6108-MWF (JPRx)

4

5

Heather Lea Blaise, Esq.                    Counsel for Plaintiff
6
Blaise and Nitschke PC                      Beatbox Music Pty, Ltd.
123 North Wacker Drive, Suite 250
7
Chicago, IL 60606
hblaise@blaisenitschkelaw.com
8

9

10
Daniel Jacobson, Esq.                       Counsel for Defendant and   Cross-
Jacobson & Associates                       Claimant
11
1352 Irvine Boulevard, Suite 205            Michael Cohen
Tustin, CA 92780
12
rp@jacobsonlawyers.com
dlj@jacobsonlawyers.com
13

14

15

16

17

18

19

20

21

22

23

24

25
_____

26   LABRADOR'S MOTION TO STRIKE PLAINTIFF'S MOTIONS IN LIMINE, OR

27   IN THE ALTERNATIVE EXTEND TIME TO RESPOND TO BEATBOX'S

28   MOTIONS IN LIMINE THAT EXCEED 5                              Page 6 of 6