BLAISE & NITSCHKE, P.C.
HEATHER L. BLAISE, ESQ. (SBN 261619)
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Telephone: 312-448-6602
Email: hblaise@blaisenitschkelaw.com

Attorneys for Plaintiff,
BEATBOX MUSIC PTY, LTD.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>LABRADOR ENTERTAINMENT, INC. D/B/A SPIDER CUES MUSIC LIBRARY, a California corporation; NOEL PALMER WEBB, an individual; MICHAEL COHEN, an individual; LABRADOR ENTERTAINMENT, LLC; MCPC HOLDINGS, LLC; WEBB FAMILY TRUST and DOES 1-20, inclusive,<br>Defendants. | CASE NO: 2:17-cv-6108 MWF (JPRx)<br>*Assigned to the Hon. Michael W. Fitzgerald*<br><br>**PLAINTIFF'S BEATBOX MUSIC PTY, LTD.'S RESPONSE IN OPPOSITION TO CROSS-CLAIMANT MICHAEL COHEN'S MOTION IN LIMINE TO PRECLUDE CROSS-DEFENDANT LABRADOR ENTERTAINMENT, INC. FROM PRESENTING EVIDENCE OR ARGUMENT RE: COHEN'S INDEMNITY OBLIGATION TO LABRADOR**<br><br>**Hearing Date:** **November 21, 2022**<br>**Time:** **11:00 A.M. PST**<br>**Location:** **Courtroom 5A** |
| AND ALL RELATED ACTIONS | Trial Date: December 6, 2022<br>FAC: January 24, 2020<br>Cross-Claim Filed: November 21, 2017<br>Action Filed: August 17, 2017 |

Plaintiff, Beatbox Music Pty, Ltd. ("Beatbox"), by and through its attorneys, Blaise & Nitschke, P.C., and for its Response in Opposition to Cross-Claimant Michael Cohen's Motion in Limine to Preclude Cross-Defendant, Labrador Entertainment, Inc., from Presenting Evidence or Argument Re: Cohen's Indemnity Obligation to Labrador states as follows:

## ARGUMENT

Defendant and Cross-Claimant Michael Cohen ("Cohen") filed a single Motion in Limine seeking to preclude Defendant and Cross-Defendant Labrador Entertainment, Inc. ("Labrador") from presenting evidence or argument regarding any purported indemnity obligation Cohen has to Labrador. Cohen seeks this ruling based upon the argument that any evidence of Cohen's contractual obligations to Labrador under the agreement between Cohen and Labrador "subject to exclusion because Labrador has no claim in this matter, therefore rendering the evidence irrelevant," citing only Fed. R. Evid. 401 and 402 as a basis. *See* Dkt. 296.

Fed. R. Evid. 401 states that: "Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action."

Fed. R. Evid. 402 states in relevant part that, "[i]rrelevant evidence is not admissible."

While Labrador does not have a claim against Cohen, Beatbox does. Germane to Beatbox's claims against Cohen, is the agreement between Cohen and Labrador dated February 14, 2008, titled Composer's Agreement ("Composer's Agreement"). *See* Dkt. 1-1. Beatbox has claimed that they are a third-party beneficiary of the Composer's Agreement. *See* Dkt. 105, ¶¶ 45, 42-50. Accordingly, evidence of Cohen's contractual obligations to Labrador under the Composer's Agreement is entirely relevant and therefore admissible.

-2-

PLAINTIFF BEATBOX MUSIC, PTY, LTD.'S RESPONSE IN OPPOSITION TO CROSS-CLAIMANT MICHAEL COHEN'S MOTION IN LIMINE TO PRECLUDE CROSS-DEFENDANT LABRADOR ENTERTAINMENT, INC., FROM PRESENTING EVIDENCE OR ARGUMENT RE: COHEN'S INDEMNITY OBLIGATION TO LABRADOR

1    Finally, Cohen's Motion in Limine seeks dismissal of under Fed. R. Civ. P. 41.

2  *See* Dkt. 296. Because Federal Rule of Civil Procedure deals with the dismissal of an

3  action and Labrador has no claims against Cohen, it is not entirely clear what Cohen

4  seeks. Fed. R. Civ. P. 41.

5    WHEREFORE Cross-Claimant Michael Cohen's Motion in Limine to Preclude

6  Cross-Defendant, Labrador Entertainment, Inc., From Presenting Evidence or

7  Argument Re: Cohen's Indemnity Obligation to Labrador must be denied.

8  DATED: November 7, 2022        Respectfully submitted,

9                                 **BEATBOX MUSIC PTY, LTD.**

10                                 _/s/ Heather L. Blaise_

11                                 HEATHER L. BLAISE, ESQ. (SBN 261619)

    *Attorney for Plaintiff*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28