BLAISE & NITSCHKE, P.C.
HEATHER L. BLAISE, ESQ. (SBN 261619)
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Telephone: 312-448-6602
Email: hblaise@blaisenitschkelaw.com

Attorneys for Plaintiff,
BEATBOX MUSIC PTY, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD.,<br><br>Plaintiff,<br>v.<br>LABRADOR ENTERTAINMENT, INC. D/B/A SPIDER CUES MUSIC LIBRARY, a California corporation; NOEL PALMER WEBB, an individual; MICHAEL COHEN, an individual; LABRADOR ENTERTAINMENT, LLC; MCPC HOLDINGS, LLC; WEBB FAMILY TRUST and DOES 1-20, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | CASE NO: 2:17-cv-6108 MWF (JPRx)<br>*Assigned to the Hon. Michael W. Fitzgerald*<br><br>**PLAINTIFF BEATBOX MUSIC PTY, LTD.'S STATEMENT OF THE CASE**<br><br>Trial Date:       December 6, 2022<br>FAC:              January 24, 2020<br>Cross-Claim Filed: November 21, 2017<br>Action Filed:   August 17, 2017 |

Plaintiff, Beatbox, is an Australian music publishing company. Beatbox filed a Complaint against Labrador, a California based music publisher, and Michael Cohen, a California based composer. In its Complaint, Beatbox accused Labrador of breach of

- 1 -
PLAINTIFF BEATBOX MUSIC PTY, LTD.'S STATEMENT OF THE CASE

contract, express indemnity, and fraudulent transfers under common law and under the California Uniform Fraudulent Transfers Act or CUFTA; the elements of which will be explained later. Beatbox has also accused Cohen of breach of contract and fraudulent transfers under common law and the CUFTA. Defendant, Labrador has filed claims against Beatbox and Cohen has filed a claim against Labrador.

Although you are going to hear complex copyright law during this trial; however, at its most basic level, this is simply a case for breach of contract. There are two contracts at issue in this case. First, there is a "Composer's Agreement" dated February 14, 2008, between Defendant Labrador and Defendant Cohen, which we will refer to as the "Labrador-Cohen Agreement." Next, there is an agreement dated April 1, 2009, between Labrador and Beatbox, which we will refer to as the "Labrador-Beatbox Agreement." Both agreements contain provisions called "indemnity clauses." The term "indemnity" and the legal principles surrounding such a provision will be explained in detail later in this trial; however, for now, it is important to understand that "indemnity" simply means that one party agrees to compensate certain losses incurred by the other party. For example, an insurance company may indemnify an insured driver for losses related to a traffic accident.

Pursuant to the Labrador-Cohen Agreement, Labrador acquired certain rights to Cohen's musical compositions, including a two-minute and twenty-two second track titled "SQ mc Eminem esque," which for clarity we will refer to simply as "Eminem Esque." Pursuant to the Labrador-Beatbox Agreement, Labrador sent Beatbox the Spider Cues library, which included "Eminem Esque." Beatbox then provided "Eminem Esque" to the Australian Mechanical Copyright Owners Association, which we will refer to as "AMCOS." AMCOS then provided "Eminem Esque" to the New Zealand National Party, which in turn featured "Eminem Esque" in a 2014 election campaign advertisement.

Soon thereafter, Eight Mile Style LLC, a company affiliated with the hip hop artist Eminem, sent a letter claiming infringement and subsequently filed a copyright infringement lawsuit against the New Zealand National Party in the High Court of New Zealand asserting that the New Zealand National Party's broadcast of "Eminem Esque" infringed upon the copyright of Eminem's 2002 hit "Lose Yourself."

The New Zealand National Party and AMCOS joined Beatbox in that action asserting that Beatbox must indemnify them. Beatbox joined Labrador in the New Zealand action asserting that Labrador must indemnify Beatbox pursuant to indemnification provisions in the Labrador-Beatbox Agreement. Labrador subsequently alleged that Cohen must indemnify it pursuant to indemnification provisions in the Labrador-Cohen Agreement.

On October 25, 2017, following a trial, the New Zealand High Court found that "Eminem Esque" had infringed upon the copyright of Lose Yourself and awarded Eight Mile Style, LLC NZ$600,000 in damages. The parties appealed the decision, and the New Zealand Court of Appeal issued a judgment on December 18, 2018, substituting the NZ$600,000 judgment with an award of NZ$225,000. However, the New Zealand High Court did not opine on whether any party owed indemnification to any other party.

In the present lawsuit, Beatbox seeks indemnification from both Labrador pursuant to the Labrador-Beatbox Agreement and Cohen pursuant to the Labrador-Cohen Agreement under the theory that Beatbox was an intended beneficiary of the agreement between Labrador and Cohen. Through its Counterclaim, Labrador seeks indemnification from both Beatbox and Cohen pursuant to the Labrador-Beatbox Agreement and pursuant to the Labrador-Cohen Agreement. Through his Crossclaim, Cohen seeks indemnification from Labrador pursuant to the Labrador-Cohen Agreement. Additionally, Beatbox has alleged that both Labrador and Cohen

fraudulently transferred the majority of their assets to third parties once they became aware of Beatbox's claims against them. Beatbox also alleges that Labrador and Cohen still maintain full control over those assets since they were transferred to alter egos of each defendant.

Labrador and Cohen assert that their transfers were legitimate and not for the purpose of impeding Beatbox's ability to obtain to enforce a judgment against them. Each party asserts that they are due indemnification from another party pursuant to the agreements between the parties.

DATED: November 7, 2022                    Respectfully submitted,

**BEATBOX MUSIC PTY, LTD.**
  /s/ *Heather L. Blaise*
HEATHER L. BLAISE, ESQ. (SBN 261619)
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Telephone: 312-448-6602
Email: hblaise@blaisenitschkelaw.com
*Attorney for Plaintiff*