Douglas J. Rosner, ESQ., SBN 094466
Doug@drosnerlaw.com
LAW OFFICES OF DOUGLAS JOSEPH ROSNER
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Telephone No. (818) 501-8400
Facsimile No.: (818) 880-4485

Attorney for Defendants Labrador Entertainment, Inc., DBA Spider Cues Music, Noel Palmer Webb, Labrador Entertainment, LLC, Webb Family Trust

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD., <br><br>Plaintiff, <br><br>vs. <br><br>LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation, <br><br>Defendants. <br><br>AND ALL RELATED ACTIONS | Case No. 2:17-cv-6108-MWF (JPRx) <br><br>*Assigned to the Hon. Michael W. Fitzgerald* <br><br>DECLARATION OF DOUGLAS J. ROSNER IN SUPPORT OF LODGING MY EXECUTED SIGNATURE PAGE ONTO PROPOSED FINAL PRETRIAL CONFERENCE ORDER |

DECLARATION OF DOUGLAS J. ROSNER IN SUPPORT OF LODGING MY EXECUTED SIGNATURE PAGE ONTO PROPOSED FINAL PRETRIAL CONFERENCE ORDER

Page 1 of 2

I, Douglas J. Rosner, hereby declare as follows:

1. I am the attorney for Labrador Entertainment, Inc., DBA Spider Cues Music, Noel Palmer Webb, Labrador Entertainment, LLC, Webb Family Trust ("Labrador") make this declaration in support of Lodging My Executed Signature Page onto Proposed Final Pretrial Conference Order.

2. On November 7, 2022 at 8:46 p.m. PST, I received an email from Jessica Lesko, from the office of Heather Blaise. Ms. Lesko asked if I would approve her adding my /s/ signature to the Final Pretrial Conference Order.

3. I intended and believed at the time I responded "yes".

4. Today. November 8, 2022, I was informed by Heather Blaise that my signature was not included in the Order.

5. I have searched my emails and I cannot locate this response.

6. Attached hereto as Exhibit A is the last page of the Final Pretrial Conference Order with my signature.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 8th day of November, 2022 in Los Angeles, California.

           /s/ Douglas J. Rosner

By:    DOUGLAS J. ROSNER

DECLARATION OF DOUGLAS J. ROSNER IN SUPPORT OF LODGING MY EXECUTED SIGNATURE PAGE ONTO PROPOSED FINAL PRETRIAL CONFERENCE ORDER

# EXHIBIT A

Preclude Cross-Defendant Labrador Entertainment, Inc. from Presenting Evidence or Argument re: Cohen's Indemnity Obligation to Labrador.

See Labrador Motions in Limine against Beatbox and Cohen.

Mr. Cohen & MCPC are opposing the plaintiff's #s 1, 2, 4, & 5 MILs.

13. Bifurcation of the following issues for trial is ordered.

None

14. The foregoing admissions having been made by the parties, and the parties having specified the foregoing issues remaining to be litigated, this Final Pretrial Conference Order shall supersede the pleadings and govern the course of the trial of this cause, unless modified to prevent manifest injustice.

Dated: _____, 20_____.

_____
Honorable Michael W. Fitzgerald,
United States District Judge

Approved as to form and content.

_____
Attorney for Plaintiff Beatbox Music Pty, Ltd.

_____   11/8/2022
Attorney for Defendants Labrador Entertainment, Inc. d/b/a Spider Cues Music Library, Noel Palmer Webb, Labrador Entertainment, LLC, and Webb Family Trust

_____
Attorney for Defendants Michael Cohen and MCPC Holdings, LLC