Douglas J. Rosner, ESQ., SBN 094466
rosnerlaw@earthlink.net
LAW OFFICES OF DOUGLAS JOSEPH ROSNER
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Telephone No. (818) 501-8400
Facsimile No.: (818) 880-4485

Attorney for Defendant/Cross-Complainant,
Labrador Entertainment, Inc. dba Spider Cues Music Library,
Labrador Entertainment, LLC, Noel Palmer Webb,
an individual and Webb Family Trusts

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD., <br><br> Plaintiff, <br> vs. <br><br> LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation, <br><br> Defendants. <br> ──────────────────────── <br> AND ALL RELATED ACTIONS | Case No. 2:17-cv-6108-MWF (JPRx) <br> *Assigned to the Hon. Michael W. Fitzgerald* <br><br> LABRADOR'S RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION TO STRIKE AND IN THE ALTERNATIVE RESPONSE IN OPPOSITION TO LABRADOR ENTERTAINMENT, INC. DBA SPIDER CUES MUSIC LIBRARY, LABRADOR ENTERTAINMENT, LLC, NOEL PALMER WEBB, AN INDIVIDUAL, AND WEBB FAMILY TRUST'S MOTION TO TRIFURCATE TRIAL |

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant/Cross-Complainant, Labrador Entertainment, Inc. dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an individual and Webb Family Trusts' ("Labrador") Memorandum in Response to Plaintiff's ex Parte Application to Strike and in the Alternative Response in Opposition to Labrador Entertainment, Inc. dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an Individual, and Webb Family Trust's Motion to Trifurcate Trial.

Plaintiff, Beatbox Music PTY, LTD ("Beatbox"), has filed an ex parte application seeking to strike Labrador's motion to trifurcate the trial.

### I. Arguments.

**A. Attempts were made to meet and confer**.

On Tue, Nov 8, 2022 at 12:22 AM Douglas Rosner wrote to Heather Blaise:
...
As to the issue of bifurcation I wish you to review my arguments and let me know if will stipulate. If not I will seek bifurcation immediately.
Thank you,
Doug

13 minutes later, November 8, 2022, 12:35 PM, Heather Blaise responded:
Doug:
...
I have already told you that I will not stipulate to bifurcation and you have known my position on that for quite a long time.  Would you like to stipulate to a bifurcation where we try just the initial breach by Labrador and Cohen since any alleged subsequent breach (no matter how tenuous) is irrelevant anyways?  That would certainly make this trial much more efficient.  Please let me know.

If Ms. Blaise would not agree to bifurcation, it is apparent trifurcation would be equally objected to.

**B. No prejudice to Beatbox.**

Labrador included the contents of this motion to trifurcate, in their Memorandum of contentions of Fact and Law [dkt 286] 28:5-32:9. There Labrador argued for trifurcation.

Further, Beatbox refused to include the contents of this motion to trifurcate in Labrador's Final Pretrial Conference Order. In Labrador's draft for additions to the Final Pretrial Conference Order Labrador requested the statement regarding trifurcation that was previously included in the Memorandum of contentions of Fact and Law [dkt 286] 28:5-32:9. Heather Blaise responsed:

On Mon, Nov 7, 2022 at 11:41 PM Heather Blaise <hblaise@blaisenitschkelaw.com> wrote:

> Dear Doug:
> Your extensive argument for bifurcation is not appropriately raised in this Order. Rather, this request should have been done consistent with your obligations as to LR 16-4.3. Your attempt to include this again here is just more gamesmanship. We will be omitting it since no bifurcation has been ordered, as you know.
> Sincerely,
> Heather

## II. Conclusion.

Beatbox's application should be denied.

DATED: November 15, 2022

                      Law Offices of Douglas Joseph Rosner

                      /s/ Douglas J. Rosner

By: Douglas J. Rosner
Attorney for Defendant/Cross-Complainant, Labrador Entertainment, Inc. dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an individual and Webb Family Trusts

LABRADOR'S RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION TO STRIKE LABRADOR'S MOTION TO TRIFURCATE TRIAL     Page 3 of 3