Douglas J. Rosner, ESQ., SBN 094466
rosnerlaw@earthlink.net
LAW OFFICES OF DOUGLAS JOSEPH ROSNER
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Telephone No. (818) 501-8400
Facsimile No.: (818) 880-4485

Attorney for Defendant/Cross-Complainant,
Labrador Entertainment, Inc. dba Spider Cues Music Library,
Labrador Entertainment, LLC, Noel Palmer Webb,
an individual and Webb Family Trusts

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD.,<br><br>　　　　　Plaintiff,<br>vs.<br><br>LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation,<br><br>　　　　　Defendants.<br>_____<br>AND ALL RELATED ACTIONS | Case No. 2:17-cv-6108-MWF (JPRx)<br>*Assigned to the Hon. Michael W. Fitzgerald*<br><br>DEFENDANT AND CROSS-COMPLAINANT LABRADOR ENTERTAINMENT, INC. DBA SPIDER CUES MUSIC LIBRARY, LABRADOR ENTERTAINMENT, LLC, NOEL PALMER WEBB, AN INDIVIDUAL AND WEBB FAMILY TRUSTS STATEMENT OF THE CASE<br><br>Location: Courtroom 5A - Los Angeles<br><br>Complaint filed: 8/17/2017<br>Pre-Trial Conf.: TBD<br>Trial Date: TBD |

## PROPOSED STATEMENT OF THE CASE

The Case you are about to hear includes three parties, the Plaintiff Beatbox an Australian music publishing company, Defendant and Cross complainant Michael Cohen a California-based music composer and Defendant and Cross complainant Labrador a California-based music publisher.

The issue and facts that brought about this claim pertain to a musical composition known as "Eminem Esque" which you will hear about extensively through the course of this trial. This musical composition was composed by Michael Cohen and provided as a part of a musical library to Labrador for the purpose of publishing and marketing the musical library for commercials, movies, shows and various other potential productions.

Labrador maintains and publishes various musical libraries of other compositions as part of its regularly conducted business activity. In an effort to grow its business; Labrador contracted with an Australian music publishing company Beatbox to expand the opportunity for use of Labradors musical library in New Zealand and Australia.

All three of these parties have entered into contracts which detail the scope of the business relationship and duties of each party which will be entered into evidence for your review during the trial. Specifically, composer Cohen entered into an agreement with Labrador on February 14, 2008 which will be referred to as "Labrador-Cohen agreement" and Labrador also entered into an agreement with Beatbox on April1, 2009 which will be referred to as the "Labrador-Beatbox agreement".

The main claims of the parties are breach of contract by both Plaintiffs and Defendants for failure to abide by the terms, standards and conduct agreed to in the contracts. Secondly, both agreements contain provisions called "indemnity clauses". The term "indemnity" will be explained later on this trial but simply means that one party agrees to compensate the other party to the contract shall any issues or losses arise under their agreement and business relationship.

1   The facts that will be litigated in this case are due to a copyright claim made by
2 Eight Mile Style LLC, a company affiliated with the hip hop artist Eminem claiming the
3 New Zealand National Party used Eminem's 2002 hit song "lose yourself" in its political
4 campaign commercial. The song used in the commercial was actually the aforementioned
5 "Eminem Esque" that was composed by Michael Cohen who provided the musical
6 composition to Labrador who then issued a musical library including the composition to
7 Beatbox.
8   Each party will present evidence through witnesses, emails, business documents
9 and expert testimony to prove it's theory of the case as to who breached the contract and
10 is at fault for the usage of the composition in the New Zealand National Party campaign
11 commercial and who is responsible under the "indemnity clause" to cover any losses
12 arising from the usage and distribution of the composition.
13 Dated: November 17, 2022

15                     Law Offices of Douglas Joseph Rosner
16                     /s/ Douglas J. Rosner
17                     By: Douglas J. Rosner
                       Attorney for Defendant/Cross-Complainant,
18                     Labrador Entertainment, Inc. dba Spider Cues
                       Music Library, Labrador Entertainment, LLC,
19                     Noel Palmer Webb, an individual and
                       Webb Family Trusts

28 LABRADOR'S STATEMENT OF THE CASE                                         Page 3 of 5

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the Los Angeles, California and my business address is 2625 Townsgate Road, Suite 330, Westlake Village, California 91361.

On November 17, 2022, I served true copies of the following document(s) described as Defendant and Cross- Complainant Labrador Entertainment, Inc. Dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an Individual and Webb Family Trusts Statement of the Case on the interested parties in this action as follows:

BY EMAIL OR ELECTRONIC TRANSMISSION: By transmitting a true copy of the foregoing document(s) to the email addresses set forth on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of November 2022 in Los Angeles, California.

/s/ Douglas J. Rosner

Douglas J. Rosner

## SERVICE LIST

JACOBSON & ASSOCIATES
Dan Jacobson
dlj@jacobsonlawyers.com
Ronak Patel
rp@jacobsonlawyers.com
1352 Irvine Boulevard, Suite 205
Tustin, CA 92780
Attorneys for Michael Cohen and MCPC Holdings, LLC

BLAISE & NITSCHKE, P.C.
HEATHER L. BLAISE, ESQ.
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Telephone: 312-448-6602
Email: hblaise@blaisenitschkelaw.com
Attorneys for Plaintiff,
BEATBOX MUSIC PTY, LTD.