1    Douglas J. Rosner, ESQ., SBN 094466
     rosnerlaw@earthlink.net
2    LAW OFFICES OF DOUGLAS JOSEPH ROSNER
     2625 Townsgate Road, Suite 330
3    Westlake Village, California 91361
     Telephone No. (818) 501-8400
4    Facsimile No.: (818) 880-4485

5    Attorney for Defendant/Cross-Complainant,
     Labrador Entertainment, Inc. dba Spider Cues Music Library,
6    Labrador Entertainment, LLC, Noel Palmer Webb,
     an individual and Webb Family Trusts

7

8

9               UNITED STATES DISTRICT COURT

10       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

| | |
|---|---|
| 12   BEATBOX MUSIC, PTY, LTD., | Case No. 2:17-cv-6108-MWF (JPRx) |
| 13            Plaintiff, | *Assigned to the Hon. Michael W. Fitzgerald* |
|        vs. | |
| 14 | DEFENDANT AND CROSS- |
| 15   LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC | COMPLAINANT LABRADOR ENTERTAINMENT, INC. DBA |
|    LIBRARY, a California corporation, | SPIDER CUES MUSIC LIBRARY, LABRADOR ENTERTAINMENT, |
| 16 | LLC, NOEL PALMER WEBB, AN |
| 17           Defendants. | INDIVIDUAL AND WEBB FAMILY TRUSTS PROPOSED |
| 18   AND ALL RELATED ACTIONS | VERDICT FORMS |
| 19 | |
| 20 | Location: Courtroom 5A - Los Angeles |
| 21 | Complaint filed: 8/17/2017 |
| 22 | Pre-Trial Conf.: TBD<br>Trial Date: TBD |

23

24

25

26

27

28   LABRADOR'S PROPOSED VERDICT FORMS             Page 1 of 21

Labrador Entertainment, Inc. D/B/A Spider Cues Music Library ("Labrador") respectfully requests that this Court use the attached proposed verdict forms to submit to the jury in this matter. Plaintiff submits these proposed verdict forms pursuant to Rule 49 of the Federal Rules of Civil Procedure and the Court's order dated June 2, 2022.

Labrador reserves the right to supplement and amend these proposed verdict forms and to submit additional proposed verdict forms based on the Defendants' proposed verdict forms, any stipulations, Court's rulings before or at trial, or otherwise, as appropriate.

**LABRADOR'S CLAIM OF BREACH OF CONTRACT AGAINST BEATBOX**

1. Did Labrador and Beatbox enter into a  contract?

Yes _____ No _____

If your answer to question 1 is yes, then answer question 2.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Labrador do all, or substantially all, of the significant things that the contract required Labrador to do?

Yes _____ No _____

If your answer to question 2 is yes,  skip question 3 and answer question 4. If you answered no,  answer question 3 if excuse is at issue/stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Was Labrador excused from having to do all, or substantially all, of the significant things that the contract required Labrador to do?

Yes _____ No _____

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Did all the conditions that were required for Beatboxes's performance occur?

Yes _____ No _____

If your answer to question 4 is yes, skip question 5 and answer question 6. If you answered no, answer question 5 if waiver or excuse is at issue/stop here, answer no further questions, and have the presiding juror sign and date this form.

5. Were the required conditions that did not occur excused/waived?

Yes _____ No _____

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. Did Beatbox fail to do something that the contract required Beatbox to do?

Yes _____ No _____

or

Did Beatbox do something that the contract prohibited Beatbox from doing?

Yes _____ No _____

If your answer to question 6 is yes, then answer question 7. If you answered no to both options, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. Was Labrador harmed by Beatbox's breach of contract?

Yes _____ No _____

If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

8. What are Beatbox's damages?

a. Past economic losses for failure to pay music royalties:

$ _____

b. Future economic losses for failure to pay music royalties:

If damages were awarded in sections 8 up that amount and have the jury foreperson sign this verdict form.

**BEATBOX'S BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR
DEALING**

We answer the questions submitted to us as follows:

1. Did Labrador and Beatbox enter into a contract?

Yes _____ No _____

If your answer to question 1 is yes, then answer question 2. If you answered no,
stop here, answer no further questions, and have the presiding juror sign and date this
form.

2. Did Labrador do all, or substantially all, of the significant things that the contract
required it to do?

Yes _____ No _____

If your answer to question 2 is yes, [skip question 3 and] answer question 4. If you
answered no, [answer question 3 if excuse is at issue/stop here, answer no further
questions, and have the presiding juror sign and date this form].]

3. Was Labrador excused from having to do all, or substantially all, of the
significant things that the contract required it to do?

Yes _____ No _____

If your answer to question 3 is yes, then answer question 4. If you answered no,
stop here, answer no further questions, and have the presiding juror sign and date this
form.]

4. Did all the conditions that were required for Beatbox's performance occur?

Yes _____ No _____

If your answer to question 4 is yes, [skip question 5 and] answer question 6. If you
answered no, [answer question 5 if waiver or excuse is at issue/stop here, answer no
further questions, and have the presiding juror sign and date this form].]

5. Were the required conditions that did not occur excused/waived?

Yes _____ No _____

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.]

6. Did Beatbox unfairly interfere with Labrador's right to receive the benefits of the contract?

Yes _____ No _____

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. Was Labrador harmed by Beatbox's interference?

Yes _____ No _____

If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

8. What are [name of plaintiff]'s damages?

[a.    Past [economic] loss [including [insert descriptions of claimed damages]]: $ ]

[b.    Future [economic] loss [including [insert descriptions of claimed damages]]: $ ]

TOTAL $

**LABRADOR'S CLAIM OF BREACH OF FIDUCIARY AGAINST BEATBOX**

In determining the measure of damages for Beatbox's Breach of Fiduciary Duty as to Labrador, you should consider:

1. Did Beatbox fail to act as a reasonable and careful representative for Labrador in New Zealand?

Yes _____ No _____

2. If Yes, then go to 3, if No, then answer no further questions, enter the amount of damage in "3" and have the presiding juror sign the form

3. Did Labrador have past damages?

Yes_____ No_____

If Yes, then go to 2, if No, then answer no further questions and have the presiding juror sign the form.

4. Enter reasonable value of the profits that Labrador lost up to the present time due to Beatbox's failure as a fiduciary in New Zealand.

Amount Awarded: _____

5. Will Labrador have future damages?

Yes_____ No_____

If Yes, then go to 4, if No, then answer no further questions, enter the amount of damage in "2" and have the presiding juror sign the form.

6. (Future Damages) The reasonable value of the business opportunity and profits. with reasonable probability, Labrador lost will be lose in the future due to Beatbox's failure as a fiduciary in New Zealand.

Amount Awarded: _____

7. Did Beatbox engage in the conduct with malice, oppression, or fraud?

If Yes, then go to 6, if No, then answer no further questions, enter the sum of the

LABRADOR'S PROPOSED VERDICT FORMS                    Page 7 of 21

amount of damage in "2" and "4" and have the presiding juror sign the form.

     6.  What amount of punitive damages, if any, do you award Labrador?

Amount Awarded: _____

**VERDICT FORM – BREACH OF LABRADOR-BEATBOX INDEMNITY**

We answer the questions submitted to us as follows:

1. Did Labrador and Beatbox enter into a contract requiring indemnity?

Yes _____ No _____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Labrador do all, or substantially all, of the significant things that the contract required Labrador to do?

Yes _____ No _____

If your answer to question 2 is yes,  skip question 3 and answer question 4. If you answered no,  answer question 3 if excuse is at issue/stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Was Labrador excused from having to do all, or substantially all, of the significant things that the contract required Labrador to do?

Yes _____ No _____

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Did all the conditions that were required for Beatbox's performance occur?

Yes _____ No _____

If your answer to question 4 is yes, skip question 5 and answer question 6. If you answered no, answer question 5 if waiver or excuse is at issue/stop here, answer no further questions, and have the presiding juror sign and date this form.

5. Were the required conditions that did not occur excused or waived?

Yes _____ No _____

LABRADOR'S PROPOSED VERDICT FORMS                    Page 9 of 21

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. Did Beatbox fail to do something that the contract required Beatbox to do?

Yes _____ No _____

or

Did Beatbox do something that the contract prohibited Beatbox from doing?

Yes _____ No _____

If your answer to question 6 is yes, then answer question 7. If you answered no to both options, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. Was Labrador harmed by Beatbox's breach of contract?

Yes _____ No _____

If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

8. What are Beatbox's damages?

a. Expenses  $ _____

b. Costs      $ _____

c. Other Damages $ _____

If damages were awarded in sections 8 up that amount and have the jury foreperson sign this verdict form.

**VERDICT FORM – BREACH OF LABRADOR-BEATBOX INDEMNITY**

  We answer the questions submitted to us as follows:

  1. Did Labrador and Cohen enter into a contract requiring indemnity?

  Yes _____ No _____

  If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

  2. Did Labrador do all, or substantially all, of the significant things that the contract required Labrador to do?

  Yes _____ No _____

  If your answer to question 2 is yes,  skip question 3 and answer question 4. If you answered no,  answer question 3 if excuse is at issue/stop here, answer no further questions, and have the presiding juror sign and date this form.

  3. Was Labrador excused from having to do all, or substantially all, of the significant things that the contract required Labrador to do?

  Yes _____ No _____

  If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

  4. Did all the conditions that were required for Cohen's performance occur?

  Yes _____ No _____

  If your answer to question 4 is yes, skip question 5 and answer question 6. If you answered no, answer question 5 if waiver or excuse is at issue/stop here, answer no further questions, and have the presiding juror sign and date this form.

  5. Were the required conditions that did not occur excused or waived?

  Yes _____ No _____

LABRADOR'S PROPOSED VERDICT FORMS         Page 11 of 21

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. Did Cohen fail to do something that the contract required Beatbox to do?

Yes _____ No _____

or

Did Cohen do something that the contract prohibited Beatbox from doing?

Yes _____ No _____

If your answer to question 6 is yes, then answer question 7. If you answered no to both options, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. Was Labrador harmed by Cohen's breach of contract?

Yes _____ No _____

If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

8. What are Cohen's damages?

a. Expenses  $ _____

b. Costs      $ _____

c. Other Damages $ _____

If damages were awarded in sections 8 up that amount and have the jury foreperson sign this verdict form.

**UNCLEAN HANDS**

1. Was Beatbox's conduct unconscionable, inequitable, unfair, or deceitful, as it relates to circumstances surrounding the issuance of the sub license for the advertisements of the New Zealand National Party?

Yes _____ No _____

If you answered yes, answer no further questions, and have the presiding juror sign and date this form. If you answered no, proceed to question 2.

**OFFSET-RECOVERY**

     2.  Did Beatbox sustain damages or suffer any injuries as a result of its own acts or failures to act, including breaches of his own duties and obligations to Labrador?

     Yes _____ No _____

     If you answered yes, answer no further questions, and have the presiding juror sign and date this form. If you answered no, proceed to question 3.

LABRADOR'S PROPOSED VERDICT FORMS

**SUBSTANTIAL FACTOR**

3. Were the harms Beatbox complains in fact caused by its actions including, but not limited to, failing to: update the Spider Cues Library when requested by Beatbox; to communicate to Labrador concerns by potential licensees about Eminem Esque.

Yes _____ No _____

If you answered yes, answer no further questions, and have the presiding juror sign and date this form. If you answered no, proceed to question 4.

LABRADOR'S PROPOSED VERDICT FORMS                                      Page 15 of 21

**BEATBOX'S CONDUCT**

4. Beatbox's harms were in fact caused by Beatbox's own actions including, but not limited to, failing to: update the Spider Cues Library when requested by Beatbox; to communicate to Labrador concerns by potential licensees about Eminem Esque; failing to pay to Labrador money received by Beatbox for licensing of the music cues from the Spider Cues Library; paying all money due to Labrador from Beatbox for the licensing of the Cues.

Yes _____ No _____

If you answered yes, answer no further questions, and have the presiding juror sign and date this form. If you answered no, proceed to question 5.

LABRADOR'S PROPOSED VERDICT FORMS                          Page 16 of 21

**RECOVERY LIMITED TO DAMAGES PROXIMATELY CAUSED BY BREACH**

5.  Were Beatbox damages sustained or suffered as a result of its own acts or failures to act, including breaches of his own duties and obligations to Labrador.

Yes _____ No _____

If you answered yes, answer no further questions, and have the presiding juror sign and date this form. If you answered no, proceed to question 6.

LABRADOR'S PROPOSED VERDICT FORMS                    Page 17 of 21

**FAILURE TO MITIGATE**

     6. Do you find that plaintiff Beatbox could have, through reasonable efforts or expenditures, reduced any of the harm or damages she claims to have suffered?

     Yes _____ No _____

     If "yes", please identify the amount which plaintiff Beatbox's economic damages or non-economic damages should be reduced based on plaintiff plaintiff Beatbox's  failure to mitigate her damages?

Amount of reduction of economic damages $ _____.

Amount of reduction of non-economic damages $ _____.

     If you answered yes, answer no further questions, and have the presiding juror sign and date this form. If you answered no, proceed to question 7.

**BREACH OF FIDUCIARY BY BEATBOX**

8.  Was Beatbox's Breach of its Fiduciary duty to Labrador a substantial factor in causing its own harm.

Yes _____ No _____

If "yes", please identify the amount which plaintiff Beatbox's economic damages or non-economic damages should be reduced based on plaintiff Beatbox's own negligence.

Amount of reduction of economic damages $ _____.

Amount of reduction of non-economic damages $ _____.

Dated: November 17, 2022

Law Offices of  Douglas Joseph Rosner

/s/ Douglas J. Rosner

_____
By: Douglas J. Rosner
Attorney for Defendant/Cross-Complainant,
Labrador Entertainment, Inc. dba Spider Cues
Music Library, Labrador Entertainment, LLC,
Noel Palmer Webb, an individual and
Webb Family Trusts

## **PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the Los Angeles, California and my business address is 2625 Townsgate Road, Suite 330, Westlake Village, California 91361.

On November 17, 2022, I served true copies of the following document(s) described as Defendant and Cross- Complainant Labrador Entertainment, INC. DBA Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an Individual and Webb Family Trusts Proposed Verdict Forms on the interested parties in this action as follows:

BY EMAIL OR ELECTRONIC TRANSMISSION: By transmitting a true copy of the foregoing document(s) to the email addresses set forth on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of November 2022 in Los Angeles, California.

/s/ Douglas J. Rosner

Douglas J. Rosner

LABRADOR'S PROPOSED VERDICT FORMS                    Page 20 of 21

1

**<u>SERVICE LIST</u>**

2

JACOBSON & ASSOCIATES
Dan Jacobson

3

dlj@jacobsonlawyers.com
Ronak Patel

4

rp@jacobsonlawyers.com
1352 Irvine Boulevard, Suite 205

5

Tustin, CA 92780
Attorneys for Michael Cohen and MCPC Holdings, LLC

6

7

BLAISE & NITSCHKE, P.C.
HEATHER L. BLAISE, ESQ.

8

145 S. Wells Street, Suite 1800
Chicago, IL 60606

9

Telephone: 312-448-6602
Email: hblaise@blaisenitschkelaw.com

10

Attorneys for Plaintiff,
BEATBOX MUSIC PTY, LTD.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LABRADOR'S PROPOSED VERDICT FORMS                    Page 21 of 21