Douglas J. Rosner, ESQ., SBN 094466
rosnerlaw@earthlink.net
LAW OFFICES OF DOUGLAS JOSEPH ROSNER
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Telephone No. (818) 501-8400
Facsimile No.: (818) 880-4485

Attorney for Defendant/Cross-Complainant,
Labrador Entertainment, Inc. dba Spider Cues Music Library,
Labrador Entertainment, LLC, Noel Palmer Webb,
an individual and Webb Family Trusts

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD.,<br><br>    Plaintiff,<br><br>vs.<br><br>LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation,<br><br>    Defendants.<br><br>_____<br><br>AND ALL RELATED ACTIONS | Case No. 2:17-cv-6108-MWF (JPRx)<br>*Assigned to the Hon. Michael W. Fitzgerald*<br><br>DEFENDANT AND CROSS-COMPLAINANT LABRADOR ENTERTAINMENT, INC. DBA SPIDER CUES MUSIC LIBRARY, LABRADOR ENTERTAINMENT, LLC, NOEL PALMER WEBB, AN INDIVIDUAL AND WEBB FAMILY TRUSTS OBJECTIONS TO BEATBOX'S PROPOSED VERDICT FORMS<br><br>Location: Courtroom 5A - Los Angeles<br><br>Complaint filed: 8/17/2017<br>Pre-Trial Conf.: TBD<br>Trial Date: TBD |

LABRADOR'S OBJECTIONS TO BEATBOX'S PROPOSED VERDICT FORMS

Defendant and Cross-Complainant Labrador hereby submits objections to Beatbox's Proposed Joint Jury Instructions.

### Labradors Objection to Beatbox Proposed Verdict Form II
### Claim of Breach of Contract against Labrador

Numbers 3-17 of the instruction are argumentative, confusing, misleading and misstate the law. It couples together the agreements of Cohen and Labrador. There are different duties and rights in each of these agreements. Beatbox has no right to attorneys fees under the Beatbox/Labrador Agreement.

The claims for any copyright infringement are irrelevant in this case. Copyright claims under New Zealand law are not applicable in California. The term "Free" is not going to be understood by the jury and is not the law. The use of the name of Marshall Mathers is misleading and is seems to imply that Marshall Mathers has rights violated in U.S. , which has never been asserted in the United States.

Separate instructions should be drafted for each Defendant without mention of any copyright violation in New Zealand.

### Labradors Objection to Beatbox Proposed Verdict Form III

Numbers 3-17 of the instruction are argumentative, confusing, misleading and misstate the law. It couples together the agreements of Cohen and Labrador. There are different duties and rights in each of these agreements. Beatbox has no right to attorneys fees under the Beatbox/Labrador Agreement.

The claims for any copyright infringement are irrelevant in this case. Copyright claims under New Zealand law are not applicable in California. The term "Free" is not going to be understood by the jury and is not the law. The use of the name of Marshall Mathers is misleading and is seems to imply that Marshall Mathers has rights violated in U.S. , which has never been asserted in the United States.

Separate instructions should be drafted for each Defendant without mention of any copyright violation in New Zealand.

### **Claim of Common Law Fraudulent Conveyance Against Labrador Entertainment, LLC, Webb, Webb Family Trust, and Labrador Entertainment, Inc.**

This verdict form is argumentative, confusing, misleading and misstates the law. Specifically Labrador objects to the usage of the word Fraudulent in the instruction as highly prejudicial. Secondly, Beatbox Music Pty, Ltd. is not a creditor and will not be a creditor until a judgment if any, is entered against it.

Dated: November 17, 2022

                              Law Offices of Douglas Joseph Rosner

                              /s/ Douglas J. Rosner
                              _____
                              By: Douglas J. Rosner
                              Attorney for Defendant/Cross-Complainant, Labrador Entertainment, Inc. dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an individual and Webb Family Trusts

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the Los Angeles, California and my business address is 2625 Townsgate Road, Suite 330, Westlake Village, California 91361.

On November 17, 2022, I served true copies of the following document(s) described as Defendant and Cross- Complainant Labrador Entertainment, INC. DBA Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an Individual and Webb Family Trusts Beatbox's Proposed Verdict Forms on the interested parties in this action as follows:

BY EMAIL OR ELECTRONIC TRANSMISSION: By transmitting a true copy of the foregoing document(s) to the email addresses set forth on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of November 2022 in Los Angeles, California.

/s/ Douglas J. Rosner

Douglas J. Rosner

**SERVICE LIST**

JACOBSON & ASSOCIATES
Dan Jacobson
dlj@jacobsonlawyers.com
Ronak Patel
rp@jacobsonlawyers.com
1352 Irvine Boulevard, Suite 205
Tustin, CA 92780
Attorneys for Michael Cohen and MCPC Holdings, LLC

BLAISE & NITSCHKE, P.C.
HEATHER L. BLAISE, ESQ.
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Telephone: 312-448-6602
Email: hblaise@blaisenitschkelaw.com
Attorneys for Plaintiff,
BEATBOX MUSIC PTY, LTD.