1  Douglas J. Rosner, ESQ., SBN 094466
   rosnerlaw@earthlink.net
2  LAW OFFICES OF DOUGLAS JOSEPH ROSNER
   2625 Townsgate Road, Suite 330
3  Westlake Village, California 91361
   Telephone No. (818) 501-8400
4  Facsimile No.: (818) 880-4485

5  Attorney for Defendant/Cross-Complainant,
   Labrador Entertainment, Inc. dba Spider Cues Music Library,
6  Labrador Entertainment, LLC, Noel Palmer Webb,
   an individual and Webb Family Trusts

7

8

9                    UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12 | BEATBOX MUSIC, PTY, LTD.,               ) Case No. 2:17-cv-6108-MWF (JPRx)
                                             ) *Assigned to the Hon. Michael W.*
13 |                Plaintiff,                ) *Fitzgerald*
           vs.                                )
14 |                                         ) DECLARATION OF ROBERT
     LABRADOR ENTERTAINMENT,                 ) FINK IN SUPPORT OF
15 | INC., DBA SPIDER CUES MUSIC             ) OPPOSITION TO PLAINTIFF'S
     LIBRARY, a California corporation,      ) MOTION TO STRIKE LABRADOR
16 |                                         ) DEFENDANTS' SUPPLEMENTAL
                   Defendants.                ) EXPERT REPORT OF ROBERT
17 | _____     ) FINK, PHD
                                             )
18 | AND ALL RELATED ACTIONS                 ) [Filed concurrently with the
                                             ) Oppostion to Motion to Strike]
19                                             )
                                               Hearing Date: 2/6/2023
20                                             Time: 10:00 a.m.
                                               Location: Courtroom 5A
21                                             FAC: 1/24/, 2020
                                               Cross-Claim Filed: 11/21/2017
22                                             Action Filed: 8/17/2017

23

24

25 _____

26 DECLARATION OF ROBERT FINK IN SUPPORT OF OPPOSITION TO PLAINTIFF'S

27 MOTION TO STRIKE LABRADOR DEFENDANTS' SUPPLEMENTAL EXPERT REPORT OF

28 ROBERT FINK, PHD                                              Page 1 of 3

I Robert Fink declare as follows:

1. I am an expert retained in this matter by Labrador Entertainment, Inc. dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an individual and Webb Family Trusts' ("Labrador"). I make this declaration in support of Labrador's opposition to Plaintiff's motion to strike Labrador Defendants' supplement of my report.

2. My report dated November 11, 2022 (the "Supplemental Report") has been expanded to respond to a new framework for evaluating substantial similarity laid out in a court case, *Gray v. Hudson*, which had not been issued when the original rebuttal report was written.

3. This decision introduced not only a newly articulated standard for protectable originality in musical compositions, but also discusses certain kinds of generic musical "building blocks" in great detail, using specific musical examples to significantly nuance the idea of protected expression in music.

4. As a musicologist, I believed that the new standards set out in *Gray* were directly relevant to the musical compositions at stake in this case and rewrote my opinion to (a) reference the new framework and the musical terminology in *Gray* directly; (b) focus closely on the "generic" nature of the musical building blocks at issue in the present case, deepening my analysis at the precise points that would make the relevance of *Gray* the most clear; (c) provide an exposition of my points which would be as clear as possible, using all the explanatory resources at my command.

5. The Supplementary Report makes the same argument and reaches the same conclusion as the original Rebuttal Report. It is not based on new readings of either of the two musical compositions at issue, "Lose Yourself" or "Eminem-Esque." It does consider

DECLARATION OF ROBERT FINK IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE LABRADOR DEFENDANTS' SUPPLEMENTAL EXPERT REPORT OF ROBERT FINK, PHD

Page 2 of 3

new pieces of comparative evidence, going more deeply into a series of examples of prior art and their expressive character. It also takes time to establish as exhaustively as possible why and how the musical building blocks at issue in this case should be considered "generic" or "clichéd," since this is a key point highlighted by the court's decision in *Gray*.

6. In so doing, the Supplemental Report makes detailed reference to generic or common modes of playing possible on the six-string guitar, using fretboard diagrams, photographs of hands playing the guitar, and some musical notation. The additional space taken up by these supporting diagrams, illustrations, and notation is one reason that the new Supplemental Report requires more pages than the original Rebuttal.)

7. Much of this supporting material was implicit in my original report, which, as a rebuttal, was concerned with a previous report by Alexander Stewart. But there was nothing in Stewart's report about the issues, concepts, and terminology raised in *Gray v. Hudson*, since that decision had not been written when Stewart wrote his original report. It was thus necessary to reorient the Supplemental report toward the latest case law.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 23rd day of January, 2023 in Los Angeles, California.

By: Robert Fink, Ph.D.