Daniel Lee Jacobson # 134978
JACOBSON & ASSOCIATES
1352 Irvine Blvd., Suite 205
Tustin, CA   92780
(714) 505-4872
dlj@jacobsonlawyers.com

Attorneys for Defendants Michael Cohen and MCPC Holdings, LLC

# U.S. District Court for the

# Central District of California

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD., | Case #: 2:17-cv-06108-MWF-JPR |
|      Plaintiff | **Declaration of Dan Jacobson Supporting Request for Point of Discussion at the Final Pretrial Conference** |
| v. | |
| LABRADOR ENTERTAINMENT, INC., et al.<br>     Defendants | Date:     03/20/23<br>Time:    11:00 a.m.<br>Courtroom: 5A<br>Trial Date: 04/13/23 |
| | Assigned for all purposes to The Honorable Michael W. Fitzgerald, Judge of the Superior Court |
| | Complaint Filed August 17, 2017 |

    1.    I have personal knowledge of all matters stated herein; and if called to testify thereto, could do so competently.

    2.    I am a member of the Bars of the U.S. District Court for the Central District of California, the U.S. District Court for the Southern District, the U.S. District for the Western District of Oklahoma, the Ninth Circuit Court of Appeals, and the State of California.

    3.    I am attorney of record for Defendants and Crossclaimants Michael Cohen and MCPC Holdings, LLC.

4.      Through Pacer on November 7, 2022 I filed and served on all parties to this case "Defendants/Crossclaimants Michael Cohen's and MCPC Holdings, LLC's Statement Regarding Final Pretrial Conference Report." (*Dkt.* # 315-4.)

5.      A copy of that statement is Exhibit "A" to the letter that I wrote to Plaintiff Beatbox's attorney Heather Blaise, on December 28, 2022.

6.      Exhibit "A" contains the exact wording and formatting of Section #7 of the Pretrial Form No. 1 that I sent to Attorney Blaise for inclusion as Mr. Cohen's and MCPC's Section #7, to be included in the Final Pretrial Conference Order, except that what I sent for such inclusion did not have the highlighting.

7.      The highlighting on Exhibit "A" shows the *deletions* that Beatbox made.

8.      Exhibit "B" is a portion of the Beatbox-lodged Final Pretrial Conference Order which purports to be Mr. Cohen's/ MCPC's portion of Section #7. However, that is not what it is. The numerous, highlighted words and paragraphs were *added* by Beatbox.

9.      The December 28, 2022 letter, inclusive of both exhibits, is attached to the accompanying "Request for Point of Discussion at the Final Pretrial Conference."

10.     On January 30, 2023 I told Beatbox's counsel that I would be filing the December 28, 2022 letter for the purpose of a point of discussion at the Final Pretrial Conference. That statement was made on a Zoom call. Beatbox's counsel replied that she would object. She also said that she would send a letter in response to the December 28, 2022 letter. That letter was received.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed at Tustin, CA on February 1, 2023.



_____

Dan Jacobson

Declaration of Dan Jacobson Supporting Request for Point of Discussion at the Final Pretrial Conference