```
BLAISE & NITSCHKE, P.C.
HEATHER L. BLAISE, ESQ. (SBN 261619)
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Telephone: 312-448-6602
Email: hblaise@blaisenitschkelaw.com

Attorneys for Plaintiff,
BEATBOX MUSIC PTY, LTD.
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>LABRADOR ENTERTAINMENT, INC. D/B/A SPIDER CUES MUSIC LIBRARY, a California corporation; NOEL PALMER WEBB, an individual; MICHAEL COHEN, an individual; LABRADOR ENTERTAINMENT, LLC; MCPC HOLDINGS, LLC; WEBB FAMILY TRUST and DOES 1-20, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | CASE NO: 2:17-cv-6108 MWF (JPRx)<br>*Assigned to the Hon. Michael W. Fitzgerald*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE COHEN DEFENDANTS' REQUEST FOR POINT OF DISCUSSION AT THE FINAL PRETRIAL CONFERENCE**<br><br>**Hearing Date:   March 20, 2023**<br>**Time:                 10:00 a.m. PST**<br>**Location:           Courtroom 5A**<br><br>Trial Date:             April 18, 2023<br>FAC:                     January 24, 2020<br>Cross-Claim Filed: November 21, 2017<br>Action Filed:          August 17, 2017 |

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Court hereby ORDERS as follows: |

1) Plaintiff's Motion to strike Defendants Michael Cohen and MCPC Holdings, LLC's Request for Point of Discussion at the Final Pretrial Conference (the "Request") is GRANTED;

2) The Request is STRICKEN; and

3) Plaintiff is awarded attorneys' fees and costs associated with bringing its Motion.

**IT IS SO ORDERED.**

Dated:_____     By: _____
The Honorable Michael W. Fitzgerald
United States District Judge

Prepared by:
BLAISE & NITSCHKE, P.C.
Attorney for Plaintiff,
Beatbox Music Pty, Ltd.