UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 17-6108-MWF(JPRx)**                              Dated: **March 15, 2023**

Title:     Beatbox Music Pty, Ltd. -v- Labrador Entertainment, Inc., etc., et al.

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

| Heather L. Blaise | Douglas J. Rosner |
| Thomas J. Nitschke | Daniel L. Jacobson |

**PROCEEDINGS:**     **ZOOM STATUS CONFERENCE**

Case called, and counsel make their appearance. The Zoom Status Conference is held.

The Court and counsel discuss the upcoming trial date and pretrial conference hearing.

IT IS SO ORDERED.

Initials of Deputy Clerk   Rs

-1-                                                                      :16 min