BLAISE & NITSCHKE, P.C.
HEATHER L. BLAISE, ESQ. (SBN 261619)
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Telephone: 312-448-6602
Email: hblaise@blaisenitschkelaw.com

Attorneys for Plaintiff
BEATBOX MUSIC PTY, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> LABRADOR ENTERTAINMENT, INC. D/B/A SPIDER CUES MUSIC LIBRARY, a California corporation; NOEL PALMER WEBB, an individual; MICHAEL COHEN, an individual; LABRADOR ENTERTAINMENT, LLC; MCPC HOLDINGS, LLC; WEBB FAMILY TRUST and DOES 1-20, inclusive, <br><br> Defendants. | CASE NO: 2:17-cv-6108 MWF (JPRx) <br> *Assigned to the Hon. Michael W. Fitzgerald* <br><br> **AGREED RULE 16 DOCUMENT LIST** <br><br> Trial Date: April 18, 2023 <br> FAC: January 24, 2020 <br> Cross-Claim Filed: November 21, 2017 <br> Action Filed: August 17, 2017 |

NOW COMES Plaintiff Beatbox Music Pty, Ltd, pursuant to the Court Order dated March 16, 2023 (Dkt. 353), and hereby files the following AGREED list of Rule 16 documents with the Court.

| Docket Number | Date of Filing | Title | Filed By | Included By |
|---|---|---|---|---|
| 280 | 10/24/2022 | Labrador Entertainment, Inc. Dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an Individual and Webb Family Trusts Objections to Defendants' Pretrial Disclosures FRCP 26(A)(3) | Labrador Entertainment, Inc. | Labrador Entertainment, Inc. |
| 285 | 10/31/2022 | WITNESS LIST filed by Defendant/Cross-claimant Labrador Entertainment, Inc. (a California corporation), Labrador Entertainment, LLC, Noel Palmer Webb, Webb Family Trust. (Rosner, Douglas (Entered: 10/31/2022) | Labrador Entertainment, Inc. | Labrador Entertainment, Inc. & MCPC Holdings LLC, Michael Cohen |
| 286 | 10/31/2022 | Labrador Entertainment, Inc. Dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an Individual and Webb Family Trusts Memorandum of Contentions of Fact and Law | Labrador Entertainment, Inc. | Labrador Entertainment, Inc. & MCPC Holdings LLC, Michael Cohen |
| 287 | 10/31/2022 | Witness List of Labrador dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an Individual and Webb Family Trusts | Labrador Entertainment, Inc. | Labrador Entertainment, Inc. & MCPC Holdings LLC, Michael Cohen |
| 288 | 10/31/2022 | Labrador's Motion in Limine to Exclude the New Zealand Court Judgment from Evidence | Labrador Entertainment, Inc. | Labrador Entertainment, Inc. |
| 289 | 10/31/2022 | Exhibit List filed by Defendant/Cross-claimant Labrador Entertainment, Inc. (a California corporation), Labrador Entertainment, LLC, Noel Palmer Webb, Webb Family Trust | Labrador Entertainment, Inc. | MCPC Holdings LLC, Michael Cohen |
| 290 | 10/31/2022 | Plaintiff Beatbox Music Pty, Ltd.'s Memorandum of Contentions of Fact and Law | Beatbox Music Pty, Ltd. | MCPC Holdings LLC, Michael Cohen |
| 291 | 10/31/2022 | Plaintiff Beatbox Music Pty, Ltd.'s Exhibit List<br>*Although Beatbox's 1,362 exhibits should be pared down to relevant exhibits. | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. & MCPC Holdings LLC, Michael Cohen |

| Docket Number | Date of Filing | Title | Filed By | Included By |
|---|---|---|---|---|
| 292 | 10/31/2022 | Plaintiff Beatbox Music Pty, Ltd.'s Witness List | Beatbox Music Pty, Ltd. | MCPC Holdings LLC, Michael Cohen |
| 293 | 10/31/2022 | Plaintiff Beatbox Music Pty, Ltd.'s Status Report Regarding Settlement | Beatbox Music Pty, Ltd. | MCPC Holdings LLC, Michael Cohen |
| 295 | 10/31/2022 | MEMORANDUM of CONTENTIONS of FACT and LAW filed by Defendants and Crosslcaimant [*sic*] Michael Cohen, MCPC Holdings LLC | MCPC Holdings LLC, Michael Cohen | MCPC Holdings LLC, Michael Cohen |
| 298 | 10/31/2022 | Exhibit List filed by Defendants and Crossclaimant Michael Cohen, MCPC Holdings LLC. | MCPC Holdings LLC, Michael Cohen | MCPC Holdings LLC, Michael Cohen |
| 299 | 10/31/2022 | REPORT of Settlement Status filed by Cross Claimant Michael Cohen, Defendants Michael Cohen, MCPC Holdings LLC. | MCPC Holdings LLC, Michael Cohen | MCPC Holdings LLC, Michael Cohen |
| 304 | 11/7/2022 | Labrador Entertainment, Inc. dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an Individual and Webb Family Trusts's Response to Cross Claim Defendant Cohen's Motion in Limine to Preclude Evidence or Argument Re. Cohen's Indemnity Obligations to Labrador | Labrador Entertainment, Inc. | Labrador Entertainment, Inc. |
| 306 | 11/7/2022 | Plaintiff's Beatbox Music Pty, Ltd.'s Response in Opposition To Labrador's Motion in Limine to Exclude the New Zealand Court Judgment From Evidence | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |

| Docket Number | Date of Filing | Title | Filed By | Included By |
|---|---|---|---|---|
| 307 | 11/7/2022 | Plaintiff's Beatbox Music Pty, Ltd.'s Response in Opposition to Cross-Claimant Michael Cohen's Motion in Limine to Preclude Cross-Defendant Labrador Entertainment, Inc. From Presenting Evidence or Argument Re: Cohen's Indemnity Obligation to Labrador | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 308 | 11/7/2022 | Plaintiff Beatbox Music Pty, Ltd.'s List of Agreed Jury Instructions | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 309 | 11/7/2022 | Plaintiff Beatbox Music Pty, Ltd.'s List of Objections to Defendants Labrador Entertainment Inc.'s & Michael Cohen's Proposed Jury Instructions | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 309-1 | 11/7/2022 | Plaintiff's Supplemental Memorandum in Opposition to Untimely Trial Materials | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 309-2 | 11/7/2022 | Declaration Of Heather L. Blaise in Support of Plaintiff's Supplemental Memorandum in Opposition to Untimely Trial Materials (including Plaintiff's Proposed Jury Instructions) | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 310 | 11/7/2022 | Plaintiff Beatbox Music Pty, Ltd.'s Objections to Defendant Labrador's Proposed Special Verdict Forms | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 310-1 | 11/7/2022 | Plaintiff's Supplemental Memorandum in Opposition to Untimely Trial Materials | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 310-2 | 11/7/2022 | Declaration of Heather L. Blaise in Support of Plaintiff's Supplemental Memorandum in Opposition to Untimely Trial Materials | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |

| Docket Number | Date of Filing | Title | Filed By | Included By |
|---|---|---|---|---|
| 311 | 11/7/2022 | Plaintiff Beatbox Music Pty, Ltd.'s Objections to Defendants/Crossclaimant Michael Cohen's and MCPC Holdings, LLC's Proposed Special Verdict Form | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 311-1 | 11/7/2022 | Plaintiff's Supplemental Memorandum in Opposition to Untimely Trial Materials | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 311-2 | 11/7/2022 | Declaration of Heather L. Blaise in Support of Plaintiff's Supplemental Memorandum in Opposition to Untimely Trial Materials | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 312 | 11/7/2022 | Plaintiff Beatbox Music Pty, Ltd.'s Proposed Verdict Forms | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 313 | 11/7/2022 | Plaintiff Beatbox Music Pty, Ltd.'s Statement of the Case | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 314-1 | 11/7/2022 | Proposed Order Final Pretrial Conference Order *As altered by Mr. Cohen's & MCPC's Statement Regarding Final Pretrial Conference Report [Order], which contains Mr. Cohen's & MCPC's unvarnished Section # 7 of Appendix "A" of Local Rules (template for Final Pretrial Conference Order | Beatbox Music Pty, Ltd. | MCPC Holdings LLC, Michael Cohen |
| 315-2 [sic] **314-2 | 11/7/2022 | Ronak Patel's 11/12/20 Letter | Beatbox Music Pty, Ltd. | MCPC Holdings LLC, Michael Cohen |
| 315 | 11/7/2022 | PROPOSED JURY INSTRUCTIONS filed by Attorney for Defendant and Crossclaimant Michael Cohen and Defendant MCPC Holdings LLC Michael Cohen. | MCPC Holdings LLC, Michael Cohen | MCPC Holdings LLC, Michael Cohen |
| 315-1 | 11/7/2022 | Memorandum Defendants/Crossclaimants Michael Cohens and MCPC Holdings, LLCs Statement Regarding Disputed Jury Instructions and Verdict Forms | MCPC Holdings LLC, Michael Cohen | MCPC Holdings LLC, Michael Cohen |

| Docket Number | Date of Filing | Title | Filed By | Included By |
|---|---|---|---|---|
| 315-2 | 11/7/2022 | Supplement [Proposed] Verdict Form Regarding Michael Cohen and MCPC Holdings, LLC | MCPC Holdings LLC, Michael Cohen | MCPC Holdings LLC, Michael Cohen |
| 315-4 | 11/7/2022 | Memorandum Defendants/Crossclaimants Michael Cohens and MCPC Holdings, LLCs Statement Regarding Final Pretrial Conference Report [Order] | MCPC Holdings LLC, Michael Cohen | MCPC Holdings LLC, Michael Cohen |
| 317 | 11/8/2022 | Labrador Entertainment, Inc. Dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an Individual and Webb Family Trusts Notice of Motion and Motion to Trifurcate Trial | Labrador Entertainment, Inc. | Labrador Entertainment, Inc. |
| 318 | 11/8/2022 | Declaration of Douglas J. Rosner in Support of Lodging My Executed Signature Page onto Proposed Final Pretrial Conference Order | Labrador Entertainment, Inc. | Labrador Entertainment, Inc. |
| 319 | 11/14/2022 | Labrador Entertainment, Response to Plaintiff's Motion to Exclude Undisclosed Evidence and Undisclosed Witnesses; Irrelevant Evidence and Argument; Labrador's Self-prepared Spreadsheets That Purport to Comprise Spider Cues Library; Testimony and Expert Reports; and Evidence Contradictory to Facts | Labrador Entertainment, Inc. | Labrador Entertainment, Inc. |
| 320 | 11/14/2022 | Plaintiff's Ex Parte Application to Strike and in the Alternative Response in Opposition to Labrador Entertainment, Inc. Dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, An Individual, and Webb Family Trust's Motion to Trifurcate Trial | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |

| Docket Number | Date of Filing | Title | Filed By | Included By |
|---|---|---|---|---|
| 320-1 | 11/14/2022 | Declaration Of Heather L. Blaise in Support Of Plaintiff's Ex Parte Application to Strike and in the Alternative Response in Opposition to Labrador's Motion to Trifurcate Trial | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 320-2 | 11/14/2022 | [Proposed] Order Granting Plaintiff Beatbox Music Pty, Ltd.'s Ex Parte Application to Strike Labrador's Motion to Trifurcate Trial | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 324 | 11/17/2022 | PROPOSED JURY INSTRUCTIONS filed by Defendant/Cross-claimant Labrador Entertainment, Inc. (a California corporation), Labrador Entertainment, LLC, Noel Palmer Webb, Webb Family Trust.. (Attachments: # 1 Exhibit Table of Contents) (Rosner, Douglas) (Entered: 11/17/2022) | Labrador Entertainment, Inc. | Labrador Entertainment, Inc. |
| 325 | 11/17/2022 | PROPOSED JURY INSTRUCTIONS (Clean set) filed by Defendant/Cross-claimant Labrador Entertainment, Inc. (a California corporation), Labrador Entertainment, LLC, Noel Palmer Webb, Webb Family Trust.. (Rosner, Douglas) (Entered: 11/17/2022) | Labrador Entertainment, Inc. | Labrador Entertainment, Inc. |
| 326 | 11/17/2022 | STATEMENT of The Case (Rosner, Douglas) (Entered: 11/17/2022) | Labrador Entertainment, Inc. | Labrador Entertainment, Inc. |
| 327 | 11/17/2022 | PROPOSED Special JURY VERDICT filed by Defendant/Cross-claimant Labrador Entertainment, Inc. (a California corporation), Labrador Entertainment, LLC, Noel Palmer Webb, Webb Family Trust. (Rosner, Douglas) (Entered: 11/17/2022) | Labrador Entertainment, Inc. | Labrador Entertainment, Inc. |

| Docket Number | Date of Filing | Title | Filed By | Included By |
|---|---|---|---|---|
| 328 | 11/17/2022 | Defendant and Cross Complainant Labrador Entertainment, Inc. dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, an Individual and Webb Family Trusts Objections to Beatbox's Proposed Verdict Forms | Labrador Entertainment, Inc. | Labrador Entertainment, Inc. |
| 329 | 11/18/2022 | NOTICE OF ERRATA filed by Cross Claimant Michael Cohen, Defendant Michael Cohen. correcting Jury Instructions | MCPC Holdings LLC, Michael Cohen | MCPC Holdings LLC, Michael Cohen |
| 326 | 1/13/2023 | NOTICE OF ERRATA filed by Cross Claimant Michael Cohen, Defendant Michael Cohen. correcting Jury Instructions | MCPC Holdings LLC, Michael Cohen | MCPC Holdings LLC, Michael Cohen |
| 341 | 2/1/2023 | STATEMENT Request for Point of Discussion at the Final Pretrial Conference filed by Cross Claimant Michael Cohen, Defendant Michael Cohen | MCPC Holdings LLC, Michael Cohen | MCPC Holdings LLC, Michael Cohen |
| 346 | 2/17/2023 | Plaintiff's 1) Notice of Motion; 2) Motion to Strike Cohen Defendants' Request for Point of Discussion at the Final Pretrial Conference; 3) Memorandum of Points and Authorities; 4) Declaration of Heather L. Blaise in Support Thereof; and 5) [Proposed] Order | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 346-1 | 2/17/2023 | Declaration Of Heather L. Blaise in Support of Plaintiff's Motion to Strike Cohen Defendants' Request for Point of Discussion at the Final Pretrial Conference | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |

| Docket Number | Date of Filing | Title | Filed By | Included By |
|---|---|---|---|---|
| 346-2 | 2/17/2023 | [Proposed] Order Granting Plaintiff's Motion to Strike Cohen Defendants' Request For Point of Discussion at the Final Pretrial Conference | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 348 | 2/27/2023 | Plaintiff's Amended Motion to Exclude: 1) Undisclosed Evidence and Undisclosed Witnesses; 2) Irrelevant Evidence and Argument; 3) Labrador's Self-Prepared Spreadsheets that Purport to Comprise Spider Cues Library; 4) Testimony and Expert Reports; and 5) Evidence Contradictory to Facts | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 348-1 | 2/27/2023 | Declaration Of Heather L. Blaise in Support Of Plaintiff Beatbox Music Pty, Ltd.'s Amended Motions in Limine | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |
| 349 | 2/27/2023 | Plaintiff Beatbox Music Pty, Ltd.'s Amended Memorandum of Contentions of Fact and Law | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. & MCPC Holdings LLC, Michael Cohen |
| 350 | 2/27/2023 | Plaintiff Beatbox Music Pty, Ltd.'s Amended Witness List | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. & MCPC Holdings LLC, Michael Cohen |
| 355 | 3/20/2023 | Plaintiff Beatbox Music Pty, Ltd.'s Proposed Jury Instructions (Annotated set) as served to the Parties on September 28, 2022 | Beatbox Music Pty, Ltd. | Beatbox Music Pty, Ltd. |

DATED: March 20, 2023  Respectfully submitted,

**BEATBOX MUSIC PTY, LTD**

 /s/ *Heather L. Blaise*

HEATHER L. BLAISE, ESQ. (SBN 261619)

*Attorney for Plaintiff*