Douglas J. Rosner, ESQ., SBN 094466
LAW OFFICES OF DOUGLAS JOSEPH ROSNER
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Telephone No. (818) 501-8400
Facsimile No.: (818) 880-4485
rosnerlaw@earthlink.net

Attorney for Defendant/Cross-Defendants,
Labrador Entertainment, Inc. dba Spider Cues Music
Library, Labrador Entertainment, LLC, Noel Palmer
Webb, an individual and Webb Family Trusts

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| Beatbox MUSIC, PTY, LTD.,<br><br>            Plaintiff,<br><br>            v.<br><br>LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California Corporation,<br><br>            Defendants. | **Case No. 2:17-cv-6108-MWF**<br><br>Assigned to the Hon. Michael W. Fitzgerald<br><br>**DEFENDANT'S THIRD AMENDED EXHIBIT LIST**<br><br>**Trial Date:** 04/18/2023<br>**Time:** 8:30 a.m.<br>**Trial Time Estimate**: 7 days<br>**Dept**: 5A |
| MICHAEL COHEN, an individual,<br><br>            Cross-Complainant,<br><br>            v.<br><br>LABRADOR ENTERTAINMENT INC., DBA SPIDER CUES MUSIC LIBRARY, a California Corporation,<br><br>            Cross-Defendant. | |

        PLEASE TAKE NOTICE Defendant/Cross-Defendants, Labrador Entertainment, Inc. dba Spider Cues Music, hereby submits the following Third Amended Exhibit List.

| Exhibit No. | Description | Stipulated/ Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1501 | June 3, 2009: LabDoc53 Email from Beatbox to Labrador sending first excel file | | | |
| 1502 | June 3, 2009: Bates 5094; Excel file; Spider Cues Music Library defined and created by Beatbox | | | |
| 1503 | August 12, 2014: Amcos Tax Invoice Copy to Sale Street Studios. LabDoc1276_Sale-01624213-00197-01 | | | |
| 1504 | December 14, 2019: Exhibits attached to the Deposition Transcript of Peter Baker | | | |
| 1505 | April 3, 2012: LabDocs180-181 Email from Labrador to Beatbox telling P. Baker of Labrador's embedding process and looking for approval; he approves but likes the April 2012 submission and already instituted it | | | |
| 1506 | April 3, 2012: LabDoc183 Email from Beatbox to Labrador approving of Spider Cues 2012 redesign | | | |
| 1507 | Reserved | | | |
| 1508 | June 25, 2012: LabDoc197-198 Email from Beatbox to Labrador stating Beatbox will issue any new audio and excel material sent by Labrador; and approving excel file seen through web link reflecting example of Spider Cues 2012 redesign acquired on June 21, 2012: LabDoc197-198 Email | | | |
| 1509 | April 4, 2012: Excel File; full version of Bates 5108-0089 7b 2012-4-4-Spider Cues 1st restructured 4-4-12_SQ0509 | | | |
| 1510 | March 6, 2014: LabDoc321-322 Email from Labrador to Beatbox with web link to 2014 Spider Cues New Repair, Remove, Replacement Library and Check Composer or Remove Cues excel file in email | | | |
| 1511 | March 6, 2012: LabDoc330 Email of P. Baker giving his version of said email showing missing items that were included in Exhibit 1510 | | | |
| 1512 | March 8, 2014: LabDoc339 Email where Beatbox acknowledges receiving, reviewing, and approving of 2014 Spider Cues New Repair, Remove, Replacement | | | |

DEFENDANTS' THIRD AMENDED EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| | | Library; and setting up a meeting in Los Angeles to talk over | | | |
| | 1513 | Declaration of Trevor Bietz stating he heard Beatbox approve of replacing older Spider Cues library with 2014 new Spider Cues library, signed October 16, 2017 | | | |
| | 1514 | April 22, 2014: LabDoc352 Email from Labrador to Beatbox with web link to get excel file reflecting 2014 Spider Cues New Repair, Remove, Replacement Library, Check Composer or Remove Cues excel file, and Notes for Beatbox | | | |
| | 1515 | Transcript of Peter Baker, individually and PMK for Beatbox, Vol II, taken December 4, 2019, | | | |
| | 1516 | Excel file reflecting 2014 Spider Cues New Repair, Remove, Replacement Library; Bates 5104 - 103.  0090 7b SQ001 to 129 reworked 4_21_14 for sub-publishers | | | |
| | 1517 | Excel file of Check Composers or Remove Cues; Bates 5124 - 165a Check Composers or Remove | | | |
| | 1518 | May 21, 2014: LabDoc381; Email from Beatbox to Labrador stating that Beatbox uses excel datasheets for registration to AMCOS and APRA, but uses an unidentified metadata reader to create information that Beatbox then offered to different parties | | | |
| | 1519 | May 21, 2014: LabDoc382; Email from Labrador to Beatbox stating that Labrador had no idea that Beatbox using an unidentified metadata reader to create information that Beatbox then offered to different parties; and out of courtesy, Labrador offers to send new metadata columns with attempt after attempt to help Beatbox with their marketing. | | | |
| | 1520 | Annotated by Noel Webb demonstrating Excel file showing music tracks removed in 2012 Spider Cues New Re-Design Library (using EXHIBIT 1502; Bates 5094 - 103. 15 Spider Cues Music Library defined and created by BB 2009-6-3) -386 | | | |
| | 1521 | Excel file sent in 2009 to Beatbox by Labrador as new music to add to Spider Cues library: Bates 5102 | | | |

3

| | | | | | |
|---|---|---|---|---|---|
| | | Spider Cues 0509 Beatbox | | | |
| | 1522 | Annotated Excel showing music tracks removed in 2012 Spider Cues New Re-Design Library (using EXHIBIT 1521 Bates 5102 - 0374 Spider Cues 0509 Beatbox) | | | |
| | 1523 | Excel file sent in 2010 to Beatbox by Labrador as new music to add to Spider Cues library BATES # 5101 - 103.  0375 Spider Cues 0310 subpub | | | |
| | 1524 | Annotated Excel file showing music tracks removed in 2012 Spider Cues New Re-Design Library (using EXHIBIT 1523 Bates 5101 - 103.  0375 Spider Cues 0310 subpub) | | | |
| | 1525 | Excel file sent in 2010 to Beatbox by Labrador as new music to add to Spider Cues library Bates 5090 - 103. 0376 Spider Cues 0610 SubPub | | | |
| | 1526 | Annotated Excel file showing music tracks removed in 2012 Spider Cues New Re-Design Library (using EXHIBIT 1525 Bates 5090 - 103. 0376 Spider Cues 0610 SubPub) | | | |
| | 1527 | Excel file sent in 2011 to Beatbox by Labrador as new music to add to Spider Cues library Bates 5089 - 103. 0377 Spider Cues 0111 SUB | | | |
| | 1528 | Annotated Excel file showing music tracks removed in 2012 Spider Cues New Re-Design Library (using EXHIBIT 1527 Bates 5089 - 103. 0377 Spider Cues 0111 SUB) | | | |
| | 1529 | Excel file "SQ music NOT LICENSED" by AMCOS from 2009 to Dec2013 | | | |
| | 1530 | Screen shot of Spider Cues website with design from 2010 | | | |
| | 1531 | Reserved | | | |
| | 1532 | Spidercues logo used 2011 onward | | | |
| | 1533 | February 3, 2014: LabDoc306-307 Email from OLE/5 Alarm where Labrador's experience around world is sub-publisher in-house licensing departments that make immediate changes | | | |
| | 1534 | December 4, 2014: Email from Sonoton to Labrador showing Labrador's experience around world is sub-publisher in-house licensing departments that make | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | immediate changes again | | | |
| | 1535 | March 11, 2008: Email from OLE Music Box to Labrador showing Labrador's experience around world is sub-publisher in-house licensing departments that make immediate changes again 2 | | | |
| | 1536 | February 1, 2008: #S_Universal Studios + other studios frequent request for SoundALikes +Knockoffs | | | |
| | 1537 | November 24, 2009: Email from US music supervisor Big Picture Studios to Labrador with frequent request for SoundALikes +Knockoffs again | | | |
| | 1538 | September 17, 2012: NO BATES #_Email from Marketwire to Spider Cues; Ole MusicBox Launches State-of-the-Art Client Website | | | |
| | 1539 | Reserved | | | |
| | 1540 | Annotated Excel file dated March 1, 2010; Bates #5001; showing that OLE/Music Box (Labrador's USA sub-publisher) re-titled all of Spider Cues tracks; Eminem-esque was changed to Push Through | | | |
| | 1541 | ASCAP registration (US Performance Rights Organization) listing that shows OLE/Music Box many re-titles including Eminem-esque and shows OLE/Music Box's intention to market and license Eminem-esque | | | |
| | 1542 | Reserved | | | |
| | 1543 | July 29, 2009: LabDoc71 from Labrador to Beatbox of PRO AFFILIATIONS | | | |
| | 1544 | May 25, 2010: Email from Noel Webb to P. Baker re Spider Cues_LabDoc116 | | | |
| | 1545 | June 18, 2010: Email from Noel Webb to P. Baker re Spider Cues SQ0610 LabDoc124 | | | |
| | 1546 | January 13, 2011: Email from Noel Webb to P. Baker re: Spider Cues new bath of cues_ LabDoc142 | | | |
| | 1547 | November 11, 2011: Email from Noel Webb to Nikki Roberts re: Spider Cues composer affiliation list required_ LabDoc161 | | | |
| | 1548 | Bates # 5114- Spider Cues List of Composers and PRO Affiliation dated 5-23-10 to Beatbox | | | |
| | 1549 | Excel file dated May 6, 2009 of Spider | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Cues List of Composer PRO Affiliations to Beatbox | | | |
| | 1550 | Bates # 5100 dated May 13, 2009 of Spider Cues List of Composer PRO Affiliations to Beatbox | | | |
| | 1551 | July 26, 2009: LabDoc68 Email from Labrador to Beatbox sending Spider Cues music batch 0509 | | | |
| | 1552 | July 27, 2009: LabDoc69 Email from Beatbox to Labrador saying that Beatbox is downloading Spider Cues music batch 0509 and will tell Labrador when done | | | |
| | 1553 | July 29, 2009: LabDoc71 Email from Labrador to Beatbox offering Spider Cues music batch 0509 again and Composer PRO Affiliation | | | |
| | 1554 | July 30, 2009: LabDoc72  Email from Beatbox to Labrador expressing disappointment over quality of Spider Cues music batch 0509 | | | |
| | 1555 | May 25, 2010: LabDoc116 from Labrador to Beatbox showing attached Spider Cues music batch 0310 and Composer Pro Affiliation | | | |
| | 1556 | June 18, 2010: LabDoc124 Email from Labrador to Beatbox sending link to Spider Cues music batch 0610 | | | |
| | 1557 | July 4, 2010: LabDoc126 Email from Beatbox to Labrador stating they downloaded Spider Cues music batch 0610 | | | |
| | 1558 | January 13, 2011: LabDocs 142 thru 143 Email from Labrador to Beatbox sending Spider Cues music batch 0111 and Composer PRO Affiliation | | | |
| | 1559 | January 30, 2011: LabDoc148 Email from Beatbox to Labrador acknowledging they will download Spider Cues music batch 0111 and Composer PRO Affiliation | | | |
| | 1560 | April 1, 2014 and April 2, 2014: LabDoc346 thru 347 Email from Labrador to Beatbox with link to new album covers which did not include a SoundALike album cover; Beatbox approves of album covers | | | |
| | 1561 | January 4, 2014: LabDoc294 thru 295 Email from Labrador to Beatbox sending | | | |

DEFENDANTS' THIRD AMENDED EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| | | link to Spider Cues music batch 1013, explaining that all audio has been remastering, new logo, that DESCRIPTIONS will be listed in VERSION and DESCRIPTION columns, and to USE NEW ALBUM COVERS ONLY | | | |
| | 1562 | January 14, 2014: LabDoc299 Email from Beatbox to Labrador stating they will download Spider Cues music batch 1013 and will follow instructions including album design review with no SoundALike album if no problems | | | |
| | 1563 | Excel file Bates 5115 of Spider Cues music batch 1013 | | | |
| | 1564 | April 22, 2014: LabDoc352 Email from Labrador to Beatbox giving link to 2014 Spider Cues New Repair, Remove, Replacement Library, new remastered audio files, new album covers, excel files, Notes, and a Repair file | | | |
| | 1565 | May 19, 2014: LabDoc357-358 Email resending for third time 2014 Spider Cues New Repair, Remove, Replacement Library, album covers, new logo, Notes, repair file and excel file | | | |
| | 1566 | May 20, 2014: LabDoc364 Email from Labrador to Beatbox asking to communicate via Skype to resolve excel file confusion | | | |
| | 1567 | May 20, 2014: LabDoc 366 Email from Beatbox to Labrador stating they dont use skype and that they did not want to communicate about the excel confusion | | | |
| | 1568 | May 13, 2009: LabDoc47 Emails from Michelle Watts (Beatbox) to Barbara and Peter Baker (Beatbox), from Barbara Baker to Michelle Watts and Peter Baker, and email from Peter Baker to Barbara Baker and Michelle Watts regarding inhouse nervousness about legal issues for Eminem-esque and SoundALikes | | | |
| | 1569 | July 29, 2009: Email from Noel Webb to P. Baker re Excel file_composer affil_LabDoc71_ | | | |
| | 1570 | Reserved | | | |
| | 1571 | Bates 5099 excel file of Spider Cues music batch 1014 (1 of 2) album 130 | | | |

7

| | | | | |
|---|---|---|---|---|
| 1572 | Bates 5004 excel file of Spider Cues music batch 1014 (2 of 2) album 131 | | | |
| 1573 | January 27, 2015: LabDoc628 Email from Beatbox to Labrador acknowledging receipt + approval of attached email from Labrador to Beatbox with first of 19 albums from Spider Cues music batch 1114; continued effort by Labrador to fix P. Baker metadata problem | | | |
| 1574 | Excel file of Spider Cues music batch 1114 albums SQ132 to SQ150 | | | |
| 1575 | May 2, 2015: Spider Cues music batch 0415 of albums SQ151 to SQ159 sent to Beatbox | | | |
| 1576 | Excel file of Spider Cues music batch 0415 Spider Cues SQ151 to SQ159 | | | |
| 1577 | December 23, 2015: LabDoc675 Email from Labrador to Beatbox sending Spider Cues music batch 1509 with Composer PRO info | | | |
| 1578 | Bates #5105 Excel file of Spider Cues music batch 1509 (albums 160 to 172) | | | |
| 1579 | Excel file of Spider Cues music batch 1605_SQ173 to SQ186_2016-8-1 | | | |
| 1580 | Deposition Transcript of Peter Moor and Bali Virk and respective exhibits, taken November 10, 2022 | | | |
| 1581 | Deposition transcript of Barbara Baker and respective exhibits, taken December 4, 2019 | | | |
| 1582 | Labrador Request for Production of Documents to Plaintiff | | | |
| 1583 | Beatbox Response to Labrador's Request for Production of Documents, November 15, 2019 | | | |
| 1584 | Beatbox Supplemental Response to Labrador's Request for Production of Documents, July 29, 2021 | | | |
| 1585 | Reserved | | | |
| 1586 | Declaration of Peter Baker dated August 2, 2021 and respective exhibits | | | |
| 1587 | Affidavit of Peter Baker used in the claim by Eminem against National and respective exhibits | | | |
| 1588 | Affidavit in Reply by Peter Baker in Support of Application by the Fifth Third Party to Set Aside the Fourth Party's Objection to Jurisdiction, dated August | | | |

8

| | | | | | |
|---|---|---|---|---|---|
| | | 21, 2015 | | | |
| | 1589 | Beatbox and Labrador Contract with Amendment LabDoc807- 812 | | | |
| | 1590 | Labrador's Request for Admission of Facts, Set Two | | | |
| | 1591 | Beatbox Response to Labrador's Request for Admission of Facts, Set Two, June 2, 2021 | | | |
| | 1592 | Labrador's Request for Admissions Genuine of Documents | | | |
| | 1593 | Beatbox Response to Labrador's Request for Admissions Genuine of Documents | | | |
| | 1594 | Reserved | | | |
| | 1595 | Exclusive License Agreement_LabDocs 1071 thru 1075 showing AMCOS-Beatbox signed contract | | | |
| | 1596 | Michael Cohen-Labrador contract dated February 14 2008_LabDocs 724 thru 733 | | | |
| | 1597 | August 20, 2014: LabDoc531 Email from Lewis Mackensie (Beatbox) to Peter Baker (Beatbox) and Barbara Baker (Beatbox) stating that if there is any legal action from usage of eminem-esque that it will fall on the shoulders of Labrador | | | |
| | 1598 | August 20, 2014: LabDoc536 Email from Barbara Baker (Beatbox) to Ashley Sewell stating that licensing to a political campaign is dangerous; and that they Beatbox had warned Labrador of the title of eminem-esque causing legal problems many times | | | |
| | 1599 | Reserved | | | |
| | 1600 | AMCOS web site warning subpublisher to contact composer before licensing to a political campaign - Screen Shot 2022-05-25 at 3.12.44 PM | | | |
| | 1601 | AMCOS web site warning subpublisher to contact composer before licensing to a political campaign - Screen Shot 2022-05-25 at 3.13.19 PM | | | |
| | 1602 | AMCOS web site warning subpublisher to contact composer before licensing to a political campaign - Screen Shot 2022-05-25 at 3.13.39 PM | | | |
| | 1603 | AMCOS web site warning subpublisher to contact composer before licensing to a political campaign - Screen Shot 2022-05-25 at 3.14.09 PM | | | |

9

DEFENDANTS' THIRD AMENDED EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 1604 | AMCOS web site warning subpublisher to contact composer before licensing to a political campaign - Screen Shot 2022-05-25 at 3.15.43 PM | | | |
| 1605 | AMCOS web site warning subpublisher to contact composer before licensing to a political campaign - Screen Shot 2022-05-25 at 3.16.08 PM | | | |
| 1606 | AMCOS web site warning subpublisher to contact composer before licensing to a political campaign - Screen Shot 2022-05-25 at 3.16.48 PM | | | |
| 1607 | AMCOS web site warning subpublisher to contact composer before licensing to a political campaign - Screen Shot 2022-05-25 at 3.17.11 PM | | | |
| 1608 | Definition of Music Cue | | | |
| 1609 | Definition of a Music Library | | | |
| 1610 | Reserved | | | |
| 1611 | Reserved | | | |
| 1612 | Reserved | | | |
| 1613 | May 7, 2009: LabDoc33 email from Labrador to Beatbox with web link to 1st Spider Cues music batch and Composer PRO List | | | |
| 1614 | May 11, 2009: LabDoc39 email from Labrador to Beatbox with 2nd group of Spider Cues music link, and responding to May 11 2009 approved download of previous web link 1st Spider Cues music batch and Composer PRO List | | | |
| 1615 | May 11, 2009: LabDoc40 email from Labrador to Beatbox with web link to 1st Spider Cues music batch and Composer PRO List | | | |
| 1616 | May 14, 2009: LabDoc41 email from Labrador to Beatbox with Beatbox acknowledged acceptance of music batch and Composer PRO List | | | |
| 1617 | May 13, 2009: LabDoc42 email from Labrador to Beatbox stating to go to the same web link to 1st Spider Cues music batch and Composer PRO List | | | |
| 1618 | July 2, 2010: LabDoc125 email from Labrador to BeaBox requesting response to the sending of Spider Cues music batch 0610 and getting no response | | | |
| 1619 | April 6, 2012: LabDoc191 email from | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Labrador to Beatbox saying new Spider Cues music to be delivered next week | | | |
| | 1620 | April 8, 2012: LabDoc195 email from Beatbox to Labrador stating they are "looking forward to new Spider Cues tracks" | | | |
| | 1621 | October 27, 2012: LabDoc226 email from Labrador to Beatbox sending web link to download Spider Cues music batch 0812; stating that albums will continue to be defined by Spider Cues; firmly requesting acknowledgment of downloading by Beatbox | | | |
| | 1622 | January 7, 2014: LabDoc296-297 email from Labrador to Beatbox stating that composers have given wrong Public Domain information and that the appropriate changes have been made on excel sheets; and to pay attention to the excel sheets | | | |
| | 1623 | June 7, 2014: LabDocs419 thru 420 email from Labrador to Beatbox stating that Labrador's sendings, metadata, and all were appropriate + professional + all included again | | | |
| | 1624 | May 20, 2014: LabDoc361 email from Beatbox to Labrador and Labrador to Beatbox confirming that Beatbox had downloaded the 2014 Spider Cues New Repair, Remove, Replacement Library | | | |
| | 1625 | June 7, 2014: LabDoc419 thru 420 email from Labrador to Beatbox re-confirming + sending again all 2014 Spider Cues New Repair, Remove, Replacement Library + notes + composer information | | | |
| | 1626 | NO BATES # United Kingdom written contract between West One Music and Labrador Entertainment with Par. 6.2 showing UK-Australia style contract usage of excel files_West One signature, dated February 28, 2008 | | | |
| | 1627 | NO BATES # United Kingdom written contract between West One Music and Labrador Entertainment with Par. 6.2 showing UK-Australia style contract usage of excel files_Labrador signature, dated February 26, 2008 | | | |
| | 1628 | July 24, 2012: LabDoc200 Email from | | | |

DEFENDANTS' THIRD AMENDED EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| | | CDM France to Labrador stating that the 2012 Spider Cues New Re-Design Library was instituted in August 2012 and it was very helpful and expected to be so from Labrador | | | |
| | 1629 | April 2, 2012: LabDoc171 thru 172 Email from Labrador to Music4Media Greece giving them 2012 Spider Cues New Re-Design Library | | | |
| | 1630 | March, 30 2012: LabDoc170 Email from Music4Media Greece to Labrador asking for excel spreadsheet to register Spider Cues library that they were told they would receive on April 2 2012 | | | |
| | 1631 | August 18, 2015: LabDoc670 Email from Miles of Music Israel responding to Labrador request to inform of past excel file instituting stating receipt of 2012 Spider Cues New Re-Design Library in April 2012 | | | |
| | 1632 | March 6, 2014: LabDoc325 Email from Labrador to Modoocom music S. Korea giving them 2014 Spider Cues New Repair, Remove, Replacement Library | | | |
| | 1633 | March 6 2014 LabDoc331-332 Email from Modoocom music S. Korea to Labrador stating excitement over 2014 Spider Cues New Repair, Remove, Replacement Library update | | | |
| | 1634 | April 22, 2014: NO LABDOC # Email from Modoocom music S. Korea to Labrador congratulating Labrador regarding 2014 Spider Cues New Repair, Remove, Replacement Library-notes and all with is on live web link of attached Labrador email to Modoocom | | | |
| | 1635 | March 6, 2014: LabDoc327 Email from Labrador to Music4media Greece giving them 2014 Spider Cues New Repair, Remove, Replacement Library | | | |
| | 1636 | July 30, 2014: Email from Music4Media to Labrador stating he already sent Labrador excel file to Greek Performance Rights Organization | | | |
| | 1637 | March 6, 2014: LabDoc316-317 Email from Labrador to | | | |

DEFENDANTS' THIRD AMENDED EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| | | CDM music France giving them 2014 Spider Cues New Repair, Remove, Replacement Library | | | |
| | 1638 | December 22, 2014: LabDoc623 Email from CDM France Franck Rigaud to Labrador stating they had removed all SoundALikes with previous email from Labrador to CDM | | | |
| | 1639 | March 6, 2014: LabDoc318-319 Email from Labrador to Apollo Music Denmark giving them 2014 Spider Cues New Repair, Remove, Replacement Library | | | |
| | 1640 | March 7, 2014: LabDoc336 Email from Apollo music Denmark stating they will have their IT team institute the 2014 Spider Cues New Repair, Remove, Replacement Library | | | |
| | 1641 | March 6, 2014: LabDoc 335 Email from Touch Music China to Labrador excited about attached email and 2014 Spider Cues New Repair, Remove, Replacement Library update from Labrador | | | |
| | 1642 | March 6, 2014: LabDoc323 Email from Labrador to Miles of Music Israel giving them 2014 Spider Cues New Repair, Remove, Replacement Library | | | |
| | 1643 | May 13, 2009: LabDoc43 Email from Michelle Watts to Barbara Baker stating that her Beatbox In-House Office will remove all SoundALike music and asks what her Beatbox In-House office should do with all cues title with "Esque" | | | |
| | 1644 | Reserved | | | |
| | 1645 | Demonstrative that depicts Common Accepted Worldwide Practice For Publisher Licensing | | | |
| | 1646 | Demonstrative that depicts Beatbox's alternative Process To Common Accepted Worldwide Practice For Publisher Licensing | | | |
| | 1647 | April 8, 2009: Email from P. Baker to N. Webb re contract response contract response + P. Baker lists metadata requirements | | | |
| | 1648 | April 8, 2009: Email between Noel Webb and P. Baker re contract response 2; Noel Webb sends mp3 embedded with | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | metadata requirements | | | |
| | 1649 | April 8, 2009: Email between P. Baker and Noel Webb re: contract response; P. Baker will bring external drive and system to ensure working | | | |
| | 1650 | May 7, 2009: Email between Noel Webb and P. Baker re first cues sent with composer PRO listings | | | |
| | 1651 | May 11, 2009: Email between Noel Webb and P. Baker re Spider Cues again-Noel explains other subpubs love CATEGORY usage | | | |
| | 1652 | May 12, 2009: Email between P. Baker and Noel Webb re: Peter accepts use of CATEGORIES; Peter will not retitle cues_Peter days title is not relevant to APRA 24259 | | | |
| | 1653 | May 13, 2009: Email between Noel Webb and P. Baker _Noel directs Peter to delete or replace any "description" column in excel Noel's sent excel files_again asks Peter to re-title cues | | | |
| | 1654 | May 13, 2009: Email between Noel Webb and P. Baker re _Noel again send the PRO CAE/IP listings 24508 | | | |
| | 1655 | June 3, 2009: Email between Noel Webb and P. Baker re spider cues | | | |
| | 1656 | June 3, 2009: Email between Noel Webb and P. Baker re: metadata | | | |
| | 1657 | June 3, 2009: Email between Noel Webb and P. Baker re: states satisfaction with metadata + COMMENTS ON USE OF SPID001 | | | |
| | 1658 | July 26, 2009: Email between Noel Webb and P. Baker re: Spider Cues new batch 72209-ALL IN CATEGORY FOLDERS | | | |
| | 1659 | July 29, 2009: Email between Noel Webb and P. Baker re: Noel sends excel file for new batch and new PRO info for composers 32889 | | | |
| | 1660 | July 30, 2009: Email between Noel Webb and P. Baker re: Spider Cues new batch 72209-P. Baker disappointed + will not market or license | | | |
| | 1661 | Sept 22, 2009: Email between Noel Webb and P. Baker re:  publishing company query re N. Webb asks for phone call for clarification-Beatbox does not answer- | | | |

DEFENDANTS' THIRD AMENDED EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| | | COHEN pub rights-Spider Cues library | | | |
| | 1662 | Dec 16, 2009: Email between Noel Webb and P. Baker re lunch | | | |
| | 1663 | May 25, 2010: Email between Noel Webb and P. Baker re:SQ0310 sent to BB with excel file attached + PRO needs 79046 and N. Webb asks for Beatbox excel file listing spider cues music | | | |
| | 1664 | Nov 14, 2010: Email between Nikki Roberts and Noel Webb re: Royalty Statements for Spider Cues causing N. Webb to be suspicious | | | |
| | 1665 | Jan 13, 2011: Email between Noel Webb and P. Baker re Spider Cues new batch of cues_SQ0111 sent with new Composer list | | | |
| | 1666 | Nov 29, 2011: Email from Nikki Roberts to P. Baker re Spider Cues composer affiliation list asked for by Beatbox | | | |
| | 1667 | Nov 29, 2011: Email between Noel Webb and Nikki Roberts re: Spider Cues composer affiliation sent by N. Webb and all else needed | | | |
| | 1668 | Screenshot. SoundMiner list of columns available_15b This is totally what Spider Cues embedded + looked for approval from P. Baker for this column design | | | |
| | 1669 | Screenshot. SoundMiner columns available for metadata A 22c SoundMiner does not allow Composer or Publisher CAE/IP#s or other needed info to be embedded | | | |
| | 1670 | Screenshot. SoundMiner columns available for metadata B 22d SoundMiner does not allow Composer or Publisher CAE/IP#s or other needed info to be embedded (second half of list) | | | |
| | 1671 | 29a Spider Cues List of Composer PRO Affiliations to Beatbox5-13-09 | | | |
| | 1672 | March 11, 2011: Email between Noel Webb and Nikki Robert re: Beatbox Royalty statements for Spider Cues  2nd half 2010-NWEBB ASKS FOR EXCEL FILE OF CUES BOOKED | | | |
| | 1673 | Beatbox_Lab contract 2009_April_different territories for Spider Cues | | | |
| | 1674 | 2012 ALBUM CODE changes to 2009 | | | |

DEFENDANTS' THIRD AMENDED EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| | | Peter Baker Spider Cues library design | | | |
| | 1675 | Universal Pictures licensing contract with Labrador 1374_001 | | | |
| | 1676 | Bergren Clearance House licensing contract for Mollys Game_Shock Files contract - 2 cues 2017-8-14 with Labrador | | | |
| | 1677 | Walt Disney Studios licensing contract with Labrador concerning Shock Files signed contract_ROGUE ONE, dated October 25, 2016 | | | |
| | 1678 | Universal Pictures licensing contract with Labrador HV CG Spider Cues-Master, dated December 22, 2008 | | | |
| | 1679 | Universal Pictures licensing contract with Labrador HV In Plain Sight Master Spider, dated February 25, 2009 | | | |
| | 1680 | November 27. 2013: LabDoc266 email where Labrador sends Beatbox new album covers with no SoundALike album cover included and P. Baker states he will review. | | | |
| | 1681 | April, 2009: Contract between Beatbox and Labrador Entertainment INC | | | |
| | 1682 | Agreement between BB and Amcos (Beatbox 000528-535) | | | |
| | 1683 | Email from P. Baker to Noel Webb re Spider Cues, March 22, 2009 (Beatbox 000367) | | | |
| | 1684 | Email from P. Baker to Noel Webb re new batch of cues, January 31, 2011 (Beatbox 000369) | | | |
| | 1685 | Email between Noel Webb and P. Baker re New Albums for your approval, June 25, 2012 (Beatbox 000370) | | | |
| | 1686 | Notes for subpublishers, April 21, 2014 (Beatbox 000380-381) | | | |
| | 1687 | Email between P. Baker and Noel Webb re Spider Cues, June 3, 2009 (Beatbox 000387-00388) | | | |
| | 1688 | Emails between Noel Webb and P. Baker re pasted graphic, April 3, 2012 (Beatbox 000432-000433) | | | |
| | 1689 | Reserved | | | |
| | 1690 | Email from Noel Webb to P. Baker re new work, March 6, 2014 (Beatbox 000363) | | | |
| | 1691 | Spreadsheet 000562, 000569-000576 | | | |
| | 1692 | Brief of Evidence of Noel Palmer Webb (Beatbox 459-467) | | | |

16

| | | | | | |
|---|---|---|---|---|---|
| 1693 | Affidavit of Noel Palmer Webb in Support of Notice of Opposition to Application to Set Aside Appearance and Objection to Jurisdiction August 2015 (Beatbox 509-516) | | | | |
| 1694 | Royalty Statement Period Ending 12.31.2012 (Beatbox 000362) | | | | |
| 1695 | Reserved | | | | |
| 1696 | Royalty Statement, Period ending 30/6/2017 | | | | |
| 1697 | Royalty Summary, Quarterly period for 1/01/2017-31/03/2017 (Beatbox 001769) | | | | |
| 1698 | Reserved | | | | |
| 1699 | Amcos EFT Remittance Advice (Beatbox 000332-Beatbox 000345) | | | | |
| 1700 | Letter from Amcos to P. Baker re Eight Mile Style, LLC (Beatbox 000346-Beatbox 000351) | | | | |
| 1701 | Royalty Statement Report (Beatbox 000365) | | | | |
| 1702 | Letters from AMCOS to BB re legal fees Beatbox 000374 - 000379 | | | | |
| 1703 | Labrador – Out of Pocket Expenses Beatbox 000396 - 000400 | | | | |
| 1704 | Redacted Banking Information (Beatbox 000401-000420) | | | | |
| 1705 | Spreadsheets 000563; 000569-000576 | | | | |
| 1706 | Labrador Out of Pocket Expenses (Beatbox 000593-Beatbox 000596) | | | | |
| 1707 | Spreadsheet (Beatbox 000648) | | | | |
| 1708 | Reserved | | | | |
| 1709 | Reserved | | | | |
| 1710 | Bates 5002 - 103. AMCOS_SPIDERCUES_DEC12 | | | | |
| 1711 | Bates 5027 - 103. Spider Cues Music Library_AMCOS_4Q2017 | | | | |
| 1712 | Bates 5028 - 103. Spider Cues Music Library_AMCOS_4Q2016 | | | | |
| 1713 | Bates 5029 - 103. Spider Cues Music Library_AMCOS_4Q2015 | | | | |
| 1714 | Bates 5030 - 103. Spider Cues Music Library_AMCOS_3Q2017 | | | | |
| 1715 | Bates 5031 - 103. Spider Cues Music Library_AMCOS_3Q2016 | | | | |

| | | | | |
|---|---|---|---|---|
| 1716 | Bates 5032 - 103. Spider Cues Music Library_AMCOS_3Q2015 | | | |
| 1717 | Bates 5033 - 103. Spider Cues Music Library_AMCOS_2Q2017 | | | |
| 1718 | Bates 5034 - 103. Spider Cues Music Library_AMCOS_2Q2016 | | | |
| 1719 | Bates 5035 - 103. Spider Cues Music Library_AMCOS_2Q2015 | | | |
| 1720 | Bates 5036 - 103. Spider Cues Music Library_AMCOS_1Q2018 | | | |
| 1721 | Bates 5037 - 103. Spider Cues Music Library_AMCOS_1Q2017 | | | |
| 1722 | Bates 5038 - 103. Spider Cues Music Library_AMCOS_1Q2016 | | | |
| 1723 | Bates 5039 - 103. Spider Cues Music Library AMCOS 2H18 | | | |
| 1724 | Bates 5040 - 103. Shock Files_AMCOS_4Q2017 | | | |
| 1725 | Bates 5041 - 103. Shock Files_AMCOS_4Q2016 | | | |
| 1726 | Bates 5042 - 103. Shock Files_AMCOS_4Q2015 | | | |
| 1727 | Bates 5043 - 103. Shock Files_AMCOS_3Q2017 | | | |
| 1728 | Bates 5044 - 103. Shock Files_AMCOS_3Q2016 | | | |
| 1729 | Bates 5045 - 103. Shock Files_AMCOS_3Q2015 | | | |
| 1730 | Bates 5046 - 103. Shock Files_AMCOS_2Q2017 | | | |
| 1731 | Bates 5047 - 103. Shock Files_AMCOS_2Q2016 | | | |
| 1732 | Bates 5048 - 103. Shock Files_AMCOS_2Q2015 | | | |
| 1733 | Bates 5049 - 103. Shock Files_AMCOS_1Q2018 | | | |
| 1734 | Bates 5050 - 103. Shock Files_AMCOS_1Q2017 | | | |
| 1735 | Bates 5051 - 103. Shock Files_AMCOS_1Q2016 | | | |
| 1736 | Bates 5069 - 103. AMCOS_SPIDERCUES_SEP14 | | | |
| 1737 | Bates 5070 - 103. AMCOS_SPIDERCUES_SEP13 | | | |
| 1738 | Bates 5071 - 103. AMCOS_SPIDERCUES_SEP12 | | | |
| 1739 | Bates 5072 - 103. AMCOS_SPIDERCUES_SEP11 | | | |

DEFENDANTS' THIRD AMENDED EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 1740 | Bates 5073 - 103. AMCOS_SPIDERCUES_SEP10 | | | |
| 1741 | Bates 5074 - 103. AMCOS_SPIDERCUES_MAR14 | | | |
| 1742 | Bates 5075 - 103. AMCOS_SPIDERCUES_MAR13 | | | |
| 1743 | Bates 5076 - 103. AMCOS_SPIDERCUES_MAR12-PD BY SQ 12-15-12 | | | |
| 1744 | Bates 5077 - 103. AMCOS_SPIDERCUES_MAR11 | | | |
| 1745 | Bates 5078 - 103. AMCOS_SPIDERCUES_MAR10 | | | |
| 1746 | Bates 5079 - 103. AMCOS_SPIDERCUES_JUN14 | | | |
| 1747 | Bates 5081 - 103. AMCOS_SPIDERCUES_JUN12 | | | |
| 1748 | Bates 5082 - 103. AMCOS_SPIDERCUES_JUN10 | | | |
| 1749 | Bates 5083 - 103. AMCOS_SPIDERCUES_DEC13 | | | |
| 1750 | Bates 5084 - 103. AMCOS_SPIDERCUES_DEC10 | | | |
| 1751 | Bates 5085 - 103. AMCOS_SPIDERCUES_DEC09 | | | |
| 1752 | Bates 5005 - 103. SPIDERCUES_P1804NZ | | | |
| 1753 | Bates 5006 - 103. SPIDERCUES_P1804AU | | | |
| 1754 | Bates 5007 - 103. SPIDERCUES_P1801NZ | | | |
| 1755 | Bates 5008 - 103. SPIDERCUES_P1801AU | | | |
| 1756 | Bates 5009 - 103. SPIDERCUES_P1710NZ | | | |
| 1757 | Bates 5010 - 103. SPIDERCUES_P1710AU | | | |
| 1758 | Bates 5011 - 103. SPIDERCUES_P1710AU NOEL REVIEW | | | |
| 1759 | Bates 5012 - 103. SPIDERCUES_P1707NZ | | | |
| 1760 | Bates 5013 - 103. SPIDERCUES_P1707AU | | | |
| 1761 | Bates 5014 - 103. SPIDERCUES_APRA1704AU | | | |
| 1762 | Reserved for Demonstratives | | | |
| 1763 | Reserved for Demonstratives | | | |

DEFENDANTS' THIRD AMENDED EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| 1764 | Reserved for Demonstratives | | | | |
| 1765 | Reserved for Demonstratives | | | | |
| 1766 | March 22, 2009 LabDoc6 Email from Peter Baker to Noel Webb RE Spider Case | | | | |
| 1767 | LabDoc7 Email to Peter Baker with Attachment Re Spider Cues | | | | |
| 1768 | March 25, 2009 LabDoc11 Email from Noel Webb to Peter Baker RE Spider Cues | | | | |
| 1769 | March 30, 2009 LabDoc15 Email from Noel Webb to Peter Baker Re Contract Response | | | | |
| 1770 | March 30, 2009 LabDoc16 Email from Noel Webb to Peter Baker Re Contract Response | | | | |
| 1771 | April 5, 2009 LabDoc18 Email from Peter Baker to Noel Webb Re Contract Response | | | | |
| 1772 | April 7, 2009 LabDoc21 Email from Noel Webb to Peter Baker Re Contract Response | | | | |
| 1773 | April 8, 2009 LabDoc24 Email from Noel Webb to Peter Baker Re Contract Response | | | | |
| 1774 | April 8, 2009 LabDoc25 Email from Peter Baker to Noel Webb Re Contract Response | | | | |
| 1775 | May 1, 2009 LabDoc29 Email from Peter Baker to Noel Webb Re Spider Cues_Noel Webb | | | | |
| 1776 | May 5, 2009 LabDoc32 Email from Noel Webb to Peter Baker Re Spider Cues | | | | |
| 1777 | May 6, 2009 LabDoc 35 Email from Peter Baker to Noel Webb Re Spider Cues | | | | |
| 1778 | May 13, 2009 LabDoc 45 Email from Noel Webb to Peter Baker Re Spider Cues | | | | |
| 1779 | June 2, 2009 LabDoc50 Email from Noel Webb to Peter Baker Re Spider Cues | | | | |
| 1880 | June 3, 2009 LabDoc56 Email from Barbara Baker to SpiderCues Re Music Launch_Copy Peter Baker Bates No. LAB00001441 | | | | |
| 1881 | June 3, 2009 LabDoc58 Email from Noel Webb to Peter Baker Re Spider Cues | | | | |
| 1882 | June 4, 2009 LabDoc60 Email from Noel Webb to Peter Baker Re Spider Cues Bates No BEATBOX 000388 | | | | |

DEFENDANTS' THIRD AMENDED EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 1883 | July 30, 2009 LabDoc73 Email from Noel Webb to Peter Baker Re Spider Cues new batch 7-22-09 | | | |
| 1884 | September 21, 2009 LabDoc78 Email from Nikki Roberts to SpiderCues Re Publishing Company Query re Spider Cues library | | | |
| 1885 | September 22, 2009 LabDoc79 Email from Noel Webb to Nikki Roberts Re Publishing Company Query re Spider Cues library | | | |
| 1886 | September 23, 2009 LabDoc80 Email from Noel Webb to Nikki Roberts Re Publishing Company Query re Spider Cues library | | | |
| 1887 | December 8, 2009 LabDoc92 Email from Noel Webb to Peter Baker Re Lunch 20th | | | |
| 1888 | Reserved | | | |
| 1889 | January 14, 2010 LabDoc97 Email from David Bramfitt to Noel Webb Re Spider Cues CD Covers | | | |
| 1890 | April 4, 2012 LabDoc108 Email from Noel Webb to Nicola Angel Guerra Roland Re SV Spider Cues | | | |
| 1891 | June 17, 2010 LabDoc122 Email from Noel Webb to Beatbox Music (Peter) Re Spider Cues SQ610 | | | |
| 1892 | October 13, 2010 LabDoc137 Email from Peter Baker to Nikki Roberts Re FW Spider Cues | | | |
| 1893 | November 9, 2010 LabDoc140 Email from Noel Webb to Nikki Roberts Re Royalty Statements for Spider Cues | | | |
| 1894 | November 14, 2010 LabDoc141 Email from Nikki Roberts to Noel Webb Re Royalty Statements for Spider Cues | | | |
| 1895 | January 19, 2011 LabDoc146 Email from Noel Webb to Peter Baker Re Noel_Spider Cues | | | |
| 1896 | January 21, 2011 LabDoc147 Email from Noel Webb to Peter Baker Re Spider Cues | | | |
| 1897 | March 6, 2011 LabDoc149-150 Email from Nikki Roberts to Noel Webb Re Beatbox Royalty statements for Spider Cues - 2nd half 2010 | | | |
| 1898 | September 13, 2011 LabDoc155-156 Email fro Nikki Roberts to SpiderCues Re Royalty statements for 1st Half 2011 from | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Beatbox Music | | | |
| | 1899 | February 3, 2012 LabDoc162 Email from Noel Webb to Beatbox Music (Peter) Re Spider Cues | | | |
| | 1900 | March 8, 2012 Labdoc167-0168 Email from Nikki Roberts to SpiderCues Re Royalty statements for 2nd Half 2011 from Beatbox Music | | | |
| | 1901 | April 2, 2012 LabDoc173-0175 Email from Noel Webb to Oded Fried-Gaon Re Spider Cues | | | |
| | 1902 | April 3, 2012 Labdoc176-177 Email from Noel Webb to CDM (Pat) Re Spider Cues album | | | |
| | 1903 | April 3, 2012 LabDoc178-179 Email from Noel Webb to Apollo Music Re Spider Cues | | | |
| | 1904 | April 3, 2012 LabDoc182 Email from Noel Webb to Modoocom Re Spider Cues albums | | | |
| | 1905 | April 4, 2012 LabDoc185-195 Email from Nicola angel Guerra Roland to Noel Webb Re SV Spider Cues  Labdoc0185-0195 | | | |
| | 1906 | August 24, 2012 Labdoc211-212 Email from Patrick Cassaigne to SpiderCues Re TR Spider Cues NEW ALBUM Labdoc0211-0212 | | | |
| | 1907 | September 5, 2012 LabDoc213-214 Email from Nikki Roberts to SpiderCues Re Royalty Statements for 1st Half 2012 from Beatbox Music | | | |
| | 1908 | October 2, 2012 LabDoc220 Email from Peter Baker to Noel Webb Re Noel Webb_Spider Cues | | | |
| | 1909 | October 2, 2012 Labdoc222 Email from Peter Baker to Noel Webb Re Noel Webb_Spider Cues | | | |
| | 1910 | March 7, 2013 LabDoc227-228 Email from Nikki Roberts to SpiderCues Re Royalty Statements for 2nd Half 2012 from Beatbox Music | | | |
| | 1911 | March 26, 2013 LabDoc229 Email from Peter Baker to Noel Webb Re NAB_Noel Webb | | | |
| | 1912 | March 29, 2012 LabDoc234 Email from Peter Baker to Noel Webb Re NAB_Noel Webb | | | |

DEFENDANTS' THIRD AMENDED EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| 1913 | April 8, 2012 LabDoc236 Email from Peter Baker to Noel Webb Re NAB_Noel Webb | | | | |
| 1914 | May 6, 2012 LabDoc243 Email from Peter Baker to Noel Webb Re composer change_Spider Cues | | | | |
| 1915 | July 30, 2013 LabDoc252 Email from Omnis Network to SpiderCues Re Omnis Network Support Ticket #3393695 | | | | |
| 1916 | August 14, 2013 LabDoc253-254 Email from Nikki Roberts to SpiderCues Re Royalty Statements for 1H 2013 | | | | |
| 1917 | September 3, 2013 LabDoc255 Email from Omnis Network to SpiderCues Re Auto-response from Omnis Network | | | | |
| 1918 | November 25, 2013 LabDoc258 Email from Noel Webb to Steve Karpowitz Re Spider Cues CD covers | | | | |
| 1919 | November 26, 2012 LabDoc259 Email from Noel Webb to Claus Anderson Re CD album covers | | | | |
| 1920 | November 26, 2013 LabDoc260 Email from Noel Webb to Peter Baker Re Spider Cues album covers | | | | |
| 1921 | November 27, 2013 LabDoc269 Email from Noel Webb to Peter Baker Re Spider Cues album covers | | | | |
| 1922 | November 27, 2013 LabDoc275 Email from Noel Webb to Peter Baker Re more New CD info | | | | |
| 1923 | November 27, 2012 LabDoc282-283 Email from Peter Baker to Noel Webb Re Spider Cues album covers | | | | |
| 1924 | January 7, 2014 LabDoc298 Email from Mike Duer to Noel Webb Re New Spider Cues music_SQ1013 | | | | |
| 1925 | January 30, 2014 LabDoc301 Email from Noel Webb to Peter Baker Re Spider Cues_Beat Box titles | | | | |
| 1926 | January 30, 2014 LabDoc303 Email from Noel Webb to Peter Baker Re Spider Cues_Beat Box titles | | | | |
| 1927 | February 16, 2013 LabDoc309 Email from Nikki Roberts to SpiderCues Re Royalty Statements for 2H 2013 from Beatbox Music | | | | |
| 1928 | LabDoc310 Receipt with Attachments | | | | |
| 1929 | February 22, 2014 LabDoc311 Email | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | from Noel Webb to Peter Baker Re PRO collection for us | | | |
| | 1930 | February 23, 2014 LabDoc314 Email from Peter Baker to Noel Webb Re PRO collection for us | | | |
| | 1931 | March 6, 2014 LabDoc318-319 Email from Noel Webb to Claus Andersen Re upgrades for Spider Cues | | | |
| | 1932 | March 6, 2014 LabDoc320 Email Noel Webb to Franck Rigaud Re link to re-mastered cues | | | |
| | 1933 | March 6, 2014 LabDoc328-329 Email from Noel Webb to Jun Yang Re Spider Cues update | | | |
| | 1934 | March 8, 2014 LabDoc334 Email from Noel Webb to Peter Baker Re Spider Cues new work | | | |
| | 1935 | March 6, 2014 LabDoc335 Email from Touch Music Publishing to Spider Cues Re Spider Cues update | | | |
| | 1936 | March 8, 2014 LabDoc337 Email from Peter Baker to Noel Webb Re Spider Cues new work | | | |
| | 1937 | March 8, 2014 LabDoc339 Email from Peter Baker to Noel Webb Re Spider Cues new work | | | |
| | 1938 | March 8, 2014 LabDoc341 Email from Peter Baker to Noel Webb Re Spider Cues new work | | | |
| | 1939 | April 17, 2014 Labdoc0350, Email from Noel Webb to P. Baker re shock files master excel file_all albums | | | |
| | 1940 | May 3, 2014 LabDoc353 Email from Noel Webb to Peter Baker Re Spider Cues new work | | | |
| | 1941 | May 15, 2014 LabDoc355 Email from Noel Webb to Peter Baker Re Spider Cues_Shock Files_Noel Webb | | | |
| | 1942 | May 18, 2014 LabDoc356 Email from Susie Rayward to SpiderCues Re FW NEW RE-ORGANIZED SPIDER CUES with Attachment | | | |
| | 1943 | May 20, 2014 LabDoc367-369 Email from Noel Webb to Susie Rayward Re NEW RE-ORGANIZED SPIDER CUES | | | |
| | 1944 | May 20, 2014 LabDoc370-371 Email from Susie Rayward to Noel Webb Re NEW RE-ORGANIZED SPIDER CUES | | | |

24

| | | | | | |
|---|---|---|---|---|---|
| 1945 | May 21, 2014 LabDoc373 Email from Peter Baker to Noel Webb Re Spider Cues metadata | | | | |
| 1946 | May 21, 2014 LabDoc374-375 Email from Noel Webb to Peter Baker Re Spider Cues metadata | | | | |
| 1947 | May 20, 2014 LabDoc380 Email from Susie Rayward to Noel Webb Re NEW RE-ORGANIZED SPIDER CUES | | | | |
| 1948 | May 22, 2014 LabDoc385 Email from Peter Baker to Noel Webb Re Sample for your metadata needs_Shock Files album | | | | |
| 1949 | May 22, 2014 LabDoc389 Email from Noel Webb to Peter Baker Re Spider Cues metadata with Attachment | | | | |
| 1950 | May 26, 2014 LabDoc393 Email from Peter Baker to Noel Webb Re Spider Cues metadata | | | | |
| 1951 | May 27, 2014 LabDoc395-408 Email from Jo Dajoux to Sue Re Music Clearance | | | | |
| 1952 | June 2, 2014 LabDoc410 Email from Peter Baker to Noel Webb Re Shock Files first | | | | |
| 1953 | Various emails from June and July 2014 (Labdoc0412-476 | | | | |
| 1954 | July 10, 2014 LabDoc478-480 Email from Sale Street to Sue Worthington Re Bulk buy discount for production music Bates No | | | | |
| 1955 | July 24, 2014 LabDoc483_484 Email from Peter Baker to Noel Webb Re US shows syndicated in your territory | | | | |
| 1956 | August 5, 2014 LabDoc487-550 Email from Sale Street to Sue Worthington Re Music - we are ready to buy Copies Peter Moore Bates No. 00000409 | | | | |
| 1957 | August 26, 2014 LabDoc553-567 Email from Peter Baker to SpiderCues Re CD CODE SPID039_TRACK 25_M COHEN - NOTICE OF ALLEGED UNAUTHORISED USE AND INFRINGEMENT OF LOSE YOURSELF | | | | |
| 1958 | August 28, 2014 LabDoc567 Email from Noel Webb to Michaela Puhringer Re Questions from Labrador Ent | | | | |
| 1959 | September 2, 2014 LabDoc572-575 Email | | | | |

25

| | | | | | |
|---|---|---|---|---|---|
| | | from Peter to Jo Dejoux Re Eminem-esque track Bates No. LAB00000515 | | | |
| | 1960 | September 17, 2014 LabDoc578 Email from Mackenzie Lewis to Beatbox Music Re Album Removal Notice | | | |
| | 1961 | September 17, 2014 LabDoc582-583 Email from Peter Moore to Jo DeJoux Re Album Removal Notice - National Party | | | |
| | 1962 | September 29, 2014 LabDoc603 Email from Trevor Bietz to Noel Webb Re BeatBox Meeting 3_28_14 Bate No. LAB00001710 | | | |
| | 1963 | October 24, 2014 LabDoc607 Email from Noel Webb to Peter Baker Re Fwd Spider Cues | | | |
| | 1964 | November 13, 2014 LabDoc615 Email from Noel Webb to Peter Baker Re Spider Cue with Attachments | | | |
| | 1965 | March 1, 2015 LabDoc643-644 Email from Nikki Roberts to SpiderCues Re Royalty Statements for 2H 2014 from Beatbox Music with Attachments | | | |
| | 1966 | April 28, 2016 LabDoc686-687 Email from Peter Baker to Noel Webb Re Spider Cues_Shock Files statements with Attachments | | | |
| | 1967 | October 4, 2016 LabDoc695-696 Email from Peter Baker to Noel Webb Re Spider Cues_Shock Files statements 1H 2016 with Attachment | | | |
| | 1968 | 2004 LabDoc716-720 Exclusive Licence Agreement | | | |
| | 1969 | LabDoc721-723 Amcos Controlled Production Music Client Code of Conduct | | | |
| | 1970 | June 30, 2017_April 30, 2007 LabDoc734-752 Limited Corporate Goverance Statement_Licencing Agreement | | | |
| | 1971 | April 28, 2014 LabDoc814-816 Amendment to Sub-Publishing Contract | | | |
| | 1972 | July 9, 2015 LabDoc1050-1058 Declaration of Peter Baker | | | |
| | 1973 | July 25, 2008 LabDoc1059-1062 Licence Agreement | | | |
| | 1974 | July 25, 2008 LabDoc1064-1068 Management Agreement | | | |
| | 1975 | March 22, 2009 LabDoc1076-1077 Email from Peter Baker to Noel Webb Re Spider | | | |

DEFENDANTS' THIRD AMENDED EXHIBIT LIST

| | | Cues with Attachment | | | |
|---|---|---|---|---|---|
| | 1976 | LabDoc1118-1120 Publisher Account Spider Cues Music Library Screenshot | | | |
| | 1977 | August 21, 2015 LabDoc1125-1134 Affidavit of Peter Baker | | | |
| | 1978 | September 7, 2011 LabDoc1139-1141 Letter from Peter Baker to Noel Webb Re Royalty Statements for Spider Cues | | | |
| | | | | | |

DATE:   March 20, 2023

Respectfully Submitted,

LAW OFFICE OF DOUGLAS JOSEPH ROSNER

By:_____
       Douglas J. Rosner.
Attorneys for Defendants

DEFENDANTS' THIRD AMENDED EXHIBIT LIST