Douglas J. Rosner, ESQ., SBN 094466
rosnerlaw@earthlink.net
LAW OFFICES OF DOUGLAS JOSEPH ROSNER
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Telephone No. (818) 501-8400
Facsimile No.: (818) 880-4485

Attorney for Defendant/Cross-Complainant,
Labrador Entertainment, Inc. dba Spider Cues Music Library,
Labrador Entertainment, LLC, Noel Palmer Webb,
an individual and Webb Family Trusts

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation, <br><br> Defendants. <br> _____ <br> AND ALL RELATED ACTIONS | Case No. 2:17-cv-6108-MWF (JPRx) <br> *Assigned to the Hon. Michael W. Fitzgerald* <br><br> DECLARATION OF DOUGLAS J. ROSNER TO SUPPLEMENT RULE 16 DOCUMENT LIST <br><br> Location: Courtroom 5A - Los Angeles <br><br> Trial Date: April 18, 2023 <br> FAC: January 24, 2020 <br> Cross-Claim Filed: November 21, 2017 <br> Action Filed: August 17, 2017 |

I, Douglas J. Rosner, hereby declare as follows:

1. I am the attorney for Labrador Entertainment, Inc., DBA Spider Cues Music, Noel Palmer Webb, Labrador Entertainment, LLC, Webb Family Trust ("Labrador") make this declaration in support of Lodging My Supplement to Rule 16 Documents List.

---

DECLARATION OF DOUGLAS J. ROSNER TO SUPPLEMENT RULE 16 DOCUMENT LIST                                                                                      Page 1 of 2

2. On Friday March 17, 2023 at 3:29 p.m. I sent an email to Ms. Blaise:

... I am cleaning up my exhibit list. My exhibit numbers start with 1500. You should start on 0001. On Sunday I will forward my exhibit list to you then you combine the two and you can file a joint list by Monday.

3. I updated Ms. Blaise on my updates. Despite this Ms. Blaise ignored by request and filed the Agreed Rule 16 Document List without including my Revised Exhibit List Document 357.

4. It was my intention to add today the Agreed Rule 16, Document List.

5. It appears that Beatbox filed Document 356 prior to my forwarding this Revised Exhibit List.

6. Unfortunately, Beatbox did not wait until I was able to complete and forward to them to combine with theirs.

7. This Revised Exhibit List is filed as Document 357. This list supercedes Document 289 and includes those same documents with better describtions and renumbering,  except Labrador added some documents, some of which were exhibits Labrador wishes to use as demonstrative in its case and Exhibits that support the opinion of Eric Fruits.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 20th day of March, 2023 in Los Angeles, California.

/s/ Douglas J. Rosner

By:     DOUGLAS J. ROSNER