Daniel Jacobson # 134978
dlj@jacobsonlawyers.com
JACOBSON & ASSOCIATES
1352 Irvine Boulevard, Suite 205
Tustin, California 92780
(714) 505-4872

Attorneys for Defendants **Michael Cohen,** and **MCPC Holdings, LLC**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, et al<br><br>Defendants. | Case No: 2:17-cv-6108 MWF (JPRx)<br><br>Assigned to the Hon. Michael W. Fitzgerald<br><br>**Proof of Filing**<br><br>Action Filed: August 17, 2017<br>Trial Date: April 18, 2023 |
| AND ALL RELATED CROSSCLAIMS | |

///

///

///

PROOF OF FILING

I am employed in the County of Orange, State of California, which is in the Central District of California. I am over the age of 18 and not a party to the within action; my business address is 1352 Irvine Blvd., Suite 205, Tustin, CA 92780.

On 03/20/23 I caused to be delivered the documents listed below to the Chambers of the Honorable Judge Michael W Fitzgerald at First Street Courthouse, 350 West First Street, Courtroom 5A, Room 5250 Los Angeles, California 90012.

1. DKT 285 - WITNESS LIST filed by Defendant/Cross-claimant Labrador Entertainment, Inc. (a California corporation), Labrador Entertainment, LLC, Noel Palmer Webb, Webb Family Trust
2. DKT 286 - MEMORANDUM of CONTENTIONS of FACT and LAW filed by Defendant/Crossclaimant Labrador Entertainment, Inc. (a California corporation), Labrador Entertainment, LLC, Noel Palmer Webb, Webb Family Trust
3. DKT 287 - NOTICE OF MOTION AND MOTION IN LIMINE to Preclude New Zealand Court Judgment from Evidence filed by Defendant/Cross-claimant Labrador Entertainment, Inc. (a California corporation), Labrador Entertainment,

LLC, Noel Palmer Webb, Webb Family Trust. Motion set for hearing on 11/21/2022 at 10:00 AM before Judge Michael W. Fitzgerald

4. DKT 289 - Exhibit List filed by Defendant/Cross-claimant Labrador Entertainment, Inc. (a California corporation), Labrador Entertainment, LLC, Noel Palmer Webb, Webb Family Trust
5. DKT 290 - MEMORANDUM of CONTENTIONS of FACT and LAW filed by Plaintiff Beatbox Music Pty, Ltd.
6. DKT 291 - PROPOSED Exhibit List filed by Plaintiff Beatbox Music Pty, Ltd.2
7. DKT 292 - Witness List filed by Plaintiff Beatbox Music Pty, Ltd.
8. DKT 293 - STATUS REPORT *regarding Settlement* filed by Plaintiff Beatbox Music Pty, Ltd.
9. DKT 295 - MEMORANDUM of CONTENTIONS of FACT and LAW filed by Defendants and Crossclaimant Michael Cohen, MCPC Holdings LLC
10. DKT 298 - Exhibit List filed by Defendants and Crossclaimant Michael Cohen, MCPC Holdings LLC.
11. DKT 299 - REPORT of Settlement Status filed by Cross Claimant Michael Cohen, Defendants Michael Cohen, MCPC Holdings LLC.
12. DKT 314-1 - Proposed Order Final Pretrial Conference Order3
13. DKT 314-2 - Ronak Patel's 11/12/20 Letter

14. DKT 315 - PROPOSED JURY INSTRUCTIONS filed by Attorney for Defendant and Crossclaimant Michael Cohen and Defendant MCPC Holdings LLC Michael Cohen.
15. DKT 315-1 - Memorandum Defendants/Crossclaimants Michael Cohens and MCPC Holdings, LLCs Statement Regarding Disputed Jury Instructions and Verdict Forms
16. DKT 315-2 - Supplement [Proposed] Verdict Form Regarding Michael Cohen and MCPC Holdings, LLC
17. DKT 315-4 - Memorandum Defendants/Crossclaimants Michael Cohens and MCPC Holdings, LLCs Statement Regarding Final Pretrial Conference Report [Order]
18. DKT 329 - NOTICE OF ERRATA filed by Cross Claimant Michael Cohen, Defendant Michael Cohen. correcting Jury Instructions
19. DKT 336 - NOTICE OF ERRATA filed by Cross Claimant Michael Cohen, Defendant Michael Cohen. correcting Jury Instructions
20. DKT 341 - STATEMENT Request for Point of Discussion at the Final Pretrial Conference filed by Cross Claimant Michael Cohen, Defendant Michael Cohen
21. DKT 349 - AMENDED DOCUMENT filed by Plaintiff Beatbox Music Pty, Ltd.. Amendment to Memorandum of Contentions of Fact and Law
22. DKT 350 - AMENDED DOCUMENT filed by Plaintiff Beatbox Music Pty, Ltd.. Amendment to Witness List

I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on 03/20/23 at Tustin, CA

By: ______________________
Ariana Arestegui