1  Douglas J. Rosner, ESQ., SBN 094466
   LAW OFFICES OF DOUGLAS JOSEPH ROSNER
2  2625 Townsgate Road, Suite 330
3  Westlake Village, California 91361
   Telephone No. (818) 501-8400
4  Facsimile No.: (818) 880-4485
5  rosnerlaw@earthlink.net

6  Attorney for Defendant/Cross-Defendants,
   Labrador Entertainment, Inc. dba Spider Cues Music
7  Library, Labrador Entertainment, LLC, Noel Palmer
8  Webb, an individual and Webb Family Trusts

9

10

11                    **UNITED STATES DISTRICT COURT**

12
          **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
13

14

15 | BEATBOX MUSIC, PTY, LTD., | **Case No. 2:17-cv-6108-MWF** |

16         Plaintiff,            **Assigned to the Hon.** Michael W. Fitzgerald

17             v.                **NOTICE OF INTENT TO INTRODUCE VIDEOTAPED**
18 LABRADOR ENTERTAINMENT,       **DEPOSITION TESTIMONY OF**
   INC., DBA SPIDER CUES MUSIC   **BALI VIRK IN LIEU OF LIVE**
19 LIBRARY, a California Corporation, **TESTIMONY AT TRIAL**

20         Defendants.           **Trial Date:** 04/18/2023
                                 **Time:** 8:30 a.m.
21                               **Trial Time Estimate**: 7 days
   MICHAEL COHEN, an individual, **Dept**: 5A
22
          Cross-Complainant,
23
              v.
24
   LABRADOR ENTERTAINMENT INC.,
25 DBA SPIDER CUES MUSIC
   LIBRARY, a California Corporation,
26
          Cross-Defendant.
27

28

                                  - 1 -

TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendants/Cross-Defendants, Labrador Entertainment, Inc. dba Spider Cues Music hereby designate the following portions of Bali Virk's videotaped deposition testimony to be used in lieu of live testimony at trial. Bali Virk resides outside of the United States, therefore not available to personally appear at trial. Pursuant to Federal Rules of Evidence Rule 32 (4), Defendants intend on either reading or playing the following excerpts from her deposition testimony taken on November 10, 2022 in the High Court at Auckland. A copy of said excerpts is attached hereto as Exhibit A.

| Designated Testimony | Objection? Yes or No | Basis for Objection |
|---|---|---|
| 37:4-6 | | |
| 37:13-19 | | |
| 37:24-29 | | |
| 38:1-10 | | |
| 38:13-30 | | |
| 39:14-25 | | |
| 39:29-40:7 | | |
| 40:16-41:10 | | |
| 41:13 | | |
| 41:18-42:19 | | |
| 42:23-26 | | |
| 42:30 | | |
| 43:1-10 | | |
| 43:13-21 | | |
| 43:24-32 | | |
| 44:4-8 | | |

| Designated Testimony | Objection? Yes or No | Basis for Objection |
|---|---|---|
| 44:10-45:16 | | |
| 45:23-46:15 | | |
| 46:21-47:7 | | |
| 47:12-22 | | |
| 47:26-48:4 | | |
| 48:9-20 | | |
| 48:26-49:28 | | |
| | | |

DATE: March 21, 2023

Respectfully Submitted,

LAW OFFICE OF DOUGLAS JOSEPH ROSNER

By:*/s/ Douglas J. Rosner*

Douglas J. Rosner. Attorneys for Defendants

EXHIBIT A

**HIGH COURT OF NEW ZEALAND**  **TE KŌTI MATUA O AOTEAROA**

16 November 2022

United States District Court for the Central District of California

Western Division (Los Angeles)

First Street Courthouse

350 West First Street, Courtroom 5A

Los Angeles

California 90012

United States of America

**Our Ref: CIV 2022-404–1903 Labrador Entertainment Inc -v- Peter Moore and Bali Virk**

**Your ref: Case No 2:17-cv-6108-MWF (JPRx) Beatbox Music Pty Ltd -v- Labrador Entertainment Inc, DBA Spider Cues Music Library, et al.**

Orders made in the High Court of New Zealand at Auckland, on 17 October 2022, provided for the evidence of the witness Peter Moore and Bali Virk to be taken for Court proceedings in United states of America.

The evidence was taken on 10 November 2022 and I enclose a report with the notes of evidence, statement of objections, exhibits produced at the taking of the evidence, and copy letter of request.

The evidence has been signed on each page by the witnesses as provided for in the order of the Court and rule 9.20(5) of the High Court Rules 2016.  The evidence has been signed on each page by the examiner as provided for by rule 9.20(5) of the High Court Rules.

A video recording was taken of the witnesses and I include a USB. The USB is password protected. The password is in the plastic folder containing the USB. The first witness is sworn in after 18 Minutes and 20 seconds of the recording.

Yours faithfully,

G C Sulliman

Deputy Registrar

High Court   Auckland Registry       PO Box 60   Auckland   New Zealand   DX CX10222
Telephone (09) 916-9600    Fax (09) 916-9611    Email aucklandhc@justice.govt.nz
www.justice.govt.nz

**In the High Court of New Zealand**                    **CIV-2022-404-1903**

**Auckland Registry**

**I te Kōti Matua o Aotearoa**

**Tamaki Makaurau Rohe**


| | |
|---|---|
| In the matter of | a letter of request from the United States District Court for the Central District of California, United States of America for assistance in obtaining evidence for Civil proceedings before that court. |
| Between | LABRADOR ENTERTAINMENT INC, a California Corporation |
| | Applicant |
| And | PETER MOORE, Director, address unknown, and BALI VIRK, Producer, address unknown |
| | Respondents |


# Report of examiner

r 9.23

**To** the Registrar of the High Court at Auckland


1    Under the order of this court made on 17 October 2022 and rule 9.20 of the High Court Rules, I, Gordon Charles Sulliman of The High Court of New Zealand at Auckland, the examiner appointed by that order,—

   (a)    duly appointed Thursday the 10th November 2022 at 10.00am as the time and at the High Court of New Zealand at Auckland as the place where the persons named in the order were to be examined; and

   (b)    notified the parties.

2    At the appointed time and place, the parties appeared by counsel, namely, R Stewart for the applicant Labrador Entertainment Inc, along with Mr Douglas Joseph Rosner appearing by way of Virtual Meeting Room (VMR), appearing by VMR for the interested party BEATBOX MUSIC were Margaret Matthew, Thomas Nitschke and Heather Blaise.

3    The examination of the witnesses named in the order was conducted before me in accordance with rule 9.20 of the High Court Rules on 10 November 2022.

4    Before each witness was examined, the witness took an oath or affirmation to tell the truth, the whole truth, and nothing but the truth in the evidence that the witness was about to give.

5    The evidence of each witness was recorded. Under rule 9.22 of the High Court Rules 2016, I also recorded—

    (a)    a note of each objection to any evidence; in the notes of evidence, and

    (b)    the ground of each objection; in a separate sheet I have called "STATEMENT BY EXAMINER AS TO OBJECTIONS TO QUESTIONS" and

    (c)    The procedural rules anticipate the giving of an opinion on each objection; However, discussion in the legal textbook McGechan on Procedure at HR9.22.01 Analysis" refers to circumstances where an opinion as to admissibility of evidence may not be given.

          In the event, no opinion was given on each objection and the evidence was allowed to proceed with the questions put to the witness being answered.  Neither party sought to have consideration of any objection considered by The High Court .

    (d)    the answers from both the witness to the question/s, which are in the notes of evidence.

6    Exhibits marked "A", "B" "C" "D" and "E" for witness Peter Moore were produced.

7    Exhibits marked "A" "B" "C" "D" 'E"" as well as an exhibit referred to as page 63 for witness Bali Virk were produced

8    The entire record is attached.

9    I certify that I incurred the following out-of-pocket expenses in relation to this examination: NZ$2777.21 for videographer and NZ$600 for the hearing fee, Item 58 in the schedule; to the High Court Fees Regulations 2013..

Date: 16 November 2022

Signature

Gordon Charles Sulliman
(examiner)

IN THE ~~DISTRICT~~ HIGH COURT                          CIV-2022-404-001903
AT AUCKLAND

|  |  |  |
|---|---|---|
| | **BETWEEN** | **LABRADOR ENTERTAINMENT INC** |
| | | **Plaintiff** |
| | **AND** | **PETER MOORE**<br>**BALI VIRK** |
| | | **Defendant** |

| | |
|---|---|
| Hearing Commenced: | 10 November 2022 held in Courtroom 02 |
| Appearances: | D J Rosner and R Stewart for the Plaintiff |
| | Defendants appear in Person |

---

### NOTES OF EVIDENCE TAKEN BEFORE REGISTRAR G SULLIMAN

---

### TABLE OF CONTENTS

PETER MOORE (SWORN) ...........................................................................................................2
    CROSS-EXAMINATION: MR ROSNER ....................................................................................2

**BALI VIRK (SWORN)**

**CROSS-EXAMINATION:  MR ROSNER**

Q.    My name is Doug Rosner and I am the attorney for Labrador defendants
and I'm going to be asking you some questions, I'm going to give you
5    some foundational questions and then I'm going to ask you about specific
exhibits.  Have you ever had your deposition before in any proceeding as
a witness or as a party?

A.    No.

Q.    Please remember that you have sworn to tell the truth and the effect of
10    that oath is the same as if you're testifying in court.   This deposition
transcript will be used in lieu of your live testimony and shall you
knowingly respond to any of my questions falsely or give misleading
information, you will be prosecuted to the fullest extent for perjury under
the laws of this court and any other tribunal deemed necessary.  Do you
15    understand that?

A.    Yes.

Q.    Please answer audibly and only after I have finished speaking and asking
my questions so that the court reporter can take down the words being
spoken carefully with only one person speaking at a time.   The court
20    reports in writing.  The court reporter writes down every word spoken in
verbatim and will prepare a written transcript of today's deposition.
(inaudible 12:57:04) transcript or waive your right at the end of this
proceeding.  Do you understand me?

A.    Yes.

25    Q.    If any question is unclear in any way, please ask me to repeat or clarify
the question.   Please do not guess when providing responses.   If
appropriate, provide estimates based on your best recollection.  Do you
understand?

A.    Yes.

30    Q.    The attorneys are going to want to make objections to my testimony, so
at times your attorney may make – excuse me, at times one of the
attorneys may make objections to questions or answers.   They are
objections for the Judge to consider later.  You still are to answer unless



you are told not to by your own counsel.  Since they're not present, then that doesn't apply.  So just, if you can, give a pause in-between question and answer because I'm sure Ms Blaze is going to want to make some objections and I want her to make her record.  We shall proceed.  Please

5      state your name for the record?

A.     Bali Virk.

Q.     And where are you currently employed?

A.     Self-employed.

Q.     Where were you employed between 2012 and 2017.

10    **MR STEWART   ADDRESSES   PARTIES  –  DESIST   TYPING   SOUND** (12:58:27)

**CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q.     Where were you employed between 2012 and 2017?

A.     Graffiti Media.

15   Q.     What was your position?

A.     Producer.

Q.     How did Graffiti Media get involved with the production for the New Zealand New Party campaign, New Zealand National Party campaign?

20   **OBJECTION: MS BLAZE** (12:58:52)

**LEGAL DISCUSSION**

**CROSS-EXAMINATION CONTINUES:  MR ROSNER**

A.     Sorry, can you repeat the question?

Q.     I'm going to go ahead and I'll build a foundation.  Are you familiar with the

25      New Zealand National Party?  Are you familiar with them?

A.     Yes.

Q.     Did you participate in the production of their promotional campaign for the 2014 election?

A.     Yes.

Q. And what was your role?  Excuse me, let me ask it this way.  What was your role in that?

A. Production manager, producer for the actual commercial.

Q. And who's the main person that contacted New Zealand Party?

5  A. At Graffiti Media or the –

Q. Go ahead, sorry,

A. Sorry, we dealt with the creative director and Stanmore Three I think.

Q. Stan 3 Ltd?

A. Oh yes, yeah.

10  Q. What was your extent of the involvement?  What exactly did you do?

**OBJECTION: MS BLAZE** (13:00:40)

**CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q. What was the extent of your involvement?

A. So once the script was signed off, I got involved in the production side in

15  sense of securing location, talent, securing dates of when we should be filming.

Q. Are you familiar with Beatbox music?

A. I know of Beatbox.

Q. Did you have any contact with Beatbox at or about 2014?

20  A. Yes, I emailed him regards to a particular library track that they wanted to use for the commercial.

Q. And who at Beatbox did you email?

A. I can't remember the name.

Q. And what was the purpose of the email?

25  A. I just reached out because I wanted to know if music, that library track had been used in any other productions.

Q. Without telling me what was discussed, give me what you understood to be the conversation?  What was basically, what was your understanding of your discussion?

30  A. That –

**OBJECTION: MS BLAZE** (13:02:09)

L v P MOORE - CIV-2022-404-001903 (10 Nov 2022)

**CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q.     So noted, you can answer the question.

A.     Okay, so the discussion I had with Beatbox, I just spoke to them to find out if the music, if the library track had been used before in New Zealand or Australia as we have to go through Apra to get an actual licence.  So because it was going to be used for a major campaign, I just wanted to make sure it wasn't used in any production inappropriately.

Q.     And what did you learn from that inquiry?

A.     That it had been used in a production in Australia, I think one, and two in New Zealand.  It's been used three times between New Zealand and Australia on shows like *Dancing of the Stars* I think from memory, so, because it had been used before, yeah, I just reported that back to Stan 3.

Q.     And did you ask them – strike that.  What I'm going to do is I'm going to go through exhibits.  In your exhibit book, could you please pull up page 69?

**WITNESS REFERRED TO DOCUMENT**

A.     Mhm.

Q.     And then if you look to the left of 69 it says: "Lab document 436."  I'd like to mark this as exhibit A.

**EXHIBIT A PRODUCED – LAB DOCUMENT 436**

Q.     Could you review the top email from Bali Virk to Louis McKenzie please?

A.     Yeah.

Q.     Dated June 16 2014 1.39 pm.

A.     Mhm.

Q.     Does that refresh your recollection as to who you contacted at Beatbox?

**OBJECTION: MS BLAZE** (13:04:26)

**CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q.     Go ahead, you can answer the question.

A.     Yeah.

Q.     So your contact at Beatbox was McKenzie or Mr McKenzie, is that correct?

A.     Louis, Ms I think.

Q.  Louis McKenzie?

A.  Yeah, sorry, I can't remember what gender but I thought it was a lady, that, yeah.

1305

5   Q.  What was your understanding of his position at Beatbox?

A.  Just, I just called the line and that's the person who answered.

Q.  And is that the person you had all your dealings with at Beatbox?

A.  I don't know.  There was quite a few people in Beatbox that I think I dealt with.

10  Q.  Who else would you have dealt with at Beatbox besides Mr McKenzie?

**OBJECTION: MS BLAZE** (13:05:25)

**WITNESS:**

I'm not sure, but I know I've dealt with a couple of other people in other productions.

15  **CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q.  Okay.  I'm just talking about the basic one for the commercial for the New Zealand Party campaign in 2014.

A.  I think from memory probably just him.

Q.  Okay, and why would you have dealt with him at Beatbox?  What would

20  be the reason that you would be dealing with him?

A.  He's the one who answered the call and responded.  Not sure.

Q.  Okay.  All right, so I am going to go to exhibit A.  Do you recognise the exhibit, and I'm referring to your email to Mr McKenzie June 16th 2014 at 1.39 pm.  Do you recognise that?

25  **WITNESS REFERRED TO EXHIBIT A**

A.  Yeah, I think so.  Yeah.

Q.  And did you – were you the one that authored, did you actually send that – author that email?

A.  Send that offer?

30  Q.  Let me restate that.  Was this email authored by you?

A.  Offered?

Q.     Authored.  Did you write it?

A.     Yes.  Yeah, I wrote that email.

Q.     And can you identify the email address that it was sent from?

A.     Bali@graffitimedia.com.

5   Q.     Yes.

A.     Yes, I can.

Q.     Is that the email address that you used there?

A.     Yep.

Q.     And that signature block, is that your signature block on there or any other

10         unique identifiers that would show that it was you that sent it?


**OBJECTION: MS BLAZE** (13:07:14)


**CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q.     Or any other identifiers.

A.     I –


15   **OBJECTION: MS BLAZE** (13:07:25)


**WITNESS:**

I don't see a signature box, but that, I believe, is my email.


**CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q.     And is it – in your regular business practice do you send emails from this

20         email address?

A.     Yes.

Q.     Did you use this email for carrying out your duties at your company?

A.     Yes.

Q.     And what does this email regard to?

25   A.     What was this email regards to?

Q.     Yeah, what is it about?

A.     It was regarding the track they wanted to use in the National Party
        campaign?

Q.     And what track was that?

A.   I don't know the actual name for it, but I think they did give it to me in an email.

Q.   Okay.  We can probably get that in another email.  All right.  Now going down to the next email it looks – it says on June 16 2014 1530 Louis McKenzie wrote to you.

5

A.   Oh, yeah.  Mhm.

Q.   Did you receive this email?

A.   Yes, I did.

Q.   Okay and is this the email address that – is this your email address that it was sent to?

10

A.   Yes, it was.

Q.   Is it your business, is it your regular business practice to send emails – excuse me, strike that.  Is it your business practice to receive emails to this email address?

15   A.   Yes.

Q.   Did you use this email as part of carrying out your duties at your company?

A.   Yes.

Q.   And what does this email regard to?

20   **OBJECTION: MS BLAZE** (13:09:27)

**WITNESS:**

I think them just wanting to help with future licensing.

**CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q.   Did they conduct – is this a complete and fair accurate depiction of the

25   conversations that you had with Mr Virk?  Excuse me, with Mr Mckenzie.  Louis McKenzie.

**OBJECTION: MS BLAZE** (13:09:53)

**WITNESS:**

Yep.

L v P MOORE - CIV-2022-404-001903 (10 Nov 2022)

**CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q.   Is the answer yes?

A.   Yes, sorry.  Yep.

1310

5   Q.   Great.  Thank you.  Okay, let's turn to page 75, please, and I am going to be asking you questions about the top email for starters and if you'll note, I'm going to make this exhibit B and at the very bottom it's labelled "Lab doc 429".  Can you take a moment out please and read the very top email from Ms Worthington to you?

10   A.   "Awesome, have told Jo.  We would need something in writing, Sue."

**OBJECTION: MS BLAZE** (13:10:45)

**CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q.   Was this email authored by you?

A.   Yes.  Oh, sorry, hold on.

15   Q.   Well, actually, I take that back.  Was it received by you?

A.   Yes.

Q.   Can you identify the email address that it was received to?

A.   Received to?

Q.   Received to.  In other words, is that the email that received the same – is

20   that email that it was sent to, was that your email?

A.   Yes, correct.

Q.   Okay.  And that's your email address, right?

A.   Sorry?

Q.   Is that your email address?

25   A.   Yes, that's correct.

Q.   Is this regular business practice to receive emails to this email address?

A.   Yes.

Q.   Do you use this email as part of your carrying on the duties at your company?

30   A.   Yes.

Q.   Okay, and what is this email about?  Just give me what you believe it to be about.

**OBJECTION: MS BLAZE** (13:12:08)

**CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q.  You can answer the question.

A.  My understanding is I just reported back what Beatbox had told me in

5      regards to that track.

Q.  Okay, and is this a complete and fair or accurate depiction of the conversation that you had with Ms Worthington in that email?

A.  Correct.

**OBJECTION: MR MITSCHKE** (13:12:33)

10   **CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q.  Okay.  Going down to the next email it says 10 – I've got to get my magnifying glass out.  Hold on a second.  It's the next email down and I think it's – I can't read that, I think it's 16 – June 16 2004 1.43 pm.  It looks like that, and can you see that email?  It's the next one down.  It's June 16

15      2014, 1.43 pm.

A.  Yes.  Yes, I see.

Q.  All right and do you recognise that email?

A.  Yes.

Q.  Okay and was this email authored by you?

20   A.  Yes.

Q.  Can you identify the email address that it was sent from?

A.  Bali@graffitimedia.com.

Q.  Is that your email address?

A.  Yes.

25   Q.  Is it your regular business practice to send emails from this email address?

A.  Yes.

Q.  Did you use this email address as part of your carrying out your business duties at your company?

30   A.  Yes.

Q.  And what does this email refer to?

A.  Sorry?

Q.  What does this email refer to?  What is it about?

A.  Referring to the track had been used before in other productions.  I was just sharing that information with Sue.

5  Q.  Why was it necessary to obtain that information?

A.  Good practice.

Q.  And what is it you're trying to, what is it – are you trying to avoid a problem?

A.  Well, just want to make sure whatever track you used hasn't been used

10  in an inappropriate way on a production that's not very appropriate.

Q.  Okay.  Okay, let's go on to – oh, no, I have one more question.  Is this a complete and fair or accurate depiction of the email?

A.  Yes.

Q.  Okay, let's go on to exhibit C which is document number – page number

15  94.  Can you please take a look at that and please note that at the very bottom it says "Lab doc 434"?

WITNESS REFERRED TO EXHIBIT C


MR MITSCHKE:

Did you say 96?


20  MR ROSNER:

94, day 94.


CROSS-EXAMINATION CONTINUES:  MR ROSNER

Q.  Can you please take a look at that and please note that at the very bottom it says: "Lab document 434."  And can you take a look at the top email

25  please?

WITNESS REFERRED TO EXHIBIT C

A.  Mhm.

Q.  Do you recognise that?

A.  Yes, it's my email, bali@graffitimedia.com.

30  Q.  Is it authored by you?  Did you write it?

A.  Yes.

Q.     And could you identify the email address that sent it?

A.     bali@graffitimedia.com, yes.

Q.     Is that your email address?

A.     Yes.

5   Q.     Is it your regular business practice to send emails from this email address?

A.     Yes.

Q.     Is it regular business practice – strike that.  Do you use this email as part of your carrying out your duties at this company?

10   A.     Yes.

Q.     And what does this refer to?  What is this about, this email?

A.     It's regarding where the track has been used before, whether it has been used before or not and, if so, what productions.

Q.     It says that: "Can we please confirm this is the track?"  Is it asking you

15   whether this is the track that you're looking for?


**OBJECTION: MS BLAZE** (13:16:41)


**WITNESS:**

I asked Beatbox if they could confirm the track we were wanting to use, I had the correct name for it and code for it.


20   **CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q.     Can we move on to the next email?  It looks like it was June 16th 2014 13.26.  It appears to be from Mr McKenzie, Louis McKenzie to you, can you look at that please?

**WITNESS REFERRED TO EMAIL**

25   A.     Mhm.

Q.     And did you receive this email?

A.     Yes.

Q.     And can you identify the address that received this email?

A.     Yes.

30   Q.     Is it your email address?

A.     It's, yeah, the graffitimedia.com email address yeah.

Q.      Is it your regular business practice to receive emails at this email address?

A.      Yes.

Q.      Do you use this email address as part of carrying out your duties at your

5       business?

A.      Yes.

Q.      And what is this about, this email?

A.      Um, I –

**OBJECTION: MS BLAZE** (13:18:02)

10      **CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q.      So noted.

A.      Him telling me that the track had actually been released and used on three other productions within New Zealand and Australia.

Q.      Going to exhibit D which is page number 72.  To the left of number 72 is

15      the designation of Lab doc 435, do you have that document in front of you?

**WITNESS REFERRED TO LAB DOC 435**

A.      Yeah.

Q.      Do you recognise that document?

20      A.      Mhm.

Q.      Was this email received by you?

A.      Yes.

**OBJECTION: MS BLAZE AND MR MITSCHKE** (13:18:52)

**LEGAL DISCUSSION – OBJECTION HEARSAY**

25      **CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q.      Do you recognise this email?

A.      Yes.

Q.      Did you receive this email?

A.      Yes.

Q.   How do you know this is an email you received?

A.   I remember it.  And I think I may have a copy somewhere.  And it's – I'm sure I've seen it somewhere.

Q.   What is this about?

5   **OBJECTION: MS BLAZE AND MR MITSCHKE** (13:19:51)

**CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q.   Go ahead, go forward, we're getting there I think.  Go ahead.

1320

A.   I think they just wanted to know what studio will be licencing out the music or be using it to mix.

10

Q.   Okay.  Let's go to next in line which is exhibit E.

**WITNESS REFERRED TO EXHIBIT E**

Q.   66 is the page number.  To the left is lab doc for the 40.  Do you recognise – and I'm going to refer to the very top, do you recognise, you tell me if you recognise this please?

15

A.   Yes.

Q.   And what is about this email that makes you believe that you received it?

A.   I have a copy of it.

Q.   What does this mean?  What is this about?

20   A.   Just setting up –

**OBJECTION:  MR MITSCHKE** (13:21:23)

**LEGAL DISCUSSION** (13:21:32)

**CROSS-EXAMINATION CONTINUES:  MR ROSNER**

Q.   You may answer the question.

25   A.   Sorry, what was the question?

Q.   How is it you recognise – oh, well, what is this about?

A.   Beatbox setting up an account for Graffiti Media.

Q.   Did Beatbox have an account?  Do you know if that – excuse me, did Graffiti Media at that time have an account with Beatbox?

L v P MOORE - CIV-2022-404-001903 (10 Nov 2022)

49

|       | A. | No. |
|-------|----|-----|
|       | Q. | Do you know why they did not? |
|       | A. | Because there were quite a few other companies you could actually get your music through and generally we used to get it from the sound studios, so we never really needed to get a direct account with these kind of companies. |
| 5     |    | |
|       | Q. | So is it fair to say this at or around June 16th, 2014 this was the first time that you used or you had an account with Beatbox? |
|       | A. | From memory, I can't, yeah, I think that's when we set it up. |
| 10    | Q. | Okay.  And on the charge of page 63, you'll note to the left of 63 is lab doc 439 and can you review that please and tell me if you recognise it? |
|       | A. | Yes. |
|       | Q. | And was this, did you write this email? |
|       | A. | I'm assuming so, yep. |
| 15    | Q. | Did you send it? |
|       | A. | Yep. |
|       | Q. | And you could identify the email address that it was sent from, correct? |
|       | A. | Yes. |
|       | Q. | Is this your email address? |
| 20    | A. | Yes. |
|       | Q. | Is it your regular business practice to send emails from this email address? |
|       | A. | Yes. |
|       | Q. | Did you use this email as part of carrying out your duties? |
| 25    | A. | Yes. |
|       | Q. | What is this email about? |
|       | A. | I'm not sure. |
|       | Q. | I have no further questions. |

**CROSS-EXAMINATION:  MR MITSCHKE – NIL**

30

**MR MITSCHKE:**

Ronak?

**MR STEWART:**

There's one other lawyer you can't see.  Just asking whether they've just got any questions.  We're just waiting for one more lawyer to confirm they've got no more questions.

5

**MS BLAZE:**

His mic isn't working, and he has no other questions.

**MR STEWART:**

10   Thank you.

**CROSS-EXAMINATION:  MR PATEL – NIL**

**THE COURT ADDRESSES COUNSEL – EVIDENCE CONCLUDES** (13:25:16)

**COURT ADJOURNS:       1.27 PM**

15

## STATEMENT BY EXAMINER AS TO OBJECTIONS TO QUESTIONS

I will refer to the page and line number of the objection in the transcript of the notes of evidence. Then I have transcribed the objection from the audio recording of the hearing relating to that objection. Where something is unclear I have added the word "inaudible" in red.

| | |
|---|---|
| Page 3, line 20 | Objection, conjecture |
| Page 3, line 31 | Objection, asked and answered |
| Page 4, line 11 | Objection, exceeds the scope of the letters Rogatory request |
| Page 4, line 17 | Same objection |
| Page 5, line 3 | Objection, asked and answered |
| Page 5, line 10 | Objection, exceeds the scope of the letters Rogatory |
| Page 5, lines 17 | Objection, exceeds the scope of the letters Rogatory |
| Page 5, line 22 | Objection, exceeds the scope of the letters Rogatory |
| Page 6, line 1 | Objection, exceeds the scope of the letters Rogatory |
| Page 6, line 9 | Objection, exceeds the scope of the letters Rogatory |
| Page 6, line 15 | Objection, exceeds the scope of the letters Rogatory |
| Page 6, line 24 | Objection, exceeds the scope of the letters Rogatory |
| Page 7, line 6 | Objection, foundation, exceeds the scope of the letters Rogatory |
| Page 7, line 20 | Objection, haven't established his memory needed refreshing |
| Page 8, line 9 | Objection, calls for speculation, lack of foundation |
| Page 8, line 19 | Objection, foundation |
| Page 9, line 13 | Objection, testifying for the witness |
| Page 9, line 23 | Objection by Mr Nitschke – stop putting words in his mouth |
| Page 10, line 1 | Objection, foundation, calls for speculation |
| Page 10, line 15 | Objection, haven't established he needed his memory refreshed |
| Page 11, line 26 | That might be a question of law, objection. |

Page 12, line 22      Objection, what answer, objection, testifying for the witness

Page 13, line 8      Objection, asked and answered, speculation, calls for a conclusion, foundation, exceeds the scope

Page 13, line 24      Objection, testifying for the witness

Page 14, line 4      Objection, testifying for the witness, no question pending

Page 14, line 10      Objection, speculation called for conclusion, foundation, exceeds the scope of the letters Rogatory, asked and answered

Page 14, line 18      Objection, ambiguous, which part of the discovery?

Page 15, line 4      Objection, foundation, calls for speculation

Page 15, line 9      Objection, too vague, all this is not defined

Page 15, line 15      Objection, compound question, calls for speculation, ambiguous, exceeds the scope of the letters Rogatory

Page 15, line 22      Objection, calls for speculation

Page 16, line 5      objection, foundation, vague and ambiguous, exceeds the scope of the letters Rogatory

Page 16, line 15      Objection, calls for speculation, vague and ambiguous, what ever was raised

Page 16, line 19      Objection, calls for speculation, assumes facts not in evidence, calls for speculation, and foundation

Page 16, line 25      objection, calls for speculation, vague and ambiguous

Page 19, line 5      Are you asking him to read from the record, or do you have a question?

Page 19, line 15      Objection, mis-states the player testimony, exceeds the scope of the letters rogatory

Page 20, line 1      objection, this relates to authentication of documents, which is the sole purpose of this deposition, which you say you have been laying a foundation for, it has been nearly an hour now and have not asked for a single document

Page 20, line 8      Objection, mis states what's written

Page 20, line 12      Objection mis-states the word

Page 20, line 25      Objection, mis-stated

Page 21, line 6      Objection, missed a word

Page 21, line 11      Objection

Page 21, line 14      Objection

Page 21, line 21      (Inaudible)

Page 22, Line 1      Objection mis states the language

Page 22, line 7      Objection, exceeds the scope compound question, vague and ambiguous

Page 22, line 20      Objection, calls for legal conclusion outside scope of the letter rogatory

Page 23, line 15      Objection, vague and ambiguous, mis-states testimony and exceeds the scope of the letters rogatory

Page 23, line 24      Objection, compound question, that is 3 questions in one as I am counting

Page 24, line 10      Objection, vague and ambiguous, calls for speculation, exceeds the scope of the letters rogatory

Page 24, line 17      objection, vague and ambiguous as to time, lack of foundation

Page 25, line 2      Objection, speculation

Page 25, line 6      Objection, speculation

Page 25, line 14      Objection, lack of personal knowledge

Page 27, line 25      Objection, hearsay, embodied in inaccurate recollection of the conversation

Page 28, line 6      Objection, lacks personal knowledge of as to when email was sent by another person

Page 28, Line 15      Objection, hearsay

Page 28, line 22      For the record, I want to object to the interim lineation that is contained on page 85, it does not appear to be native to the type written document, nor does the underlining line 6 and 7 in the second paragraph

Page 30, line 1      Objection, compound question

Page 30, line 12      Objection, mis-states the sentence

Page 30, line 18      Objection, leading the witness, testifying for the witness, mis-stating the prior testimony

Page 30, line 22      Objection, Hearsay, mis-states a prior testimony

Page 32, line 3        Objection, hearsay

Page 37, line 20       Objection, fails to lay foundation, exceeds the scope of the
letters rogatory

Page 38, line 11       Objection, compound question, question exceeds the scope of
the letters rogatory

Page 38, line 31       Objection, vague and ambiguous, exceeds the scope of the
letters rogatory and outside the time frame that this deposition was noticed for

Page 39, line 26       Objection, she did not testify that she did not remember

Page 40, Line 11       Objection, exceeds the scope of the letters rogatory

Page 41, Line 11       Objection, what signature block?

Page 41, line 15       Objection, vague and ambiguous

Page 42, line 20       Objections, calls for hearsay

Page 42, line 27       Objection, hearsay, not limited in time and scope

Page 43, line 11       Objection, you cannot just ask her to read it, from the record

Page 44, Line 1        Objection, calls for hearsay

Page 44, line 9        Objection, hearsay

Page 46, Line 16       Objection, testifying for the witness

Page 47, line 9        Objection, hearsay

Page 47, Line 23       Objection, where does it show her email address anywhere? Not
addressed to her, Objection hearsay

Page 48, Line 5        Objection Hearsay

Page 48, Line 21       Objection, hearsay and speculation

Gordon Charles Sulliman

Examiner

NAT.040

TRIAL    File No. 1903 / 22
EXHIBIT No.    A
HIGH / DISTRICT COURT
Auckland
LABOROROK v Moorke
Period 10 / 1422 to 2 / 11 / 22
muller              Registrar

**Adam Edwards**

| | |
|---|---|
| From: | peter@moorebrands.co.nz |
| Sent: | Wednesday, 18 June 2014 1:41 p.m. |
| To: | Jo.DeJoux@national.org.nz |
| Cc: | sue@petticoatjunction.co.nz |
| Subject: | Fwd: Eminem license |

hopefully ignore the last sentence but I think this is pretty clear "100%" the publisher if any issues re copyright

**MooreBrands
Level 2
371 Parnell Road
Auckland**
peter@moorebrands.co.nz
+64 21 597879
+64 9 9735818

Begin forwarded message:

**From:** "Lewis Mackenzie" <lewis@beatboxmusic.com>
**Subject: Eminem license**
**Date:** 18 June 2014 1:10:38 PM NZST
**To:** <peter@moorebrands.co.nz>

Hey Peter,

I have had a word with a couple of colleagues and basically there is really no further information that we can provide other than what you've already gathered from your call to AMCOS and from the fact that it has been licensed multiple times without any issue.

All you can say to the client is that AMCOS license music in good faith based on the agreement that we have with them, which is in turn based on the agreement that we have with the publisher of the track. The agreement we have with the publisher gives us assurance that the music does not infringe on copyright and is free to be used for production purposes. If any issues were to arise regarding copyright then the responsibility would fall 100% upon the publisher so there is no need for worry in this regard.

That's pretty much all I can say and if the client is still that worried about it then another track might be required.

Cheers,
Lewis.

Lewis Mackenzie | Music Consultant | BEATBOX MUSIC
T +61 2 9484 2321 W beatboxmusic.com

1

LABDOC442

309
88
LAB00000304

EXHIBIT 168

87

STAN 043

> TRIAL   File No. 1903 / 22
> EXHIBIT No · B
> HIGH / DISTRICT COURT
> Auckland
> LABRADOR v MOORE
> Period 10 / 11 / 22 to 10 / 11 / 22
> [signature] Registrar

From: "Lewis Mackenzie" <lewis@beatboxmusic.com>
Subject: Eminem license
Date: 18 June 2014 1:10:38 PM NZST
To: <peter@moorebrands.co.nz>

Hey Peter,

I have had a word with a couple of colleagues and basically there is really no
further information that we can provide other than what you've already
gathered from your call to AMCOS and from the fact that it has been licensed
multiple times without any issue.

All you can say to the client is that AMCOS license music in good faith based on
the agreement that we have with them, which is in turn based on the
agreement that we have with the publisher of the track. The agreement we
have with the publisher gives us assurance that the music does not infringe on
copyright and is free to be used for production purposes. If any issues were to
arise regarding copyright then the responsibility would fall 100% upon the
publisher so there is no need for worry in this regard.

That's pretty much all I can say and if the client is still that worried about it
then another track might be required.

Cheers,
Lewis.

**Lewis Mackenzie | Music Consultant | BEATBOX MUSIC**
T +61 2 9484 2321 W beatboxmusic.com

*Following phone conversations I asked
Beatbox for some written reassurance
& this is their "no worry" full email.*

LABDOC443

307

85 AB00000302

NZ [CB2-309], LAB168
EXHIBIT K

86

STAN 051

STAN 051

From: Peter Moore <peter@moorebrands.co.nz>
Date: 27 June 2014 10:07:30 am NZST
To: Jo de Joux <jo.dejoux@xtra.co.nz>
Cc: Sue Worthington <sue@petticoatjunction.co.nz>
Subject: music

"APRA/AMCOS license music in good faith based on the agreement that we (BEATBOX THE MUSIC LIBRARY SERVICE WE USED) have with them, which is in turn based on the agreement that we have with the publisher of the track. The agreement we have with the publisher gives us assurance that the music does not infringe on copyright and is free to be used for production purposes. If any issues were to arise regarding copyright then the responsibility would fall 100% upon the publisher."

I had phones calls with both APRA in NZ and AMCOS in Australia and was reassured that all was in order, and as library music this track had been licensed multiple times without any issue.

best
MooreBrands
Level 2
371 Parnell Road
Auckland
peter@moorebrands.co.nz
+64 21 597879
+64 9 9735818

TRIAL   File No. 1762 , 22
EXHIBIT No . C
HIGH / DISTRICT COURT
Auckland
JABAIRATE v MCODITG
Period. 6 / 11 / 22 to 6 . 12 . 4 . 22
Registrar

376
112
LAB00000371

EXHIBIT 183

111

SST.0046

From: Sue Worthington sue@indiego.co.nz
Subject: F.Y.I - the email trail
Date: 16 June 2014 12:55 pm
To: Nigel @salestreetstudios.co.nz

Hey Nigel

I am looping you into this. Bottom line we want to use this music but we need to know we wont be sued.

Cheers

Sue



Begin forwarded message:

From: Peter Moore <Peter@moorebrands.co.nz>
Subject: Fwd: Eminem-esque track
Date: 16 June 2014 12:41:32 pm NZST
To: Marty Collins <marty.cmd@gmail.com>
Cc: Sue Worthington <sue@indiego.co.nz>

Marty this is the correspondence. The music is from its from a company called Beatbox ...have you heard of them ?

I guess the question we are asking if everyone thinks its eminem and its listed as emeninesque how can we be confident that Eminem doesn't say we a ripping him off ? Is buying the music from beatbox and paying apra protection enough...in other words if beatbox sell it then they take the liability ? How do we ensure there is no liability with us / or stan
MooreBrands
Level 2
371 Parnell Road
Auckland
peter@moorebrands.co.nz
+64 21 597879
+64 9 9735818

Begin forwarded message:

From: Bali Vikk <bali@graffitimedia.com>
Subject: Fwd: Eminem-esque track
Date: 16 June 2014 12:26 50 PM NZST
To: Glenn Jameson <glenn@anarchyads.com>, Sue Worthington <sue@petticoatjunction.nz>, Peter Moore <Peter@moorebrands.co.nz>

: r:

---------- Forwarded message ----------
From: Amy Bodsworth <ABodsworth@apra.co.nz>
Date: 16 June 2014 12:25
Subject: RE: Eminem-esque track
To: Bali Vikk <bali@graffitimedia.com>

Hi Bali,

I think this is a new song that hasn't yet been registered in our system. It does happen every so often.

I would say either way it hasn't been used in a campaign yet as it was not showing up in the system.

Cheers,

LABDOC424

299

81 AB00000294

**Amy Bodsworth** Licensing Representative · Broadcast & Online Services **APRA|AMCOS**
Unit 113, Zone 23, 21-23 Edwin St, Mt Eden, NZ | PO Box 6315, Wellesley St, Auckland 1141, NZ
P: +64 9 623 4711 | 0800 69 2772 ext 711 F: +64 9 623 2174
E: abodsworth@apra.co.nz W: www.apra-amcos.co.nz



**PRODUCTION MUSIC RATE CARD**
now available for download

**From:** Bali Virk [mailto:bali@graffitimedia.com]
**Sent:** Monday, 16 June 2014 12:21 PM
**To:** Amy Bodsworth
**Subject:** Re: Eminem-esque track

Hi Amy

would this help you find it in the system?

Eminem Esque

Urban Like: Gritty Hip-Hop, Building, Motivational, Guitar Based, Urban Street Hip-Hop, Pow...

> Urban Like: Gritty Hip-Hop, Building, Motivational, Guitar Based, Urban Street Hip-Hop, Powerful, Dark, Dramatic, Gangster Anthem, Action Beats
>
> CD Code: SPID039 Sound A Likes
>
> Track Number: 25
>
> Composer: M Cohen
>
> Genre: Pop & Pop Rock

On 14 June 2014 12:00, Bali Virk <bali@graffitimedia.com> wrote:

Estuegen details

M Cohen

SPID039 - track 25

SPID 8

Number Bankary

On 14 June 2014 11:55, Bali Virk <bali@graffitimedia.com> wrote:

--
**Bali Virk**
Producer
+64 21 606 600
www.graffitimedia.com

LABDOC425

300

82 AB00000295

Begin forwarded message:
**From:** Peter Moore <peter@moorebrands.co.nz>
**Subject: Re: Album Removal Notice - National Party**
**Date:** 17 September 2014 2:55:13 PM NZST
**To:** Jo DeJoux <Jo.DeJoux@national.org.nz>



yea beatbox finally wake up on september 17th...
**MooreBrands**
**Level 2**
**371 Parnell Road**
**Auckland**
peter@moorebrands.co.nz
+64 21 597879
+64 9 9735818

On 17/09/2014, at 2:53 PM, Jo DeJoux wrote:
Yes, I was just about to reply in the same way. We removed all advertising that used the
music purchased from Beatbox weeks ago. All ads playing now use updated music.

**From:** Marianne McKenzie [mailto:marianne@rainmakers.co.nz]
**Sent:** Wednesday, 17 September 2014 2:50 p.m.
**To:** 'Philippa Stiebel'
**Cc:** Jo DeJoux
**Subject:** FW: Album Removal Notice - National Party

Seems all Good PJ

Cheers M

**From:** Peter Moore [mailto:peter@moorebrands.co.nz]
**Sent:** Wednesday, 17 September 2014 2:49 p.m.
**To:** Marianne McKenzie
**Subject:** Re: Album Removal Notice - National Party

all good its not the beatbox music track referred to below (hasn't been for weeks)
**MooreBrands**
**Level 2**
**371 Parnell Road**
**Auckland**
peter@moorebrands.co.nz
+64 21 597879
+64 9 9735818

On 17/09/2014, at 2:45 PM, Marianne McKenzie wrote:

Shite can u come back 2 me
Thanks M
LABDOC582

118

# EXHIBIT 220

117

**From:** Bali Virk [mailto:bali@graffitimedia.com]
**Sent:** Monday, 16 June 2014 1:39 PM

**To:** Lewis Mackenzie
**Subject:** Re: Eminem Track

TRIAL   File No. 1983 / 22
EXHIBIT No.   A
HIGH / DISTRICT COURT
Auckland
LABRADOR   v   VIRK
Period 10 / 4 / 22 to 10 / 8 / 22
mill   Registrar

that would be great - yes please if you can set us up. what details do you require?

On 16 June 2014 15:30, Lewis Mackenzie <lewis@beatboxmusic.com> wrote:

Hey Bali,

No worries, glad you got what you needed.

Just to let you know, we're here to help you with any of your music requirements. We're more than happy to search for music on your behalf for whatever brief you may have, as well as handle all the licensing details. I can set you up for our online site if you guys like sourcing music yourself as well.

2

289

B260

We don't charge anything for searching or for the online account, so let me know if there's anything else I can do for you.

Cheers,

Lewis.

Lewis Mackenzie | Music Consultant | BEATBOX MUSIC

T +61 2 9484 2321 W beatboxmusic.com

LABDOC436

69

NZ [CB2-293], LAB161
EXHIBIT F

70

SST.0047

**From:** Sue Worthington sue@petticoatjunction.co.nz
**Subject:** Re: Eminem Track
**Date:** 16 June 2014 1:46 pm
**To:** Bali Virk Bali@graffilmedia.com
**Cc:** Glenn Jameson glenn@anarchyads.com, Peter Moore Peter@moorebrands.co.nz

Awesome!!!!!

Have told Jo

We will need something in writing but looking good!

Sue

On 16/06/2014, at 1:43 pm, Bali Virk <Bali@graffilmedia.com> wrote:

Good news.... see below

-------- Forwarded message --------
From: Lewis Mackenzie <lewis@beatboxmusic.com>
Date: 16 June 2014 13:38
Subject: Eminem Track
To: bali@graffilmedia.com

Hey Bali,

Thanks for getting in touch.

I've had another look and found that the song has been used a few times since being released.

2011 – Australia's Got Talent (talent quest program)

2012 – Unsung Heroes (NZ show on TV1)

2013 – A Current Affair (Australian news program)

Hope this helps.

Cheers,

Lewis.

**Lewis Mackenzie** | Music Consultant | **BEATBOX MUSIC**

T +61 2 9484 2321 W beatboxmusic.com

--
Bali Virk
Producer
+64 21 509 600
www.graffilmedia.com

SUE WORTHINGTON
+ 64 21 668 835
+ 64 9  215 1665
petticoatjunction.co.nz



Tone of Voice                    Copywriting

TRIAL   File No. 1903 / 22

EXHIBIT No - B

HIGH / DISTRICT COURT
Auckland
Labrador v. Virk
Period 10 / 11 / 22 to 10 / 11 / 22
Registrar

LABDOC429

302

75

AB00000297

NZ [CB1-298], LAB 137
EXHIBIT H

76

From: Bali Virk <bali@graffitimedia.com>
Date: 16 June 2014 13:59
Subject: Re: Eminem Track
To: Lewis Mackenzie <lewis@beatboxmusic.com>

Really appreciate your help.

Can we please confirm this is the track?

Eminem Esque
Urban Like, Gritty Hip-Hop, Building, Motivational, Guitar Based, Urban Street Hip-Hop, Pow...
Urban Like, Gritty Hip-Hop, Building, Motivational, Guitar Based, Urban Street Hip-Hop, Powerful, Dark, Dramatic,
Gangster Anthem, Action Beats

CD Code: SPD039 Sound A Likes

Track Number: 25

Composer: M Cohen

Genre: Pop & Pop Rock

TRIAL  File No. 1903, 22
EXHIBIT No. C
HIGH / DISTRICT COURT
Auckland
Labraced  v  Virk
Period 10/14/22 to 42/12/22
Registrar

On 16 June 2014 13:36, Lewis Mackenzie <lewis@beatboxmusic.com> wrote:

Hey Bali,

Thanks for getting in touch.

I've had another look and found that the song has been used a few times since being released.

2011 – Australia's Got Talent (talent quest program)

2012 – Unsung Heroes (NZ show on TV1)

2013 – A Current Affair (Australian news program)

Hope this helps.

Cheers,

Lewis

Lewis Mackenzie | Music Consultant | **BEATBOX MUSIC**

T +61 2 9484 2321 W beatboxmusic.com

Hi team. Thanks for the opportunity to look at this.
My take on it is that you are saying for a licence to use this music for a specific purpose. If at any stage in the future the legality of
the music was questioned, those funds would, in the first instance be the composer, Not Stands.
You and your client are removed from any liability because you haven't composed this track but have paid to use it via APPRA.
Hope this helps
Regards
Mark

LABDOC434

94 AB00000316

EXHIBIT 160

93

B263

TRIAL    File No. *1903, 22*
EXHIBIT No. - *D*
HIGH / DISTRICT COURT
*Auckland*
*LABRADOR v VIRFT*
Period. *10/4/22* to *10/4/22*
*null*—Registrar

n 16 June 2014 14:01, Lewis Mackenzie <lewis@beatboxmusic.com> wrote:

That's the one Ball.



What studio are you guys going through if I may ask?

293

LABDOC435

72 AB00000288

# EXHIBIT 161

71

B258

TRIAL   File No. 1903/22

EXHIBIT No. E

HIGH / DISTRICT COURT

Auckland

Amphard    v   Ullik

Period 10/8/22 to 10/14/22

Miller    Registrar

On 16/06/2014 7:03 PM, "Lewis Mackenzie" <lewis@beatboxmusic.com> wrote:

Hey Bali,

You are set up and ready to go.

Here are your login details:

Username: bali@graffitimedia.com

Password: Graffiti14

http://www.beatboxmusic.com/

Put me to work with any music searches you need assistance with. If you have any questions or need anything else just let me know.

Cheers,

Lewis.

Lewis Mackenzie | Music Consultant | BEATBOX MUSIC

T +61 2 9484 2321 W beatboxmusic.com

1

LABDOC440

66 AB00000283

EXHIBIT 166

65

B257

### Lewis Mackenzie

| From: | Bali Virk [bali@graffitimedia.com] |
|---|---|
| Sent: | Monday, 16 June 2014 5:15 PM |
| To: | Lewis Mackenzie |
| Subject: | RE: Eminem Track |

Categories:      [CRM] Regarding: Bali Virk



Awesome thank you!

TRIAL    File No. 1903 / 22
EXHIBIT No. Page 63
HIGH / DISTRICT COURT
Auckland
LABADOR v VIRK
Period 10 / 11 / 22 to 10 / 11 / 22
Miller    Registrar

LABDOC439

287

63

AB00000282

NZ [CB2-288], LAB166
EXHIBIT D

64

## "DJR-1

This is the document marked "DJR-1" referred to in the annexed affidavit of **DOUGLAS JOSEPH ROSNER** affirmed at Los Angeles, California, USA this  २ 7  day of September 2022 before me:

JOSEPH MINA
Notary Public - California
Los Angeles County
Commission # 2367367
My Comm. Expires Aug 19, 2025

_Joseph Mina_

A person authorised to administer oaths by the State of California

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY., LTD., | Case No. 2:17-cv-6108-MWF (JPRx) |
| Plaintiff, | *Assigned to the Hon. Michael W. Fitzgerald* |
| vs. | |
| LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation, | LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE |
| Defendants. | Trial Date: December 6, 2022 |
| AND ALL RELATED ACTIONS. | |

FROM: THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA

TO: THE HIGH COURT OF NEW ZEALAND

**LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

The United States District Court for the Central District of California presents its compliments to the High Court and requests international judicial assistance to obtain testimony at trial from Peter Moore and Bali Virk as set forth below to be used in a civil proceeding before this Court in the above-captioned matter.

This Court, the United States District Court for the Central District of California, Western Division (Los Angeles), is a competent court of law and equity which properly has jurisdiction over this proceeding and has the power to compel the attendance of a witness at trial both within and outside its jurisdiction. Peter Moore and Bali Virk each

LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE          Page 1 of 9

1  has or is likely to have personal information that Labrador requires at the trial.

2  **TESTIMONY OF PETER MOORE AND BALI VIRK**

3  TO THE COMPETENT AUTHORITY:

4       Auckland High Court
     CX10222
5       Auckland, New Zealand

6  REQUESTING JUDICIAL AUTHORITY:

7       The Honorable Michael W. Fitzgerald
     United States District Judge
8       United States District Court for the Central District of California
     Western Division (Los Angeles)
9       First Street Courthouse
     350 West First Street, Courtroom 5A,
10       Los Angeles, California 90012

11

12  **CASE IDENTIFICATION**

13  *BEATBOX MUSIC, PTY., LTD., v. LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation, et al.,* Case No. 2:17-cv-6108-MWF (JPRx)

14  **PARTIES AND REPRESENTATIVES**

15
16  Plaintiff/Cross-defendant Beatbox Music, PTY., LTD ("Beatbox"):
Beatbox Music Pty. LTD, Suite 9, 7 Ramsay Rd., Pennant Hills, NSW 2120

17       Plaintiff is Represented by:

18       Blaise & Nitschke, P.C.
     Heather L. Blaise, Esq. (SBN 261619)
19       145 South Wells Street, Suite 1800
     Chicago, IL 60606
20       Telephone: 312-448-6602
     Email: hblaise@blaisenitschkelaw.com

21
22  Defendants:

23  Defendant/Cross-claimant Michael Cohen, and Defendant MCPC Holdings, LLC ("Cohen")

24
25       Defendant/Cross-claimant are Represented by:

26       Daniel Lee Jacobson SBN 134978
     JACOBSON & ASSOCIATES
27       1352 Irvine Blvd. Suite
     Tustin, CA 92780
28       (714) 505-4872
     dlj@jacobsonlawyers.com

LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE     Page 2 of 9

1  Defendant/Cross-defendants, Labrador Entertainment, Inc. dba Spider Cues Music
   library, Labrador Entertainment, LLC, Noel Palmer Webb, an individual and
2  Webb Family Trusts ("Labrador Defendants")

3          Defendant/Cross-defendants are Represented by:

4          Douglas J. Rosner, Esq., SBN 094466
           rosnerlaw@earthlink.net
5          LAW OFFICES OF DOUGLAS JOSEPH ROSNER
           2625 Townsgate Road, Suite 330
6          Westlake Village, California 91361
           Telephone No. (818) 501-8400
7          Facsimile No.: (818) 880-4485

8  **TESTIMONY REQUESTED FROM:**

9  A. Peter Moore

10 B. Bali Virk

11 **I.     NATURE OF THE LAWSUIT**

12         Claims and counterclaims are now pending in the United States District Court for

13 the Central District of California Western Division (Los Angeles) in a case entitled:

14 *Beatbox Music, PTY., LTD., v. Labrador Entertainment, INC., DBA Spider Cues Music*

15 *Library, a California corporation, et al.*, Case No. 2:17-cv-6108-MWF (JPRx) (the

16 "Action").  The trial is scheduled to commence on December 6, 2022.

17         On or about September 16, 2014, litigation commenced in the High Court of New

18 Zealand, Wellington Registry, entitled *Eight Mile Style, LLC. v The New Zealand Party,*

19 *et al.* Case Number CIV-2014-485-11220 ("New Zealand Action").   On or about

20 September 16, 2014, Eight Mile Style LLC brought a civil action against the New

21 Zealand National Party and Gregory James Hamilton, Case Number CIV-2014-485-

22 11220.   Since 2014, seven additional parties have been joined in the New Zealand

23 Action. There are claims and cross claims between those further parties. As relevant here,

24 on February 20, 2015 Beatbox Music, Pty. Ltd. ("Beatbox") in the New Zealand Action

25 claimed that Labrador Entertainment Inc. ("Labrador") must indemnify Beatbox for any

26 liability it may have to any of the other parties pursuant to an April 1, 2009 contract

27 between Labrador and Beatbox.   In September 2016 all parties to the New Zealand

28 Action (including Beatbox) agreed to a separate trial of the plaintiffs' claims against the

LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE          Page 3 of 9

7

1  defendants, with the various claims for indemnity between the defendants and the other
2  parties (third, fourth and fifth parties) to be determined (or settled) once the court
3  determined the issues of liability and quantum.

4      As between Eight Mile Style, LLC and The New Zealand Party, it appears the New
5  Zealand Action is resolved.   As to the matters between Beatbox and Labrador, they
6  remain open. Beatbox filed this Action in United States District Court for the Central
7  District of California Western Division (Los Angeles).  Following Labrador's failed
8  attempt to remove this Action back to New Zealand, litigation ensued in the Central
9  District of California and now Labrador is preparing for trial.

10     In this Action, Beatbox claims a right to indemnification against Labrador due to
11  Labrador's alleged broken promise that certain compositions are original and that none
12  of the compositions infringe any other copyright work or the rights of any third party.
13  Part of the dispute in this Action is the issuance of a license by Beatbox granting the
14  right to the New Zealand National Party to use the Eminem Esque in its political
15  campaign commercials. Labrador contends an important issue in the Action is knowing
16  what information Beatbox knew about this political campaign commercial prior to
17  issuing the license. Both Peter Moore and Bali Virk can help answer that question.  Peter
18  Moore was one of three members of Stan 3 Ltd., a company formed to provide
19  advertising and creative services to the New Zealand National Party for their 2014
20  general election campaign. Peter Moore was Stan 3 Ltd.'s sole director. Stan 3 Ltd. hired
21  and managed others that did the work. Prior to the issuance of the license, Peter Moore
22  was in communication with Beatbox.

23     Graffiti Media was one of the companies Stan 3 Ltd. hired to assist in the
24  production of the commercial for the New Zealand National Party.  Also communicating
25  with Beatbox prior to the issuance of the License, Bali Virk, employed by Graffiti Media,
26  was responsible for investigating and obtaining the license to Eminem Esque.
27  ///
28  ///

1 | II.   **PURPOSE OF EVIDENCE SOUGHT**

2 |      **A.   Peter Moore**

3 |      Relevant to Labrador's cross examination of Beatbox and its witnesses is

4 | Labrador's claim that Beatbox, prior to issuing the License, had actual knowledge of the

5 | concerns raised by the New Zealand National Party regarding copyright risks. Labrador

6 | contends that immediately upon learning of this concern, Beatbox, the sub-publisher, was

7 | required to contact and inform Labrador, the publisher, of this issue.  Rather, Labrador

8 | contends Beatbox gave the New Zealand National Party Producers and others assurances

9 | that the New Zealand National Party had nothing to worry about as long as it purchased

10 | an appropriate license to use Eminem Esque. Further, if the legality of the music were

11 | ever questioned, then liability would fall on the composer/publisher and not persons who

12 | had purchased a license to use the music from an entity such as APRA AMCOS.

13 | Labrador represents to this Court that Peter Moore can testify about these

14 | communications and authenticate the documents that included these discussions.

15 |      Peter Moore is not located in the State of California or the United States, and thus

16 | cannot directly be compelled by this Court to provide the requested trial testimony. The

17 | trial testimony requested to be provided pursuant to this Letter Rogatory is reasonably

18 | calculated to lead to the discovery of admissible evidence and will be offered at trial.

19 | This evidence is sought to conduct cross examination of Plaintiff and its witnesses and

20 | to provide a defense at trial.

21 |      **B.   Bali Virk**

22 |      Relevant to Labrador's cross examination of Beatbox and its witnesses is

23 | Labrador's claim that Beatbox, prior to issuing the License had actual knowledge of the

24 | concerns raised by the New Zealand National Party regarding copyright risks.

25 | Immediately upon learning of this concern, Beatbox, the sub-publisher, was required, at

26 | least to contact and inform Labrador, the publisher, of this issue.  Rather, Beatbox gave

27 | the New Zealand National Party Producers and others assurances that the New Zealand

28 | National Party had nothing to worry about as long as it purchased an appropriate license

1    to use the Eminem Esque. Further, if the legality of the music was ever questioned then
2    liability would fall on the composer/publisher and not persons who had purchased a
3    license to use the music from an entity such as APRA AMCOS. Bali Virk can testify
4    about these communications and authenticate the documents that included these
5    discussions.

6          These witnesses cannot directly be compelled by this Court to provide the
7    requested trial testimony. The trial testimony requested to be provided pursuant to this
8    Letter Rogatory is reasonably calculated to lead to the discovery of admissible evidence
9    at trial. This evidence is sought to conduct cross examination of Beatbox and its
10   witnesses and to provide a defense at trial.

11   **III.    DOCUMENTS LABRADOR NOW HAS REGARDING:**

12         **A.    Peter Moore**

13         Labrador seeks authentication of documents from Peter Moore. Peter Moore
14   testified in the New Zealand Action. Included with this Letter Rogatory are the Brief of
15   Evidence of Peter Robert Moore dated May 4, 2017, and Notes of Evidence Taken
16   Before the Hon. Justice Cull ("New Zealand Trial Transcript"). Also included are
17   various emails wherein Peter Moore communicates about the New Zealand National
18   Party's concerns. (See Attached Exhibits: *Ex. A*, New Zealand "NZ" [CB1-234],
19   Labrador "LAB" Exhibit 135; *Ex. B*, NZ [CB2-566], *Ex. J*, NZ [CB2-307], LAB169; *Ex.*
20   *K*, NZ [CB2-309], LAB168; *Ex. I*, NZ[CB2-299-300], LAB154; *Ex. N*, NZ [CB2-526],
21   LAB211; *Ex. O, LAB 163*; *Ex. P*, LAB 167; *Ex. Q*, LAB183; *Ex. R*, LAB203; *Ex. S*,
22   LAB 220; *Ex. U*, LAB220.

23         Labrador contends that based upon the documents already in the possession of
24   Labrador, that numerous documents could be missing that show communications with
25   Peter Moore about this Action.

26         **B.    Bali Virk**

27         Labrador seeks authentication of documents from Bali Virk. Bali Virk
28   communicated by email with Beatbox and others regarding the pre licensing

LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE          Page 6 of 9

1 communications and New Zealand National Party's concerns. (See Attached Exhibits:
2 *Ex. C*, NZ[CB2-287], LAB165; New Zealand *Ex. D*, NZ[CB2-288], LAB166; *Ex. E*, NZ
3 [CB2-289], LAB162; *Ex. F*, NZ[ CB2-293] LAB161; *Ex. G*, NZ [CB2-302], LAB156;
4 *Ex. H*, NZ [CB1-298], LAB Exhibit 137; *Ex. I*, NZ[CB2-299-300], LAB154; *Ex. L*, NZ
5 [CB2-320], LAB171; *Ex. M*, NZ [CB2-321], LAB160; *Ex. Q*, LAB183.

6     Labrador contends that based upon the documents already in the possession of
7 Labrador, that numerous documents could be missing that show communications with
8 Bali Virk about this Action.

9 **IV.**   **TRIAL TESTIMONY TO BE GIVEN ON OATH OR AFFIRMATION**
10       **Peter Moore and Bali Virk**

11     This Court requests that testimony of Peter Moore and Bali Virk be given under
12 oath and that the oath be administered before testimony is taken. Typically, when a
13 witness testifies in U.S. federal court, the witness must "give an oath or affirmation to
14 testify truthfully." See Fed. R. Evid. 603. As the U.S. Supreme Court observed, "Unlike
15 speech in other contexts, testimony under oath has the formality and gravity necessary
16 to remind the witness that his or her statements will be the basis for official
17 governmental action, action that often affects the rights and liberties of others." *United*
18 *States v. Alvarez*, 132 S. Ct. 2537, 2546 (2012).

19 **V.**   **DEPOSITION TO BE ALLOWED PRIOR TO TRIAL**

20     The United States District Court for the Central District of California requests that
21 pre-trial deposition of Peter Moore and Bali Virk be allowed before a Court Reporter
22 under oath at the request of any party to this matter. The deposition transcript of the
23 witnesses will be used in any manner by any party for the purposes of trial.

24 **VI.**   **VERBATIM TRANSCRIPT TO BE PREPARED IN ENGLISH**

25     This Court requests that a verbatim transcript be prepared in English. The
26 transcript may be used by the parties, and it is important that the Court know exactly
27 what Peter Moore and Bali Virk say so that it can properly evaluate the parties'
28 arguments. In addition, the Court requests that a video and audio transcript be prepared

LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE      Page 7 of 9

1   by a videographer. The video recording is important because it will record exactly what
2   Peter Moore and Bali Virk testify to at trial. On request, Labrador will make the
3   necessary arrangements for obtaining a qualified stenographic reporter and videographer.
4   The Court further requests that any counsel for the parties be permitted to attend the
5   examination in person or via video and that counsel for the parties be permitted to ask
6   follow-up questions of the witness. Labrador estimates that the examination will take one
7   hour.

8   **VII.   RESPONSE TO THE LETTER ROGATORY**

9       A response is requested as soon as reasonably practicable consistent with the High
10   Court's calendar in order to ensure that the evidence may be obtained at the time of trial,
11   currently set for December 6, 2022.

12   **VIII.   REQUEST FOR NOTIFICATION**

13       A notification is requested of the time and place for the execution of the request
14   to the persons above.

15   **IX.   SPECIFICATION OF PRIVILEGE OR DUTY TO REFUSE TO GIVE**
16       **EVIDENCE UNDER THE LAW OF THE STATE OF ORIGIN**

17       This Court requests that United States Federal Rules of Evidence 501 and 502
18   govern claims of privilege and work-product protection.

19   **X.   REIMBURSEMENT OF COSTS**

20       Labrador will reimburse the High Court for costs incurred in the execution of the
21   Letter Rogatory.

22   **XI.   CONCLUSION**

23       In the spirit of comity and reciprocity, this Court hereby requests international
24   judicial assistance in the form of this Letter of Request to obtain the trial testimony of
25   Peter Moore and Bali Virk and the authentication of documents as set forth in the above
26   ///
27   ///
28   ///

LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE          Page 8 of 9

**12**

1  Letter of Request. This Court expresses its sincere willingness to provide similar
2  assistance to the High Court if future circumstances should require.

3  WITNESSED BY:

4

5  DATED: September 19, 2022                          _____
6                                                     MICHAEL W. FITZGERALD
                                                       United States District Judge

7  CLERK OF COURT AUTHENTICATION:

8                                      KIRY K. GRAY, CLERK OF COURT

9

10                                     By:  _Rita Sanchez_____
11                                          RITA SANCHEZ, Deputy Clerk
                                            [SEAL]
12

13

14

15  I HEREBY AUTHENTICATE THAT KIRY K. GRAY IS THE CLERK OF THE
16  UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA.

17

18

19  DATED: September 19, 2022                          _____
20                                                     MICHAEL W. FITZGERALD
                                                       United States District Judge

21  CLERK OF COURT AUTHENTICATION:

22                                     KIRY K. GRAY, CLERK OF COURT

23

24                                     By:  _Rita Sanchez_____
25                                          RITA SANCHEZ, Deputy Clerk
                                            [SEAL]
26

27

28

LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE                Page 9 of 9

13