1  BLAISE & NITSCHKE, P.C.
2  HEATHER L. BLAISE, ESQ. (SBN 261619)
   145 S. Wells Street, Suite 1800
3  Chicago, IL 60606
   Telephone: 312-448-6602
4  Email: hblaise@blaisenitschkelaw.com
5
6  Attorneys for Plaintiff,
   BEATBOX MUSIC PTY, LTD.
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 BEATBOX MUSIC PTY, LTD., | CASE NO: 2:17-cv-6108 MWF (JPRx) |
| 12 Plaintiff, | *Assigned to the Hon. Michael W. Fitzgerald* |
| 13 v. | **DECLARATION OF HEATHER L.** |
| 14 | **BLAISE IN SUPPORT OF** |
| 15 LABRADOR ENTERTAINMENT, INC. D/B/A SPIDER CUES MUSIC | **PLAINTIFF'S *EX PARTE* APPLICATION TO STRIKE** |
| 16 LIBRARY, a California corporation; NOEL PALMER WEBB, an individual; | **LABRADOR DEFENDANT'S THIRD AMENDED EXHIBIT LIST** |
| 17 MICHAEL COHEN, an individual; LABRADOR ENTERTAINMENT, LLC; | **AND PREVIOUSLY UNDISCLOSED EXHIBITS** |
| 18 MCPC HOLDINGS, LLC; WEBB FAMILY TRUST and DOES 1-20, | |
| 19 inclusive, | |
| 20 Defendants. | |
| 21 | Trial Date:      April 18, 2023 |
| 22 | FAC:            January 24, 2020 |
| 23 AND ALL RELATED ACTIONS | Cross-Claim Filed: November 21, 2017 |
| 24 | Action Filed:    August 17, 2017 |

25       I, Heather L. Blaise, declare:

26       1.      I am an attorney at law duly admitted to practice before all courts of the

27  State of California and the U.S. District Court for the Central District of California, as

28

1  well as all the courts of the State of Illinois and the U.S. District Court for the
2  Northern District of Illinois.

3      2.      I submit this Declaration in support of Plaintiff Beatbox Music Pty,
4  Ltd.'s ("Plaintiff" and/or "Beatbox") *Ex Parte* Application to Strike Labrador
5  Defendants' Third Amended Exhibit List and Previously Undisclosed Exhibits.

6      3.      The facts stated herein are based upon my personal knowledge, or,
7  where stated, upon information and belief.  If called upon to testify thereto, I could
8  and would competently do so.

9      4.      On June 24, 2021, the Labrador Defendants provided the Expert Report
10 of Eric Fruits, Ph.D.  A true and correct copy of the Expert Report is attached hereto
11 as **Exhibit A**.

12     5.      On August 11, 2021, Plaintiff took the deposition of Eric Fruits, Ph.D.
13 A true and correct copy of the Eric Fruits, Ph.D.'s Deposition Transcript, is attached
14 hereto as **Exhibit B**.

15     6.      After the Court's text order on March 16, 2023, I promptly requested
16 from counsel for the Defendants to provide docket numbers no later than 5:00pm on
17 Friday, March 17, 2023 to comply with the Court's order.  A true and correct copy of
18 the Docket 353 Email Correspondence between the parties, is attached hereto as
19 **Exhibit C**.

20     7.      On March 21, 2023, I requested that Mr. Rosner immediately provide
21 the additional documents referenced in paragraph 7 of his Declaration and informed
22 him of Plaintiff's *Ex Parte* Application.  A true and correct copy of the March 21,
23 2023 Email Correspondence between the undersigned and Mr. Rosner, is attached
24 hereto as **Exhibit D**.

25     8.      Instead of providing only the "additional" documents referenced in
26 paragraph 7 of his Declaration, Mr. Rosner provided a link to all of Labrador's
27 exhibits listed in its Third Amended Exhibit List, which contained over 350 files.  *See*
28 Exhibit D.

1    I declare under penalty of perjury under the laws of the State of California that
2  the foregoing is true and correct.

3    Executed on March 22, 2023, in Skokie, Illinois.

4    */s/ Heather L. Blaise*