EXPERT REPORT OF ERIC FRUITS, PH.D.
IN THE MATTER OF

BEATBOX MUSIC, PTY, LTD.

V.

LABRADOR ENTERTAINMENT, INC., DBA SPIDER
CUES MUSIC LIBRARY, ET AL.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
CASE NO. 2:17-CV-6108-MWF (JPRX)

**Economics International Corp.**

503-928-6635
www.econinternational.com
info@econinternational.com

June 25, 2021

EXHIBIT

A

# Contents

1  Summary of conclusions ...................................................................... 2

2  Qualifications ...................................................................................... 2

3  Assignment and background ............................................................... 4

4  Labrador's losses ................................................................................ 6

**Tables**

Table 1:  Labrador foregone revenue from underpayment, Australia. 9

Table 2:  Labrador foregone revenue from underpayment, New Zealand ........................................................................................ 10

Table 3:  Labrador foregone revenue from failure to register cues .... 11

**Exhibits**

1  Curriculum vitae

# BEATBOX MUSIC v. LABRADOR ENTERTAINMENT

Eric Fruits, Ph.D.

## 1  Summary of conclusions

I have been retained by counsel for Labrador Entertainment Inc. to provide an opinion regarding the amount of damages to Labrador in this matter. Assuming Beatbox Music, Pty, Ltd. is liable for damages, Labrador's losses amount to a total of $917,377, as follows:

- Foregone revenue from underpayment of licensee payments: $10,713;

- Foregone revenue from failure to register cues: $34,960; and

- Litigation costs: $871,704.

The remainder of this report provides the bases for this conclusion.

## 2  Qualifications

I am president and chief economist at Economics International Corp., a consulting firm that specializes in providing economics services to private and public sector clients. I am also an adjunct professor at

Portland State University, where I teach courses in economics and finance. I have a masters' and a doctorate degree in economics and a bachelors' degree in business economics and public policy. Exhibit 1 is a current curriculum vitae including testimony and publications.

My graduate-level training included the study of statistics and econometrics (the application of statistical methods to economics issues). I have taught graduate-level courses in economics, econometrics, finance, and the economics of regulation and antitrust. I have published several peer-reviewed papers, each of which have included statistical and econometric analysis.

I have been engaged in many projects involving financial analysis and business valuation. I have testified in federal and state courts on business and technology valuation and financial markets.

My doctoral dissertation analyzed the ownership of firms undergoing an initial public offering, or IPO. My comments on dividends were published in *The Economist*. My research on cost of issuing bonds was published in the *Municipal Finance Journal*.

As an economic damages expert, I have provided expert testimony regarding business valuation, lost profits, and foregone income. I have consulted and testified in several matters involving the valuation of intellectual property, including the valuation of technology, trademarks, and trade dress. I have provided expert opinions involving statistics, economics, and finance to United States of America federal and state courts and to an international criminal tribunal.

Economics International Corp. is compensated at an hourly rate of $400. For appearances in court, deposition, arbitration, or mediation, the hourly rate is $450. No part of the compensation is dependent on the outcome of the matter.

# 3   Assignment and background

Labrador Entertainment Inc.'s (hereafter, "Labrador") counterclaims against Beatbox Music, Pty, Ltd. (hereafter, "Beatbox") seeks, among other things, redress for breach of contract, breach of fiduciary duty, and negligence, arising out of an agreement dated April 1, 2009, between Labrador and Beatbox, referred to in the complaint and counterclaims as the "Beatbox Agreement."

Pursuant to the Beatbox Agreement, Labrador appointed Beatbox as the exclusive sub-publisher of a list of compositions known as Spider Cues Music Library (hereafter, "Library") for the territories of Australia, New Zealand and Fiji. Under a sub-publishing arrangement, a writer and/or a publishing or administrating entity enters into an agreement with a foreign publishing company, the *sub-publisher*, to exploit their compositions in a different country or countries.

The Beatbox Agreement specifies Beatbox is to pay Labrador 50% of all fees accruing from the licensing of recordings used for motion picture, television, and video tapes, as well as recordings used in radio and other "soundcarriers."

> 5. The Sub-Publisher shall have the right to grant non-exclusive licenses in the licensed territory authorising the dubbing only of the recordings on to soundtracks of motion picture films television films video tapes as well as the dubbing and mechanical reproduction for radio transcriptions and any audio or audio-visual soundcarrier and which productions may be exported to all countries of the world. The Sub-Publisher shall pay to Publisher **50% (fifty per cent) of all fees accruing** from such licenses relating to the use of the recordings. [emphasis added]

The Beatbox Agreement specifies Beatbox is to pay Labrador 50% of all monies received for exploitation of the library.

> 9. Sub-Publisher shall remit to Publisher **50% (fifty per cent) of all monies received** for exploitation of the library, including mechanical/synchronization royalties received by Sub-Publisher as a result of exploitation of rights herein granted to Sub-Publisher. [emphasis added]

Labrador alleges Beatbox failed to pay to Labrador the 50% of *all* fees and monies under the agreement. Rather than provide payment based on all fees accrued and monies received, Labrador alleges Beatbox payments were based on *net* revenues, or revenues *less* (1) payments to the Australasian Performing Right Association and the Australasian Mechanical Copyright Owners Society, known as "APRA" and "AMCOS" and (2) tax payments. Labrador alleges this amounts to an underpayment of contractually specified fees from Beatbox and constitutes one component of its damages claim against Beatbox. I have been retained by counsel for Labrador to provide an opinion regarding the amount of damages under this claim.

Labrador alleges it provided Beatbox 6,321 cues to be exploited. However, Beatbox only registered 4,222 cues, leaving 2,099 not registered.[1] Labrador claims Beatbox's failure to register approximately one-third of the cues provided deprived Labrador of revenues from the exploitation of the cues.

---

[1] LOSSES for LabEntLLC and LabEntINC.docx

EXPERT REPORT OF ERIC FRUITS, PH.D.                                         **6**

Labrador alleges Beatbox failed to adequately manage library cues. This resulted in litigation in New Zealand and California regarding the "Eminem Esque" cue, resulting in costly legal fees.

I have no opinions regarding liability in this matter. My analysis and conclusions are based on an assumption—rather than a conclusion—of Beatbox's liability.

In preparing this report, I have relied on my general expertise and knowledge regarding economics, finance, and statistics as well as publicly available information and information provided by counsel for Labrador. I am not offering any analysis, conclusions, or expert opinions regarding the law. Any citations in this report to contractual terms, legal codes, or court rulings reflect my understanding as an economist.

The information considered is cited in footnotes throughout this report. Any of the information referred to in this report and its exhibits, as well as summaries or exhibits based on this information, may be used at trial. I reserve the right to supplement or modify my report and opinions as new or additional information is presented or obtained or analyses are completed, including analyses provided by Plaintiffs or their experts.

## 4   Labrador's losses

Labrador claims under the Beatbox Agreement, it is due 50% of the revenues paid by licensees. Rather than receive this amount, Labrador alleges that its payments from Beatbox are based on licensees'

payments *less* administrative fees charged by APRA AMCOS and taxes. APRA AMCOS indicates its administrative fee is 15%.[2]

Assume $R$ is the amount paid by licensees. Labrador claims it should receive $0.5R$ from Beatbox. Instead, it receives $0.5(0.85R - T)$, where $0.85$ accounts for the administrative fee and $T$ denotes taxes. The difference between these amounts is a measure of damages to Labrador.

Tables 1 and 2 summarize information provided by Beatbox to Labrador regarding its calculation of payments to Labrador.[3] Columns

---

[2] APRA AMCOS, FAQs, 2021, https://www.apraamcos.com.au/about/help/faqs?faqs%5Bmenu%5D%5Bcategori es.lvl0%5D=Popular&faqid=26113, retrieved June 19, 2021. "For every dollar we collect, about 85 cents goes straight back to songwriters, composers and publishers as royalties. The remainder is used to administer these royalties."

[3] AMCOS_SPIDERCUES_DEC09, AMCOS_SPIDERCUES_DEC10, AMCOS_SPIDERCUES_DEC11-PD BY SQ 12-15-12, AMCOS_SPIDERCUES_DEC12, AMCOS_SPIDERCUES_DEC13, AMCOS_SPIDERCUES_JUN10, AMCOS_SPIDERCUES_JUN11, AMCOS_SPIDERCUES_JUN12, AMCOS_SPIDERCUES_JUN14, AMCOS_SPIDERCUES_MAR10, AMCOS_SPIDERCUES_MAR11, AMCOS_SPIDERCUES_MAR12-PD BY SQ 12-15-12, AMCOS_SPIDERCUES_MAR13, AMCOS_SPIDERCUES_MAR14, AMCOS_SPIDERCUES_SEP10, AMCOS_SPIDERCUES_SEP11, AMCOS_SPIDERCUES_SEP12, AMCOS_SPIDERCUES_SEP14, AP-RA_SPIDERCUES_1507N, APRA_SPIDERCUES_1510A, AP-RA_SPIDERCUES_1510N, APRA_SPIDERCUES_P1601A - BB did register the alternate titles, APRA_SPIDERCUES_P1601N, APRA_SPIDERCUES_P1604A, AP-RA_SPIDERCUES_P1604N, Spider Cues Music Library_AMCOS, Spider Cues Music Library_AMCOS_1Q2016, Spider Cues Music Library_AMCOS_1Q2017, Spider Cues Music Library_AMCOS_1Q2018, Spider Cues Music Library_AMCOS_2Q2015, Spider Cues Music Library_AMCOS_2Q2016, Spider Cues Music Library_AMCOS_2Q2017, Spider Cues Music Li-

(a) through (d) summarize data in the Beatbox spreadsheets. Column (e) calculates the payments by licensees before the APRA AMCOS administrative fee and presents Labrador's "but for" share of these pre-administrative-fee revenues. Column (f) calculates damages as the difference between the amount received by Labrador and the "but for" amount. The totals are adjusted for each country's exchange rate as of June 21, 2021.[4]

---

brary_AMCOS_3Q2015, Spider Cues Music Library_AMCOS_3Q2016, Spider Cues Music Library_AMCOS_3Q2017, Spider Cues Music Library_AMCOS_4Q2015, Spider Cues Music Library_AMCOS_4Q2016, Spider Cues Music Library_AMCOS_4Q2017, SPIDER CUES_APRA1607A, SPIDER CUES_APRA1607N, SPIDER CUES_P1807AU, SPIDER CUES_P1807NZ, SPIDER CUES_P1810AU, SPIDER CUES_P1810NZ, SPIDERCUES_APRA1610A, SPIDERCUES_APRA1610NZ, SPIDERCUES_APRA1701_AU, SPIDERCUES_APRA1701_NZ, SPIDERCUES_APRA1704_NZ, SPIDERCUES_APRA1704AU, SPIDERCUES_P1707AU, SPIDERCUES_P1707NZ, SPIDERCUES_P1710AU, SPIDERCUES_P1710NZ, SPIDERCUES_P1801AU, SPIDERCUES_P1801NZ, SPIDERCUES_P1804AU, SPIDERCUES_P1804NZ (all filenames have ".xlsx" or ".xls" extension).

[4] Board of Governors of the Federal Reserve System (US), U.S. / Australia Foreign Exchange Rate [EXUSAL], retrieved from FRED, Federal Reserve Bank of St. Louis; https://fred.stlouisfed.org/series/EXUSAL, June 23, 2021.

Board of Governors of the Federal Reserve System (US), U.S. / New Zealand Foreign Exchange Rate [DEXUSNZ], retrieved from FRED, Federal Reserve Bank of St. Louis; https://fred.stlouisfed.org/series/DEXUSNZ, June 23, 2021.

### Table 1:  Labrador foregone revenue from underpayment, Australia

| Year | BB Reported Revenue | BB Reported Taxes | BB Reported Labrador Share | But-For Labrador Share | Damages |
|------|------|------|------|------|------|
| (a) | (b) | (c) | (d) | (e) 0.50*[(b)/0.85] | (f) (e) - (d) |
| 2009 | $ 3,608 | $ - | $ 1,804 | $ 2,123 | $ 318 |
| 2010 | 30,626 | 1 | 15,313 | 18,016 | 2,702 |
| 2011 | 15,457 | 2 | 7,728 | 9,093 | 1,365 |
| 2012 | 29,450 | 30 | 14,710 | 17,324 | 2,614 |
| 2013 | 10,480 | 9 | 5,236 | 6,165 | 929 |
| 2014 | 11,642 | 7 | 5,819 | 6,848 | 1,029 |
| 2015 | 12,223 | - | 6,114 | 7,190 | 1,076 |
| 2016 | 17,875 | - | 8,942 | 10,515 | 1,572 |
| 2017 | 5,348 | - | 2,677 | 3,146 | 468 |
| 2018 | 2,715 | - | 1,359 | 1,597 | 238 |
| Total | $ 139,425 | $ 49 | $ 69,704 | $ 82,015 | $ 12,311 |

Exchange rate    0.7763

**U.S. dollars**    $ **9,557**

### Table 2:  Labrador foregone revenue from underpayment, New Zealand

| Year | BB Reported Revenue | BB Reported Taxes | BB Reported Labrador Share | But-For Labrador Share | Damages |
|------|------|------|------|------|------|
| (a) | (b) | (c) | (d) | (e) 0.50*[(b)/0.85] | (f) (e) - (d) |
| 2009 | $ 421 | $ 42 | $ 189 | $ 248 | $ 58 |
| 2010 | 555 | 28 | 264 | 327 | 62 |
| 2011 | 2,667 | 134 | 1,265 | 1,569 | 304 |
| 2012 | 2,901 | 127 | 1,388 | 1,707 | 319 |
| 2013 | 1,796 | 71 | 863 | 1,057 | 193 |
| 2014 | 1,256 | 61 | 598 | 739 | 141 |
| 2015 | 1,881 | - | 941 | 1,106 | 165 |
| 2016 | 2,932 | - | 1,467 | 1,725 | 258 |
| 2017 | 981 | - | 491 | 577 | 86 |
| 2018 | 903 | - | 452 | 531 | 79 |
| **Total** | **$ 16,295** | **$ 463** | **$ 7,920** | **$ 9,585** | **$ 1,666** |
| | | | | Exchange rate | 0.6939 |
| | | | | **U.S. dollars** | **$ 1,156** |

Combining the results from Tables 1 and 2, Labrador's foregone revenues amount to US$10,713.

Labrador alleges it provided Beatbox 6,321 cues to be exploited. However, Beatbox only registered 4,222 cues, leaving 2,099 not registered.[5] Labrador claims Beatbox's failure to register approximately one-third of the cues provided deprived Labrador of revenues from

---

[5] LOSSES for LabEntLLC and LabEntINC.docx

the exploitation of the cues. Table 3 calculates these foregone revenues amount to US$34,960.[6]

### Table 3:  Labrador foregone revenue from failure to register cues

|  | Local Currency | U.S. Dollars |
|---|---|---|
| BB reported revenue |  |  |
| Australia | $ 139,425 | $ 108,235 |
| New Zealand | $   16,295 | $   11,307 |
| Total |  | $ 119,542 |
| APRA AMCOS admin fee |  | 15% |
| Payments by licensees |  | $ 140,638 |
| Cues registered by BB |  | 4,222 |
| Average payment per registered cue |  | $    33.31 |
| Cues not registered by BB |  | 2,099 |
| Foregone payments by licensees |  | $   69,919 |
| **Labrador's share of foregone payments** | | **$   34,960** |

Labrador alleges Beatbox failed to adequately manage library cues. This resulted in litigation in New Zealand and California regarding the "Eminem Esque" cue, resulting in legal fees amounting to US$871,704.[7] ∎

---

[6] Revenues and exchange rates are from Tables 1 and 2.

[7] Costs to defend LabEntInc, LabEntLLC, Noel Webb, and Webb Family Trust.xlsx.

Respectfully submitted by

Dated: June 25, 2021

Eric Fruits, Ph.D.