3/22/23, 5:22 PM   Blaise+Nitschke Law Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., e...

Case 2:17-cv-06108-MWF-JPR   Document 368-4   Filed 03/22/23   Page 1 of 21   Page ID
#:14220



**Heather Blaise <hblaise@blaisenitschkelaw.com>**

---

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

---

cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>      Thu, Mar 16, 2023 at 1:51 PM
To: ecfnef@cacd.uscourts.gov

<span style="color:red">This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.</span>
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

<div align="center">

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

</div>

### Notice of Electronic Filing

The following transaction was entered on 3/16/2023 at 11:51 AM PDT and filed on 3/16/2023
**Case Name:**      Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al
**Case Number:**      2:17-cv-06108-MWF-JPR
**Filer:**
**Document Number:** 353(No document attached)

**Docket Text:**
<span style="color:blue">**ORDER by Judge Michael W. Fitzgerald. The parties are ORDERED to agree on the Rule 16 documents that the Court should use for trial in this matter. The parties shall agree on ONE list of the Docket Numbers and descriptions, and Plaintiff shall file that list no later than 5:00pm on 3/20/2023. Each party will provide the Court with ONE set of their Rule 16 documents, three-hole punched on the left side, without bluebacks (see Order Re Jury Trial), no later than 5:00pm on 3/21/2023. Only these documents may be delivered to Chambers (Room 5250). This requirement is in addition to the documents the parties must bring to Court on the first day of trial. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (smom) TEXT ONLY ENTRY**</span>

**2:17-cv-06108-MWF-JPR Notice has been electronically mailed to:**

Daniel Lee Jacobson    dlj@jacobsonlawyers.com

Douglas J Rosner    doug@drosnerlaw.com, rosnerlaw@earthlink.net

Guy C. Nicholson    gnicholson@egcfirm.com

Heather Lea Blaise    hblaise@blaisenitschkelaw.com, docket@blaisenitschkelaw.com, jessical@blaisenitschkelaw.com

J Curtis Edmondson    jcedmondson@edmolaw.com

Marc D Alexander    alexanderdisputeresolution@gmail.com

Thomas J. Nitschke    tjnitschke@blaisenitschkelaw.com

<div style="border:2px solid black; display:inline-block; padding:10px; text-align:center;">

**EXHIBIT**

**C**

</div>

**2:17-cv-06108-MWF-JPR Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

Thomas S. Key
Blaise and Nitschke PC
145 South Wells Street Suite 1800
Chicago, IL 60606



**Heather Blaise <hblaise@blaisenitschkelaw.com>**

---

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

---

**Office EMail** <hblaise@blaisenitschkelaw.com>                    Thu, Mar 16, 2023 at 4:14 PM
To: Douglas Rosner <Doug@drosnerlaw.com>, DOUG ROSNER <drosnerlaw@sbcglobal.net>, Dan Jacobson <dlj@jacobsonlawyers.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Jessica Lesko <jessical@blaisenitschkelaw.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>

Dear Doug and Dan:

Please see below the judge ordering the parties to provide what we agree to in compliance with Rule 16.  As you know, I have repeatedly asked for you to provide what proposed Rule 16 documents to which you agree.  Please send them to us by 5:00 p.m. cst tomorrow so that we have time to comply with the judge's order.

Please email me if you have any additional questions or concerns.

Sincerely,



**Heather L. Blaise**
**Partner | Blaise & Nitschke, P.C.**
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

Begin forwarded message:

> **From:** cacd_ecfmail@cacd.uscourts.gov
> **Date:** March 16, 2023 at 1:51:41 PM CDT
> **To:** ecfnef@cacd.uscourts.gov
> **Subject: Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER**

access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT

#### CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 3/16/2023 at 11:51 AM PDT and filed on 3/16/2023

**Case Name:** Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al

**Case Number:** 2:17-cv-06108-MWF-JPR

**Filer:**

**Document Number:** 353(No document attached)

**Docket Text:**
**ORDER by Judge Michael W. Fitzgerald. The parties are ORDERED to agree on the Rule 16 documents that the Court should use for trial in this matter. The parties shall agree on ONE list of the Docket Numbers and descriptions, and Plaintiff shall file that list no later than 5:00pm on 3/20/2023. Each party will provide the Court with ONE set of their Rule 16 documents, three-hole punched on the left side, without bluebacks (see Order Re Jury Trial), no later than 5:00pm on 3/21/2023. Only these documents may be delivered to Chambers (Room 5250). This requirement is in addition to the documents the parties must bring to Court on the first day of trial. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (smom) TEXT ONLY ENTRY**

**2:17-cv-06108-MWF-JPR Notice has been electronically mailed to:**

Daniel Lee Jacobson     dlj@jacobsonlawyers.com

Douglas J Rosner     doug@drosnerlaw.com, rosnerlaw@earthlink.net

Guy C. Nicholson     gnicholson@egcfirm.com

Heather Lea Blaise     hblaise@blaisenitschkelaw.com, docket@blaisenitschkelaw.com, jessical@blaisenitschkelaw.com

J Curtis Edmondson     jcedmondson@edmolaw.com

Marc D Alexander     alexanderdisputeresolution@gmail.com

Thomas J. Nitschke     tjnitschke@blaisenitschkelaw.com
[Quoted text hidden]

3/22/23, 5:23 PM Blaise & Nitschke PC Mail - Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., e…

Case 2:17-cv-06108-MWF-JPR Document 363-4 Filed 03/22/23 Page 5 of 21 Page ID #:14224



**Heather Blaise <hblaise@blaisenitschkelaw.com>**

---

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

---

**Douglas Rosner** <Doug@drosnerlaw.com>                          Thu, Mar 16, 2023 at 4:20 PM
To: "hblaise@blaisenitschkelaw.com" <hblaise@blaisenitschkelaw.com>
Cc: Douglas Rosner <Doug@drosnerlaw.com>, Dan Jacobson <dlj@jacobsonlawyers.com>, Thomas Nitschke
<tjnitschke@blaisenitschkelaw.com>, Heather Blaise <jessical@blaisenitschkelaw.com>, Madison Wilson
<madisonw@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell"
<jhaskell@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>

Received. Working on this. Thank you. Doug
[Quoted text hidden]
Law Offices of Douglas Joseph Rosner
2625 Townsgate Road
Suite 330
Westlake Village,
California 91361

(818) 501 8400

Douglas Rosner
doug@drosnerlaw.com



**Heather Blaise <hblaise@blaisenitschkelaw.com>**

---

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

**Douglas Rosner** <Doug@drosnerlaw.com>                    Thu, Mar 16, 2023 at 5:15 PM
To: "hblaise@blaisenitschkelaw.com" <hblaise@blaisenitschkelaw.com>
Cc: Douglas Rosner <Doug@drosnerlaw.com>, Dan Jacobson <dlj@jacobsonlawyers.com>, Thomas Nitschke
<tjnitschke@blaisenitschkelaw.com>, Heather Blaise <jessical@blaisenitschkelaw.com>, Madison Wilson
<madisonw@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell"
<jhaskell@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>

Do you have a final report? If you do please send. Otherwise, let us set up a telephone to discuss what needs to be
provided for Monday. Thank you, Doug

On Mar 16, 2023, at 2:14 PM, Office EMail <hblaise@blaisenitschkelaw.com> wrote:

[Quoted text hidden]

[Quoted text hidden]

3/22/23, 5:23 PM    Blaise & Nitschke Law Mail - Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., e...

Case 2:17-cv-06108-MWF-JPR   Document 363-4   Filed 03/22/23   Page 7 of 21   Page ID
#:14226



Heather Blaise <hblaise@blaisenitschkelaw.com>

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

**Office EMail** <hblaise@blaisenitschkelaw.com>                                         Thu, Mar 16, 2023 at 6:12 PM
To: Douglas Rosner <Doug@drosnerlaw.com>
Cc: Dan Jacobson <dlj@jacobsonlawyers.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise
<jessical@blaisenitschkelaw.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen
<jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>, Michael Sanderson
<msanderson@blaisenitschkelaw.com>

Doug:

We have had numerous phone calls designed to try to make this easier for the judge and during which you and Dan
agreed to provide agreed upon documents and then never did and instead provided additional objections.  I am asking
you to provide any Rule 16 document that you believe we have an agreement and then comply with the rest of the judge's
order and indicate a list with docket number and descriptions by tomorrow at 5:00 p.m. cst so that my office can comply
on Monday, including having hard copies prepared and served the following day.

Sincerely,



**Heather L. Blaise**
**Partner | Blaise & Nitschke, P.C.**
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be
subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also
subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution
or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately
by replying to the sender and delete this copy from your system. Thank you for your cooperation.

On Mar 16, 2023, at 5:15 PM, Douglas Rosner <Doug@drosnerlaw.com> wrote:

 Do you have a final report? If you do please send. Otherwise, let us set up a telephone to discuss what
needs to be provided for Monday. Thank you, Doug

[Quoted text hidden]

 **BLAISE+NITSCHKE**

**Heather Blaise <hblaise@blaisenitschkelaw.com>**

---

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

---

**Douglas Rosner** <Doug@drosnerlaw.com>                                        Fri, Mar 17, 2023 at 5:29 PM
To: Dan Jacobson <dlj@jacobsonlawyers.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise <jessical@blaisenitschkelaw.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>, "hblaise@blaisenitschkelaw.com" <hblaise@blaisenitschkelaw.com>
Cc: Douglas Rosner <Doug@drosnerlaw.com>

Pursuant to the Judge's Order and L.R. 16-8.2 please find herein included the list of the Docket Numbers and descriptions. You may now compile a list that the Court should use for trial in this matter. The parties shall agree on ONE list of the Docket Numbers and descriptions, and Plaintiff.

Per the court's order, here is a list of Defendant's Rule 16 documents.

Further, I am cleaning up my exhibit list. My exhibit numbers start with 1500. You should start on 0001.  On Sunday I will forward my exhibit list to you then you combine the two and you can file a joint list by Monday.

Thank you,

Doug
[Quoted text hidden]

---

📄 **Table of Documents.pdf**
75K

Case 2:17-cv-06108-MWF-JPR Document 368-4 Filed 03/22/23 Page 9 of 21 Page ID #:14228



Heather Blaise <hblaise@blaisenitschkelaw.com>

---

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

**Heather Blaise** <hblaise@blaisenitschkelaw.com>                    Fri, Mar 17, 2023 at 5:58 PM
To: Douglas Rosner <Doug@drosnerlaw.com>
Cc: Dan Jacobson <dlj@jacobsonlawyers.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise <jessical@blaisenitschkelaw.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>, Douglas Rosner <Doug@drosnerlaw.com>

Doug and Dan:

Please send anything you wish to include in WORD Format.  Neither of you have indicated any jury instructions proposed by Plaintiff to which you AGREE despite my repeated requests and now the Court's Order.

Sincerely,



**Heather L. Blaise** (she/her)

**Partner | Blaise & Nitschke, P.C.**
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

[Quoted text hidden]

3/22/23, 5:24 PM    Blaise & Nitschke Law - Mail - Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., e…

Case 2:17-cv-06108-MWF-JPR Document 363-4 Filed 03/22/23 Page 10 of 21 Page ID #:14229



**Heather Blaise <hblaise@blaisenitschkelaw.com>**

---

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

---

**Douglas Rosner** <Doug@drosnerlaw.com>                                      Fri, Mar 17, 2023 at 6:03 PM
To: Heather Blaise <hblaise@blaisenitschkelaw.com>
Cc: Dan Jacobson <dlj@jacobsonlawyers.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise <jessical@blaisenitschkelaw.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>

We can agree on combining witness list, combined exhibit list after I send you updated list.

As to jury instructions, have you changed your position on jury instructions.

Remember it takes agreements by all of us. So what are you agreeing to?


Sent from my iPhone

> On Mar 17, 2023, at 3:58 PM, Heather Blaise <hblaise@blaisenitschkelaw.com> wrote:


[Quoted text hidden]



3/22/23, 5:22 PM                 Gmail - Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., e...

Heather Blaise <hblaise@blaisenitschkelaw.com>

---

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

**Heather Blaise** <hblaise@blaisenitschkelaw.com>                      Fri, Mar 17, 2023 at 6:19 PM
To: Douglas Rosner <Doug@drosnerlaw.com>
Cc: Dan Jacobson <dlj@jacobsonlawyers.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise
<jessical@blaisenitschkelaw.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen
<jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>, Michael Sanderson
<msanderson@blaisenitschkelaw.com>

Doug:

I am not engaging in this continued gamesmanship with you.  Both you and Dan previously indicated that you agreed to
several of our timely and not in any way controversial instructions.  Just indicate which ones they are in writing to provide
the judge with some agreed instructions.  This is not another opportunity to insert untimely new objections.  I am
maintaining my objections related to your lack of timeliness as to all of your Rule 16 documents.  I am further maintaining
all of my other substantive objections.  If the judge permits your use of deposition transcripts over my objections, then I
would agree to form instructions on that topic.  I agreed to stipulate to the following exhibits: The Labrador-Beatbox
Agreement; The Labrador-Cohen Agreement; The Advertisement; The Cue.

If you and Dan continue to refuse to agree to form jury instructions in writing, I will just indicate that to the judge and you
can explain why neither of you were able to agree to form instructions and we can waste the court's time and our parties'
resources over non-controversial jury instructions.

Sincerely,



**Heather L. Blaise** (she/her)
Partner | Blaise & Nitschke, P.C.
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be
subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also
subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution
or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately
by replying to the sender and delete this copy from your system. Thank you for your cooperation.

[Quoted text hidden]

3/22/23, 5:22 PM    Case 2:17-cv-06108-MWF-JPR Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., e…
Case 2:17-cv-06108-MWF-JPR Document 363-4 Filed 03/22/23 Page 12 of 21 Page ID
#:14231



**Heather Blaise <hblaise@blaisenitschkelaw.com>**

---

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

**Douglas Rosner** <Doug@drosnerlaw.com>                    Fri, Mar 17, 2023 at 6:30 PM
To: Heather Blaise <hblaise@blaisenitschkelaw.com>
Cc: Dan Jacobson <dlj@jacobsonlawyers.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise
<jessical@blaisenitschkelaw.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen
<jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>, Michael Sanderson
<msanderson@blaisenitschkelaw.com>

Actually you are. You have completely failed to agree on anything. You have ordered us to act but failed to have
meaningful good faith discussions about most issues. You will not even agree to stipulate to foundation of email
exchanges between our clients. I have implored you to change your behavior. You refused. I stand ready willingly and
able to work with you toward agreements are you ready willing and able? Iit is time to work together on matters we can.
Let me know how you wish to proceed.

Doug

Sent from my iPhone

On Mar 17, 2023, at 4:20 PM, Heather Blaise <hblaise@blaisenitschkelaw.com> wrote:

[Quoted text hidden]



**Heather Blaise <hblaise@blaisenitschkelaw.com>**

---

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

---

**Douglas Rosner** <Doug@drosnerlaw.com>                          Fri, Mar 17, 2023 at 7:01 PM
To: "hblaise@blaisenitschkelaw.com" <hblaise@blaisenitschkelaw.com>
Cc: Douglas Rosner <Doug@drosnerlaw.com>, Dan Jacobson <dlj@jacobsonlawyers.com>, Thomas Nitschke
<tjnitschke@blaisenitschkelaw.com>, Heather Blaise <jessical@blaisenitschkelaw.com>, Madison Wilson
<madisonw@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell"
<jhaskell@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>

[Quoted text hidden]

---

 **Table of Documents.doc**
32K

3/22/23, 5:22 PM    Blaise & Nitschke Mail - Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., e...

Case 2:17-cv-06108-MWF-JPR Document 363-4 Filed 03/22/23 Page 14 of 21 Page ID
#:14233



**Heather Blaise <hblaise@blaisenitschkelaw.com>**

---

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

**Office EMail** <hblaise@blaisenitschkelaw.com>                    Fri, Mar 17, 2023 at 7:05 PM
To: Douglas Rosner <Doug@drosnerlaw.com>
Cc: Dan Jacobson <dlj@jacobsonlawyers.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise <jessical@blaisenitschkelaw.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>

Doug:

I do not agree to stipulate to emails, correct. I do not agree to waive my untimeliness or substantive objections, nor am I required to. I have had numerous conversations with you where you have promised to do one thing and then never complied.

I am asking for the final time to provide any jury instructions you agree to and confirm that you agree to stipulation to the exhibits I indicated.

Sincerely,



**Heather L. Blaise**
**Partner | Blaise & Nitschke, P.C.**
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

On Mar 17, 2023, at 6:30 PM, Douglas Rosner <Doug@drosnerlaw.com> wrote:

 Actually you are. You have completely failed to agree on anything. You have ordered us to act but failed to have meaningful good faith discussions about most issues. You will not even agree to stipulate to foundation of email exchanges between our clients. I have implored you to change your behavior. You refused. I stand ready willingly and able to work with you toward agreements are you ready willing and able? Iit is time to work together on matters we can. Let me know how you wish to proceed.
[Quoted text hidden]


BLAISE & NITSCHKE

Heather Blaise <hblaise@blaisenitschkelaw.com>

---

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

**dlj@jacobsonlawyers.com** <dlj@jacobsonlawyers.com>                          Sun, Mar 19, 2023 at 7:15 PM
To: Heather Blaise <hblaise@blaisenitschkelaw.com>
Cc: Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise <jessical@blaisenitschkelaw.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, Douglas Rosner <Doug@drosnerlaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>, axa@jacobsonlawyers.com

Dear Heather,

1. No. I am unable to send you WORD documents; that's because the previous time that I sent Mr. Cohen's & MCPC's portion of Section 7 of Appendix A (the Final Pretrial Order) in word processing form – <span style="color:red">**you changed what I sent you, before submitting such to the Court. You removed *pages*, added words, removed phrases, added phrases, etc.**</span>

   I suggest that you paste what I sent in pdf to your document, or that you combine documents, or use any of the wonderful documents that adobe pdf has to offer.

2. I believe that I have sent you  the proposed plaintiff's instructions to which I agree. In fact, if memory serves, I agreed to multiple of your client's instructions.

   This is the last unofficial communication that I will send to you about the above, except that I may send you that tells you where to find what I mentioned above in number 2.

Yours Very Truly,

Dan

*Jacobson & Associates*

*Contracts*   ***   *Insurance*   ***   *Construction*   ***

*Employment*   ***   *Business*

[Quoted text hidden]

Case 2:17-cv-06108-MWF-JPR Document 363-4 Filed 03/22/23 Page 17 of 21 Page ID
#:14236

  BLAISE+NITSCHKE

**Heather Blaise <hblaise@blaisenitschkelaw.com>**

---

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

**Douglas Rosner** <Doug@drosnerlaw.com>                    Sun, Mar 19, 2023 at 8:12 PM
To: Dan Jacobson <dlj@jacobsonlawyers.com>
Cc: Douglas Rosner <Doug@drosnerlaw.com>, "hblaise@blaisenitschkelaw.com" <hblaise@blaisenitschkelaw.com>,
Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise <jessical@blaisenitschkelaw.com>, Madison Wilson
<madisonw@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell"
<jhaskell@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>, axa
<axa@jacobsonlawyers.com>

Dear, Ms. Blaise:

I am in the process of completing the Revised Exhibit List 1500 to …. You should complete 0001 forward. All that remains
is combining the two exhibit lists and filing as one. That ECF number will be a common exhibit list. I expect to finish by 12
noon pst. Tomorrow. Thank you. Doug
[Quoted text hidden]



**Heather Blaise <hblaise@blaisenitschkelaw.com>**

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

**Office EMail** <hblaise@blaisenitschkelaw.com>                   Sun, Mar 19, 2023 at 8:33 PM
To: dlj@jacobsonlawyers.com
Cc: Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise <jessical@blaisenitschkelaw.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, Douglas Rosner <Doug@drosnerlaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>, axa@jacobsonlawyers.com

Dan and Doug:

Great, I will let the court now that you would rather the court sort through documents to discern what you have claim to have agreed to.

I will put your pdf on one page and not in chronically ordered ONE list as the court ordered. And I will let the court know that you refused to provide it in Word format.

Are you unclear what the word "agreed" means? The language you included in your pretrial was neither compliant with the Rules or the Court's orders and Plaintiff didn't agree to it and thus it was not agreed to be included on the JOINT filing. I sent you a redline of what Plaintiff would agree to and you authorized your signature.

Doug, I don't know what new documents you are preparing now but it's not timely and I will not be including new documents that I haven't seen on the day that we are ordered to comply with the court's order.

Sincerely,



**Heather L. Blaise**
**Partner | Blaise & Nitschke, P.C.**
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

On Mar 19, 2023, at 7:14 PM, dlj@jacobsonlawyers.com wrote:

[Quoted text hidden]

 **BLAISE&NITSCHKE**

**Heather Blaise <hblaise@blaisenitschkelaw.com>**

---

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

---

**Douglas Rosner** <Doug@drosnerlaw.com>                           Mon, Mar 20, 2023 at 12:34 PM
To: "hblaise@blaisenitschkelaw.com" <hblaise@blaisenitschkelaw.com>
Cc: Douglas Rosner <Doug@drosnerlaw.com>, Dan Jacobson <dlj@jacobsonlawyers.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise <jessical@blaisenitschkelaw.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>, "axa@jacobsonlawyers.com" <axa@jacobsonlawyers.com>

Please correct for agreed list:

ADD:

Document 280  Labrador Entertainment, Inc. Dba Spider Cues Music Library, Labrador Entertainment, Llc, Noel Palmer Webb, an Individual and Webb Family Trusts Objections to Defendants' Pretrial Disclosures FRCP 26(A)(3)

[Quoted text hidden]

---



**Heather Blaise <hblaise@blaisenitschkelaw.com>**

---

## Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text Only Scheduling Notice

---

**dlj@jacobsonlawyers.com** <dlj@jacobsonlawyers.com>                         Mon, Mar 20, 2023 at 1:49 PM
To: Heather Blaise <hblaise@blaisenitschkelaw.com>
Cc: Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise <jessical@blaisenitschkelaw.com>, Madison
Wilson <madisonw@blaisenitschkelaw.com>, Douglas Rosner <Doug@drosnerlaw.com>, John Mattheessen
<jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>, Michael Sanderson
<msanderson@blaisenitschkelaw.com>, axa@jacobsonlawyers.com

Dear Heather,

As per the below, this is where there is a listing of those Beatbox-proposed jury instructions to which we agree.
Docket # 315-1,

"Defendants/Crossclaimants Michael Cohen's and MCPC Holdings, LLC's Statement Regarding Disputed Jury
Instructions and Verdict Forms." The Beatbox-proposed-instructions to which we do not object, we agree upon. In
addition, we proposed we propose further instructions.

Very Truly Yours,

Dan

*Jacobson & Associates*

*Contracts*   ***   *Insurance*   ***   *Construction*   ***

*Employment*   ***   *Business*

---

**From:** dlj@jacobsonlawyers.com <dlj@jacobsonlawyers.com>
**Sent:** Sunday, March 19, 2023 5:15 PM
**To:** 'Heather Blaise' <hblaise@blaisenitschkelaw.com>
**Cc:** 'Thomas Nitschke' <tjnitschke@blaisenitschkelaw.com>; 'Heather Blaise' <jessical@blaisenitschkelaw.com>;
'Madison Wilson' <madisonw@blaisenitschkelaw.com>; 'Douglas Rosner' <Doug@drosnerlaw.com>; 'John Mattheessen'
<jmattheessen@blaisenitschkelaw.com>; 'J. Jane Haskell' <jhaskell@blaisenitschkelaw.com>; 'Michael Sanderson'
<msanderson@blaisenitschkelaw.com>; 'axa@jacobsonlawyers.com' <axa@jacobsonlawyers.com>
**Subject:** RE: Activity in Case 2:17-cv-06108-MWF-JPR Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al Text
Only Scheduling Notice

3/22/23, 5:35 PM — Gmail - Blaise Construction - Mail - Activity Outstanding - 3634-148-MWF Out of Business Pages 21 of 21 - Page ID Emeragement, Inc., e…

Case 2:17-cv-06108-MWF-JPR Document 363-4 Filed 03/22/23 Page 21 of 21 Page ID #:14240

Dear Heather,

1. No. I am unable to send you WORD documents; that's because the previous time that I sent Mr. Cohen's & MCPC's portion of Section 7 of Appendix A (the Final Pretrial Order) in word processing form – **you changed what I sent you, before submitting such to the Court. You removed *pages*, added words, removed phrases, added phrases, etc.**

   I suggest that you paste what I sent in pdf to your document, or that you combine documents, or use any of the wonderful documents that adobe pdf has to offer.

2. I believe that I have sent you the proposed plaintiff's instructions to which I agree. In fact, if memory serves, I agreed to multiple of your client's instructions.

   This is the last unofficial communication that I will send to you about the above, except that I may send you that tells you where to find what I mentioned above in number 2.

Yours Very Truly,

Dan

*Jacobson & Associates*

*Contracts* *** *Insurance* *** *Construction* ***

*Employment* *** *Business*

---

**From:** Heather Blaise <hblaise@blaisenitschkelaw.com>
**Sent:** Friday, March 17, 2023 3:58 PM
**To:** Douglas Rosner <Doug@drosnerlaw.com>
**Cc:** Dan Jacobson <dlj@jacobsonlawyers.com>; Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>; Heather Blaise <jessical@blaisenitschkelaw.com>; Madison Wilson <madisonw@blaisenitschkelaw.com>; John Mattheessen <jmattheessen@blaisenitschkelaw.com>; J. Jane Haskell <jhaskell@blaisenitschkelaw.com>; Michael Sanderson <msanderson@blaisenitschkelaw.com>

[Quoted text hidden]

[Quoted text hidden]