

Heather Blaise <hblaise@blaisenitschkelaw.com>

## Objections to 357 and 358 and Ex Parte
9 messages

**Heather Blaise** <hblaise@blaisenitschkelaw.com>                    Tue, Mar 21, 2023 at 1:12 PM
To: Douglas Rosner <Doug@drosnerlaw.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Jessica Lesko
<jessical@blaisenitschkelaw.com>, "msanderson@blaisenitschkelaw.com" <msanderson@blaisenitschkelaw.com>, Dan
Jacobson <dlj@jacobsonlawyers.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen
<jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>

Dear Mr. Rosner:

We are in receipt of your Declaration filed at Docket 358.  We certainly disagree and object to your cherry-picked
recitation of the facts contained in the Declaration. Plaintiff further objects to your once again untimely disclosure of
documents which you reference in Paragraph 7 of the Declaration.  Importantly, while you may have included reference to
such new documents in Docket 357, you have not provided us with the additional documents you identified as "some of
which were exhibits Labrador wishes to use as demonstrative in its case and Exhibits that support the opinion of Eric
Fruits."  Please provide these additional documents immediately.

In addition, we will be filing ex parte application for relief to strike and for sanctions.  Please let me know if you intend to
oppose.

Sincerely,



**Heather L. Blaise** (she/her)
Partner | Blaise & Nitschke, P.C.
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship*.

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be
subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also
subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution
or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately
by replying to the sender and delete this copy from your system. Thank you for your cooperation.

**Douglas Rosner** <Doug@drosnerlaw.com>                    Tue, Mar 21, 2023 at 3:26 PM
To: "hblaise@blaisenitschkelaw.com" <hblaise@blaisenitschkelaw.com>
Cc: Douglas Rosner <Doug@drosnerlaw.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise
<jessical@blaisenitschkelaw.com>, "msanderson@blaisenitschkelaw.com" <msanderson@blaisenitschkelaw.com>, Dan
Jacobson <dlj@jacobsonlawyers.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen
<jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>

Ms. Blaise included is the link to my documents. Please send me yours as well.

Defendants Final Trial Exhibits

[Quoted text hidden]
Law Offices of Douglas Joseph Rosner
2625 Townsgate Road
Suite 330
Westlake Village,

EXHIBIT

D

Case 2:17-cv-06108-MWF-JPR   Document 363-5   Filed 03/22/23   Page 2 of 4   Page ID
#:14242

California 91361

(818) 501 8400

Douglas Rosner
doug@drosnerlaw.com

---

**Douglas Rosner** <Doug@drosnerlaw.com>                                      Tue, Mar 21, 2023 at 3:31 PM
To: "hblaise@blaisenitschkelaw.com" <hblaise@blaisenitschkelaw.com>
Cc: Douglas Rosner <Doug@drosnerlaw.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise
<jessical@blaisenitschkelaw.com>, "msanderson@blaisenitschkelaw.com" <msanderson@blaisenitschkelaw.com>, Dan
Jacobson <dlj@jacobsonlawyers.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen
<jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>

Ms. Blaise,

This is to confirm that I sent to you the link to all of the trial exhibits. Further, I requested you send me the same for yours.
I just left a message at (323) 637 3815.  Please call if you have any questions. Thank you. Doug

> On Mar 21, 2023, at 11:12 AM, Heather Blaise <hblaise@blaisenitschkelaw.com> wrote:

> [Quoted text hidden]

[Quoted text hidden]

---

**Heather Blaise** <hblaise@blaisenitschkelaw.com>                           Tue, Mar 21, 2023 at 3:36 PM
To: Douglas Rosner <Doug@drosnerlaw.com>
Cc: Douglas Rosner <Doug@drosnerlaw.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise
<jessical@blaisenitschkelaw.com>, "msanderson@blaisenitschkelaw.com" <msanderson@blaisenitschkelaw.com>, Dan
Jacobson <dlj@jacobsonlawyers.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen
<jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>

Doug:

All of the documents on our list are all of the documents exchanged in discovery and you have had the list and the
documents for a long time now.  I am asking for the documents specifically that you claim are additional and never
provided or exchanged in discovery.  Send the never before disclosed documents to me now.  Do you intend to oppose
my ex parte?



**Heather L. Blaise** (she/her)
**Partner | Blaise & Nitschke, P.C.**
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be
subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also
subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution
or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately
by replying to the sender and delete this copy from your system. Thank you for your cooperation.

[Quoted text hidden]

Case 2:17-cv-06108-MWF-JPR   Document 363-5   Filed 03/22/23   Page 3 of 4   Page ID
#:14243

---

**Douglas Rosner** <Doug@drosnerlaw.com>                                    Tue, Mar 21, 2023 at 3:37 PM
To: Douglas Rosner <Doug@drosnerlaw.com>
Cc: "hblaise@blaisenitschkelaw.com" <hblaise@blaisenitschkelaw.com>, Thomas Nitschke
<tjnitschke@blaisenitschkelaw.com>, Heather Blaise <jessical@blaisenitschkelaw.com>,
"msanderson@blaisenitschkelaw.com" <msanderson@blaisenitschkelaw.com>, Dan Jacobson <dlj@jacobsonlawyers.com>,
Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, "J. Jane
Haskell" <jhaskell@blaisenitschkelaw.com>

  Ms. Blaise, please acknowledge your ability to access the link to Labrador's documents.
  [Quoted text hidden]

---

**Douglas Rosner** <Doug@drosnerlaw.com>                                    Tue, Mar 21, 2023 at 3:58 PM
To: "hblaise@blaisenitschkelaw.com" <hblaise@blaisenitschkelaw.com>
Cc: Douglas Rosner <Doug@drosnerlaw.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise
<jessical@blaisenitschkelaw.com>, "msanderson@blaisenitschkelaw.com" <msanderson@blaisenitschkelaw.com>, Dan
Jacobson <dlj@jacobsonlawyers.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen
<jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>

  Ms. Blaise. You stated you were going to bring an ex parte if I did not provide to you the documents. You now have the
  link to the documents.  You have failed to acknowledge this, despite me sending you the link and asking you to
  acknowledge its receipt. Yes I will oppose any ex parte. Doug
  [Quoted text hidden]

---

**Heather Blaise** <hblaise@blaisenitschkelaw.com>                          Tue, Mar 21, 2023 at 4:01 PM
To: Douglas Rosner <Doug@drosnerlaw.com>
Cc: Douglas Rosner <Doug@drosnerlaw.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise
<jessical@blaisenitschkelaw.com>, "msanderson@blaisenitschkelaw.com" <msanderson@blaisenitschkelaw.com>, Dan
Jacobson <dlj@jacobsonlawyers.com>, Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen
<jmattheessen@blaisenitschkelaw.com>, "J. Jane Haskell" <jhaskell@blaisenitschkelaw.com>

  Doug:

  You have misread my email.  I am filing an ex parte and for sanctions.  Do you oppose?

   **Heather L. Blaise** (she/her)
  Partner | Blaise & Nitschke, P.C.
  *Licensed in Illinois and California*

  hblaise@blaisenitschkelaw.com

  (O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

  145 S. Wells Street, Suite 1800, Chicago, IL 60606

  *This email does not create an attorney-client relationship*.

  **PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be
  subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also
  subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution
  or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately
  by replying to the sender and delete this copy from your system. Thank you for your cooperation.

  [Quoted text hidden]

---

**Douglas Rosner** <Doug@drosnerlaw.com>                                    Tue, Mar 21, 2023 at 4:05 PM
To: Heather Blaise <hblaise@blaisenitschkelaw.com>
Cc: Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise <jessical@blaisenitschkelaw.com>,
"msanderson@blaisenitschkelaw.com" <msanderson@blaisenitschkelaw.com>, Dan Jacobson <dlj@jacobsonlawyers.com>,
Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, "J. Jane
Haskell" <jhaskell@blaisenitschkelaw.com>

Yes

Sent from my iPhone
[Quoted text hidden]

---

**Douglas Rosner** <Doug@drosnerlaw.com>                                              Tue, Mar 21, 2023 at 4:07 PM
To: Heather Blaise <hblaise@blaisenitschkelaw.com>
Cc: Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise <jessical@blaisenitschkelaw.com>,
"msanderson@blaisenitschkelaw.com" <msanderson@blaisenitschkelaw.com>, Dan Jacobson <dlj@jacobsonlawyers.com>,
Madison Wilson <madisonw@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, "J. Jane
Haskell" <jhaskell@blaisenitschkelaw.com>

Of course you have failed to explain why?  Also you have failed to provide acknowledgement of receipt of Labrador's link
of Exhibits.

Sent from my iPhone
[Quoted text hidden]