BLAISE & NITSCHKE, P.C.
HEATHER L. BLAISE, ESQ. (SBN 261619)
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Telephone: 312-448-6602
Email: hblaise@blaisenitschkelaw.com

Attorneys for Plaintiff,
BEATBOX MUSIC PTY, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> LABRADOR ENTERTAINMENT, INC. D/B/A SPIDER CUES MUSIC LIBRARY, a California corporation; NOEL PALMER WEBB, an individual; MICHAEL COHEN, an individual; LABRADOR ENTERTAINMENT, LLC; MCPC HOLDINGS, LLC; WEBB FAMILY TRUST and DOES 1-20, inclusive, <br><br> Defendants. <br><br> AND ALL RELATED ACTIONS | CASE NO: 2:17-cv-6108 MWF (JPRx) <br> *Assigned to the Hon. Michael W. Fitzgerald* <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF BEATBOX MUSIC PTY, LTD.'S *EX PARTE* APPLICATION TO STRIKE LABRADOR DEFENDANTS' THIRD AMENDED EXHIBIT LIST AND PREVIOUSLY UNDISCLOSED EXHIBITS** <br><br> Trial Date:       April 18, 2023 <br> FAC:              January 24, 2020 <br> Cross-Claim Filed: November 21, 2017 <br> Action Filed:   August 17, 2017 |

# [PROPOSED] ORDER

The Court hereby ORDERS as follows:

1) Plaintiff's *Ex Parte* Application to strike Labrador Defendants' Third Amended Exhibit List and Previously Undisclosed Exhibits is granted;

2) Labrador Defendants' Untimely Documents are barred from use at trial;

3) Eric Fruits, Ph.D. is barred from offering any testimony not disclosed in his original report;

4) Plaintiff is awarded attorneys' fees and costs for bringing this Ex Parte Application; and

5) Default judgment is entered against Labrador Defendants under Rule 37(b)(2)(A)(vi).

**IT IS SO ORDERED.**

Dated:_____      By: _____
The Honorable Michael W. Fitzgerald
United States District Judge

Prepared by:
BLAISE & NITSCHKE, P.C.
Attorney for Plaintiff,
Beatbox Music Pty, Ltd.