Douglas J. Rosner, ESQ., SBN 094466
Doug@drosnerlaw.com
LAW OFFICES OF DOUGLAS JOSEPH ROSNER
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Telephone No. (818) 501-8400
Facsimile No.: (818) 880-4485

Attorney for Defendants Labrador Entertainment, Inc.,
DBA Spider Cues Music, Noel Palmer Webb,
Labrador Entertainment, LLC, Webb Family Trust

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD., | Case No. 2:17-cv-6108-MWF (JPRx) |
| Plaintiff, | *Assigned to the Hon. Michael W. Fitzgerald* |
| vs. | |
| LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation, | DECLARATION OF DOUGLAS J. ROSNER IN RESPONSE TO PLAINTIFF BEATBOX MUSIC PTY, LTD.'S EX PARTE APPLICATION TO STRIKE LABRADOR DEFENDANTS' THIRD AMENDED EXHIBIT LIST AND PREVIOUSLY UNDISCLOSED EXHIBITS |
| Defendants. | |
| AND ALL RELATED ACTIONS | |

DECLARATION OF DOUGLAS J. ROSNER IN RESPONSE TO   PLAINTIFF

BEATBOX MUSIC PTY, LTD.'S EX PARTE APPLICATION TO STRIKE

LABRADOR DEFENDANTS' THIRD AMENDED EXHIBIT LIST AND

PREVIOUSLY UNDISCLOSED EXHIBITS                          Page 1 of 4

I, Douglas J. Rosner, hereby declare as follows:

1.  I am the attorney for Labrador Entertainment, Inc., DBA Spider Cues Music,  Noel Palmer Webb,  Labrador Entertainment, LLC, Webb Family Trust ("Labrador") make this declaration in support of Labradors Response to Plaintiff's ex Parte Application to Strike Labrador Defendants' Third Amended Exhibit List and Previously Undisclosed Exhibits.

2.  If this Court is going to entertain Beatbox's Ex Parte, I request an opportunity fully brief this matter.

3.  Ms. Blaise has made numerous allegations against me for wrong doing. I have not generally taken the time to respond to each. As each is typically unsupported by any evidence.  Instead, if called upon, I will respond to the Judge.

4.  I have been seeking a way forward for Labrador and Beatbox to cooperate in preparing for trial. I have made numerous requests. I still remain hopeful that we can fully cooperate with one another, to the extent possible in preparing for trial.

5.  In the past there are several matters that I have sought cooperation, but to no avail.

6.  I was seeking cooperation from Ms. Blaise in combining the exhibit lists of Labrador and Beatbox. Ms. Blaise would not communicate with me to assist in this endeavor. Instead she ignored my requests.

7.  I have filed Labrador's Third Amended Exhibit List with exhibit numbers starting at 1500.  I offered that Beatbox start with exhibit 0001.  I was hopeful Beatbox would have agreed to combine Labrador's and Beatbox's Exhibit's List. But unfortunately Beatbox did not wait so Labrador was forced to file Labrador's Third

DECLARATION OF DOUGLAS J. ROSNER IN RESPONSE TO   PLAINTIFF BEATBOX MUSIC PTY, LTD.'S EX PARTE APPLICATION TO STRIKE LABRADOR DEFENDANTS' THIRD AMENDED EXHIBIT LIST AND PREVIOUSLY UNDISCLOSED EXHIBITS                                    Page 2 of 4

1  Amended Exhibit List ECF No. 357 "Exhibit List".  The Exhibit List was more
2  streamlined. Any document that was added, except exhibits to be used as
3  demonstrative, were already produced in discovery and part of the report of Dr. Fruit,
4  hence no surprise or prejudice.

5      8.  If Ms. Blaise was more amenable to discussion and cooperation we could
6  have worked this out.

7      9.  An example of failure to agree is evidenced by Ms. Blaise's refusal to
8  discuss stipulating to numerous documents. Despite Beatbox's admission to
9  Genuineness of Documents verified by Plaintiff on June 2, 2021, Ms. Blaise refuses
10 to discuss or agree to stipulate to any documents for trial other than The
11 Labrador-Beatbox Agreement; The Labrador-Cohen Agreement; The Advertisement;
12 The Cue.

13     10.  Another example of a failure to obtain agreement to a matter that is clearly
14 appropriate is the refusal of Beatbox to agree to allow the deposition testimony of
15 Barbara Baker at trial. This is despite Barbara Baker being unavailable for trial.

16     11.  The Civil Rules provide in relevant part that "[t]he deposition of a witness
17 ... may be used by any party for any purpose if the court finds ... the witness is at a
18 greater distance than one hundred miles from the place of trial or hearing."
19 Fed.R.Civ.P. 32(a)(3)(B). In general, the district court has discretion in matters of
20 case management, see, e.g., Thibeault v. Square D Corp., 960 F.2d 239, 242 (1st
21 Cir.1992); In re San Juan Dupont Plaza Hotel Fire Litig., 859 F.2d 1007, 1019 (1st
22 Cir.1988), and we think the same deference attaches to the court's rulings under Rule
23 32. See Oostendorp v. Khanna, 937 F.2d 1177, 1179 (7th Cir.1991) (holding that "the

24

25 DECLARATION OF DOUGLAS J. ROSNER IN RESPONSE TO   PLAINTIFF
26 BEATBOX MUSIC PTY, LTD.'S EX PARTE APPLICATION TO STRIKE
27 LABRADOR DEFENDANTS' THIRD AMENDED EXHIBIT LIST AND
28 PREVIOUSLY UNDISCLOSED EXHIBITS                    Page 3 of 4

decision to admit deposition testimony is within the sound discretion of the district court"), cert. denied, 502 U.S. 1064, 112 S.Ct. 951, 117 L.Ed.2d 119 (1992); Reeg v. Shaughnessy, 570 F.2d 309, 317 (10th Cir.1978) (similar).  Daigle v. Maine Medical Center, Inc., 14 F.3d 684, 691 (1994)

12.  I seek agreement on combining the witness list and having expert witnesses testify via zoom.

13.  As to Jury Instructions we are at an impasse. I seek meaningful discussions on obtaining agreement on Jury Instructions and Verdict Forms.

14.  I have stated numerous times, that it is my intention and desire to work with Ms. Blaise to obtain agreement on matters we can agree on. I stand ready willing and able to find a path forward.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 22nd day of March, 2023 in Los Angeles, California.

/s/ Douglas J. Rosner

By:   DOUGLAS J. ROSNER

DECLARATION OF DOUGLAS J. ROSNER IN RESPONSE TO   PLAINTIFF BEATBOX MUSIC PTY, LTD.'S EX PARTE APPLICATION TO STRIKE LABRADOR DEFENDANTS' THIRD AMENDED EXHIBIT LIST AND PREVIOUSLY UNDISCLOSED EXHIBITS