UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 17-6108-MWF(JPRx)**                                  Dated: **March 23, 2023**

Title:       Beatbox Music Pty, Ltd. -v- Labrador Entertainment, Inc., etc., et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

| Heather L. Blaise | Douglas J. Rosner |
| Thomas J. Nitschke | Daniel L. Jacobson |

**PROCEEDINGS:**       **ZOOM - PRETRIAL CONFERENCE AND MOTIONS IN LIMINE HEARING**

Case called and counsel make their appearance. The hearing is held.

For reasons stated on the record, the Court continues the Pretrial Conference and hearing on the motions to March 27, 2023 at 1:00 p.m. Counsel are directed use the same Zoom link.

IT IS SO ORDERED.

Initials of Deputy Clerk   Rs

-1-                                                                    1:55 min