UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 17-6108-MWF(JPRx)**                              Dated: **March 27, 2023**

Title:       Beatbox Music Pty, Ltd. -v- Labrador Entertainment, Inc., etc., et al.

PRESENT:     HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

             Rita Sanchez                                Amy Diaz
             Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

             Heather L. Blaise                           Douglas J. Rosner
             Thomas J. Nitschke                          Daniel L. Jacobson

**PROCEEDINGS:**     **ZOOM - PRETRIAL CONFERENCE AND MOTIONS IN LIMINE HEARING**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Court and counsel confer regarding legal issues. As stated on the record, the Court sets a briefing schedule on the legal issues.

IT IS SO ORDERED.

Initials of Deputy Clerk   Rs

-1-                                                              :25 min