**California**
*Secretary of State*

Business | UCC

Login

Home
Search
Forms
Help

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

**Advanced Search**

An Advanced search is required when searching for publicly traded disclosure information or a status other than

Skip to main content   State

## BANK OF AMERICA CORPORATION (2128692)


Request Certificate

| | |
|---|---|
| Initial Filing Date | 12/28/1998 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 100 NORTH TRYON STREET CHARLOTTE, NC 28255 |
| Mailing Address | 100 NORTH TRYON STREET CHARLOTTE,NC28255 |
| Statement of Info Due Date | 12/31/2023 |
| Agent | 1505 Corporation C T CORPORATION SYSTEM |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, |

# California
*Secretary of State*

- Home
- Search
- Forms
- Help

**Business** | UCC

groups (e.g., All Corporations), as well as searching by ?begins with? specific search criteria.

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.

[bank of america co] 🔍

Advanced ▾

Results: 8

| Entity Information | Initial Filing Date | Status | | | |
|---|---|---|---|---|---|
| BANK BUILDING & EQUIPMENT CORPORATION OF AMERICA (233706) | 01/27/1949 | Forfeited FTB | | | |
| BANK OF AMERICA CDFI FUNDING CORPORATION (5117242) | 06/13/2022 | Active | | | |
| BANK OF AMERICA CORPORATION (2128692) | 12/28/1998 | Active | Stock Corporation - Out of State - Stock | DELAWARE | C T CORPORATION SYSTEM |
| BANKEE CORPORATION | 01/26/1928 | Forfeited - FTB | Legacy Corporation | DELAWARE | |

## BANK OF AMERICA CORPORATION (2128692)


Request Certificate

| | |
|---|---|
| Initial Filing Date | 12/28/1998 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 100 NORTH TRYON STREET CHARLOTTE, NC 28255 |
| Mailing Address | 100 NORTH TRYON STREET CHARLOTTE,NC28255 |
| Statement of Info Due Date | 12/31/2023 |
| Agent | 1505 Corporation C T CORPORATION SYSTEM |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, |

Skip to main content

**California**
*Secretary of State*

**Business** | UCC

Home
Search
Forms
Help

| | | | |
|---|---|---|---|
| OF AMERICA (70127228) | | | |
| BANKERS DISCOUNT CORPORATION OF AMERICA (761580) | > | 01/09/1976 | Suspended - FTB |
| BANKERS NETWORK CORPORATION OF AMERICA (2011173) | > | 05/19/1997 | Active |
| BANKNOTE CORPORATION OF AMERICA, INC. (1800376) | > | 08/26/1991 | Terminated |
| BANKNOTE CORPORATION OF AMERICA, INC. (4172696) | > | 07/17/2018 | Active |

## BANK OF AMERICA CORPORATION (2128692)

Request Certificate

| | |
|---|---|
| Initial Filing Date | 12/28/1998 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 100 NORTH TRYON STREET CHARLOTTE, NC 28255 |
| Mailing Address | 100 NORTH TRYON STREET CHARLOTTE,NC28255 |
| Statement of Info Due Date | 12/31/2023 |
| Agent | 1505 Corporation C T CORPORATION SYSTEM |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA

GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA

DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA

BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA

JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA

JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA

DIANA RUIZ 330 N BRAND BLVD, |