```
 1  Daniel Jacobson, State Bar No. 134978
    JACOBSON & ASSOCIATES
 2  1352 Irvine Blvd. Suite 205
 3  Tustin, California 92780
    (714) 505-4782
 4  dlj@jacobsonlawyers.com
 5
    Attorneys for Cross-Claimant/Defendant Michael Cohen
 6  and Defendant MCPC Holdings, LLC
 7
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD., <br><br> Plaintiff, <br> versus <br><br> LABRADOR ENTERTAINMENT, INC., et al <br><br> Defendants. <br><br> MICHAEL COHEN, <br><br> Cross-Claimant, <br> versus <br><br> LABRADOR ENTERTAINMENT, INC., <br><br> Cross-Defendant. | Case No: 2:17-cv-06108-MWF-JPR <br><br> [PROPOSED] ORDER RE: Defendant and Cross-Claimant Michael Cohen and Defendant MCPC Holdings, LLC's EX PARTE APPLICATION to (1) QUASH the Subpoenas Issued by Plaintiff on April 3, 2023, (2) to INVOLUNTARILY DISMISS Plaintiff's Action Pursuant to FRCP 41(b) and/or the Court's Inherent Authority, and (3) to Determine SUBJECT MATTER JURISDICTION <br><br> <u>Filed Concurrently With</u>: <br><br> 1. *Ex Parte Application* <br> 2. *Memorandum of Points & Authorities* <br> 3. *Declaration of Ronak Patel* <br><br> DATE:    April 7, 2023 <br> JUDGE:  Hon. Michael W. Fitzgerald |

# [PROPOSED] ORDER RE: *EX PARTE* APPLICATION

The Court has considered Defendant and Crossclaimant Michael Cohen and Defendant MCPC Holdings, LLC's *Ex Parte* Application to (1) QUASH the Subpoenas Issued by Plaintiff on April 3, 2023, (2) to INVOLUNTARILY DISMISS Plaintiff's Action Pursuant to FRCP 41(b) and/or the Court's Inherent Authority, and (3) to determine whether SUBJECT MATTER JURISDICTION remains, as well as any opposing papers which were filed prior to the issuance of this order. Having reviewed those papers, and good cause appearing therefor, this Court now ORDERS as follows:

1. The subpoena issued by Plaintiff Beatbox Music Pty Ltd. ("Plaintiff") to Bank of America Corporation on April 3, 2023, is hereby QUASHED.

2. The subpoena issued by Plaintiff to Merrill Lynch, Pierce, Fenner & Smith Incorporated on April 3, 2023, is hereby QUASHED.

3. The subpoena issued by Plaintiff to Wells Fargo on April 3, 2023, is hereby QUASHED.

4. Plaintiff's Action is INVOLUNTARILY DISMISSED. Grounds for dismissal exist both under the Federal Rules of Civil Procedure 41(b) and/or the court's inherent authority for the reasons set forth in the *Ex Parte* Application, which are incorporated herein by reference.

///

- 2 -

[PROPOSED] ORDER RE: Cohen Parties' Ex Parte Application to QUASH Plaintiff's Subpoenas on Bank of America and Merrill Lynch and to INVOLUNTARILY DISMISS Plaintiff's Action

5. The Court dismisses the proceeding as a whole, as the only remaining claim – Cohen's crossclaim – lacks subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: April ____, 2023

_____
The Honorable Michael W. Fitzgerald
United States District Court Judge

[PROPOSED] ORDER RE: Cohen Parties' Ex Parte Application to QUASH Plaintiff's Subpoenas on Bank of America and Merrill Lynch and to INVOLUNTARILY DISMISS Plaintiff's Action