UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **2:17-cv-06108-MWF-JPR**                              Dated: **April 10, 2023**

Title:    **Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al**

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Damon Berry | Amy Diaz |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| Heather L. Blaise | Douglas J. Rosner |
| Thomas J. Nitschke | Daniel L. Jacobson |
| | Ronak Patel |

PROCEEDINGS:     STATUS CONFERENCE [ZOOM HEARING]

Case called, and counsel make their appearance.

The Court and counsel confer about the status of the case. The Jury Trial remains set for April 19, 2023 at 8:30 a.m.

IT IS SO ORDERED.

Initials of Deputy Clerk  DBE
-1-                           1: 31 min