UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 17-6108-MWF(JPRx)**                                           Dated: **April 13, 2023**

Title:       Beatbox Music Pty, Ltd. -v- Labrador Entertainment, Inc., etc., et al.

---

PRESENT:     HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| Heather L. Blaise | Douglas J. Rosner |
| Thomas J. Nitschke | Daniel L. Jacobson |
| | Ronak Patel |

**PROCEEDINGS:**     **ZOOM - FURTHER STATUS CONFERENCE**

Case called, and counsel make their appearances. The Zoom Further Status Conference is held.

The Court invites counsel to present their arguments on Defendant and Cross-Claimant Michael Cohen and Defendant MCPC Holdings Ex Parte Application to (1) Quash the Subpoenas Issued by Plaintiff on April 3, 2023, (2) to Involuntarily Dismiss Plaintiff's Action, and (3) to Determine Subject Matter Jurisdiction [381].

The Court and counsel further discuss housekeeping issues as to trial. The Jury Trial remains set for Wednesday, April 19, 2023 at 8:30 a.m.

IT IS SO ORDERED.

Initials of Deputy Clerk   Rs

1:10 min