BLAISE & NITSCHKE, P.C.
HEATHER L. BLAISE, ESQ. (SBN 261619)
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Telephone: 312-448-6602
Email: hblaise@blaisenitschkelaw.com

Attorneys for Plaintiff,
BEATBOX MUSIC PTY, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BEATBOX MUSIC PTY, LTD., | CASE NO: 2:17-cv-6108 MWF (JPRx) |
|---|---|
| Plaintiff, | *Assigned to the Hon. Michael W. Fitzgerald* |
| v. | |
| LABRADOR ENTERTAINMENT, INC. D/B/A SPIDER CUES MUSIC LIBRARY, a California corporation; NOEL PALMER WEBB, an individual; MICHAEL COHEN, an individual; LABRADOR ENTERTAINMENT, LLC; MCPC HOLDINGS, LLC; WEBB FAMILY TRUST and DOES 1-20, inclusive, Defendants. | **PLAINTIFF BEATBOX MUSIC PTY, LTD.'S PROPOSED VOIR DIRE QUESTIONS** |
| AND ALL RELATED ACTIONS | Trial Date:          April 18, 2023<br>FAC:                   January 24, 2020<br>Cross-Claim Filed: November 21, 2017<br>Action Filed:        August 17, 2017 |

1. Would you have any problem awarding a judgment in favor of an Australian business?
2. Would you have any problem finding in favor of an out of the country business?
3. Would you have any problem finding in favor of someone from Australia?
4. Would you have any problem finding in favor of someone in the production music industry?
5. Do you have any experience in the music industry?
6. Are you familiar with the production music industry?
7. Are you familiar with the music of the performing artist and song-writer known professionally as "Eminem"?
8. Did you watch "Last Week Tonight with John Oliver" in 2017?
9. Do you have any formal training and/or education in the field of music?
10. Do you recognize any of the attorneys or parties involved in this case?
11. Do you have any legal training?
12. Do you have any legal experience?
13. Is any member of your family an attorney?
14. Do you have any experience working with contracts?
15. Do you have any problem awarding attorneys' fees?
16. Have you ever been accused of copyright infringement?
17. Have you ever accused anyone of copyright infringement?
18. Have you ever been accused of breaching a contract?
19. Have you ever accused anyone of breaching a contract?
20. Have you ever licensed any intellectual property rights?
21. Do you have any experience with copyright law?
22. Are you able to read and understand the English language accurately?
23. Are you able to fully understand spoken English language?

24. What genres of music do you listen to?

DATED: April 17, 2023                    Respectfully submitted,

**BEATBOX MUSIC PTY, LTD.**

 /s/ Heather L. Blaise
HEATHER L. BLAISE, ESQ. (SBN 261619)
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Telephone: 312-448-6602
Email: hblaise@blaisenitschkelaw.com
*Attorney for Plaintiff*