Douglas J. Rosner, ESQ., SBN 094466
rosnerlaw@earthlink.net
LAW OFFICES OF DOUGLAS JOSEPH ROSNER
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Telephone No. (818) 501-8400
Facsimile No.: (818) 880-4485

Attorney for Defendant/Cross-Complainant,
Labrador Entertainment, Inc. dba Spider Cues Music Library,
Labrador Entertainment, LLC, Noel Palmer Webb,
an individual and Webb Family Trusts

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD., <br><br> Plaintiff, <br> vs. <br><br> LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation, <br><br> Defendants. <br>_____ <br> AND ALL RELATED ACTIONS | Case No. 2:17-cv-6108-MWF (JPRx) <br> *Assigned to the Hon. Michael W. Fitzgerald* <br><br> LABRADOR'S PROPOSED VOIR DIRE QUESTIONS <br><br> Trial Date: 12/06/2022 <br> Location: Courtroom 5A - Los Angeles |

1. How long have you lived in this area of Los Angeles? .

2. Have you ever lived in a foreign country? YES NO If YES, what country?

3. Where do you work and what is your job (if unemployed/retired, what and where was your last job)?

4. How long have you worked there? _____ What are your main job responsibilities?

5. What jobs have you held in the past?

---

LABRADOR'S PROPOSED VOIR DIRE QUESTIONS                                    Page 1 of 4

6. How far did you go in school (if college, name school(s) and any degree(s) received)?

7. What is your current marital status?

8. If married, for how long? _____ How many times have you been married?

9. Where does your spouse/partner work and what is his/her job (if unemployed/retired, what and where was the person's last job)?

10. Are you familiar with the term principle as it relates to a relationship between a principal and agent? If so what is your understanding?

11. Are you familiar with the term agent as it relates to a relationship between a principal and agent? If so what is your understanding?

12. Do you know the duties of an agent to his or her principal?

13. In your opinion what are the duties of a agent to a principal?

14. Please list the sex, age, and occupation for each of your children and stepchildren:

SEX AGE OCCUPATION SEX AGE OCCUPATION

15. Have you attended any lectures, seminars, or courses in any of the following areas: accounting, business or business law, computers, contracts, electronics, finance, manufacturing, or sales and marketing? YES NO If YES, which lectures, courses, or seminars?

16. Have you, any family members, or friends ever owned a business? YES NO If YES, who was that person and what type of business was it? If the business is no longer open, why was it sold or closed?

17. Have you, any family members, or close friends ever worked for any attorneys or law firms? YES NO If YES, who was that person and what was the attorney or law firm?

18. Have you ever been a Plaintiff (the person suing) or a Defendant (the person being sued) in a lawsuit? YES NO If YES, please explain:

19. How many times have you served as a juror in a:

Criminal case ___ times Civil case ___ times Grand jury Never served

1  a. What type of civil case(s)?
2  b. What was the verdict(s)?
3  c. Were you the foreperson? YES NO
4  20. How familiar are you with the music business?
5  21. Have you ever heard of the term "music library"?
6  YES NO If YES, what do you understand the term to mean?
7  22. Are you familiar with production music?
8  YES NO If YES, what do you understand the term to mean?
9  23. Have you ever heard of the term "music cue"?
10 YES NO If YES, what do you understand the term to mean?
11 24. Have you ever been involved in negotiating or writing a contract? YES NO
12 25. Has anyone ever broken an oral or written promise they made you?
13 YES NO If YES, please explain:
14 26. Which of the following best describes you? (Please check (?) all that apply.)
15 Analytical
16 Competitive
17 Computer geek
18 Emotional Entrepreneurial
19 Intelligent
20 Judgmental
21 Logical
22 Old-fashioned Opinionated
23 Outspoken
24 Practical
25 Selfish
26 Sensitive
27
28 LABRADOR'S PROPOSED VOIR DIRE QUESTIONS                     Page 3 of 4

Smart

Strict Technical Visceral

27. Have you ever served in the military?

YES NO If YES, when and where did you serve?

28. Please list any unions or civic, fraternal, social, political, professional, or religious organizations to which you belong(ed):

29. Do you read any of the financial or computer newspapers or magazines?

YES NO If YES, which ones?

30. Do you listen to any radio programs or watch television shows dealing with financial or computer issues? YES NO If YES, which ones?

31. Please list 3 people you admire the most:

1. _____

2. _____

3. _____

32. Please list 3 people you admire the least:

1. _____

2. _____

3. _____

33. Please list the one person whom you feel most influenced your life and tell us why:

34. Are you: Very conservative Conservative Moderate Liberal Very Liberal

35. What do you enjoy doing in your spare time?

Law Offices of Douglas Joseph Rosner

/s/ Douglas J. Rosner

By: Douglas J. Rosner
Attorney for Defendant/Cross-Complainant,
Labrador Entertainment, Inc. dba Spider Cues
Music Library, Labrador Entertainment, LLC,
Noel Palmer Webb, an individua

LABRADOR'S PROPOSED VOIR DIRE QUESTIONS                      Page 4 of 4