BLAISE & NITSCHKE, P.C.
HEATHER L. BLAISE, ESQ. (SBN 261619)
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Telephone: 312-448-6602
Email: hblaise@blaisenitschkelaw.com

Attorneys for Plaintiff,
BEATBOX MUSIC PTY, LTD.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>LABRADOR ENTERTAINMENT, INC. D/B/A SPIDER CUES MUSIC LIBRARY, a California corporation; NOEL PALMER WEBB, an individual; MICHAEL COHEN, an individual; LABRADOR ENTERTAINMENT, LLC; MCPC HOLDINGS, LLC; WEBB FAMILY TRUST and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-6108 MWF (JPRx)<br>*Assigned to the Hon. Michael W. Fitzgerald*<br><br>**FOURTH AMENDED JOINT EXHIBIT LIST** |
| AND ALL RELATED ACTIONS | Trial Date:        April 18, 2023<br>FAC:              January 24, 2020<br>Cross-Claim Filed: November 21, 2017<br>Action Filed:      August 17, 2017 |

NOW COMES Plaintiff Beatbox Music Pty, Ltd., pursuant to the Court's oral instructions during the Final Pretrial Conference Hearing on March 27, 2023, submits the following Third Amended Joint Exhibit List, with Defendants Michael Cohen and

MCPC Holdings, LLC (collectively, "Cohen") proposing exhibits 1-3, Plaintiff Beatbox Music Pty, Ltd. ("Beatbox") proposing exhibits 1-39, and Defendants Labrador Entertainment, Inc. d/b/a Spider Cues Music Library, Noel Palmer Webb, Labrador Entertainment, LLC, and Webb Family Trust (collectively, "Labrador") proposing exhibits 501-820.

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | Dkt. No. 1-1: Composer's Agreement entered between Michael Alan Cohen and Labrador Entertainment, Inc./Spider Cues dated February 14, 2008 | Cohen, Beatbox | | |
| 2 | The recording, "eminem esque" | Cohen, Beatbox | | |
| 3 | The New Zealand National Party's commercial, including both its visual and audio elements. (The audio element being what Mr. Cohen & MCPC contend is an altered/adapted version of eminem esque.) | Cohen, Beatbox | | |
| 4 | Sub-Publisher's Agreement entered between Beatbox and Labrador Entertainment, Inc. on or about April 1, 2009; BEATBOX 000352-000356 | Beatbox | | |
| 5 | Amendment to Sub-Publishing Contract entered between Beatbox and Labrador Entertainment, Inc. dated April 28, 2014; BEATBOX 000357-000358 | Beatbox | | |
| 6 | The Song: "Lose Yourself" by Eminem | Beatbox | | |
| 7 | October 25, 2017: New Zealand Judgment of Cull J: Ruling (1) there is actionable copyright in Lose Yourself; (2) Lose Yourself is a highly original musical work; (3) Eminem Esque has substantially copied Lose Yourself and is a substantial copy of Lose Yourself; (4) the parts of Eminem Esque used in the National Party's election advertisement also substantially reproduce Lose Yourself; (5) Eminem Esque is objectively similar to Lose Yourself; (6) there is a causal connection between Lose Yourself and Eminem Esque; (7) copyright infringement; (8) Eight Mile Style is entitled to damages on a "user principle" basis in the sum of NZ$600,000, from 28 June 2014. Interest is payable at the Judicature Act rate of five per cent from 28 June 2014 to date of payment; and (9) [a]lthough copyright infringement did occur, the National Party's actions were taken after receiving professional, commercial and media advice and were not reckless or contumelious of the rights of the copyright owner. No additional | Beatbox | | |

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| | damages are awarded.; BEATBOX 000200-000331 | | | |
| 8 | September 16, 2014: Email from P. Baker to N. Webb: FW: "Eminemesque" - Copyright Infringement w/ Letter from Eight Mile Style, LLC attached; BEATBOX 001361-001366 | Beatbox | | |
| 9 | December 2, 2019 Deposition Transcript of Defendant Noel Palmer Webb Volume I | Beatbox | | |
| 10 | December 3, 2019 Deposition Transcript of Defendant Noel Palmer Webb Volume II | Beatbox | | |
| 11 | Exhibits to December 2-3, 2019 Deposition Transcripts of Defendant Noel Palmer Webb, Volumes I and II | Beatbox | | |
| 12 | December 3, 2019 Deposition Transcript of Michael Cohen, individually, and exhibits thereto | Beatbox | | |
| 13 | June 21, 2021 Deposition Transcript of Noel Palmer Webb, individually, and exhibits thereto | Beatbox | | |
| 14 | June 23, 2021 Deposition Transcript of Noel Palmer Webb, as representative for Labrador Entertainment, Inc., and exhibits thereto | Beatbox | | |
| 15 | June 23, 2021 Deposition Transcript of Noel Palmer Webb, as representative of Labrador Entertainment, LLC | Beatbox | | |
| 16 | June 22, 2021 Deposition Transcript of Michael Cohen, individually, and exhibits thereto | Beatbox | | |
| 17 | June 22, 2021 Deposition Transcript of Michael Cohen, as representative of MCPC Holdings, LLC | Beatbox | | |
| 18 | Expert Report of Alexander Stewart, dated December 6, 2019, and exhibits thereto | Beatbox | | |
| 19 | Supplemental Expert Report of Alexander Stewart, dated June 25, 2021, and exhibits thereto | Beatbox | | |
| 20 | Expert Report of Margaret Saadi Kramer, dated December 6, 2019, and exhibits thereto | Beatbox | | |
| 21 | August 31, 2014: Email thread b/w P. Baker and N. Webb: RE: CD Code SPID039/Track 25/M Cohen - Notice of Unauthorised Use an Infringement of "Lose Yourself"; BEATBOX 001340 | Beatbox | | |
| 22 | August 26, 2014: Email from N. Webb to Rigaud Franck: remove eminem esque; BEATBOX 000382 | Beatbox | | |
| 23 | April 3, 2012: Email thread b/w N. Webb and P. Baker Re: Spider Cues; BEATBOX 000432-000436 | Beatbox | | |
| 24 | March 9, 2015: Email from Webb to P. Baker: Little Drummer Boy removal; BEATBOX 000657 | Beatbox | | |
| 25 | September 29, 2014: Email thread b/w N. Webb and P. Baker RE: Noel Webb_Spider Cues; discussion of lawsuit; BEATBOX 001355 | Beatbox | | |
| 26 | March 9, 2015: Email from P. Baker to N. Webb: | Beatbox | | |

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| | our conversation; BEATBOX 001368 | | | |
| 27 | June 13, 2016: Email thread b/w P. Baker to Webb: RE: AMCOS  Entourage; BEATBOX 001338 | Beatbox | | |
| 28 | September 9, 2014: Email thread b/w P. Baker and Webb: RE: election campaign issue; BEATBOX 001341 | Beatbox | | |
| 29 | November 3, 2015: Email thread b/w N. Webb and P. Baker: RE: Labrador royalties; BEATBOX 001345-001346 | Beatbox | | |
| 30 | September 14, 2014: Email thread b/w P. Baker and Webb: RE: license itself; AMCOS NZ invoices "Eminem Esque" w/ attachment; BEATBOX 001347-001348 | Beatbox | | |
| 31 | March 22, 2009: Email thread b/w P. Baker and Webb Re: Spider Cues; BEATBOX 000367-000368 | Beatbox | | |
| 32 | November 14, 2010 Email thread b/w N. Roberts and N. Webb: RE: Royalty Statements for Spider Cues (Labrador Ex. 664) | Beatbox, Labrador | | |
| 33 | December 31, 2013 APRA Royalty Statement; BEATBOX 001302 | Beatbox | | |
| 34 | November 26, 2013: Email from N. Webb to P. Baker re Spider Cues album covers; BEATBOX 000364 | Beatbox | | |
| 35 | August 28, 2014 Screengrab of Spider Cues Sound A Likes Webpage | Beatbox | | |
| 36 | Beatbox Music Pty, Ltd.'s Statement of Damages as of February 24, 2023; BEATBOX 002132-002135 | Beatbox | | |
| 37 | August 6, 2015 New Zealand Affidavit of Noel Palmer Webb; BEATBOX 000149-000156 | Beatbox | | |
| 38 | August 26, 2014 Letter from New Zealand National Party to Beatbox (LAB00000495) | Beatbox | | |
| 39 | August 25, 2014 Letter from Eight Mile Style, LLC and Martin Affiliated, LLC to New Zealand National Party (LAB00000489-491) | Beatbox | | |
| 501 | June 3, 2009: LabDoc53 Email from Beatbox to Labrador sending first excel file | Labrador | | |
| 502 | June 3, 2009: Bates 5094; Excel file; Spider Cues Music Library defined and created by Beatbox | Labrador | | |
| 503 | August 12, 2014: Amcos Tax Invoice Copy to Sale Street Studios. LabDoc1276_Sale-01624213-00197-01 | Labrador | | |
| 504 | December 14, 2019: Exhibits attached to the Deposition Transcript of Peter Baker | Labrador | | |
| 505 | April 3, 2012: LabDocs180-181 Email from Labrador to Beatbox telling P. Baker of Labrador's embedding process and looking for approval; he | Labrador | | |

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| | approves but likes the April 2012 submission and already instituted it | | | |
| 506 | April 3, 2012: LabDoc183 Email from Beatbox to Labrador approving of Spider Cues 2012 redesign | Labrador | | |
| 507 | APRA SpiderCues | Labrador | | |
| 508 | June 25, 2012: LabDoc197-198 Email from Beatbox to Labrador stating Beatbox will issue any new audio and excel material sent by Labrador; and approving excel file seen through web link reflecting example of Spider Cues 2012 redesign acquired on June 21, 2012: LabDoc197-198 Email | Labrador | | |
| 509 | April 4, 2012: Excel File; full version of Bates 5108-0089 7b 2012-4-4-Spider Cues 1st restructured 4-4-12  SQ0509 | Labrador | | |
| 510 | March 6, 2014: LabDoc321-322 Email from Labrador to Beatbox with web link to 2014 Spider Cues New Repair, Remove, Replacement Library and Check Composer or Remove Cues excel file in email | Labrador | | |
| 511 | March 6, 2012: LabDoc330 Email of P. Baker giving his version of said email showing missing items that were included in Exhibit 1510 | Labrador | | |
| 512 | March 8, 2014: LabDoc339 Email where Beatbox acknowledges receiving, reviewing, and approving of 2014 Spider Cues New Repair, Remove, Replacement Library; and setting up a meeting in Los Angeles to talk over | Labrador | | |
| 513 | Declaration of Trevor Bietz stating he heard Beatbox approve of replacing older Spider Cues library with 2014 new Spider Cues library, signed October 16, 2017 | Labrador | | |
| 514 | April 22, 2014: LabDoc352 Email from Labrador to Beatbox with web link to get excel file reflecting 2014 Spider Cues New Repair, Remove, Replacement Library, Check Composer or Remove Cues excel file, and Notes for Beatbox | Labrador | | |
| 515 | Transcript of Peter Baker, individually and PMK for Beatbox, Vol II, taken December 4, 2019, | Labrador | | |
| 516 | Excel file reflecting 2014 Spider Cues New Repair, Remove, Replacement Library; Bates 5104 – 103. 0090 7b SQ001 to 129 reworked 4_21_14 for sub-publishers | Labrador | | |
| 517 | Excel file of Check Composers or Remove Cues; Bates 5124 – 165a Check Composers or Remove | Labrador | | |
| 518 | May 21, 2014: LabDoc381; Email from Beatbox to Labrador stating that Beatbox uses excel datasheets | Labrador | | |

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| | for registration to AMCOS and APRA, but uses an unidentified metadata reader to create information that Beatbox then offered to different parties | | | |
| 519 | May 21, 2014: LabDoc382; Email from Labrador to Beatbox stating that Labrador had no idea that Beatbox using an unidentified metadata reader to create information that Beatbox then offered to different parties; and out of courtesy, Labrador offers to send new metadata columns with attempt after attempt to help Beatbox with their marketing. | Labrador | | |
| 520 | Annotated by Noel Webb demonstrating Excel file showing music tracks removed in 2012 Spider Cues New Re-Design Library (using EXHIBIT 1502; Bates 5094 – 103. 15 Spider Cues Music Library defined and created by BB 2009-6-3) -386 | Labrador | | |
| 521 | Excel file sent in 2009 to Beatbox by Labrador as new music to add to Spider Cues library: Bates 5102 Spider Cues 0509 Beatbox | Labrador | | |
| 522 | Annotated Excel showing music tracks removed in 2012 Spider Cues New Re-Design Library (using EXHIBIT 1521 Bates 5102 – 0374 Spider Cues 0509 Beatbox) | Labrador | | |
| 523 | Excel file sent in 2010 to Beatbox by Labrador as new music to add to Spider Cues library BATES # 5101 – 103.  0375 Spider Cues 0310 subpub | Labrador | | |
| 524 | Annotated Excel file showing music tracks removed in 2012 Spider Cues New Re-Design Library (using EXHIBIT 1523 Bates 5101 – 103.  0375 Spider Cues 0310 subpub) | Labrador | | |
| 525 | Excel file sent in 2010 to Beatbox by Labrador as new music to add to Spider Cues library Bates 5090 – 103. 0376 Spider Cues 0610 SubPub | Labrador | | |
| 526 | Annotated Excel file showing music tracks removed in 2012 Spider Cues New Re-Design Library (using EXHIBIT 1525 Bates 5090 – 103. 0376 Spider Cues 0610 SubPub) | Labrador | | |
| 527 | Excel file sent in 2011 to Beatbox by Labrador as new music to add to Spider Cues library Bates 5089 – 103. 0377 Spider Cues 0111 SUB | Labrador | | |
| 528 | Annotated Excel file showing music tracks removed in 2012 Spider Cues New Re-Design Library (using EXHIBIT 1527 Bates 5089 – 103. 0377 Spider Cues 0111 SUB) | Labrador | | |
| 529 | LabDoc2273 Spider Cues Subpublisher Relationships from 2013-2019 | Labrador | | |
| 530 | Reserved | Labrador | | |

FOURTH AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| 531 | Reserved | Labrador | | |
| 532 | Labdoc1279-1532 Royal Statement and Summaries | Labrador | | |
| 533 | February 3, 2014: LabDoc306-307 Email from OLE/5 Alarm where Labrador's experience around world is sub-publisher in-house licensing departments that make immediate changes | Labrador | | |
| 534 | Reserved | Labrador | | |
| 535 | March 11, 2008: Email from OLE Music Box to Labrador showing Labrador's experience around world is sub-publisher in-house licensing departments that make immediate changes again 2 | Labrador | | |
| 536 | Expert Report of Michael Lau | Labrador | | |
| 537 | Expert Report of Professor Robert Fink | Labrador | | |
| 538 | Export Report of Dr. Fruits | Labrador | | |
| 539 | Documents reviewed by Dr. Fruits in prior to submitting report | Labrador | | |
| 540 | Annotated Excel file dated March 1, 2010; Bates #5001; showing that OLE/Music Box (Labrador's USA sub-publisher) re-titled all of Spider Cues tracks; Eminem-esque was changed to Push Through | Labrador | | |
| 541 | ASCAP registration (US Performance Rights Organization) listing that shows OLE/Music Box many re-titles including Eminem-esque and shows OLE/Music Box's intention to market and license Eminem-esque | Labrador | | |
| 542 | Reserved | Labrador | | |
| 543 | July 29, 2009: LabDoc71 from Labrador to Beatbox of PRO AFFILIATIONS | Labrador | | |
| 544 | May 25, 2010: Email from Noel Webb to P. Baker re Spider Cues_LabDoc116 | Labrador | | |
| 545 | Reserved | Labrador | | |
| 546 | January 13, 2011: Email from Noel Webb to P. Baker re: Spider Cues new bath of cues_ LabDoc142 | Labrador | | |
| 547 | November 11, 2011: Email from Noel Webb to Nikki Roberts re: Spider Cues composer affiliation list required_ LabDoc161 | Labrador | | |
| 548 | Bates # 5114- Spider Cues List of Composers and PRO Affiliation dated  5-23-10 to Beatbox | Labrador | | |
| 549 | Reserved | Labrador | | |
| 550 | Reserved | Labrador | | |
| 551 | July 26, 2009: LabDoc68 Email from Labrador to Beatbox sending Spider Cues music batch 0509 | Labrador | | |
| 552 | July 27, 2009: LabDoc69 Email from Beatbox to Labrador saying that Beatbox is downloading Spider | Labrador | | |

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| | Cues music batch 0509 and will tell Labrador when done | | | |
| 553 | July 29, 2009: LabDoc71 Email from Labrador to Beatbox offering Spider Cues music batch 0509 again and Composer PRO Affiliation | Labrador | | |
| 554 | July 30, 2009: LabDoc72  Email from Beatbox to Labrador expressing disappointment over quality of Spider Cues music batch 0509 | Labrador | | |
| 555 | May 25, 2010: LabDoc116 from Labrador to Beatbox showing attached Spider Cues music batch 0310 and Composer Pro Affiliation | Labrador | | |
| 556 | June 18, 2010: LabDoc124 Email from Labrador to Beatbox sending link to Spider Cues music batch 0610 | Labrador | | |
| 557 | July 4, 2010: LabDoc126 Email from Beatbox to Labrador stating they downloaded Spider Cues music batch 0610 | Labrador | | |
| 558 | January 13, 2011: LabDocs 142 thru 143 Email from Labrador to Beatbox sending Spider Cues music batch 0111 and Composer PRO Affiliation | Labrador | | |
| 559 | January 30, 2011: LabDoc148 Email from Beatbox to Labrador acknowledging they will download Spider Cues music batch 0111 and Composer PRO Affiliation | Labrador | | |
| 560 | April 1, 2014 and April 2, 2014: LabDoc346 thru 347 Email from Labrador to Beatbox with link to new album covers which did not include a SoundALike album cover; Beatbox approves of album covers | Labrador | | |
| 561 | January 4, 2014: LabDoc294 thru 295 Email from Labrador to Beatbox sending link to Spider Cues music batch 1013, explaining that all audio has been remastering, new logo, that DESCRIPTIONS will be listed in VERSION and DESCRIPTION columns, and to USE NEW ALBUM COVERS ONLY | Labrador | | |
| 562 | January 14, 2014: LabDoc299 Email from Beatbox to Labrador stating they will download Spider Cues music batch 1013 and will follow instructions including album design review with no SoundALike album if no problems | Labrador | | |
| 563 | Excel file Bates 5115 of Spider Cues music batch 1013 | Labrador | | |
| 564 | Reserved | Labrador | | |
| 565 | May 19, 2014: LabDoc357-358 Email resending for third time 2014 Spider Cues New Repair, Remove, | Labrador | | |

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| | Replacement Library, album covers, new logo, Notes, repair file and excel file | | | |
| 566 | May 20, 2014: LabDoc363-364 Email from Labrador to Beatbox asking to communicate via Skype to resolve excel file confusion | Labrador | | |
| 567 | May 20, 2014: LabDoc 366 Email from Beatbox to Labrador stating they don't use skype and that they did not want to communicate about the excel confusion | Labrador | | |
| 568 | May 13, 2009: LabDoc47 Emails from Michelle Watts (Beatbox) to Barbara and Peter Baker (Beatbox), from Barbara Baker to Michelle Watts and Peter Baker, and email from Peter Baker to Barbara Baker and Michelle Watts regarding inhouse nervousness about legal issues for Eminem-esque and SoundALikes | Labrador | | |
| 569 | Reserved | Labrador | | |
| 570 | Reserved | Labrador | | |
| 571 | Bates 5099 excel file of Spider Cues music batch 1014 (1 of 2) album 130 | Labrador | | |
| 572 | Bates 5004 excel file of Spider Cues music batch 1014 (2 of 2) album 131 | Labrador | | |
| 573 | January 27, 2015: LabDoc628 Email from Beatbox to Labrador acknowledging receipt + approval of attached email from Labrador to Beatbox with first of 19 albums from Spider Cues music batch 1114; continued effort by Labrador to fix P. Baker metadata problem | Labrador | | |
| 574 | Excel file of Spider Cues music batch 1114 albums SQ132 to SQ150 | Labrador | | |
| 575 | May 2, 2015:  Spider Cues music batch 0415 of albums SQ151 to SQ159 sent to Beatbox | Labrador | | |
| 576 | Excel file of Spider Cues music batch 0415 Spider Cues SQ151 to SQ159 | Labrador | | |
| 577 | December 23, 2015: LabDoc675 Email from Labrador to Beatbox sending Spider Cues music batch 1509 with Composer PRO info | Labrador | | |
| 578 | Bates #5105 Excel file of Spider Cues music batch 1509 (albums 160 to 172) | Labrador | | |
| 579 | Excel file of Spider Cues music batch 1605_SQ173 to SQ186_2016-8-1 | Labrador | | |
| 580 | Deposition Transcript of Peter Moor and Bali Virk and respective exhibits, taken November 10, 2022 | Labrador | | |
| 581 | Deposition transcript of Barbara Baker and respective exhibits, taken December 4, 2019 | Labrador | | |
| 582 | Labrador Request for Production of Documents to | Labrador | | |

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| | Plaintiff | | | |
| 583 | Beatbox Response to Labrador's Request for Production of Documents, November 15, 2019 | Labrador | | |
| 584 | Beatbox Supplemental Response to Labrador's Request for Production of Documents, July 29, 2021 | Labrador | | |
| 585 | Reserved | Labrador | | |
| 586 | Declaration of Peter Baker dated August 2, 2021 and respective exhibits | Labrador | | |
| 587 | Affidavit of Peter Baker used in the claim by Eminem against National and respective exhibits | Labrador | | |
| 588 | Affidavit in Reply by Peter Baker in Support of Application by the Fifth Third Party to Set Aside the Fourth Party's Objection to Jurisdiction, dated August 21, 2015 | Labrador | | |
| 589 | Beatbox and Labrador Contract with Amendment LabDoc807- 812 | Labrador | | |
| 590 | Labrador's Request for Admission of Facts, Set Two | Labrador | | |
| 591 | Beatbox Response to Labrador's Request for Admission of Facts, Set Two, June 2, 2021 | Labrador | | |
| 592 | Labrador's Request for Admissions Genuine of Documents | Labrador | | |
| 593 | Beatbox Response to Labrador's Request for Admissions Genuine of Documents | Labrador | | |
| 594 | Reserved | Labrador | | |
| 595 | Exclusive License Agreement_LabDocs 1071 thru 1075 showing AMCOS-Beatbox signed contract | Labrador | | |
| 596 | Michael Cohen-Labrador contract dated February 14 2008_LabDocs 724 thru 733 | Labrador | | |
| 597 | August 20, 2014: LabDoc531 Email from Lewis Mackensie (Beatbox) to Peter Baker (Beatbox) and Barbara Baker (Beatbox) stating that if there is any legal action from usage Eminem-esque that it will fall on the shoulders of Labrador | Labrador | | |
| 598 | August 20, 2014: LabDoc536 Email from Barbara Baker (Beatbox) to Ashley Sewell stating that licensing to a political campaign is dangerous; and that they Beatbox had warned Labrador of the title Eminem-esque causing legal problems many times | Labrador | | |
| 599 | May 4, 2017 Labdoc 828-839 Brief of evidence of Peter Robert Moore | Labrador | | |
| 600 | October 16, 2017 Labdoc840 Declaration of Trevor Bietz | Labrador | | |
| 601 | May 1, 2017, Labdoc866-871, Witness Statement of Jonathan Northleigh Carter | Labrador | | |
| 602 | May 1, 2017, Labdoc 872-883, Court Testimony of Jonathan Carter | Labrador | | |

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| 603 | May 5, 2017 Labdoc 903-908, Brief Evidence of Glenn Jameson | Labrador | | |
| 604 | May 5, 2017, Labdoc 909-925, of Glenn Jameson | Labrador | | |
| 605 | May 1, 2017 Labdoc 926-948 Court Testimony of Jo De Joux | Labrador | | |
| 606 | May 3, 2017 Labdoc949-973 Brief of Evidence of Je De Joux | Labrador | | |
| 607 | Demonstrative showing Parties | Labrador | | |
| 608 | Definition of Music Cue | Labrador | | |
| 609 | Definition of a Music Library | Labrador | | |
| 610 | May 4, 2017 Labdoc 974-981 Brief of Evidence of Susan Worthington | Labrador | | |
| 611 | May 4, 2017 Labdoc 982-999 Court Testimony of Susan Worthington | Labrador | | |
| 612 | LabDoc2745 Spider Cues Subpublisher Relationships from 2013-2019 | Labrador | | |
| 613 | May 7, 2009: LabDoc33 email from Labrador to Beatbox with web link to 1st Spider Cues music batch and Composer PRO List | Labrador | | |
| 614 | May 11, 2009: LabDoc39 email from Labrador to Beatbox with 2nd group of Spider Cues music link, and responding to May 11 2009 approved download of previous web link 1st Spider Cues music batch and Composer PRO List | Labrador | | |
| 615 | May 11, 2009: LabDoc40 email from Labrador to Beatbox with web link to 1st Spider Cues music batch and Composer PRO List | Labrador | | |
| 616 | May 14, 2009: LabDoc41 email from Labrador to Beatbox with Beatbox acknowledged acceptance of music batch and Composer PRO List | Labrador | | |
| 617 | May 13, 2009: LabDoc42 email from Labrador to Beatbox stating to go to the same web link to 1st Spider Cues music batch and Composer PRO List | Labrador | | |
| 618 | July 2, 2010: LabDoc125 email from Labrador to BeatBox requesting response to the sending of Spider Cues music batch 0610 and getting no response | Labrador | | |
| 619 | April 6, 2012: LabDoc191 email from Labrador to Beatbox saying new Spider Cues music to be delivered next week | Labrador | | |
| 620 | April 8, 2012: LabDoc195 email from Beatbox to Labrador stating they "re "looking forward to new Spider Cues tricks" | Labrador | | |
| 621 | October 27, 2012: LabDoc226 email from Labrador to Beatbox sending web link to download Spider Cues music batch 0812; stating that albums will | Labrador | | |

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| | continue to be defined by Spider Cues; firmly requesting acknowledgment of downloading by Beatbox | | | |
| 622 | January 7, 2014: LabDoc296-297 email from Labrador to Beatbox stating that composers have given wrong Public Domain information and that the appropriate changes have been made on excel sheets; and to pay attention to the excel sheets | Labrador | | |
| 623 | Reserved | Labrador | | |
| 624 | Reserved | Labrador | | |
| 625 | June 7, 2014: LabDoc419 thru 420 email from Labrador to Beatbox re-confirming + sending again all 2014 Spider Cues New Repair, Remove, Replacement Library + notes + composer information | Labrador | | |
| 626 | Reserved | Labrador | | |
| 627 | Reserved | Labrador | | |
| 628 | July 24, 2012: LabDoc200 Email from CDM France to Labrador stating that the 2012 Spider Cues New Re-Design Library was instituted in August 2012 and it was very helpful and expected to be so from Labrador | Labrador | | |
| 629 | April 2, 2012: LabDoc171 thru 172 Email from Labrador to Music4Media Greece giving them 2012 Spider Cues New Re-Design Library | Labrador | | |
| 630 | March, 30 2012: LabDoc170 Email from Music4Media Greece to Labrador asking for excel spreadsheet to register Spider Cues library that they were told they would receive on April 2 2012 | Labrador | | |
| 631 | Lewis MacKenzie LinkedIN profile | Labrador | | |
| 632 | Reserved | Labrador | | |
| 633 | March 6 2014 LabDoc331-332 Email from Modoocom music S. Korea to Labrador stating excitement over 2014 Spider Cues New Repair, Remove, Replacement Library update | Labrador | | |
| 634 | Reserved | Labrador | | |
| 635 | Reserved | Labrador | | |
| 636 | July 30, 2014: Email from Music4Media to Labrador stating he already sent Labrador excel file to Greek Performance Rights Organization | Labrador | | |
| 637 | March 6, 2014: | Labrador | | |
| | LabDoc316-317 Email from Labrador to CDM music France giving them 2014 Spider Cues New Repair, Remove, Replacement Library | Labrador | | |
| 638 | Reserved | Labrador | | |
| 639 | Reserved | Labrador | | |

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| 640 | March 7, 2014: LabDoc336 Email from Apollo music Denmark stating they will have their IT team institute the 2014 Spider Cues New Repair, Remove, Replacement Library | Labrador | | |
| 641 | March 6, 2014: LabDoc 335 Email from Touch Music China to Labrador excited about attached email and 2014 Spider Cues New Repair, Remove, Replacement Library update from Labrador | Labrador | | |
| 642 | Reserved | Labrador | | |
| 643 | May 13, 2009: LabDoc43 Email from Michelle Watts to Barbara Baker stating that her Beatbox In-House Office will remove all SoundALike music and asks what her Beatbox In-House office should do with all cues title with "Esque" | Labrador | | |
| 644 | Demonstrative that depicts the territories that Beatbox serviced | Labrador | | |
| 645 | Demonstrative that depicts Worldwide and Beatbox's Practice of paying Labrador "Publisher-Performance" Money | Labrador | | |
| 646 | Demonstrative that depicts Worldwide and Beatbox's Practice of paying Labrador "Sync-License" Money | Labrador | | |
| 647 | April 8, 2009: Email from P. Baker to N. Webb re contract response contract response + P. Baker lists metadata requirements | Labrador | | |
| 648 | April 8, 2009: Email between Noel Webb and P. Baker re contract response 2; Noel Webb sends mp3 embedded with metadata requirements | Labrador | | |
| 649 | April 8, 2009: Email between P. Baker and Noel Webb re: contract response; P. Baker will bring external drive and system to ensure working | Labrador | | |
| 650 | May 7, 2009: Email between Noel Webb and P. Baker re first cues sent with composer PRO listings | Labrador | | |
| 651 | Reserved | Labrador | | |
| 652 | Reserved | Labrador | | |
| 653 | May 13, 2009: Email between Noel Webb and P. Baker _Noel directs Peter to delete or replace "ny "descrip"ion" column in excel 'oel's sent excel files  again asks Peter to re-title cues | Labrador | | |
| 654 | May 13, 2009: Email between Noel Webb and P. Baker re _Noel again send the PRO CAE/IP listings 24508 | Labrador | | |
| 655 | June 3, 2009: Email between Noel Webb and P. Baker re spider cues | Labrador | | |
| 656 | June 3, 2009: Email between Noel Webb and P. Baker re: metadata | Labrador | | |

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| 657 | June 3, 2009: Email between Noel Webb and P. Baker re: states satisfaction with metadata + COMMENTS ON USE OF SPID001 | Labrador | | |
| 658 | July 26, 2009: Email between Noel Webb and P. Baker re: Spider Cues new batch 72209-ALL IN CATEGORY FOLDERS | Labrador | | |
| 659 | July 29, 2009: Email between Noel Webb and P. Baker re: Noel sends excel file for new batch and new PRO info for composers 32889 | Labrador | | |
| 660 | July 30, 2009: Email between Noel Webb and P. Baker re: Spider Cues new batch 72209-P. Baker is disappointed + will not market or license | Labrador | | |
| 661 | Reserved | Labrador | | |
| 662 | Reserved | Labrador | | |
| 663 | May 25, 2010: Email between Noel Webb and P. Baker re:SQ0310 sent to BB with excel file attached + PRO needs 79046 and N. Webb asks for Beatbox excel file listing spider cues music | Labrador | | |
| 664 | Nov 14, 2010: Email between Nikki Roberts and Noel Webb re: Royalty Statements for Spider Cues causing N. Webb to be suspicious | Labrador, Beatbox | | |
| 665 | Jan 13, 2011: Email between Noel Webb and P. Baker re Spider Cues new batch of cues_SQ0111 sent with new Composer list | Labrador | | |
| 666 | November 4, 2004 Labdoc 715 AMCOS Opt Out Categories | Labrador | | |
| 667 | July 5, 2008 Labdoc 749-751 License Agreement between AMCOS and AMCOS NZ | Labrador | | |
| 668 | April 30, 2007 Labdoc 753-791 Management Agreement between AMCOS and AMCOS NZ | Labrador | | |
| 669 | April 30, 2007 Labdoc 792-806Management Agreement between AMCOS and AMCOS NZ | Labrador | | |
| 670 | Screenshot. SoundMiner columns available for metadata B 22d SoundMiner does not allow Composer or Publisher CAE/IP#s or other needed info to be embedded (second half of list) | Labrador | | |
| 671 | 29a Spider Cues List of Composer PRO Affiliations to Beatbox5-13-09 | Labrador | | |
| 672 | March 11, 2011: Email between Noel Webb and Nikki Robert re: Beatbox Royalty statements for Spider Cues  2nd half 2010-NWEBB ASKS FOR EXCEL FILE OF CUES BOOKED | Labrador | | |
| 673 | Beatbox_Lab contract 2009_April_different territories for Spider Cues | Labrador | | |
| 674 | 2012 ALBUM CODE changes to 2009 Peter Baker Spider Cues library design | Labrador | | |

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| 675 | March 20, 2009: Labdoc5 Email from Peter Baker to SpiderCues re company registration | Labrador | | |
| 676 | November 29, 2011, Labdoc 160 Email from Niki Roberts to Noel Webb re Royalty statements for 1st Half 2011 from Beatbox | Labrador | | |
| 677 | April 3, 2012 Labdoc184 Email from Noel Webb to Peter Baker re meeting at noon re album format | Labrador | | |
| 678 | Reserved | Labrador | | |
| 679 | May 21, 2014 Labdoc 383 Email from Noel Webb to Peter Baker re Spider Cues Metadata | Labrador | | |
| 680 | June 3, 2014 Labdoc408-412  Email between Glenn Jameson and Nigel re file sent via We Transfer | Labrador | | |
| 681 | April, 2009: Contract between Beatbox and Labrador Entertainment INC | Labrador | | |
| 682 | Agreement between BB and Amcos (Beatbox 000528-535) | Labrador | | |
| 683 | Reserved | Labrador | | |
| 684 | Email from P. Baker to Noel Webb re new batch of cues, January 31, 2011 (Beatbox 000369) | Labrador | | |
| 685 | Email between Noel Webb and P. Baker re New Albums for your approval, June 25, 2012 (Beatbox 000370) | Labrador | | |
| 686 | Notes for subpublishers, April 21, 2014 (Beatbox 000380-381) | Labrador | | |
| 687 | Email between P. Baker and Noel Webb re Spider Cues, June 3, 2009 (Beatbox 000387-00388) | Labrador | | |
| 688 | Emails between Noel Webb and P. Baker re pasted graphic, April 3, 2012 (Beatbox 000432-000433) | Labrador | | |
| 689 | May 20, 2014, Labdoc377, Email from Susie Rayward to Noel Webb re new organized Spider Cues | Labrador | | |
| 690 | Email from Noel Webb to P. Baker re new work, March 6, 2014 (Beatbox 000363) | Labrador | | |
| 691 | Royalty Statement Period Ending 12/31/2012 (Beatbox 000362) | Labrador | | |
| 692 | Royalty Statement Period Ending 12/31/2014 | Labrador | | |
| 693 | Royalty Statement Period Ending 6/30/2015 | Labrador | | |
| 694 | Royalty Statement, Period ending 6/30/2017 | Labrador | | |
| 695 | Royalty Statement Period Ending 12/31/2017 | Labrador | | |
| 696 | Royalty Summary, Quarterly period for 1/01/2017-03/31/2017 (Beatbox 001769 | Labrador | | |
| 697 | Royalty Statement Period Ending 6/30/2018 | Labrador | | |
| 698 | Royalty Statement Period Ending 12/31/2018 | Labrador | | |
| 699 | Amcos EFT Remittance Advice (Beatbox 000332-Beatbox 000345) | Labrador | | |
| 700 | March 22, 2009 LabDoc6 Email from Peter Baker to | Labrador | | |

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| | Noel Webb RE Spider Case | | | |
| 701 | LabDoc7-9 Email to Peter Baker with Attachment Re Spider Cues | Labrador | | |
| 702 | March 25, 2009 LabDoc11 Email from Noel Webb to Peter Baker RE Spider Cues | Labrador | | |
| 703 | Reserved | Labrador | | |
| 704 | March 30, 2009 LabDoc16 Email from Noel Webb to Peter Baker Re Contract Response | Labrador | | |
| 705 | April 5, 2009 LabDoc18 Email from Peter Baker to Noel Webb Re Contract Response | Labrador | | |
| 706 | April 7, 2009 LabDoc21 Email from Noel Webb to Peter Baker Re Contract Response | Labrador | | |
| 707 | October 1, 2020 LabDoc2176 Corporate Resolution | Labrador | | |
| 708 | December 31, 2020 LabDoc2177-2178 Corporate Resolution and Promissory Note | Labrador | | |
| 709 | May 1, 2009 LabDoc29 Email from Peter Baker to Noel Webb Re Spider Cues_Noel Webb | Labrador | | |
| 710 | May 5, 2009 LabDoc32 Email from Noel Webb to Peter Baker Re Spider Cues | Labrador | | |
| 711 | May 6, 2009 LabDoc 35 Email from Peter Baker to Noel Webb Re Spider Cues | Labrador | | |
| 712 | May 13, 2009 LabDoc 45 Email from Noel Webb to Peter Baker Re Spider Cues | Labrador | | |
| 713 | June 2, 2009 LabDoc50 Email from Noel Webb to Peter Baker Re Spider Cues | Labrador | | |
| 714 | June 3, 2009 LabDoc56 Email from Barbara Baker to SpiderCues Re Music Launch_Copy Peter Baker Bates No. LAB00001441 | Labrador | | |
| 715 | June 3, 2009 LabDoc58 Email from Noel Webb to Peter Baker Re Spider Cues | Labrador | | |
| 716 | Reserved | Labrador | | |
| 717 | July 30, 2009 LabDoc73 Email from Noel Webb to Peter Baker Re Spider Cues new batch 7-22-09 | Labrador | | |
| 718 | September 21, 2009 LabDoc78 Email from Nikki Roberts to SpiderCues Re Publishing Company Query re Spider Cues library | Labrador | | |
| 719 | September 22, 2009 LabDoc79 Email from Noel Webb to Nikki Roberts Re Publishing Company Query re Spider Cues library | Labrador | | |
| 720 | September 23, 2009 LabDoc80 Email from Noel Webb to Nikki Roberts Re Publishing Company Query re Spider Cues library | Labrador | | |
| 721 | December 8, 2009 LabDoc92 Email from Noel Webb to Peter Baker Re Lunch 20th | Labrador | | |
| 722 | Labrador Attorney Fees from US Litigation | Labrador | | |
| 723 | Labrador Attorney Fees from NZ Litigation | Labrador | | |

FOURTH AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| 724 | LabDoc3702 Royalties Statement Semester 01-2017 | Labrador | | |
| 725 | June 17, 2010 LabDoc122-123 Email from Noel Webb to Beatbox Music (Peter) Re Spider Cues SQ610 | Labrador | | |
| 726 | October 13, 2010 LabDoc137 Email from Peter Baker to Nikki Roberts Re FW Spider Cues | Labrador | | |
| 727 | November 9, 2010 LabDoc140 Email from Noel Webb to Nikki Roberts Re Royalty Statements for Spider Cues | Labrador | | |
| 728 | Reserved | Labrador | | |
| 729 | January 19, 2011 LabDoc146 Email from Noel Webb to Peter Baker Re Noel_Spider Cues | Labrador | | |
| 730 | January 21, 2011 LabDoc147 Email from Noel Webb to Peter Baker Re Spider Cues | Labrador | | |
| 731 | March 6, 2011 LabDoc149-150 Email from Nikki Roberts to Noel Webb Re Beatbox Royalty statements for Spider Cues - 2nd half 2010 | Labrador | | |
| 732 | September 13, 2011 LabDoc155-156 Email fro Nikki Roberts to SpiderCues Re Royalty statements for 1st Half 2011 from Beatbox Music | Labrador | | |
| 733 | February 3, 2012 LabDoc162 Email from Noel Webb to Beatbox Music (Peter) Re Spider Cues | Labrador | | |
| 734 | March 8, 2012 Labdoc167-0168 Email from Nikki Roberts to SpiderCues Re Royalty statements for 2nd Half 2011 from Beatbox Music | Labrador | | |
| 735 | April 2, 2012 LabDoc173-0175 Email from Noel Webb to Oded Fried-Gaon Re Spider Cues | Labrador | | |
| 736 | April 3, 2012 Labdoc176-177 Email from Noel Webb to CDM (Pat) Re Spider Cues album | Labrador | | |
| 737 | April 3, 2012 LabDoc178-179 Email from Noel Webb to Apollo Music Re Spider Cues | Labrador | | |
| 738 | April 3, 2012 LabDoc182 Email from Noel Webb to Modoocom Re Spider Cues albums | Labrador | | |
| 739 | Reserved | Labrador | | |
| 740 | Reserved | Labrador | | |
| 741 | September 5, 2012 LabDoc213-214 Email from Nikki Roberts to SpiderCues Re Royalty Statements for 1st Half 2012 from Beatbox Music | Labrador | | |
| 742 | October 2, 2012 LabDoc220 Email from Peter Baker to Noel Webb Re Noel Webb_Spider Cues | Labrador | | |
| 743 | Reserved | Labrador | | |
| 744 | March 7, 2013 LabDoc227-228 Email from Nikki Roberts to SpiderCues Re Royalty Statements for 2nd Half 2012 from Beatbox Music | Labrador | | |
| 745 | March 26, 2013 LabDoc229 Email from Peter Baker to Noel Webb Re NAB_Noel Webb | Labrador | | |

FOURTH AMENDED JOINT EXHIBIT LIST

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| 746 | March 29, 2012 LabDoc231-234 Email from Peter Baker to Noel Webb Re NAB  Noel Webb | Labrador | | |
| 747 | April 8, 2012 LabDoc235-236 Email from Peter Baker to Noel Webb Re NAB  Noel Webb | Labrador | | |
| 748 | May 6, 2012 LabDoc243 Email from Peter Baker to Noel Webb Re composer change  Spider Cues | Labrador | | |
| 749 | July 30, 2013 LabDoc252 Email from Omnis Network to SpiderCues Re Omnis Network Support Ticket #3393695 | Labrador | | |
| 750 | August 14, 2013 LabDoc253-254 Email from Nikki Roberts to SpiderCues Re Royalty Statements for 1H 2013 | Labrador | | |
| 751 | September 3, 2013 LabDoc255 Email from Omnis Network to SpiderCues Re Auto-response from Omnis Network | Labrador | | |
| 752 | Reserved | Labrador | | |
| 753 | Reserved | Labrador | | |
| 754 | November 26, 2013 LabDoc260 Email from Noel Webb to Peter Baker Re Spider Cues album covers | Labrador | | |
| 755 | Reserved | Labrador | | |
| 756 | Reserved | Labrador | | |
| 757 | November 27, 2012 LabDoc282-283 Email from Peter Baker to Noel Webb Re Spider Cues album covers | Labrador | | |
| 758 | January 7, 2014 LabDoc298 Email from Mike Duer to Noel Webb Re New Spider Cues music_SQ1013 | Labrador | | |
| 759 | January 30, 2014 LabDoc301 Email from Noel Webb to Peter Baker Re Spider Cues_Beat Box titles | Labrador | | |
| 760 | January 30, 2014 LabDoc303 Email from Noel Webb to Peter Baker Re Spider Cues_Beat Box titles | Labrador | | |
| 761 | February 16, 2013 LabDoc309 Email from Nikki Roberts to SpiderCues Re Royalty Statements for 2H 2013 from Beatbox Music | Labrador | | |
| 762 | LabDoc310 Receipt with Attachments | Labrador | | |
| 763 | February 22, 2014 LabDoc311 Email from Noel Webb to Peter Baker Re PRO collection for us | Labrador | | |
| 764 | February 23, 2014 LabDoc314 Email from Peter Baker to Noel Webb Re PRO collection for us | Labrador | | |
| 765 | March 6, 2014 LabDoc318-319 Email from Noel Webb to Claus Andersen Re upgrades for Spider Cues | Labrador | | |
| 766 | March 8, 2014 LabDoc334 Email from Noel Webb to Peter Baker Re Spider Cues new work | Labrador | | |
| 767 | March 8, 2014 LabDoc337 Email from Peter Baker | Labrador | | |

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| | to Noel Webb Re Spider Cues new work | | | |
| 768 | April 17, 2014 Labdoc0350, Email from Noel Webb to P. Baker re shock files master excel file_all albums | Labrador | | |
| 769 | May 3, 2014 LabDoc353 Email from Noel Webb to Peter Baker Re Spider Cues new work | Labrador | | |
| 770 | May 15, 2014 LabDoc355 Email from Noel Webb to Peter Baker Re Spider Cues_Shock Files_Noel Webb | Labrador | | |
| 771 | May 18, 2014 LabDoc356 Email from Susie Rayward to SpiderCues Re FW NEW RE-ORGANIZED SPIDER CUES with Attachment | Labrador | | |
| 772 | May 20, 2014 LabDoc367-369 Email from Noel Webb to Susie Rayward Re NEW RE-ORGANIZED SPIDER CUES | Labrador | | |
| 773 | May 20, 2014 LabDoc370-371 Email from Susie Rayward to Noel Webb Re NEW RE-ORGANIZED SPIDER CUES | Labrador | | |
| 774 | May 21, 2014 LabDoc374-375 Email from Noel Webb to Peter Baker Re Spider Cues metadata | Labrador | | |
| 775 | May 22, 2014 LabDoc385 Email from Peter Baker to Noel Webb Re Sample for your metadata needs_Shock Files album | Labrador | | |
| 776 | May 22, 2014 LabDoc389 Email from Noel Webb to Peter Baker Re Spider Cues metadata with Attachment | Labrador | | |
| 777 | May 26, 2014 LabDoc393 Email from Peter Baker to Noel Webb Re Spider Cues metadata | Labrador | | |
| 778 | May 27, 2014 LabDoc395-408 Email from Jo Dajoux to Sue Re Music Clearance | Labrador | | |
| 779 | June 2, 2014 LabDoc410 Email from Peter Baker to Noel Webb Re Shock Files first | Labrador | | |
| 780 | Various emails from June and July 2014 (Labdoc0412-476) | Labrador | | |
| 781 | July 10, 2014 LabDoc478-481 Email from Sale Street to Sue Worthington Re Bulk buy discount for production music Bates No | Labrador | | |
| 782 | July 24, 2014 LabDoc483_484 Email from Peter Baker to Noel Webb Re US shows syndicated in your territory | Labrador | | |
| 783 | August 5, 2014 LabDoc487-550 Email from Sale Street to Sue Worthington Re Music - we are ready to buy Copies Peter Moore Bates No. 00000409 | Labrador | | |
| 784 | August 26, 2014 LabDoc553-567 Email from Peter Baker to SpiderCues Re CD CODE SPID039_TRACK 25_M COHEN - NOTICE OF | Labrador | | |

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| | ALLEGED UNAUTHORISED USE AND INFRINGEMENT OF LOSE YOURSELF | | | |
| 785 | September 2, 2014 LabDoc572-575 Email from Peter to Jo Dejoux Re Eminem-esque track Bates No. LAB00000515 | Labrador | | |
| 786 | September 17, 2014 LabDoc578 Email from Mackenzie Lewis to Beatbox Music Re Album Removal Notice | Labrador | | |
| 787 | September 17, 2014 LabDoc582-583 Email from Peter Moore to Jo DeJoux Re Album Removal Notice - National Party | Labrador | | |
| 788 | September 29, 2014 LabDoc603 Email from Trevor Bietz to Noel Webb Re BeatBox Meeting 3_28_14 Bate No. LAB00001710 | Labrador | | |
| 789 | October 24, 2014 LabDoc607-608 Email from Noel Webb to Peter Baker Re Fwd Spider Cues | Labrador | | |
| 790 | November 13, 2014 LabDoc615 Email from Noel Webb to Peter Baker Re Spider Cue with Attachments | Labrador | | |
| 791 | March 1, 2015 LabDoc643-644 Email from Nikki Roberts to SpiderCues Re Royalty Statements for 2H 2014 from Beatbox Music with Attachments | Labrador | | |
| 792 | April 28, 2016 LabDoc686-687 Email from Peter Baker to Noel Webb Re Spider Cues_Shock Files statements with Attachments | Labrador | | |
| 793 | October 4, 2016 LabDoc695-696 Email from Peter Baker to Noel Webb Re Spider Cues_Shock Files statements 1H 2016 with Attachment | Labrador | | |
| 794 | LabDoc721-723 Amcos Controlled Production Music Client Code of Conduct | Labrador | | |
| 795 | June 30, 2017_April 30, 2007 LabDoc734-752 Limited Corporate Governance Statement Licensing Agreement | Labrador | | |
| 796 | July 9, 2015 LabDoc1050-1058 Declaration of Peter Baker | Labrador | | |
| 797 | July 25, 2008 LabDoc1059-1062 License Agreement | Labrador | | |
| 798 | July 25, 2008 LabDoc1064-1068 Management Agreement | Labrador | | |
| 799 | LabDoc1118-1120 Publisher Account Spider Cues Music Library Screenshot | Labrador | | |
| 800 | August 21, 2015 LabDoc1125-1134 Affidavit of Peter Baker | Labrador | | |
| 801 | September 7, 2011 LabDoc1139-1141 Letter from Peter Baker to Noel Webb Re Royalty Statements for Spider Cues | Labrador | | |

| Exhibit No. | Title/Description | Proposed By | Date Identified | Date Admitted |
|---|---|---|---|---|
| 802 | June 26, 2014 LabDoc 1275 Amcos Tax Invoice | Labrador | | |
| 803 | June 26, 2014 LabDoc 1276-1278 Amcos Tax Invoice | Labrador | | |
| 804 | LabDoc2001-2010 Assignment of Contract | Labrador | | |
| 805 | March 19, 2018 LabDoc2901-2901 Email from Owen Gareth to Noel Webb re Spider Cues in UK through UK | Labrador | | |
| 806 | LabDoc3002 Royalties Statement Semester 01-2017 Spider Cues Music | Labrador | | |
| 807 | August 18, 2017 LabDoc3005 Email from Noel Webb to Peter Baker re new albums from Spider Cues | Labrador | | |
| 808 | August 18, 2017 LabDoc3013 Email from Noel Webb to Peter Baker re new albums from Spider Cues | Labrador | | |
| 809 | LabDoc3014-3015 Screenshot of SpiderCue Source Audio | Labrador | | |
| 810 | March 19, 2018 LabDoc2901-2901 Email from Owen Gareth to Noel Webb re Spider Cues in UK through UK | Labrador | | |
| 811 | LabDoc3002 Royalties Statement Semester 01-2017 Spider Cues Music | Labrador | | |
| 812 | August 18, 2017 LabDoc3005 Email from Noel Webb to Peter Baker re new albums from Spider Cues | Labrador | | |
| 813 | August 18, 2017 LabDoc3013 Email from Noel Webb to Peter Baker re new albums from Spider Cues | Labrador | | |
| 814 | LabDoc3014-3015 Screenshot of SpiderCue Source Audio | Labrador | | |
| 815 | Reserved | Labrador | | |
| 816 | Reserved | Labrador | | |
| 817 | Reserved | Labrador | | |
| 818 | Reserved | Labrador | | |
| 819 | Reserved | Labrador | | |
| 820 | Reserved | Labrador | | |

DATED: April 18, 2023

Respectfully submitted,

**BEATBOX MUSIC PTY, LTD**

*/s/ Heather L. Blaise*

HEATHER L. BLAISE, ESQ. (SBN 261619)

*Attorney for Plaintiff*