## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-6108 MWF(JPRx) | Date | April 19, 2023 |
| Title: | Beatbox Music, Pty, Ltd. v. Labrador Entertainment, Inc., et al. | | |

Present: The Honorable   Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Heather L. Blaise / Thomas J. Nitschke | Douglas J. Rosner/Daniel L. Jacobson/Margaret A. Sedy |

Day Court Trial _____ 1st _____ Day Jury Trial _____

One day trial: _____ Begun (1ˢᵗ day); __X__ Held & Continued; _____ Completed by jury verdict/submitted to court.

✓ The Jury is impaneled and sworn.

✓ Opening statements made by _____

_____ Witnesses called, sworn and testified.        _____ Exhibits Identified        _____ Exhibits admitted.

_____ Plaintiff(s) rest.        _____ Defendant(s) rest.

_____ Closing arguments made by        _____ plaintiff(s).        _____ defendant(s).        _____ Court instructs jury.

_____ Bailiff(s) sworn.        _____ Jury retires to deliberate.        _____ Jury resumes deliberations.

_____ Jury Verdict in favor of        _____ plaintiff(s)        _____ defendant(s) is read and filed.

_____ Jury polled.        _____ Polling waived.

_____ Filed Witness & Exhibit Lists        _____ Filed jury notes.        _____ Filed jury instructions.

_____ Judgment by Court for        _____ plaintiff(s)        _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by        _____ plaintiff(s)        _____ defendant(s).

_____ Case submitted.        _____ Briefs to be filed by

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to        4/20/2023 at 8:15 a.m.        for further trial/further jury deliberation.

_____ Other:

| | 5 | : | 45 |
|---|---|---|---|
| | Initials of Deputy Clerk | | rs |

cc: