UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 17-6108-MWF(JPRx)**                              Dated: **April 18, 2023**

Title:     Beatbox Music Pty, Ltd. -v- Labrador Entertainment, Inc., etc., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

| Heather L. Blaise | Douglas J. Rosner |
|---|---|
| Thomas J. Nitschke | Daniel L. Jacobson |

**PROCEEDINGS:**       **ZOOM - FURTHER STATUS CONFERENCE**

Case called, and counsel make their appearances. The Zoom Further Status Conference is held.

The Court and counsel further discuss housekeeping issues as to trial. The Jury Trial remains set for Wednesday, April 19, 2023 at 8:30 a.m.

IT IS SO ORDERED.

Initials of Deputy Clerk   Rs

-1-                                                                                                   :50 min