# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 17-6108 MWF(JPRx) |
| Title: | Beatbox Music, Pty, Ltd. v. Labrador Entertainment, Inc., et al. |
| Date | April 27, 2023 |

**Present: The Honorable** Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Heather L. Blaise / Thomas J. Nitschke | Douglas J. Rosner / Daniel L. Jacobson |

___ Day Court Trial  7th Day Jury Trial

___ One day trial:  ___ Begun (1st day);  ___ Held & Continued;  **X** Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.  ___ Exhibits Identified  ___ Exhibits admitted.
___ Plaintiff(s) rest.  ___ Defendant(s) rest.
___ Closing arguments made by  ___ plaintiff(s)  ___ defendant(s).  ___ Court instructs jury.
___ Bailiff(s) sworn.  ___ Jury retires to deliberate.  ✓ Jury resumes deliberations.
✓ Jury Verdict in favor of  ✓ plaintiff(s)  ___ defendant(s) is read and filed.
✓ Jury polled.  ✓ Polling waived.
✓ Filed Witness & Exhibit Lists  ✓ Filed jury notes.  ___ Filed jury instructions.
___ Judgment by Court for  ___ plaintiff(s)  ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by  ___ plaintiff(s)  ___ defendant(s).
___ Case submitted.  ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted.  ___ denied.  ___ submitted.
___ Motion for mistrial by _____ is ___ granted.  ___ denied.  ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted.  ___ denied.  ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
✓ Other: As stated on the record, the parties are order to confer regarding the next phase of trial.

0 : 50

Initials of Deputy Clerk    rs

cc: