# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
APR 27 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Date: April 27, 2023          Time: 9:53 am

Case Name: *Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al.*

Case Number: CV 17-6108-MWF(JPRx)

### JURY NOTE NO. 1

[✓] The Jury has reached a unanimous verdict.

[ ] The Jury requests the following:

_____

_____

_____

_____

_____

_____

_____

4/27/23                       [signature redacted]
Date                          Signature of Foreperson of the Jury