FILED
CLERK, U.S. DISTRICT COURT

APR 27 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> LABRADOR ENTERTAINMENT, INC. D/B/A SPIDER CUES MUSIC LIBRARY, a California corporation; NOEL PALMER WEBB, an individual; MICHAEL COHEN, an individual; LABRADOR ENTERTAINMENT, LLC; MCPC HOLDINGS, LLC; WEBB FAMILY TRUST and DOES 1-20, inclusive, <br><br> Defendants. | CASE NO: 2:17-cv-6108 MWF (JPRx) <br> *Assigned to the Hon. Michael W. Fitzgerald* <br><br> **VERDICT FORM** |

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

## BEATBOX BREACH OF CONTRACT CLAIMS

**QUESTION NO. 1:**

Did Beatbox prove that Labrador is liable for breach of contract?

(Jury Instruction No. 16)

YES __X__   NO _____

*If you answered YES, please answer Question No. 2.*
*If you answered NO, please answer Question No. 3.*

**QUESTION NO. 2:**

Did Labrador prove that it is entitled to the affirmative defense of waiver?

(Jury Instruction No. 17)

YES _____   NO __X__

*Regardless of your answer, please answer Question No. 3.*

**QUESTION NO. 3:**

Did Beatbox prove that Michael Cohen is liable for breach of contract? (Jury Instruction No. 18).

YES __X__   NO _____

*If you answered NO to Question No. 2 and/or YES to Question No. 3, please answer Question No. 4.*
*Otherwise, please answer Question No. 7*

**QUESTION NO. 4:**

What amount of actual damages did Plaintiff Beatbox prove based on Labrador and/or Michael Cohen's breach of contract?

$ __770,963.66 USD__

*Please answer Question No. 5.*

**QUESTION NO. 5:**

Did Labrador prove that Beatbox failed to use reasonable efforts to mitigate its damages? (Jury Instruction No. 29).

YES _____   NO __X__

*If you answered YES, please answer Question No. 6.*
*If you answered NO, please answer Question No. 7.*

-3-

**QUESTION NO. 6:**

By what amount did Labrador prove the damages would have been mitigated had Beatbox used reasonable efforts to mitigate its damages?

$ _____

What are the total damages you award Beatbox on its breach of contract claims? (Subtract the amount of damages Labrador proved would have been mitigated from the amount of actual damages Beatbox proved it incurred)

$ _____

*Please answer Question No. 7.*

# LABRADOR BREACH OF CONTRACT AND BREACH OF FIDUCIARY DUTY COUNTERCLAIMS

**QUESTION NO. 7:**

Did Labrador prove that Beatbox is liable for breach of contract?

(Jury Instruction No. 19)

YES_____   NO__X__

*If you answered YES, please answer Question No. 8.*
*If you answered NO, please answer Question No. 9.*

**QUESTION NO. 8:**

Did Beatbox prove that it is entitled to the affirmative defense of waiver?

(Jury Instruction No. 20)

YES_____   NO_____

*Regardless of your answer, please answer Question No. 9.*

**QUESTION NO. 9:**

Did Labrador prove that Beatbox is liable for breach of fiduciary duty?

(Jury Instruction No. 21)

YES_____  NO__X__

*If you answered NO to Question No. 8 and/or YES to Question No. 9, please answer Question No. 10.*

*Otherwise, please sign and return this form.*

**QUESTION NO. 10:**

What amount of damages did Labrador prove based on Beatbox's breach of contract and/or Beatbox's breach of fiduciary duty?

$_____

*Please answer Question No. 11.*

**QUESTION NO. 11:**

Did Beatbox prove that Labrador failed to use reasonable efforts to mitigate its damages?  (Jury Instruction No. 29).

YES_____  NO_____

*If you answered YES, please answer Question No. 12.*
*If you answered NO, please sign and return this form.*

-6-

**QUESTION NO. 12:**

By what amount did Beatbox prove the damages would have been mitigated had Labrador used reasonable efforts to mitigate its damages?

$_____

What are the total damages you award Labrador on its breach of contract and/or breach of fiduciary duty counterclaims:
(Subtract the amount of damages Beatbox proved would have been mitigated from the amount of actual damages Labrador proved it incurred)

$_____

Please sign and return this special verdict form.

Dated: 4/27/23        Signed: ███████████████████
                                     Foreperson