NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT

APR 2 6 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beatbox Music, Pty, Ltd.<br><br>PLAINTIFF(S)<br><br>v.<br><br>Labrador Entertainment, Inc., et al.<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>CV 17-6108 MWF(JPRx)<br><br>**RECEIPT OR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the
joint _____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the
following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

April 26, 2023
_____
Date

Heather Blaise and Thomas Nitschke
Counsel for: ☑Plaintiff ☐Defendant ☐ _____

_____
Signature

312-448-6602
Telephone Number

April 24, 2023
_____
Date

Douglas Rosner and Daniel Jacobson
Counsel for: ☐Plaintiff ☑Defendant ☑ Michael Cohen & Noel Webb

_____
Signature

818-501-8400
Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

April 26, 2023
_____
Date

Clerk, U.S. District Court

By _____
Deputy Clerk

G-38 (02/16)     RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING