UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

NEOPOST 04/03/2023
US POSTAGE $001.50
ZIP 90012
041M11461109

Case: 2:17cv6108   Doc: 370

Thomas S. Key
Blaise and Nitschke PC
145 South Wells Street   Suite 1800
Chicago, IL 60606

FILED
CLERK, U.S. DISTRICT COURT
MAY 3 2023
CENTRAL DISTRICT OF CALIFORNIA
BY smm   DEPUTY

-R-T-S-   606063066-1N      04/21/23

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 2 - 2023
CENTRAL DISTRICT OF CALIFORNIA
BY   DEPUTY

Case: 2:17cv6108   Doc: 370

Thomas S. Key
Blaise and Nitschke PC
145 South Wells Street   Suite 1800
Chicago, IL 60606