1  Daniel Jacobson, State Bar # 134978
   JACOBSON & ASSOCIATES
2  1352 Irvine Boulevard, Suite 205
3  Tustin, California 92871
   (714) 505-4872
4
   Attorneys for the Defendant/Crossclaimant
5

6

7             U.S. District Court for the
              Central District of California
8

| 9  BEATBOX MUSIC PTY, LTD., Plaintiff | Case #: 2:17-cv-06108-MWF-JPR |
|---|---|
| 10  v. | **Notice of Unavailability** |
| 11  LABRADOR ENTERTAINMENT, INC., et al. | |
| 12  Defendant | |
| 13  _____ | TRIAL DATE:  *Not Yet Set* |
| 14  AND ALL RELATED CROSSCLAIMS | |

15

16

17

18

19

20

21

22

23         ///

24         ///

25         ///

26

27

28

- 1 -
**Notice of Unavailability**

1     PLEASE TAKE NOTICE that Dan Jacobson, sole counsel on the instant case, will be unavailable to participate in or respond to any discovery, ex parte applications, motions, or other formal or informal proceedings related to the above-captioned matter as follows:

    Mr. Jacobson is a member of the California Board of Accountancy, which licenses and polices all of the CPAs and CPA firms in California. For the period of May 15, 2023 through May 18, 2023, Mr. Jacobson will be preparing for, and attending the next Board of Accountancy Meeting.

DATED: May 11, 2023

                        **JACOBSON & ASSOCIATES**

                        By: _____

                            Daniel Jacobson
                            Attorney for the Defendant/Crossclaimant
                            Michael Cohen

# PROOF OF SERVICE

I am employed in the County of Orange, State of California, which is in the Central District of California. I am over the age of 18 and not a party to the within action; my business address is 1352 Irvine Blvd., Suite 205, Tustin, CA 92780.

On 5/11/2023 I served the documents described as: **Notice of Unavailability**, on those listed below, at the below email addresses:

DOUGLAS J. ROSNER (SBN 094466)
doug@drosnerlaw.com
2625 Townsgate Road, Suite 330
Westlake Village, CA 91302
*Attorney for Labrador Entertainment, Inc. d/b/a Spider Cues Music Library; Labrador Entertainment, LLC; Noel Palmer Webb; and Webb Family Trust*

J. CURTIS EDMONDSON (SBN 236105)
jcedmondson@edmolaw.com
Law Offices of J. Curtis Edmondson, PLLC
2660 SE 39th Loop, Suite D
Hillsboro, OR 97123
*Attorney for Labrador Entertainment, Inc. d/b/a Spider Cues Music Library; Labrador Entertainment, LLC; Noel Palmer Webb; and Webb Family Trust*

HEATHER BLAISE (SBN 261619)
hblaise@blaisenitschkelaw.com
Blaise & Nitschke, P.C.
123 Wacker Drive, Suite 250
Chicago, IL 60606
*Attorney for Beatbox Music Pty, Ltd.*

Said email was sent from axa@jacobsonlawyers.com on 10/21/22.

I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on 05/11/23 at Tustin, CA

By: _____
Steven Deeble

- 3 -
Notice of Unavailability