BLAISE & NITSCHKE, P.C.
HEATHER L. BLAISE, ESQ. (SBN 261619)
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Telephone: 312-448-6602
Email: hblaise@blaisenitschkelaw.com

Attorneys for Plaintiff,
BEATBOX MUSIC PTY, LTD.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>LABRADOR ENTERTAINMENT, INC. D/B/A SPIDER CUES MUSIC LIBRARY, a California corporation; NOEL PALMER WEBB, an individual; MICHAEL COHEN, an individual; LABRADOR ENTERTAINMENT, LLC; MCPC HOLDINGS, LLC; WEBB FAMILY TRUST and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-6108 MWF (JPRx)<br>*Assigned to the Hon. Michael W. Fitzgerald*<br><br>**DECLARATION OF HEATHER L. BLAISE IN SUPPORT OF PLAINTIFF BEATBOX MUSIC PTY, LTD.'S MOTION FOR ENTRY OF JUDGMENT WITH PREJUDGMENT INTEREST**<br><br>**Hearing Date:** **July 3, 2023**<br>**Time:** **10:00 a.m. PDT**<br>**Location:** **Courtroom 5A** |
| AND ALL RELATED ACTIONS | Jury Verdict Date: April 27, 2023<br>Trial Date: April 19, 2023<br>FAC: January 24, 2020<br>Cross-Claim Filed: November 21, 2017<br>Action Filed: August 17, 2017 |

I, Heather L. Blaise, declare:

1.      I am an attorney at law duly admitted to practice before all courts of the State of California and the U.S. District Court for the Central District of California, as well as all the courts of the State of Illinois and the U.S. District Court for the Northern District of Illinois.

- 1 -

DECLARATION OF HEATHER L. BLAISE

2.      I submit this Declaration in support of Plaintiff Beatbox Music Pty, Ltd.'s ("Plaintiff" and/or "Beatbox") Motion for Entry of Judgment with Prejudgment Interest (hereinafter the "Motion").

3.      The facts stated herein are based upon my personal knowledge, or, where stated, upon information and belief.  If called upon to testify thereto, I could and would competently do so.

4.      True and correct copies of the email correspondence threads with defense counsel between April 29, 2023 and May 25, 2023 in relation to agreeing on a mediator pursuant to the Court's order, and the meet and confer in contemplation of Plaintiff's Motion are attached hereto as **Exhibit A**, **Exhibit B**, **Exhibit C**, and **Exhibit D**.

5.      A true and correct copy of the excerpt of rough transcript from April 20, 2023 is attached hereto as **Exhibit E**.

6.      A true and correct copy of the excerpt of rough transcript from April 27, 2023 is attached hereto as **Exhibit F**.

7.      A true and correct copy of a spreadsheet of interest calculations of Plaintiff's damages is attached hereto as **Exhibit G**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 1, 2023, in Skokie, Illinois.

_/s/ Heather L. Blaise_