

Heather Blaise <hblaise@blaisenitschkelaw.com>

## Beatbox v. Labrador, et al

**Douglas Rosner** <Doug@drosnerlaw.com>  Wed, May 3, 2023 at 2:35 PM
To: Office EMail <hblaise@blaisenitschkelaw.com>
Cc: "dlj@jacobsonlawyers.com" <dlj@jacobsonlawyers.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Jessica Lesko <jessical@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, "msanderson@blaisenitschkelaw.com" <msanderson@blaisenitschkelaw.com>

Heather, it appears that you do not intend to meet and confer. We will prepare our documents in accordance with your failure to meet and confer.

This is the end of our email exchange.

Again you are trying to run up the legal bills. I am not going to participate.

You do not dictate my availability.

I have told you when I am available. Proceed as you wish. Thank you. Doug

---

**From:** Office EMail <hblaise@blaisenitschkelaw.com>
**Date:** Wednesday, May 3, 2023 at 12:24 PM
**To:** Douglas Rosner <Doug@drosnerlaw.com>
**Cc:** dlj@jacobsonlawyers.com <dlj@jacobsonlawyers.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Jessica Lesko <jessical@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, msanderson@blaisenitschkelaw.com <msanderson@blaisenitschkelaw.com>
**Subject:** Re: Beatbox v. Labrador, et al

I have asked you both to provide someone from the panel if you do not agree with Ms. Title. Neither of you have provided anyone for my consideration.

I need to meet & confer before the end of this week. I am not waiting until next Friday. Provide dates and times for this week. You continue to prejudice my client.

Sincerely,



**Heather L. Blaise**
**Partner | Blaise & Nitschke, P.C.**
*Licensed in Illinois and California*



EXHIBIT A

> hblaise@blaisenitschkelaw.com
>
> (O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940
>
> 145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

On May 3, 2023, at 2:11 PM, Douglas Rosner <Doug@drosnerlaw.com> wrote:

Dear Heather, I was clear that I needed 2 weeks to review this matter. Further, that it was my intention and desire to go to mediation. Having said that we can meet and confer May 12, 2023. I am available from 12 to 3 PM. PST. Thank you, Doug

---

**From:** Office EMail <hblaise@blaisenitschkelaw.com>
**Date:** Tuesday, May 2, 2023 at 1:04 PM
**To:** dlj@jacobsonlawyers.com <dlj@jacobsonlawyers.com>
**Cc:** Douglas Rosner <Doug@drosnerlaw.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Jessica Lesko <jessical@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, msanderson@blaisenitschkelaw.com <msanderson@blaisenitschkelaw.com>
**Subject:** Re: Beatbox v. Labrador, et al

Dan and Doug:

Propose someone from the panel pursuant to my request.  Please let me know your availability to meet and confer regarding my intent to file a motion for the entry of judgment following jury trial sometime before the end of this week. I do not agree to wait two (2) weeks to proceed.

Sincerely,



**Heather L. Blaise**
**Partner | Blaise & Nitschke, P.C.**
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

On May 2, 2023, at 2:56 PM, dlj@jacobsonlawyers.com wrote:

Dear Heather & Doug,

My Clients agree to mediation. We do not *necessarily* agree to the mediator that Heather suggested. At least in Southern California, the time-honored and successful method of selecting a mediator or arbitrator is for each part to write down the names of three or five mediators, then the parties exchange their respective lists at a particular time. Each party can nix one or two of the names on the other parties' lists, depending on whether each list has three or five names.

   I did this recently. We were looking for an arbitrator in a two-party case. Each side's list of five names contained  <u>two</u> names that were also on the other side's list. In order to keep this sort of result as a strong possibility, the pool of mediators must remain confined. In my previous case we chose from JAMS arbitrators available in Orange County. In this case, I suggest that the pool be the Central Districts list, located at List of Panel Mediators | Central District of California | United States District Court (uscourts.gov).

   We also need two weeks from  04/29/23 to review this matter; and, we also request that during that time there be no party-imposed deadlines and many emails.

   Thank you.

Dan

---

**From:** Heather Blaise <hblaise@blaisenitschkelaw.com>
**Sent:** Saturday, April 29, 2023 11:07 AM
**To:** Douglas Rosner <Doug@drosnerlaw.com>
**Cc:** Dan Jacobson <dlj@jacobsonlawyers.com>; Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>; Jessica Lesko <jessical@blaisenitschkelaw.com>; John Mattheessen <jmattheessen@blaisenitschkelaw.com>; msanderson@blaisenitschkelaw.com
**Subject:** Re: Beatbox v. Labrador, et al

Thank you for your response.  My requests in my email remain unchanged. We do not agree to wait two weeks.



**Heather L. Blaise** (she/her)
Partner | Blaise & Nitschke, P.C.
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

> On Sat, Apr 29, 2023 at 12:19 PM Douglas Rosner <Doug@drosnerlaw.com> wrote:
>
>> Heather. Thank you for your email. Yes we do want to attend mediation. We will need two weeks to review this matter and will get back to you. Please do not barrage Labrador with deadlines and many emails. We will not waste clients money on this. We need to take a calm and thoughtful approach so we can maximize the opportunity to resolve to conclusion without further litigation this matter. Thank you. Doug
>>
>> Sent from my iPhone
>>
>>> On Apr 29, 2023, at 10:04 AM, Heather Blaise <hblaise@blaisenitschkelaw.com> wrote:
>>>
>>> Dear Dan and Doug:
>>>
>>> My client would agree to participate in a settlement conference with Ms. Gail Migdal Title. She is one of the members of the ADR panel which Judge Fitzgerald mentioned. Under General Order 11-10, §3.8, the Panel Mediator volunteers their preparation time and the first three hours of the session. Thereafter, if the parties choose to continue the mediation, the Mediator may charge their market rate.
>>>
>>> https://www.adrservices.com/neutrals/title-gail-migdal/
>>>
>>> She is very qualified in these kind of matters and is pragmatic. We feel that she will be the best fit to craft an expeditious resolution without the need for the parties to continue expending attorneys' fees.
>>>
>>> Please let me know if you agree and then my office will reach out to ADR for scheduling. If I do not hear from both of you by 5:00 p.m. PDT on Tuesday, May 2, 2023, I will assume that you and your clients are not interested in an ADR panel mediation.
>>>
>>> Sincerely,

**Heather L. Blaise** (she/her)
Partner | Blaise & Nitschke, P.C.
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.