

Heather Blaise <hblaise@blaisenitschkelaw.com>

## Meet & Confer

**Office EMail** <hblaise@blaisenitschkelaw.com>  Thu, May 11, 2023 at 10:32 AM
To: Douglas Rosner <Doug@drosnerlaw.com>, Dan Jacobson <dlj@jacobsonlawyers.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Jessica Lesko <jessical@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, msanderson@blaisenitschkelaw.com

Dan and Doug:

In addition to the below, Plaintiff will also be seeking pre and post judgment interest.

Sincerely,



**Heather L. Blaise**
**Partner | Blaise & Nitschke, P.C.**
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

> On May 5, 2023, at 10:21 AM, Heather Blaise <hblaise@blaisenitschkelaw.com> wrote:
>
> Dear Mr. Rosner and Mr. Jacobson:
>
> I have made numerous requests to meet & confer with you both regarding the selection of a panel mediator and regarding post-trial motions. Both of you have refused to provide any dates and times of availability for this week and have insisted that your only availability is more than two (2) weeks after the verdict was entered in this matter.
>
> I am available to meet & confer with you today regarding the following motions that I intend to file: 1) Motion for Entry of Judgment under FRCP 58; 2) Motion for Taxation of Costs under FRCP 54; and 3) Motion for Attorneys' Fees under FRCP 54. If you continue to refuse to meet & confer, please respond to this email to confirm whether or not you intend to object to the motions mentioned above.
>
> Sincerely,
>
> 
>
> **Heather L. Blaise** (she/her)
> Partner | Blaise & Nitschke, P.C.
> *Licensed in Illinois and California*
>
> hblaise@blaisenitschkelaw.com

**EXHIBIT B**

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship*.

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.



Heather Blaise <hblaise@blaisenitschkelaw.com>

## Meet & Confer

**Douglas Rosner** <Doug@drosnerlaw.com>   Tue, May 16, 2023 at 8:02 PM
To: Heather Blaise <hblaise@blaisenitschkelaw.com>
Cc: "dlj@jacobsonlawyers.com" <dlj@jacobsonlawyers.com>, "tjnitschke@blaisenitschkelaw.com" <tjnitschke@blaisenitschkelaw.com>, Jessica Lesko <jessical@blaisenitschkelaw.com>

Out of office until Monday May 22.

Sent from my iPhone

> On May 16, 2023, at 5:25 PM, Heather Blaise <hblaise@blaisenitschkelaw.com> wrote:
>
> Dear Dan:
>
> I have reached out to Mr. Ben-Zvi to request his availability for a half day. Given your reference to him as "Dan" should I take that to mean that you have personal familiarity with him? Do you know Mr. Ben-Zvi personally, Doug?
>
> I will let you know when I hear back regarding availability whether or not Plaintiff would agree.
>
> Sincerely,
>
> 
>
> **Heather L. Blaise** (she/her)
> Partner | Blaise & Nitschke, P.C.
> *Licensed in Illinois and California*
>
> hblaise@blaisenitschkelaw.com
>
> (O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940
>
> 145 S. Wells Street, Suite 1800, Chicago, IL 60606
>
> *This email does not create an attorney-client relationship.*
>
> **PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.
>
>> On Tue, May 16, 2023 at 10:34 AM <dlj@jacobsonlawyers.com> wrote:
>>
>>> Dear All,
>>>
>>> Please allow this addendum. As you'll recall, I had told everyone prior to our phone call (1:00 p.m. on 05/12/23) that at with the time chosen by Beatbox's counsel, I would be only be able stay on the line for 15 minutes, as I had a Zoom hearing at 1:30 p.m.

So, I rung off at about 1:15 p.m. Still, I don't think that anything changed as to this: Labrador, et al. and Michael Cohen/MCPC want to mediate; and both agree upon Dan Ben-Zvi as the mediator.

Thank you.

Dan

---

**From:** Heather Blaise <hblaise@blaisenitschkelaw.com>
**Sent:** Monday, May 15, 2023 12:12 PM
**To:** dlj@jacobsonlawyers.com; Douglas Rosner <doug@drosnerlaw.com>
**Cc:** tjnitschke@blaisenitschkelaw.com; Jessica Lesko <jessical@blaisenitschkelaw.com>
**Subject:** Re: FW: Meet & Confer

Counsel:

Please accept this correspondence as confirmation of our meet and confer telephone conference Friday afternoon regarding the selection of a mediator and the following Motions Beatbox intends to bring, all of which were delineated in my emails of May 5th and 11th: Motion for Judgment on the Verdict; Motion for Costs; Motion for Attorneys Fees; Motion for Prejudgment Interest; and Motion for Post-Judgment Interest.

Based upon our conversation, we understand that you are both opposed to all of the Motions listed above.  Doug you asked for authority for the Motion for Judgment and despite the fact that the authority under which Beatbox was bringing all the Motions was set forth in my email, both attorney Nitschke and I reiterated the authority under which Beatbox was bringing the Motions.  In response you insisted we tell you where the authority for a mandatory entry of judgment was found. To which we responded several times that no one used the word "mandatory."

As stated in my previous email and again during our meet and confer last Friday, Beatbox will bring all of the listed Motions over both of your objections.

As promised, we will investigate the mediator the two of you apparently agree on.

Sincerely,



**Heather L. Blaise** (she/her)
**Partner | Blaise & Nitschke, P.C.**
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

On Fri, May 12, 2023 at 2:02 PM <dlj@jacobsonlawyers.com> wrote:

> Dear All,
>
> I think that I'm out-voted as to submitting these to each other simultaneously, at a specific time. So, I recommend:
>
> 1. James Earle, Mediator Profile | Central District of California | United States District Court (uscourts.gov)
>
> 2. Judge Patricia Yim Cowett (ret.), Mediator Profile | Central District of California | United States District Court (uscourts.gov)
>
> and
>
> 3. Marc Alexander, Mediator Profile | Central District of California | United States District Court (uscourts.gov)
>
> Dan
>
> ---
>
> **From:** Douglas Rosner <Doug@drosnerlaw.com>
> **Sent:** Friday, May 12, 2023 9:43 AM
> **To:** hblaise@blaisenitschkelaw.com
> **Cc:** Dan Jacobson <dlj@jacobsonlawyers.com>; Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>; Jessica Lesko <jessical@blaisenitschkelaw.com>; John Mattheessen <jmattheessen@blaisenitschkelaw.com>; msanderson@blaisenitschkelaw.com
> **Subject:** Re: Meet & Confer
>
> Please find herein included Labrador's proposed mediators.

Law Offices of Douglas Joseph Rosner
2625 Townsgate Road
Suite 330
Westlake Village, California 91361

(818) 501 8400

On May 5, 2023, at 10:21 AM, Heather Blaise <hblaise@blaisenitschkelaw.com> wrote:

Dear Mr. Rosner and Mr. Jacobson:

I have made numerous requests to meet & confer with you both regarding the selection of a panel mediator and regarding post-trial motions. Both of you have refused to provide any dates and times of availability for this week and have insisted that your only availability is more than two (2) weeks after the verdict was entered in this matter.

I am available to meet & confer with you today regarding the following motions that I intend to file: 1) Motion for Entry of Judgment under FRCP 58; 2) Motion for Taxation of Costs under FRCP 54; and 3) Motion for Attorneys' Fees under FRCP 54. If you continue to refuse to meet & confer, please respond to this email to confirm whether or not you intend to object to the motions mentioned above.

Sincerely,



**Heather L. Blaise** (she/her)
Partner | Blaise & Nitschke, P.C.
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.



Heather Blaise <hblaise@blaisenitschkelaw.com>

## Meet & Confer

**dlj@jacobsonlawyers.com** <dlj@jacobsonlawyers.com>  Tue, May 16, 2023 at 10:12 PM
To: Heather Blaise <hblaise@blaisenitschkelaw.com>
Cc: Douglas Rosner <doug@drosnerlaw.com>, tjnitschke@blaisenitschkelaw.com, Jessica Lesko <jessical@blaisenitschkelaw.com>

Dear Heather,

I don't know Dan Ben-Zvi.

Dan

---

**From:** Heather Blaise <hblaise@blaisenitschkelaw.com>
**Sent:** Tuesday, May 16, 2023 5:25 PM
**To:** dlj@jacobsonlawyers.com
**Cc:** Douglas Rosner <doug@drosnerlaw.com>; tjnitschke@blaisenitschkelaw.com; Jessica Lesko <jessical@blaisenitschkelaw.com>
**Subject:** Re: FW: Meet & Confer

Dear Dan:

I have reached out to Mr. Ben-Zvi to request his availability for a half day. Given your reference to him as "Dan" should I take that to mean that you have personal familiarity with him? Do you know Mr. Ben-Zvi personally, Doug?

I will let you know when I hear back regarding availability whether or not Plaintiff would agree.

Sincerely,



**Heather L. Blaise** (she/her)
Partner | Blaise & Nitschke, P.C.
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

On Tue, May 16, 2023 at 10:34 AM <dlj@jacobsonlawyers.com> wrote:

> Dear All,
>
> Please allow this addendum. As you'll recall, I had told everyone prior to our phone call (1:00 p.m. on 05/12/23) that at with the time chosen by Beatbox's counsel, I would be only be able stay on the line for 15 minutes, as I had a Zoom hearing at 1:30 p.m.
>
> So, I rung off at about 1:15 p.m. Still, I don't think that anything changed as to this: Labrador, et al. and Michael Cohen/MCPC want to mediate; and both agree upon Dan Ben-Zvi as the mediator.
>
> Thank you.
>
> Dan
>
> ---
>
> **From:** Heather Blaise <hblaise@blaisenitschkelaw.com>
> **Sent:** Monday, May 15, 2023 12:12 PM
> **To:** dlj@jacobsonlawyers.com; Douglas Rosner <doug@drosnerlaw.com>
> **Cc:** tjnitschke@blaisenitschkelaw.com; Jessica Lesko <jessical@blaisenitschkelaw.com>
> **Subject:** Re: FW: Meet & Confer
>
> Counsel:
>
> Please accept this correspondence as confirmation of our meet and confer telephone conference Friday afternoon regarding the selection of a mediator and the following Motions Beatbox intends to bring, all of which were

delineated in my emails of May 5th and 11th: Motion for Judgment on the Verdict; Motion for Costs; Motion for Attorneys Fees; Motion for Prejudgment Interest; and Motion for Post-Judgment Interest.

Based upon our conversation, we understand that you are both opposed to all of the Motions listed above. Doug you asked for authority for the Motion for Judgment and despite the fact that the authority under which Beatbox was bringing all the Motions was set forth in my email, both attorney Nitschke and I reiterated the authority under which Beatbox was bringing the Motions. In response you insisted we tell you where the authority for a mandatory entry of judgment was found. To which we responded several times that no one used the word "mandatory."

As stated in my previous email and again during our meet and confer last Friday, Beatbox will bring all of the listed Motions over both of your objections.

As promised, we will investigate the mediator the two of you apparently agree on.

Sincerely,



**Heather L. Blaise** (she/her)
Partner | Blaise & Nitschke, P.C.
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

On Fri, May 12, 2023 at 2:02 PM <dlj@jacobsonlawyers.com> wrote:

> Dear All,
>
> I think that I'm out-voted as to submitting these to each other simultaneously, at a specific time. So, I recommend:

1. James Earle, Mediator Profile | Central District of California | United States District Court (uscourts.gov)

2. Judge Patricia Yim Cowett (ret.), Mediator Profile | Central District of California | United States District Court (uscourts.gov)

and

3. Marc Alexander, Mediator Profile | Central District of California | United States District Court (uscourts.gov)

Dan

---

**From:** Douglas Rosner <Doug@drosnerlaw.com>
**Sent:** Friday, May 12, 2023 9:43 AM
**To:** hblaise@blaisenitschkelaw.com
**Cc:** Dan Jacobson <dlj@jacobsonlawyers.com>; Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>; Jessica Lesko <jessical@blaisenitschkelaw.com>; John Mattheessen <jmattheessen@blaisenitschkelaw.com>; msanderson@blaisenitschkelaw.com
**Subject:** Re: Meet & Confer

Please find herein included Labrador's proposed mediators.

Law Offices of Douglas Joseph Rosner
2625 Townsgate Road
Suite 330
Westlake Village, California 91361

(818) 501 8400

On May 5, 2023, at 10:21 AM, Heather Blaise <hblaise@blaisenitschkelaw.com> wrote:

Dear Mr. Rosner and Mr. Jacobson:

I have made numerous requests to meet & confer with you both regarding the selection of a panel mediator and regarding post-trial motions. Both of you have refused to provide any dates and times of availability for this week and have insisted that your only availability is more than two (2) weeks after the verdict was entered in this matter.

I am available to meet & confer with you today regarding the following motions that I intend to file: 1) Motion for Entry of Judgment under FRCP 58; 2) Motion for Taxation of Costs under FRCP 54; and 3) Motion for Attorneys' Fees under FRCP 54. If you continue to refuse to meet & confer, please respond to this email to confirm whether or not you intend to object to the motions mentioned above.

Sincerely,



**Heather L. Blaise** (she/her)
Partner | Blaise & Nitschke, P.C.
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.