

Heather Blaise <hblaise@blaisenitschkelaw.com>

## Beatbox v. Labrador et al. Meet and Confer
6 messages

**Jessica Lesko** <jessical@blaisenitschkelaw.com>  Wed, May 10, 2023 at 6:10 PM
To: Dan Jacobson <dlj@jacobsonlawyers.com>, Douglas Rosner <Doug@drosnerlaw.com>
Cc: Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise <hblaise@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>

Counsel,

I've sent a calendar invite for a conference call with our office for Friday, May 12, 2023 at 1:00 pm PST.

For the call, please dial in to (720) 843-2049. The access code is 821-990#.

Kind regards,



**Jessica Lesko** (she/her)
Paralegal | Blaise & Nitschke, P.C.
*Not a Licensed Attorney*

jessical@blaisenitschkelaw.com

(O) 312-448-6602 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

---

**dlj@jacobsonlawyers.com** <dlj@jacobsonlawyers.com>  Wed, May 10, 2023 at 9:51 PM
To: Jessica Lesko <jessical@blaisenitschkelaw.com>, Douglas Rosner <Doug@drosnerlaw.com>
Cc: Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Heather Blaise <hblaise@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>

Dear All,

  I just sent a "no" response. I have a 05/12/23 hearing at your proposed time. But, upon re-checking I can make a 5 minutes of the call, as the times are a little different. (The proposed call time is 1:00 p.m.; the hearing time is 1:30 p.m.

  Neither the below, the calendar invitation of anything else says what the call concerns. But, if it concerns selecting the mediator that Heather has chosen or has anything to do with that, please recall my 05/02/23 emailed correspondence:

**EXHIBIT C**

Dear Heather & Doug,

    My Clients agree to mediation. We do not *necessarily* agree to the mediator that Heather suggested. At least in Southern California, the time-honored and successful method of selecting a mediator or arbitrator is for each part to write down the names of three or five mediators, then the parties exchange their respective lists at a particular time. Each party can nix one or two of the names on the other parties' lists, depending on whether each list has three or five names.

    I did this recently. We were looking for an arbitrator in a two-party case. Each side's list of five names contained <u>two</u> names that were also on the other side's list. In order to keep this sort of result as a strong possibility, the pool of mediators must remain confined. In my previous case we chose from JAMS arbitrators available in Orange County. In this case, I suggest that the pool be the Central Districts list, located at [List of Panel Mediators | Central District of California | United States District Court (uscourts.gov)](#).

    We also need two weeks from 04/29/23 to review this matter; and, we also request that during that time there be no party-imposed deadlines and many emails.

    Thank you.

Dan

    Thank you.

Dan

[Quoted text hidden]

---

**Office EMail** <hblaise@blaisenitschkelaw.com>      Thu, May 11, 2023 at 9:56 AM
To: dlj@jacobsonlawyers.com
Cc: Jessica Lesko <jessical@blaisenitschkelaw.com>, Douglas Rosner <Doug@drosnerlaw.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, Michael Sanderson

<msanderson@blaisenitschkelaw.com>

Dan:

I already asked for you to propose people from the panel to which you will agree.

I also sent an email that this M&C is about post trial motions and asked if you would object. You did not respond.

Will talk to you tomorrow as indicated.



**Heather L. Blaise**
**Partner | Blaise & Nitschke, P.C.**
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

> On May 10, 2023, at 7:51 PM, dlj@jacobsonlawyers.com wrote:
>
> [Quoted text hidden]

---

**dlj@jacobsonlawyers.com** <dlj@jacobsonlawyers.com>   Thu, May 11, 2023 at 2:12 PM
To: Office EMail <hblaise@blaisenitschkelaw.com>
Cc: Jessica Lesko <jessical@blaisenitschkelaw.com>, Douglas Rosner <Doug@drosnerlaw.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>

Thank you.


I again plan to do what is traditional in Southern California. Each party picks three or five names, and at an exact particular time exchanges his/its list with the other two parties. We may have a match.


Dan

[Quoted text hidden]

**Office EMail** <hblaise@blaisenitschkelaw.com>  Thu, May 11, 2023 at 2:37 PM
To: dlj@jacobsonlawyers.com
Cc: Jessica Lesko <jessical@blaisenitschkelaw.com>, Douglas Rosner <Doug@drosnerlaw.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>

Your refusal to provide anyone to whom you would agree from the panel is noted.



**Heather L. Blaise**
**Partner | Blaise & Nitschke, P.C.**
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

On May 11, 2023, at 12:12 PM, dlj@jacobsonlawyers.com wrote:

[Quoted text hidden]

---

**dlj@jacobsonlawyers.com** <dlj@jacobsonlawyers.com>  Thu, May 11, 2023 at 4:09 PM
To: Office EMail <hblaise@blaisenitschkelaw.com>
Cc: Jessica Lesko <jessical@blaisenitschkelaw.com>, Douglas Rosner <Doug@drosnerlaw.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, Michael Sanderson <msanderson@blaisenitschkelaw.com>

Dear All,

In my portion of the below email string I inadvertently wrote "a5;" that should read "15."

Thank you.

Dan

**From:** Office EMail <hblaise@blaisenitschkelaw.com>
**Sent:** Thursday, May 11, 2023 7:57 AM
**To:** dlj@jacobsonlawyers.com

[Quoted text hidden]

[Quoted text hidden]