**BLAISE&NITSCHKE**

Heather Blaise <hblaise@blaisenitschkelaw.com>

## Daniel Ben-Zvi, Esq. USDC Pro Bono Panel

**Heather Blaise** <hblaise@blaisenitschkelaw.com>                                    Tue, May 16, 2023 at 8:07 PM
To: Douglas Rosner <Doug@drosnerlaw.com>
Cc: Dan Jacobson <dlj@jacobsonlawyers.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Jessica Lesko
<jessical@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>

Doug:

You clearly sent an out of office from your iPhone and are continuing with your pattern of delay to my client's detriment.
We will be moving forward with the motions I discussed with you and Dan last week.

Sincerely,



**Heather L. Blaise** (she/her)
Partner | Blaise & Nitschke, P.C.
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be
subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also
subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution
or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately
by replying to the sender and delete this copy from your system. Thank you for your cooperation.

On Tue, May 16, 2023 at 8:03 PM Douglas Rosner <Doug@drosnerlaw.com> wrote:

Out of office until May 22.
Sent from my iPhone

On May 16, 2023, at 5:44 PM, Heather Blaise <hblaise@blaisenitschkelaw.com> wrote:

Dear Doug and Dan:

See below.   Mr. Ben-Zvi is not an option.  Please select another mediator you both agree upon.

**Heather L. Blaise** (she/her)
Partner | Blaise & Nitschke, P.C.
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**EXHIBIT D**

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

---------- Forwarded message ---------
From: **Chelsea Mangel Case Management Team** <chelseateam@adrservices.com>
Date: Tue, May 16, 2023 at 7:39 PM
Subject: Daniel Ben-Zvi, Esq. USDC Pro Bono Panel
To: hblaise@blaisenitschkelaw.com <hblaise@blaisenitschkelaw.com>

Hi Heather,

Unfortunately, Mr. Ben-Zvi has advised us that he cannot accept this case through the USDC pro bono panel program as he is booked up on pro bono matters at this time.

If you need to select another mediator who can serve on a pro bono basis, please contact Jennifer Cummings (Jennifer_Cummings@cacd.uscourts.gov) for assistance.

We apologize for any inconvenience.

Sincerely,

*Morgan*

**Morgan Foster**, Case Manager

_____

morgan@adrservices.com | O: 310.201.0010 | M: 951.878.9427

1900 Avenue of the Stars, Suite 200, Los Angeles, California 90067

**Click here to earn complimentary MCLE self study credits**

Sign up to manage your cases ***anytime, anywhere*** with AMS »

<image001.jpg>                                      <image002.png>

                                                    <image003.png>

<image004.png>

<image005.png>

Seven Offices Statewide: Century City | Los Angeles | Orange County | San Diego | San Francisco | Oakland | San Jose

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.



Heather Blaise <hblaise@blaisenitschkelaw.com>

## Daniel Ben-Zvi, Esq. USDC Pro Bono Panel

**Heather Blaise** <hblaise@blaisenitschkelaw.com>                                     Tue, May 23, 2023 at 12:18 PM
To: Douglas Rosner <Doug@drosnerlaw.com>
Cc: Dan Jacobson <dlj@jacobsonlawyers.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Jessica Lesko
<jessical@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>,
"axa@jacobsonlawyers.com" <axa@jacobsonlawyers.com>

Dan:

Please let me know if there is anyone from Doug's list with whom you agree?



**Heather L. Blaise** (she/her)
Partner | Blaise & Nitschke, P.C.
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be
subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also
subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution
or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately
by replying to the sender and delete this copy from your system. Thank you for your cooperation.

On Mon, May 22, 2023 at 12:27 PM Douglas Rosner <Doug@drosnerlaw.com> wrote:
> Do each of you agree to any of the following?
>
> 1. Leonard Gumport;
> 2. Robin Itkin;
> 3. Barry Glaser; and
> 4. David Weinsteain.
>
>
>
> On May 18, 2023, at 8:34 AM, Heather Blaise <hblaise@blaisenitschkelaw.com> wrote:
>
> Dan:
>
> You and Doug only agreed on one mediator.  Send me anyone else to whom you both agree.  This is an
> obvious delay tactic.



**Heather L. Blaise** (she/her)
Partner | Blaise & Nitschke, P.C.
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

This email does not create an attorney-client relationship.

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

On Thu, May 18, 2023 at 1:00 AM <dlj@jacobsonlawyers.com> wrote:

Dear Heather,

Or, you select one of the six that Doug and I have proposed. Then, it at a minimum 2 to 1, and I think that we've got our mediator.

Or . . . go with my original Southern California tradition -- Each party picks three or five names, and at an exact particular time exchanges his/its list with the other two parties. We may have a match. The last two time that I did this, we had a match. In fact, the second time we had two matches. Heather, I don't think that Doug and I picking someone would give you confidence in that person, unless you were part of the selection process.

Thank you.

Dan

*Jacobson & Associates*

*Contracts*   ***   *Insurance*   ***   *Construction*   ***

*Employment*   ***   *Business*

---

**From:** Heather Blaise <hblaise@blaisenitschkelaw.com>
**Sent:** Tuesday, May 16, 2023 5:44 PM
**To:** Douglas Rosner <Doug@drosnerlaw.com>; Dan Jacobson <dlj@jacobsonlawyers.com>; Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>; Jessica Lesko <jessical@blaisenitschkelaw.com>; John

Mattheessen <jmattheessen@blaisenitschkelaw.com>
**Subject:** Fwd: Daniel Ben-Zvi, Esq. USDC Pro Bono Panel

Dear Doug and Dan:

See below.   Mr. Ben-Zvi is not an option.  Please select another mediator you both agree upon.



**Heather L. Blaise** (she/her)
Partner | Blaise & Nitschke, P.C.
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

---------- Forwarded message ---------
From: **Chelsea Mangel Case Management Team** <chelseateam@adrservices.com>
Date: Tue, May 16, 2023 at 7:39 PM
Subject: Daniel Ben-Zvi, Esq. USDC Pro Bono Panel
To: hblaise@blaisenitschkelaw.com <hblaise@blaisenitschkelaw.com>

Hi Heather,

Unfortunately, Mr. Ben-Zvi has advised us that he cannot accept this case through the USDC pro bono panel program as he is booked up on pro bono matters at this time.

If you need to select another mediator who can serve on a pro bono basis, please contact Jennifer Cummings (Jennifer_Cummings@cacd.uscourts.gov) for assistance.

We apologize for any inconvenience.

Sincerely,

*Morgan*

**Morgan Foster**, Case Manager

_____

morgan@adrservices.com | O: 310.201.0010 | M: 951.878.9427

1900 Avenue of the Stars, Suite 200, Los Angeles, California 90067

**Click here to earn complimentary MCLE self study credits**

Sign up to manage your cases *anytime, anywhere* with AMS »

<image001.jpg>

<image002.png>

<image003.png>

<image004.png>

<image005.png>

Seven Offices Statewide: Century City | Los Angeles | Orange County | San Diego | San Francisco | Oakland | San Jose

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

 BLAISE+NITSCHKE

Heather Blaise <hblaise@blaisenitschkelaw.com>

## Daniel Ben-Zvi, Esq. USDC Pro Bono Panel

**dlj@jacobsonlawyers.com** <dlj@jacobsonlawyers.com>                                        Thu, May 25, 2023 at 3:49 AM
To: Office EMail <hblaise@blaisenitschkelaw.com>
Cc: Douglas Rosner <Doug@drosnerlaw.com>, Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>, Jessica Lesko
<jessical@blaisenitschkelaw.com>, John Mattheessen <jmattheessen@blaisenitschkelaw.com>, axa@jacobsonlawyers.com

Dear Heather,

No.

Dan

---

**From:** Office EMail <hblaise@blaisenitschkelaw.com>
**Sent:** Tuesday, May 23, 2023 5:16 PM
**To:** dlj@jacobsonlawyers.com
**Cc:** Douglas Rosner <Doug@drosnerlaw.com>; Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>; Jessica Lesko
<jessical@blaisenitschkelaw.com>; John Mattheessen <jmattheessen@blaisenitschkelaw.com>;
axa@jacobsonlawyers.com
**Subject:** Re: Daniel Ben-Zvi, Esq. USDC Pro Bono Panel

Dan:

Does that mean that you will not agree to any of the panelists that Doug proposed?

Sincerely,



**Heather L. Blaise**
**Partner | Blaise & Nitschke, P.C.**
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

On May 23, 2023, at 6:53 PM, dlj@jacobsonlawyers.com wrote:

Dear All,

Let's please move-on by simply accepting Judge Fitzgerald's offer to ask Judge Rosenbluth to mediate. She's dealt with the case; and, she's a disinterested and honest judge.

Thank you.

Dan

---

**From:** Douglas Rosner <Doug@drosnerlaw.com>
**Sent:** Monday, May 22, 2023 10:28 AM
**To:** hblaise@blaisenitschkelaw.com
**Cc:** Dan Jacobson <dlj@jacobsonlawyers.com>; Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>; Jessica Lesko <jessical@blaisenitschkelaw.com>; John Mattheessen <jmattheessen@blaisenitschkelaw.com>; axa@jacobsonlawyers.com
**Subject:** Re: Daniel Ben-Zvi, Esq. USDC Pro Bono Panel

Do each of you agree to any of the following?

1. Leonard Gumport;

2. Robin Itkin;

3. Barry Glaser; and

4. David Weinstein.

On May 18, 2023, at 8:34 AM, Heather Blaise <hblaise@blaisenitschkelaw.com> wrote:

Dan:

You and Doug only agreed on one mediator.  Send me anyone else to whom you both agree.  This is an obvious delay tactic.



**Heather L. Blaise** (she/her)
Partner | Blaise & Nitschke, P.C.
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

On Thu, May 18, 2023 at 1:00 AM <dlj@jacobsonlawyers.com> wrote:

Dear Heather,


Or, you select one of the six that Doug and I have proposed. Then, it at a minimum 2 to 1, and I think that we've got our mediator.

Or . . . go with my original Southern California tradition -- Each party picks three or five names, and at an exact particular time exchanges his/its list with the other two parties. We may have a match. The last two time that I did this, we had a match. In fact, the second time we had two matches. Heather, I don't think that Doug and I picking someone would give you confidence in that person, unless you were part of the selection process.

Thank you.

Dan

*Jacobson & Associates*

*Contracts*   ***   *Insurance*   ***   *Construction*   ***

*Employment*   ***   *Business*

**From:** Heather Blaise <hblaise@blaisenitschkelaw.com>
**Sent:** Tuesday, May 16, 2023 5:44 PM
**To:** Douglas Rosner <Doug@drosnerlaw.com>; Dan Jacobson <dlj@jacobsonlawyers.com>; Thomas Nitschke <tjnitschke@blaisenitschkelaw.com>; Jessica Lesko <jessical@blaisenitschkelaw.com>; John Mattheessen <jmattheessen@blaisenitschkelaw.com>
**Subject:** Fwd: Daniel Ben-Zvi, Esq. USDC Pro Bono Panel

Dear Doug and Dan:

See below.   Mr. Ben-Zvi is not an option.   Please select another mediator you both agree upon.



**Heather L. Blaise** (she/her)
Partner | Blaise & Nitschke, P.C.
*Licensed in Illinois and California*

hblaise@blaisenitschkelaw.com

(O) 312-448-6602 | (C) 323-637-3815 | (F) 312-803-1940

145 S. Wells Street, Suite 1800, Chicago, IL 60606

*This email does not create an attorney-client relationship.*

**PRIVILEGED AND PROTECTED COMMUNICATION** This e-mail and any attachments are confidential and may be subject to the Attorney-Client Privilege and, as documents prepared in the course of or in anticipation of litigation, are also subject to protection as Attorney Work Product. If you are not the intended recipient, any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

---------- Forwarded message ---------
From: **Chelsea Mangel Case Management Team** <chelseateam@adrservices.com>
Date: Tue, May 16, 2023 at 7:39 PM
Subject: Daniel Ben-Zvi, Esq. USDC Pro Bono Panel
To: hblaise@blaisenitschkelaw.com <hblaise@blaisenitschkelaw.com>

Hi Heather,

Unfortunately, Mr. Ben-Zvi has advised us that he cannot accept this case through the USDC pro bono panel program as he is booked up on pro bono matters at this time.

If you need to select another mediator who can serve on a pro bono basis, please contact Jennifer Cummings (Jennifer_Cummings@cacd.uscourts.gov) for assistance.

We apologize for any inconvenience.

Sincerely,

*Morgan*

**Morgan Foster**, Case Manager

morgan@adrservices.com | O: 310.201.0010 | M: 951.878.9427

1900 Avenue of the Stars, Suite 200, Los Angeles, California 90067

**Click here to earn complimentary MCLE self study credits**

Sign up to manage your cases *anytime, anywhere* with AMS »

<image001.jpg>

<image002.png>

<image003.png>

<image004.png>

<image005.png>

Seven Offices Statewide: Century City | Los Angeles | Orange County | San Diego | San Francisco | Oakland | San Jose

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.