**Prejudgment Interest for Beatbox's Damages**

| DATE | Amt in AUD | In USD | INT RATE | DAYS SINCE | Interest accrued |
|---:|---:|---:|---:|---:|---:|
| 3/4/2015 | $ 21,282.45 | $ 14,259.24 | 10% | 3011 | $ 11,762.90 |
| 5/29/2015 | $ 18,921.66 | $ 12,677.51 | 10% | 2925 | $ 10,159.38 |
| 8/15/2015 | $ 27,405.93 | $ 18,361.97 | 10% | 2847 | $ 14,322.34 |
| 11/18/2015 | $ 14,366.84 | $ 9,625.78 | 10% | 2752 | $ 7,257.58 |
| 2/25/2016 | $ 15,885.97 | $ 10,643.60 | 10% | 2653 | $ 7,736.29 |
| 5/18/2016 | $ 10,832.64 | $ 7,257.87 | 10% | 2570 | $ 5,110.34 |
| 8/25/2016 | $ 23,678.91 | $ 15,864.87 | 10% | 2471 | $ 10,740.30 |
| 11/18/2016 | $ 16,184.52 | $ 10,843.63 | 10% | 2386 | $ 7,088.47 |
| 2/16/2017 | $ 25,088.94 | $ 16,809.59 | 10% | 2296 | $ 10,573.92 |
| 5/17/2017 | $ 19,948.76 | $ 13,365.67 | 10% | 2206 | $ 8,077.99 |
| 8/30/2017 | $ 102,473.53 | $ 68,657.27 | 10% | 2101 | $ 39,520.25 |
| 11/20/2017 | $ 10,557.27 | $ 7,073.37 | 10% | 2019 | $ 3,912.64 |
| 2/15/2018 | $ 17,429.20 | $ 11,677.56 | 10% | 1932 | $ 6,181.11 |
| | | | | | |
| 11/24/2015 | $ 90,000.00 | $ 60,300.00 | 10% | 2746 | $ 45,365.42 |
| 6/1/2015 | $ 8,192.53 | $ 5,489.00 | 10% | 2922 | $ 4,394.20 |
| 2/16/2018 | $ 2,155.69 | $ 1,444.31 | 10% | 1931 | $ 764.10 |
| 3/12/2018 | $ 881.23 | $ 590.42 | 10% | 1907 | $ 308.48 |
| 5/9/2018 | $ 19,188.33 | $ 12,856.18 | 10% | 1849 | $ 6,512.62 |
| 4/30/2019 | $ 4,735.13 | $ 3,172.54 | 10% | 1493 | $ 1,297.70 |
| | | | | | |
| 11/30/2017 | $ 244,942.81 | $ 164,111.68 | 10% | 2009 | $ 90,328.87 |
| 11/30/2017 | $ 23,285.29 | $ 15,601.14 | 10% | 2009 | $ 8,587.04 |
| 2/28/2018 | $ 4,084.30 | $ 2,736.48 | 10% | 1919 | $ 1,438.71 |
| 4/10/2018 | $ 4,998.40 | $ 3,348.93 | 10% | 1878 | $ 1,723.09 |
| 5/16/2018 | $ 235.40 | $ 157.72 | 10% | 1842 | $ 79.59 |
| 11/30/2018 | $ 2,145.00 | $ 1,437.15 | 10% | 1644 | $ 647.31 |
| 2/8/2019 | $ 1,454.75 | $ 974.68 | 10% | 1574 | $ 420.32 |
| 5/13/2019 | $ 1,630.74 | $ 1,092.60 | 10% | 1480 | $ 443.03 |
| 5/29/2019 | $ 2,546.93 | $ 1,706.44 | 10% | 1464 | $ 684.45 |
| 9/7/2019 | $ 759.00 | $ 508.53 | 10% | 1363 | $ 189.90 |
| 10/14/2019 | $ 4,170.65 | $ 2,794.34 | 10% | 1326 | $ 1,015.15 |
| 11/14/2019 | $ 1,837.00 | $ 1,230.79 | 10% | 1295 | $ 436.68 |
| 12/8/2019 | $ 1,934.90 | $ 1,296.38 | 10% | 1271 | $ 451.43 |
| 3/31/2020 | $ 8,104.80 | $ 5,430.22 | 10% | 1157 | $ 1,721.30 |
| 5/29/2020 | $ 1,666.50 | $ 1,116.56 | 10% | 1098 | $ 335.88 |
| 6/30/2020 | $ 2,469.50 | $ 1,654.57 | 10% | 1066 | $ 483.22 |
| 7/31/2020 | $ 539.00 | $ 361.13 | 10% | 1035 | $ 102.40 |
| 8/31/2020 | $ 2,583.90 | $ 1,731.21 | 10% | 1004 | $ 476.20 |
| 11/3/2020 | $ 2,648.80 | $ 1,774.70 | 10% | 940 | $ 457.04 |
| 12/21/2020 | $ 843.70 | $ 565.28 | 10% | 892 | $ 138.14 |
| | | | | | |
| 10/31/2015 | $ 959.59 | $ 642.93 | 10% | 2770 | $ 487.92 |
| 12/12/2019 | $ 1,081.97 | $ 724.92 | 10% | 1267 | $ 251.64 |

**EXHIBIT G**

| Date | Amount | | | % | Days | Interest | |
|---|---|---|---|---|---|---|---|
| 6/5/2015 | $ | 8,770.10 | $ | 5,875.97 | 10% | 2918 | $ | 4,697.55 |
| 8/28/2015 | $ | 481.87 | $ | 322.85 | 10% | 2834 | $ | 250.68 |
| 7/1/2015 | $ | 14,614.81 | $ | 9,791.92 | 10% | 2892 | $ | 7,758.42 |
| 9/18/2015 | $ | 25,257.79 | $ | 16,922.72 | 10% | 2813 | $ | 13,042.08 |
| 2/26/2016 | $ | 1,508.78 | $ | 1,010.88 | 10% | 2652 | $ | 734.48 |
| 3/31/2016 | $ | 1,058.13 | $ | 708.95 | 10% | 2618 | $ | 508.50 |
| 5/10/2016 | $ | 7,031.57 | $ | 4,711.15 | 10% | 2578 | $ | 3,327.49 |
| 7/6/2016 | $ | 3,564.62 | $ | 2,388.30 | 10% | 2521 | $ | 1,649.56 |
| 7/29/2016 | $ | 2,323.50 | $ | 1,556.75 | 10% | 2498 | $ | 1,065.41 |
| 9/1/2016 | $ | 4,480.34 | $ | 3,001.83 | 10% | 2464 | $ | 2,026.44 |
| 10/6/2016 | $ | 1,181.70 | $ | 791.74 | 10% | 2429 | $ | 526.89 |
| 11/2/2016 | $ | 1,272.60 | $ | 852.64 | 10% | 2402 | $ | 561.11 |
| 12/6/2016 | $ | 772.65 | $ | 517.68 | 10% | 2368 | $ | 335.85 |
| 3/2/2017 | $ | 1,547.87 | $ | 1,037.07 | 10% | 2282 | $ | 648.38 |
| 4/6/2017 | $ | 7,720.05 | $ | 5,172.43 | 10% | 2247 | $ | 3,184.24 |
| 5/15/2017 | $ | 61,572.99 | $ | 41,253.90 | 10% | 2208 | $ | 24,955.79 |
| 9/12/2017 | $ | 774.75 | $ | 519.08 | 10% | 2088 | $ | 296.94 |
| 11/15/2017 | $ | 1,807.75 | $ | 1,211.19 | 10% | 2024 | $ | 671.63 |
| 12/12/2017 | $ | 478.24 | $ | 320.42 | 10% | 1997 | $ | 175.31 |
| 5/16/2019 | $ | 2,037.57 | $ | 1,365.17 | 10% | 1477 | $ | 552.43 |
| 9/23/2019 | $ | 1,437.00 | $ | 962.79 | 10% | 1347 | $ | 355.31 |
| 10/4/2019 | $ | 1,624.23 | $ | 1,088.23 | 10% | 1336 | $ | 398.32 |
| 6/1/2020 | $ | 658.35 | $ | 441.09 | 10% | 1095 | $ | 132.33 |
| 3/11/2020 | $ | 1,181.46 | $ | 791.58 | 10% | 1177 | $ | 255.26 |
| 6/1/2020 | $ | 833.90 | $ | 558.71 | 10% | 1095 | $ | 167.61 |
| 7/10/2020 | $ | 703.26 | $ | 471.18 | 10% | 1056 | $ | 136.32 |
| 10/13/2020 | $ | 2,291.14 | $ | 1,535.06 | 10% | 961 | $ | 404.16 |
| 9/20/2019 | $ | 5,184.04 | $ | 3,473.31 | 10% | 1350 | $ | 1,284.65 |
| 12/17/2020 | $ | 256,947.09 | $ | 172,154.55 | 10% | 896 | $ | 42,260.40 |
| SUBTOTAL | $ | 1,183,250.61 | $ | 792,777.91 | | | $ | 424,348.89 |
| LESS amts withheld | $ | 32,558.57 | $ | 21,814.24 | | | $ | 14,982.06 |
| | $ | 1,150,692.04 | $ | 770,963.67 | | | $ | 409,366.83 |

$ 1,180,330.50  VERDICT PLUS INTEREST ACCRUED TO DATE
$       211.22  DAILY INTEREST CONTINUING TO ACCRUE

**Principal and Interest Reduced Based on Labrador's Share of Sums Withheld by AMCOS**

| DATE | Amt in AUD | In USD | INT RATE | DAYS SINCE | Interest offset |
|---|---|---|---|---|---|
| 6/30/2015 | $ 7,375.55 | $ 4,941.62 | 10% | 2893 | $ 3,916.74 |
| 12/31/2015 | $ 5,689.08 | $ 3,811.68 | 10% | 2709 | $ 2,829.00 |
| 6/30/2016 | $ 9,449.41 | $ 6,331.10 | 10% | 2527 | $ 4,383.21 |
| 12/31/2016 | $ 3,277.31 | $ 2,195.80 | 10% | 2343 | $ 1,409.52 |
| 6/30/2017 | $ 2,558.76 | $ 1,714.37 | 10% | 2162 | $ 1,015.47 |
| 12/31/2017 | $ 2,012.27 | $ 1,348.22 | 10% | 1978 | $ 730.62 |
| 6/30/2018 | $ 1,398.60 | $ 937.06 | 10% | 1797 | $ 461.34 |
| 12/31/2018 | $ 797.59 | $ 534.39 | 10% | 1613 | $ 236.15 |
| Total | $ 32,558.57 | | | | $ 14,982.06 |