BLAISE & NITSCHKE, P.C.
HEATHER L. BLAISE, ESQ. (SBN 261619)
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Telephone: 312-448-6602
Email: hblaise@blaisenitschkelaw.com

Attorneys for Plaintiff,
BEATBOX MUSIC PTY, LTD.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>LABRADOR ENTERTAINMENT, INC. D/B/A SPIDER CUES MUSIC LIBRARY, a California corporation; NOEL PALMER WEBB, an individual; MICHAEL COHEN, an individual; LABRADOR ENTERTAINMENT, LLC; MCPC HOLDINGS, LLC; WEBB FAMILY TRUST and DOES 1-20, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | CASE NO: 2:17-cv-6108 MWF (JPRx)<br>*Assigned to the Hon. Michael W. Fitzgerald*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BEATBOX MUSIC PTY, LTD.'S MOTION FOR ENTRY OF JUDGMENT WITH PREJUDGMENT INTEREST**<br><br>**Hearing Date:  July 3, 2023**<br>**Time:            10:00 a.m. PDT**<br>**Location:       Courtroom 5A**<br><br>Jury Verdict Date: April 27, 2023<br>Trial Date:           April 19, 2023<br>FAC:                   January 24, 2020<br>Cross-Claim Filed: November 21, 2017<br>Action Filed:        August 17, 2017 |

## [PROPOSED] ORDER

The Court hereby ORDERS as follows:

1) Plaintiff's Beatbox Music Pty, Ltd.'s Motion for Entry of Judgment with Prejudgment Interest is GRANTED; and

2) Judgment following jury verdict is entered in the amount of $1,180,330.50 plus an additional $211.22 per day every day following June 1, 2023.

**IT IS SO ORDERED.**


Dated:_____          By: _____
                                 The Honorable Michael W. Fitzgerald
                                 United States District Judge



Prepared by:
BLAISE & NITSCHKE, P.C.
Attorney for Plaintiff,
Beatbox Music Pty, Ltd.