AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | ) | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❒  other:

_____ .

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision was reached.

❒  decided by Judge _____ on a motion for

_____ .

Date: _____       *CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*