UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. CV 17-6108-MWF (JPRx) | Date: June 6, 2023 |
| Title: Beatbox Music Pty, Ltd. v. Labrador Entertainment, Inc., et al. | |

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER GRANTING EX PARTE APPLICATION FOR STAY DUE TO MEDICAL PROCEDURE [428]

Before the Court is the Ex Parte Application for Stay Due to Medical Procedure (the "Application") filed by Defendants Michael Cohen and MCPC Holdings, LLC (the "Cohen Defendants") on June 2, 2023. (Docket No. 428). Plaintiff Beatbox Music Pty, Ltd. filed an Opposition on June 5, 2023. (Docket No. 430).

Good cause appearing in light of Cohen Defendant's counsel's upcoming medical procedure, the Application is **GRANTED**. Plaintiff's Motion for Entry of Judgment with Prejudgment Interest is continued to **Monday, July 17, 2023** at **10:00 a.m.** The due date for opposition and reply briefs shall be governed by the July 17 date.

It is the intention of the Court to hold the phase 3 trial at the earliest date available, which the Court hopes to be this summer. The parties are **ORDERED** to email chambers, copying all counsel, their time estimates for both direct and cross-examination of witnesses by **June 13, 2023**. The parties are also **ORDERED** to submit a request for the appointment of a mediator by **June 13, 2023**. If the parties cannot agree on a mediator, the Court will appoint one.

**IT IS SO ORDERED**.