1  Dan Jacobson 134978
   dlj@jacobsonlawyers.com
2  JACOBSON & ASSOCIATES
   1352 Irvine Blvd., Suite 205
3  Tustin, CA   92780
   (714) 505-4872
4

## U.S. District Court for the

## Central District of California

| BEATBOX MUSIC PTY, LTD., | Case #: 2:17-cv-06108-MWF-JPR |
|---|---|
| Plaintiff | |
| v. | Errata to Defendants Michael Cohen & MCPC, LLC's Opposition to Plaintiff Beatbox's Motion for Entry of Judgment with Prejudgment Interest |
| LABRADOR ENTERTAINMENT, INC., et al. | |
| Defendants | Hearing Date: 07/17/23<br>Courtroom: 5A<br>Trial Date:   04/19/23 |
| | Assigned for all purposes to The Honorable Michael W. Fitzgerald, Judge of the Superior Court |
| | Complaint Filed August 17, 2017 |

///

///

///

- 1 -

1   Michael Cohen and MCPC Holdings, LLC have found a "typo" in the *Ex Parte*
2   Application for Stay Due to Medical Procedure; and, hereby correct such.
3   Footnote 11 to "Defendants Michael Cohen & MCPC, LLC's Opposition to
4   Plaintiff Beatbox's Motion for Entry of Judgment with Prejudgment Interest"
5   currently says, "Capital letters adjusted;" It should say, and via this errata now does
6   not say that. Instead, it now reads, "Bolding added." We apologize for any
7   inconvenience for the now-corrected mistake.

9   Executed on 06/26/23 at Tustin, CA.

_____
Dan Jacobson, Attorney for
Michael Cohen & MCPC
Holdings, LLC