J. Curtis Edmondson, SBN 236105
jcedmondson@edmolaw.com
LAW OFFICES OF J. CURTIS EDMONDSON
9999 SW Wilshire St, Suite 216
Portland, OR 97225
Telephone: (503) 336-3749
Facsimile: (503) 482-7418

Attorneys for Defendants, Labrador Entertainment, Inc.
dba Spider Cues Music Library, Labrador Entertainment,
LLC, Noel Palmer Webb, and Web Family Trusts

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation, et. al., <br><br> Defendants. <br><br> And related cross claims | Case No. 2:17-cv-06108-MWF (JPRx) <br> Assigned to the Hon. Michael W. Fitzgerald <br><br> **STATUS REPORT RE SETTLEMENT** |

Defendants Labrador Entertainment, Inc. dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, and Web Family Trusts (hereinafter "Labrador") hereby provide the Court their status report re: settlement.

The parties settled this case on July 11. (See Exhibit A).  The settlement agreement is easy to understand. Cohen pays 500K and Labrador pays 200K.   Everyone goes their separate ways.

Labrador's position is that this Court no longer has jurisdiction under *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994) as this agreement was not "so ordered".

*Kokkonen* at 381 "…No federal statute makes that connection (if it constitutionally could) the basis for federal-court jurisdiction over the contract dispute…"

                                              Respectfully Submitted.

Dated: August 7, 2023                     /s/ J. Curtis Edmondson
                                              J. Curtis Edmondson, SBN 236105
                                              jcedmondson@edmolaw.com
                                              Attorney for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 7th, 2023, I served the foregoing Status on the following parties:

| | |
|---|---|
| Heather L. Blaise<br>Blaise & Nitschke, P.C.<br>123 N. Wacker, Suite 250<br>Chicago, IL 60606<br>hblaise@blaisenitschkelaw.com | Counsel for Beatbox |
| Daniel Lee Jacobson<br>Jacobson & Associates<br>315 Centennial Way<br>Tustin, CA 92780<br>dlj@jacobsonlawyers.com | Counsel for Defendant Michael Cohen |

■　by electronic mail at the address(es) listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 8th day of August, 7th 2023, at Portland, Oregon.

/s/ J. Curtis Edmondson  
J. Curtis Edmondson