# EXHIBIT A

# EXECUTED SETTLEMENT AGREEMENT

## STIPULATION FOR SETTLEMENT

*Paul J. Carter, Mediator*
paul@resolvelitigation.com
562-435-1426

Re:   *Beatbox Music Pty, LTD v. Labrador Entertainment, Inc., et al.*

Mediation Date:   July 11, 2023

IT IS HEREBY STIPULATED by and between the parties and their respective counsel, that the above-referenced case has been settled pursuant to *California Code of Civil Procedure* § 664.6 and they do hereby memorialize such agreement according to the following terms:

Plaintiff Beatbox Music Pty, LTD ("π") and Labrador Entertainment, Inc., Noel Palm Webb, Labrador Entertainment, LLC and Webb Family Trust (collectively the "Labrador Δ"), and Michael Cohen and MCPC Holdings (collectively "Cohen Δ") agree to a global settlement of all claims on the following terms: Labrador Δ shall pay π the sum of two hundred thousand U.S. dollars ($200,000) by October 1, 2023; Cohen Δ shall pay π the sum of five hundred thousand U.S. dollars ($500,000) within thirty days of July 11, 2023; payment in the global amount of seven hundred thousand U.S. dollars ($700,000) (the "Entire Settlement Amount") is a condition precedent to each party to bearing its own costs and fees; π s receipt in cleared funds of the Entire Settlement Amount is a condition precedent to π's agreement to waive Civil Code § 1542 et. seq, which π agrees to waive upon receipt of Entire Settlement Amount; Labrador Δ and Cohen Δ agree to waive Civil Code § 1542 et. seq; in exchange for which the dispute is resolved in its entirety as to π and the Labrador and Cohen Δs.

This document is binding on the parties subject to the condition precedent of Plaintiff's receipt of the Entire Settlement Amount and is admissible in court pursuant to *Evidence Code* § 1123, *et seq.*  Further it is stipulated that in the event of a dispute as to the terms of the settlement agreement, the parties agree to return to the mediator for binding resolution of issues necessary to effectuate the intent of the parties in executing this agreement.

In order to facilitate the above specified terms of settlement, the parties further agree that on or before the 25ᵗʰ day of July, 2023, they will execute or exchange the following:

☐   Settlement/Release Agreement          Prepared by _____ Plaintiff _____ Defendant

All relevant parties must sign below.

/s/ Peter Baker

_____          _____
Beatbox Music Pty, LTD, Peter Baker          Labrador Entertainment, et al, Noel Webb


_____
Michael Cohen, MCPC Holdings

All relevant parties must sign below.

_____

Beatbox Music Pty, LTD, Peter Baker

_____

Labrador Entertainment, et al, Noel Webb

_____

Michael Cohen, MCPC Holdings

All relevant parties must sign below.

/s/ Peter Baker

_____          _____
Beatbox Music Pty, LTD, Peter Baker          Labrador Entertainment, et al, Noel Webb

_____
Michael Cohen, MCPC Holdings