J. Curtis Edmondson, SBN 236105
jcedmondson@edmolaw.com
LAW OFFICES OF J. CURTIS EDMONDSON LLC
Wilshire Professional Building
9999 SW Wilshire St, Suite 216
Portland, Oregon  97225
Telephone: (503) 336-3749
Facsimile: (503) 482-7418
Attorneys for Defendants, Labrador Entertainment, Inc.
dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, and Webb Family Trusts

Dan Jacobson SBN 134978
dlj@jacobsonlawyers.com
JACOBSON & ASSOCIATES
315 Centennial Way Tustin, CA 92780
Tel: (714) 505-4872
Fax: (714) 730-5400
Attorneys for Defendant, MICHAEL COHEN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| BEATBOX MUSIC, PTY, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>LABRADOR ENTERTAINMENT, INC., DBA SPIDER CUES MUSIC LIBRARY, a California corporation, et. al.,<br><br>Defendants.<br><br>And related cross claims | Case No. 2:17-cv-06108-MWF (JPRx)<br>Assigned to the Hon. Michael W. Fitzgerald<br><br>**DEFENDANTS'**<br>**JOINT STATUS REPORT**<br>**RE SETTLEMENT CONFERENCE**<br>**ON AUGUST 14, 2023** |

Defendants Labrador Entertainment, Inc. dba Spider Cues Music Library, Labrador Entertainment, LLC, Noel Palmer Webb, and Web Family Trusts (hereinafter "Labrador") and Cohen Defendants hereby provide the Court their status report re: settlement conference on August 14, 2023.

The parties settled this case on July 11. Cohen pays 500K by August 10, 2023 and Labrador pays 200K by October 1, 2023.

Labrador and Cohen each wired their respective sums to Beatbox's counsel's IOLTA trust account on August 9, 2023.

Respectfully Submitted,

Dated: August 10, 2023                /s/ J. Curtis Edmondson
                                      J. Curtis Edmondson
                                      Attorney for Labrador Defendants


Dated: August 10, 2023                /s/ Dan Jacobson
                                      Dan Jacobson
                                      Attorney for Cohen Defendants

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 10th, 2023, I served the foregoing Status on the following parties:

| | |
|---|---|
| Heather L. Blaise | Counsel for Beatbox |
| Blaise & Nitschke, P.C. | |
| 123 N. Wacker, Suite 250 | |
| Chicago, IL 60606 | |
| hblaise@blaisenitschkelaw.com | |
| | |
| Daniel Lee Jacobson | Counsel for Defendant Michael Cohen |
| Jacobson & Associates | |
| 315 Centennial Way | |
| Tustin, CA 92780 | |
| dlj@jacobsonlawyers.com | |

■    by electronic mail at the address(es) listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 10th day of August, 2023, at Portland, Oregon.

/s/ J. Curtis Edmondson
J. Curtis Edmondson