JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEATBOX MUSIC PTY, LTD., | CASE NO: 2:17-cv-6108 MWF (JPRx) |
| Plaintiff, | *Assigned to the Hon. Michael W. Fitzgerald* |
| v. | |
| LABRADOR ENTERTAINMENT, INC. D/B/A SPIDER CUES MUSIC LIBRARY, a California corporation; NOEL PALMER WEBB, an individual; MICHAEL COHEN, an individual; LABRADOR ENTERTAINMENT, LLC; MCPC HOLDINGS, LLC; WEBB FAMILY TRUST and DOES 1-20, inclusive, | **ORDER OF DISMISSAL OF THIS ACTION IN ITS ENTIRETY WITH PREJUDICE** |
| | Jury Verdict Date: April 27, 2023 |
| | Trial Date: April 19, 2023 |
| | FAC: January 24, 2020 |
| | Cross-Claim Filed: November 21, 2017 |
| Defendants. | Action Filed: August 17, 2017 |
| AND ALL RELATED ACTIONS | |

Pursuant to the parties' Stipulation, this action is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: August 15, 2023

_____

MICHAEL W. FITZGERALD
United States District Judge